Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIE BRAZELTON, an individual,

Plaintiff,

v.

CVS PHARMACY, INC., a Rhode Island Corporation; ANTHONY COLLIER, an individual; and DOES 1 - 100, inclusive;,

Defendants.

Case No. 2:20-cv-10604-DSF-AGR

**Hon. Dale S. Fischer**

**DECLARATION OF LEILANI E. JONES**

Judge: Hon. Dale S. Fischer
Date: April 11, 2022
Time: 1:30 p.m.
Crtrm.: 7D

Trial Date: Julv 19. 2022

# DECLARATION OF LEILANI E. JONES

I, Leilani E. Jones, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with the law firm Payne & Fears LLP, attorneys of record for Defendant CVS Pharmacy, Inc. ("Defendant" or "CVS"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I am make this declaration in support of Defendant's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment ("Motion").

2. On March 4, 2022, pursuant to Local Rule 7-3, I informed counsel for Plaintiff, via email, that CVS intended to move for summary judgment. A true and correct copy of my March 4, 2022 Local Rule 7-3 correspondence is attached hereto as **Exhibit A.**

3. Thereafter, on March 7, 2022, I met and conferred with Plaintiff's counsel (Darius Gleason) over the phone and discussed the anticipated substance of Defendant's motion.

4. As a result of the parties meet-and-confer, we were able to resolve some issues short of motion practice. Specifically, the Parties stipulated to (1) dismiss individual defendant Anthony Collier, and (2) dismiss Plaintiff's causes of action for harassment (COA No. 3), wrongful termination (COA Nos. 10, 11, 12), and violation of Bus. & Prof. Code § 17200 (COA No. 15). This stipulation was filed with the Court on March 12, 2022. (*See* ECF No. 22.)

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

5. Attached hereto as **Exhibit B** is a true and correct copy of CVS's Interrogatories to Plaintiff Julie Brazelton, served on March 2, 2021.

6. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's verified responses to CVS's Interrogatories, served on April 23, 2021.

7. On December 1, 2021, I commenced the deposition of Plaintiff Julie Brazelton before Brijanne Byrd, certified shorthand reporter. I received a the transcript of Plaintiff's deposition at my office from the referenced reporter, reviewed it, and maintained it at my office. True and correct copies of the excerpts of the transcript of Plaintiff's deposition that are cited in Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment are attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on this 14th day of March, 2022, in Newport Beach, California.

LEILANI E. JONES

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100