# EXHIBIT A

**Leilani L. Jones**

| | |
|---|---|
| **From:** | Leilani L. Jones |
| **Sent:** | Friday, March 4, 2022 1:34 PM |
| **To:** | Darius Gleason; Sam Bigonger |
| **Cc:** | Andrew K. Haeffele |
| **Subject:** | Brazelton v. CVS \| Request for Rule 7-3 Conference of Counsel |

Hi Darius, Sam:

Pursuant to Local Rule 7-3, I'm writing to request a conference prior to the filing of CVS's Motion for Summary Judgment, or alternatively Partial Summary Judgment.

As you know, Plaintiff has brought the following claims against CVS: (1) harassment; (2) failure to accommodate; and (3) discrimination/retaliation (age, disability). She also has derivative claims for failure to prevent, wrongful termination, breach of contract and 17200 violations. Our motion is generally based on these grounds:

- **Harassment**: Plaintiff has no evidence supporting her harassment allegations and she disclaimed this cause of action in her deposition.
- **Accommodation**: The evidence shows that Plaintiff's temporary restrictions were accommodated for years, with numerous LOAs, and that CVS consistently engaged her in an interactive process until she untimely resigned.
- **Discrimination**: Plaintiff has no evidence to support her claims beyond her own speculation.
- **Derivative Claims**: Her remaining claims are based on and subsumed in the above causes of action and fail for that reason.

Please let me know when you are available to meet and confer further about our anticipated motion. I'm available on Monday afternoon for a phone call.

Best,

Lani

**Leilani Jones**
Attorney

PAYNE & FEARS

PAYNE & FEARS LLP • 4 Park Plaza, Suite 1100, Irvine, CA 92614
Direct 949.797.1217 • Main 949.851.1100 • Fax 949.851.1212
www.paynefears.com • email: llj@paynefears.com