# EXHIBIT B

Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar State No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIE BRAZELTON, an individual,

Plaintiff,

v.

CVS PHARMACY, INC., a Rhode Island Corporation; ANTHONY COLLIER, an individual; and DOES 1 - 100, inclusive;,

Defendants.

Case No. 2:20-cv-10604-DSF-AGR

**Hon. Dale S. Fischer**

**DEFENDANT'S INTERROGATORIES TO PLAINTIFF JULIE BRAZELTON, (SET ONE)**

Trial Date: None Set

PROPOUNDING PARTY: Defendant CVS PHARMACY, INC.

RESPONDING PARTY: Plaintiff JULIE BRAZELTON

SET NO.: One

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant CVS PHARMACY, INC. ("Defendant") requests that Plaintiff JULIE BRAZELTON ("Plaintiff") answer the following interrogatories.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**DEFINITIONS**

**A. COMPLAINT** shall mean the complaint filed on or about October 15, 2020, in the Superior Court of the State of California for the County of Los Angeles, Case Number 20STCV39743, titled Julie Brazelton v. CVS Pharmacy, Inc., which was removed to the United States District Court for the Central District of California, case number 2:20-cv-10604 on or about November 20, 2020.

**B. PERSON(S)** includes any natural person, firm, association, organization, partnership, business, trust, corporation, governmental or public entity or any other form of legal entity.

**C. DOCUMENT or DOCUMENTS** shall mean all documents, electronically stored information, and tangible things, including without limitation all writings (as defined in Section 250 of the California Evidence Code) and all other means of recording information, whether written, transcribed, taped, filmed, microfilmed, or in any other way produced, reproduced, or recorded, and including but not limited to: originals, drafts, computer-sorted and computer-retrievable information, copies and duplicates that are marked with any notation or annotation or otherwise differ in any way from the original, correspondence, memoranda, reports, notes, minutes, contracts, agreements, books, records, checks, vouchers, invoices, purchase orders, ledgers, diaries, logs, calendars, computer printouts, computer disks, card files, lists of persons attending meetings or conferences, sketches, diagrams, calculations, evaluations, analyses, directions, work papers, press clippings, sworn or unsworn statements, requisitions, manuals or guidelines, audit work papers, financial analyses, tables of organizations, charts, graphs, indices, advertisements and promotional materials, audited and unaudited financial statements, trade letters, trade publications, newspapers and newsletters, photographs, emails, electronic or mechanical records, facsimiles, telegrams and telecopies, and audiotapes. Each draft, annotated, or otherwise non-identical copy is a separate DOCUMENT within the meaning of this term. DOCUMENTS shall also

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

include any removable sticky notes, flags, or other attachments affixed to any of the foregoing, as well as the files, folder tabs, and labels appended to or containing any documents. DOCUMENTS expressly include all ELECTRONIC RECORDS.

**D. ELECTRONICALLY STORED INFORMATION (hereinafter "ESI")** shall mean all documents and information stored in electronic form, including but not limited to, emails and email attachments, text messages, iMessages, SMS messages, MMS messages, screen shots, Snapchat messages, communications conducted in other ephemeral messaging applications, instant messages, communications conducted in workplace collaboration tools, Facebook messages, Instagram messages, messages sent/received via any other social media websites, electronic records of online activity (such as social media postings and other activity), data generated or stored by devices connected to the Internet of Things ("IoT"), information stored in databases, digital photographs, videos, call logs, and voicemails.

**E. COMMUNICATION(S) or COMMUNICATED** means any oral, written or electronic transmission of information, including but not limited to meetings, discussions, conversations, telephone calls, telegrams, memoranda, letters, telecopies, telexes, conferences, messages, notes or seminars.

**F. RELATING TO, RELATED TO or RELATE(S) TO** means constituting, containing, concerning, embodying, reflecting, identifying, stating, mentioning, discussing, describing, evidencing, or in any other way being relevant to that given subject matter.

**G. PLAINTIFF, YOU and YOUR** shall mean Plaintiff Julie Brazelton and all of her agents, including attorneys, or other PERSONS acting on her behalf.

**H. DEFENDANT** shall mean Defendant CVS Pharmacy, Inc. and the employees or other PERSONS acting on its behalf.

**I.** The term **IDENTIFY** when used herein in connection with a PERSON means to state:

(1) The PERSON'S full name;

(2) The PERSON'S last known business and home addresses;

(3) The PERSON'S last known business and home telephone numbers; and

(4) The PERSON'S business position and title, if any.

**J.** The term **DATE** shall mean the specific day, month, and year.

**K.** The term **IDENTIFY** when used herein in connection with a **DATE** means to state the specific day, month, and year.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

IDENTIFY every PERSON who YOU contend discriminated against YOU.

**INTERROGATORY NO. 2:**

For each PERSON that YOU IDENTIFIED in response to Special Interrogatory No. 1, IDENTIFY every date (by month, day, and year) on which that PERSON discriminated against you.

**INTERROGATORY NO. 3:**

IDENTIFY every PERSON who YOU contend retaliated against YOU.

**INTERROGATORY NO. 4:**

For each PERSON that YOU IDENTIFIED in response to Special Interrogatory No. 3, IDENTIFY every date (by month, day, and year) on which that PERSON retaliated against you.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**INTERROGATORY NO. 5:**

IDENTIFY every PERSON who YOU contend harassed YOU.

**INTERROGATORY NO. 6:**

For each PERSON that YOU IDENTIFIED in response to Special Interrogatory No. 5, IDENTIFY every date (by month, day, and year) on which that PERSON harassed you.

**INTERROGATORY NO. 7:**

Describe with particularity the emotional, mental, psychological, or physical injuries which YOU claim to have suffered because of the wrongful conduct YOU alleged in the CIVIL COMPLAINT.

**INTERROGATORY NO. 8:**

For each injury described in response to Special Interrogatory No. 7, IDENTIFY each PERSON from whom YOU have sought treatment for such injury including the dates (by month, date, and year) that YOU received treatment.

**INTERROGATORY NO. 9:**

IDENTIFY each PERSON from whom YOU have sought treatment for any medical condition or disability that allegedly affected YOUR ability to work for DEFENDANT, including the dates (by month, date, and year) that YOU received treatment.

**INTERROGATORY NO. 10:**

IDENTIFY every PERSON who YOU believe may have information RELATING TO or supporting YOUR contention that "injury and disability was a substantial and determining factor in [Defendant's] conduct toward Plaintiff," as

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

stated in paragraph 49 of the COMPLAINT.

**<u>INTERROGATORY NO. 11</u>:**

For each PERSON that YOU IDENTIFIED in response to Special Interrogatory No. 10, please describe in detail all of the information YOU believe that PERSON possesses RELATING TO or supporting YOUR contention that "injury and disability was a substantial and determining factor in [Defendant's] conduct toward Plaintiff," as stated in paragraph 49 of the COMPLAINT.

**<u>INTERROGATORY NO. 12</u>:**

IDENTIFY every PERSON who YOU believe may have information RELATING TO or supporting YOUR contention that "age was a substantial and determining factor in [Defendant's] termination of Plaintiff's employment," as stated in paragraph 57 of the COMPLAINT.

**<u>INTERROGATORY NO. 13</u>:**

For each PERSON that YOU IDENTIFIED in response to Special Interrogatory No. 12, please describe in detail all of the information YOU believe that PERSON possesses RELATING TO or supporting YOUR contention that "age was a substantial and determining factor in [Defendant's] termination of Plaintiff's employment," as stated in paragraph 57 of the COMPLAINT.

**<u>INTERROGATORY NO. 14</u>:**

IDENTIFY every PERSON who YOU believe may have information RELATING TO or supporting YOUR contention that "[Defendants] personally harassed Plaintiff," as stated in paragraph 65 of the COMPLAINT.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**INTERROGATORY NO. 15:**

For each PERSON that YOU IDENTIFIED in response to Special Interrogatory No. 14, please describe in detail all of the information YOU believe that PERSON possesses RELATING TO or supporting YOUR contention that "[Defendants] personally harassed Plaintiff," as stated in paragraph 65 of the COMPLAINT.

**INTERROGATORY NO. 16:**

IDENTIFY every PERSON who YOU believe may have information RELATING TO or supporting YOUR contention that "[Defendants] retaliated against Plaintiff for reporting work-related injuries, for requiring reasonable accommodation, and for requiring medically ordered leaves of absence," as stated in paragraph 91 of the COMPLAINT.

**INTERROGATORY NO. 17:**

For each PERSON that YOU IDENTIFIED in response to Special Interrogatory No. 16, please describe in detail all of the information YOU believe that PERSON possesses RELATING TO or supporting YOUR contention that "[Defendants] retaliated against Plaintiff for reporting work-related injuries, for requiring reasonable accommodation, and for requiring medically ordered leaves of absence," as stated in paragraph 91 of the COMPLAINT.

DATED: March 2, 2021

PAYNE & FEARS LLP

By: /s/ *Leilani E. Jones*
LEILANI E. JONES

Attorneys for Defendant CVS PHARMACY, INC.

4846-1239-9838.1

# PROOF OF SERVICE

***Julie Brazelton v. CVS Pharmacy Inc., et al.***
***United States District Court Case No. 2:20-cv-10604-DSF-AGR***

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On March 2, 2021, I served true copies of the following document(s) described as **DEFENDANT'S INTERROGATORIES TO PLAINTIFF JULIE BRAZELTON, (SET ONE)** on the interested parties in this action as follows:

| | |
|---|---|
| Samantha S. Bigonger, Esq.<br>BIGONGER AND BIGONGER<br>4897 Main Street<br>Yorba Linda, CA, 92886<br>Telephone: (714) 777-4477<br>Facsimile: (714) 777-1207<br>Email: samantha@bigongerlaw.com | Attorneys for Plaintiff<br>JULIE BRAZELTON |
| Darius Gleason, Esq.<br>LAW OFFICE OF<br>DARIUS GLEASON APC<br>4897 Main Street<br>Yorba Linda, CA, 92886<br>Telephone: (949) 302-5687<br>Email: darius@loodg.com | Attorneys for Plaintiff<br>JULIE BRAZELTON |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address tshaw@paynefears.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[Federal]** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 2, 2021, at Irvine, California.

/s/ *Terri M. Shaw*
Terri M. Shaw

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100