# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---oOo---

| | | |
|---|---|---|
| JULIE BRAZELTON, an individual, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No. :20-cv-10604-DSF-AGR |
| | : | |
| CVS PHARMACY, INC., a Rhode Island Corporation; ANTHONY COLLIER, an individual; and DOES 1 - 100, inclusive;, | : | |
| | : | |
| Defendants. | : | |
| ________________________________ | : | |

REMOTE DEPOSITION OF JULIE BRAZELTON

December 1, 2021

REPORTER: BRIJANNE BYRD, CSR 14279

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
---o0o---

JULIE BRAZELTON, an individual, :
:
Plaintiff, :
:
vs. : No. :20-cv-10604-DSF-AGR
:
CVS PHARMACY, INC., a Rhode :
Island Corporation; ANTHONY :
COLLIER, an individual; and DOES :
1 - 100, inclusive;, :
:
Defendants. :
________________________________ :

--oOo--

BE IT REMEMBERED THAT, pursuant to notice and on Wednesday, December 1, 2021 at 9:13 a.m. thereof, via remote web conferencing, before me, BRIJANNE BYRD, a Certified Shorthand Reporter, personally appeared

JULIE BRAZELTON,

called as a witness by the Defendant.

---oOo---

APPEARANCES

FOR PLAINTIFF:

LAW OFFICE OF DARIUS GLEASON APC
BY: DARIUS GLEASON, ESQ.
4897 Main Street
Yorba Linda, CA, 92886
949-302-5687

FOR DEFENDANT:

PAYNE & FEARS, LLP
Attorneys at Law
BY: LEILANI E. JONES, ESQ.
4 Park Plaza, Suite 1100
Irvine, California 92614
949-851-1100

# INDEX


| | PAGE |
|---|---|
| EXAMINATION BY MS. JONES | 7 |
| EXAMINATION BY MR. GLEASON | 133 |
| FURTHER EXAMINATION BY MS. JONES | 137 |


## INDEX OF EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Resignation Letter | 25 |
| Exhibit 2 | March 22, 2019 CVS Letter | 31 |
| Exhibit 3 | Medical Legal Evaluation | 50 |
| Exhibit 4 | Employee Profile | 59 |
| Exhibit 5-A | Dr. Chou Healthcare Provider Certification Form | 64 |
| Exhibit 5-B | Dr. Chou Healthcare Provider Certification Form | 66 |
| Exhibit 6 | April 24, 2017 Work Status Note | 67 |
| Exhibit 7 | February 2018 Dr. Signorelli Report | 68 |
| Exhibit 8 | Reasonable Accommodation Questionnaire | 69 |
| Exhibit 9 | Reasonable Accommodation Questionnaire | 76 |
| Exhibit 10 | Reasonable Accommodation Questionnaire | 77 |
| Exhibit 11 | Reasonable Accommodation Questionnaire | 79 |
| Exhibit 12 | Reasonable Accommodation Questionnaire | 81 |

EXHIBITS CONTINUED


| | | |
|---|---|---|
| Exhibit 13 | Reasonable Accommodation Questionnaire | 82 |
| Exhibit 14 | Defendant's Interrogatories | 91 |
| Exhibit 15 | Defendant's Responses to Interrogatories | 91 |
| Exhibit 16 | Complaint | 118 |
| Exhibit 17 | June 5, 2019 QME | 126 |
| Exhibit 18 | November 12, 2019 QME | 129 |
| Exhibit 19 | November 10, 2020 QME Report | 130 |
| Exhibit 20 | August 4, 2021 Progress Note | 131 |

December 1, 2021

THE VIDEOGRAPHER: We are now on the record. This begins the video tape No. 1 in the deposition of Julie Brazelton in the matter or Julie Brazelton versus CVS Pharmacy, Inc. et al. In the United States District Court Central District of California. Case No. 2:20-CV-10604-DSF-AGR.

Today is Wednesday December 1st, 2021, and the time is 9:13 a.m. This deposition is being taken remotely via Zoom Meetings at the request of Payne & Fears. The videographer is Randy Wright of Magna Legal Services and the court reporter is Brijanne Byrd of Magna Legal Services.

Will counsel and all parties present state their appearances and whom they represent?

MR. GLEASON: Good morning. My name is Darius Gleason. I'm appearing on behalf of the plaintiff Julie Brazelton.

MS. JONES: This is Leilani Jones on behalf of CVS.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness?

(Whereupon, the witness, JULIE BRAZELTON, was sworn in by the court reporter.)

JULIE BRAZELTON

having been duly sworn, testified as follows:

told me that she did a final evaluation, but I have not seen it.

Q. Okay. And the appointment that you had with her I'm sure was sometime --

A. A regular follow-up.

Q. Okay. Sometime this year, sometime before she made this report?

A. Yes. Before and after.

Q. Okay. And was that an appointment where you guys probably discussed in detail your current medical condition and doctors and a number of things that were going on, yes?

A. No. She didn't discuss anything on the report with me.

Q. Okay.

A. She just told me she was working on it. Okay.

Q. So -- but your understanding was that the report she was creating was based on her interactions with you and her medical history to date?

A. Yes.

Q. Okay. I want to go over some portions of this which, as we have discussed, are impressions or recollection of her treatment of you or conversations you guys had.

Again, I don't expect that you have reviewed every

page of this. If you need me to zoom in or pause on a portion of it, just let me know. I'm happy to do that. Just let me know.
A. Okay.
Q. Okay. So you will see at the top of this in Exhibit 3 is -- it says page three out of 111. So for the record we're on page three. I will zoom -- that is too much -- zoom in a little bit. I'm looking particularly at this last paragraph in the report.
Could you please take an opportunity to read that paragraph? And just let me know when you are finished.
A. Okay.
Q. Okay. So a couple of things here. This first line says that the pain in your back is an eight out of ten. Is that still true?
A. Not right now. I recently started with back therapy with that center where she works.
Q. Okay. Good to hear. But at the time any reason to think that that --
A. At the time when I first started seeing her, yes.
Q. Okay. And then about the fourth sentence in it says, "Limited motion due to pain bending forward." Is that still true?
A. I have some, yes. That's why I am seeing the chiropractor now.

Q. Okay. The sentence right after that says. "When she gets up from her car or from her chair she has increased pain." Is that still true?
A. Yes. A little bit.
Q. The next portion says, "Prolonged sitting and bending increases her pain." Is that still true?
A. Yes. We talked about that for long car rides is when it bothers me.
Q. Okay. The next sentence says, "Difficulty with start up." What does that mean?
A. I'm not sure what she means by that.
Q. Okay. That makes two of us.
Is it -- do you think it means, maybe, like getting up and down -- staring up --
MR. GLEASON: Objection. Vague and ambiguous. Calls for a medical opinion.
You can answer.
BY MS. JONES:
Q. I just don't know. Do you have any idea what that means?
A. I absolutely have no idea what it means.
Q. Okay. The next sentence says, "Pain worsens with walking on uneven surfaces." You haven't been doing that primarily due to your feet. Is that still true?
A. Repeat that again.

Q. It says the pain worsens with walking on uneven surfaces. Is that still true?
A. Not pain with -- when we talked about uneven surfaces, I was worried about tripping because I have numbness in my toes.
Q. Okay.
A. So uneven ground I feel uncomfortable and may trip.
Q. Okay. You still feel that way?
A. Yes.
Q. Okay. The next sentence in this exhibit mentions that you use a cane. Are you still using a cane?
A. I still use a cane sometimes, yes.
Q. A little bit further on the paragraph it says that you're both unable to reach fully behind your back and you have achiness when you reach forward. Is that still the case?
A. Yes. I do have pain reaching behind.
Q. Okay. What about forward?
A. Forward, no. Not so much now.
Q. Okay. But at the time it seems like --
A. Yes.
Q. -- that was an issue.
Okay. The third to last sentence here says that you can reach overhead but it's painful is that still true?
A. Yes. If it's very high up, yes.

Q. Okay. And then the last sentence mentions that you avoid lifting as much as you can. Is that till true as well?
A. Heavy things, yes. I have been told by the chiropractor to not lift things more than 20-pounds.
Q. Okay. I'm going to go on to the next page which is page four of this document.
So I'm focusing on -- are you able to see my mouse?
A. Yes.
Q. On this paragraph right here where my cursor is.
Feel free to take the opportunity to read that paragraph, and then I want to go over a couple of things.
A. Okay.
Q. There are a number of things mentioned here, but I wanted to focus on that first sentence right now. So it talks about pain in both of your feet, standing, walking, even ground, uneven ground, uphill downhill, stepping up, stepping down, changing positions, rising from a seating position. Are those things still all true?
A. Not to the extent as when I first started seeing her. Things are better now.
Q. Okay. When you first started see Dr. Cortes, you mean?

A. Yes. When I first started seeing Dr. Cortes I was having pain.
Q. Okay. And that was also true in March when she was preparing this?
A. Yes.
Q. Okay. It also says walking more than five to 15 minutes. So same thing there that had been a problem as when you were treating with Dr. Cortes?
A. When I first start treating with her, yes.
Q. Okay. And I also see it mentions specifically pain in your left foot. Is that -- that's the foot that you got surgery on; correct?
A. Yes. I had surgery on both feet.
Q. Okay. But your first surgery, was it on your left foot?
A. Yes.
Q. Okay. Do you feel like it's worse in your left foot than your right foot?
A. The left surgery foot surgery was more complicated than the right, so yes.
Q. Okay. All right. That's probably why she calls it out. So she complains of pain in her left foot going up and down stairs. And then also pivoting and twisting. So that is still true; correct?
A. Yes.

Q. And you mentioned tingling?
A. Yes.
Q. In your -- is that just your right foot or also your left foot?
A. Both feet.
Q. Okay. And it looks like here also that you experience low back pain when you are standing for more than an hour or walking as well as riding from a seated position. That is true; correct?
A. Yes. This was in the beginning when I first started treating with her.
Q. Okay. All right. I am scrolling down to page five of this document. And are you able to see this first paragraph here?
A. Yes.
Q. Okay. I am assuming that this description of the physical demands of the pharmacy tech job are probably things that you and Dr. Cortes discussed. But is there anything in this paragraph about the physical demands that are inaccurate or something that you think you disagree with?
A. Yes. They look -- yes.
Q. Okay. Can you tell me what?
A. No. They look accurate.
Q. Oh, they do look accurate. Okay.

for you. March 2016, which is the last date that you worked up until January 2019 when you decided that you were going to resign, did CVS ever deny you any time off?

A. My leave of absence, you mean?

Q. Correct.

A. No.

Q. Okay. So follows logically that during the same time period they never denied any request to extend your leave of absence?

A. No.

Q. Okay.

MS. JONES: Can we go off the record for one second, please?

THE WITNESS: Sure.

MS. JONES: Okay.

THE VIDEOGRAPHER: Stand by. We are going off the video record. The time is 11:36 a.m.

(Whereupon, there was a break taken in the proceeding.)

THE VIDEOGRAPHER: We are back on the video record. The time is 11:46 a.m.

BY MS. JONES:

Q. All right, Ms. Brazelton. Do you know Anthony Collier?

A. I know who he is, but he was not the district manager when I was there.
Q. Okay. So you have never met Mr. Collier?
A. No.
Q. Have you ever spoken to him in person?
A. I have spoken to him on the phone and a couple times by text.
Q. Okay. And how many times have you talked to him on the phone?
A. Estimate, I think it was two times.
Q. When was the first time, to the best of your recollection?
A. To be honest, I don't know the date. It was at -- one -- it was -- we talked about -- it was near the second time Dr. Signorelli did his note to return to work. Because I was asking him for help on if he knew how I could get it worded to where it would be acceptable for the reasonable accommodation department.
Q. All right. So that -- when we looked at those notes, the second one was in July 2018. So would you say it was around that time?
A. That would be fair to say it was around that time.
Q. And what about the second phone call with Anthony Collier?
A. The second one -- and this is just a guesstimate.

It would probably be around after the third one. Because I was letting him know about the frustration about them not taking -- accepting the doctor's notes. But I asked him if he knew of any tips to try and get this done for me, and he said that I would just have to follow whatever the reasonable accommodation department said.

Q. So your second call with Mr. Collier was sometime roughly around -- in October 2018. Is that fir?

A. That would be my best guesstimate, yes.

Q. Okay. And you said you guys also texted; is that right?

A. Yeah. There was a text, but unfortunately I don't have that text anymore because it was on my other phone, but it was this same thing of talking, trying to let him know about the problems I was having about my doctor's note being accepted. I don't know the exact wordage.

Q. Do you remember when you first text Mr. Collier?

A. No. It was in those period of time --

Q. Okay. And approximately --

A. -- of the doctor's notes being turned in.

Q. To the best of your recollection, how many messages did you and Mr. Collier exchange?

A. Texting?

Q. Yep.

A. I believe there was two phone calls and two texting.
Q. Okay.
A. And the reason I was calling him is because my manager Matt told me to call him.
Q. Okay.
A. Normally an employee wouldn't call a district manager.
Q. In those two phone calls or approximately two texts, did Mr. Collier ever make any comments about your age?
A. No.
Q. Did he -- other than responding to what you are telling him, did he make any negative comments about your medical condition?
A. No.
Q. Okay. I am going to share -- are you able to see both of those documents?
A. Yes?
MS. JONES: Okay. I will mark these respectively as Exhibits 14 and 15. Exhibit 14 will be the document on the left which is titled Defendant's Interrogatories. And Exhibit 15 will be the document on the right, which is defendant's responses.
(EXHIBIT 14 WAS MARKED FOR IDENTIFICATION.)
(EXHIBIT 15 WAS MARKED FOR IDENTIFICATION.)

BY MS. JONES:
Q. Now, for explanatory purposes, the document on the left is a set of questions that CVS propounded on you through your attorney. The document on the right is your responses to those. I'm using both because the responses do not reference the actual question that was asked, so I just wanted to make sure we can see both the question and the responses that you put in there; okay?
A. I'm not sure what this is. I'm looking.
Q. Okay. So document on the left are a series of questions that CVS sent to you to respond to that relate to this case. Have you seen this document?
A. No. It does not look familiar.
Q. Okay. So you have never reviewed this?
A. No. It does not look familiar to me.
Q. Okay. The document on the right here is purportedly your responses to those questions. I will let you see the first page. Please take whatever time you need to review this.
A. Where are these coming from?
Q. These are from you. Does this document look familiar?
A. No. I have so many -- so much paperwork. I'm not sure what this is.
Q. So I will read what the first question said. It was

identify every person who contend -- who you contend discriminated against you. And then over here do you see the response to Interrogatory No. 1, and it lists a bunch of information. Do you see that?
A. Can you move over a little bit? Because part of it is cut out by our pictures.
Not sure what this form is.
Q. So --
MR. GLEASON: Ms. Jones, can we have a moment so I can clarify to her where this would fall in her communications with her counsel?
MS. JONES: Sure. Do you want to do it on the record?
MR. GLEASON: I do not.
MS. JONES: Okay. Do you have, like, a statement you want to put on the record about this at all.
MR. GLEASON: My belief is just that she doesn't recall what conversation that she had with her counsel these relate to.
MS. JONES: Okay. I'm fine going off the record for a couple of minutes.
MR. GLEASON: Okay. Thank you.
THE VIDEOGRAPHER: Stand by. We are going off the video record -- or do we want to go off right now?
MS. JONES: Yeah. We can go off right now.

THE VIDEOGRAPHER: Stand by. We are going off the video record. The time is 11:53 a.m.

(Whereupon, a break was taken in the proceedings.)

THE VIDEOGRAPHER: We are back on the video record. The time is 11:59 a.m.

BY MS. JONES:

Q. Okay, Ms. Brazelton. We went off the record so that you could speak with your counsel briefly about this particular document. And now that we're back, do you recognize Exhibit 15 which is responses to special interrogatories to represent information that you provided your counsel or put in this document and reviewed in response to CVS's questions to you?

A. Number 15 on the report?

Q. Sorry. I'm talking about the -- Exhibit 15 which is this document that's --

A. Okay. Gotcha. Gotcha. Yeah. I have never seen this form before, but that was things that were discussed between me and Samantha.

Q. Okay. So the information that is contained in those responses reflects facts that came from you, right?

A. Yes.

Q. Okay. You verified this information, right?

A. Yes.

Q. Okay.

Okay. So I want to focus on Exhibit 14 which is on the left. The question here is: Identify every person who you contend harassed you. Do you see that?

A. Yes.

Q. Okay. And in Exhibit 15 in your response -- or what was prepared as your response to this question -- I will highlight it here.

Do you see that you responded Anthony Collier?

A. Yes.

Q. Okay.

MR. GLEASON: Can I object really quick? Sorry to object again. I just -- harassment is -- is that still a pending cause of action in this case, as far as you know?

MS. JONES: If you want to dismiss it here, put a stipulation; I'm happy to.

MR. GLEASON: Are you saying that it's still pending?

MS. JONES: What do you mean? What's pending?

MR. GLEASON: I'm sorry. Let me just check this really quick.

I was just going to object to relevance. Go ahead. Sorry.

BY MS. JONES:

Q. Okay. All right. So where we were, the question

was: Identify everyone who ever harassed you. And you responded Anthony Collier. Do you see that here?
A. Where are you looking at?
Q. I'm looking at the response to Special Interrogatory No. 5.
A. Number 5. Yes.
Q. Okay. Is it still your contention today that Anthony Collier harassed you?
A. Harassment is kind of like a fine line --
MR. GLEASON: Objection. Calls for a legal conclusion.
Go ahead.
THE WITNESS: He was the main person that was making the decisions of whether or not I was able to return to work. So --
BY MS. JONES:
Q. So can you tell me each date on which Mr. Collier harassed you specifically?
A. No.
Q. Why is that?
MR. GLEASON: Objection. Calls for a narrative.
BY MS. JONES:
Q. You can answer the question. Why can you -- why can't you tell me when he harassed you?
A. There was only a few conversations, as we discussed

previously, of two phone calls and, I think, two texts. So it was just in regards of him helping me to -- with the doctor's notes to be able to allow me to return to work.

Q. Okay. So is it your contention that in the first phone call you had with Mr. Collier which you told me was in July of 2018 that he harassed you on that date?

A. No. He did not harass me.

Q. Okay. What about the phone call in or around October 2018 that you told me about. Did he harass you on that date?

MR. GLEASON: Objection. Calls for a legal conclusion.

BY MS. JONES:

Q. You can answer.

A. No. He did not harass me.

Q. What about with respect to the two -- roughly, was your estimate -- text messages that you exchanged with Mr. Collier. Was there anything harassing about those communications?

A. No.

Q. So I'll direct your attention back to these questions. The first one, again -- do you see Interrogatory No. 1?

A. Yes.

Q. So this one says, "Identify every person who you contend discriminated against you, and I will scroll up here.
(Break in internet connection.)
THE WITNESS: You are cutting in and out.
MS. JONES: Can you guys hear me okay?
MR. GLEASON: It got a little --
THE WITNESS: You cut out.
BY MS. JONES:
Q. Hold on one second. Does it seem stable now? The connection?
A. Yeah. Now it is.
Q. Okay. So what I was saying -- sorry if I repeat myself. Not sure when it cut out. The request that CVS asked of you which is reflected here in Exhibit 14 was, "Identify every person who you contend discriminated against you." Do you see that question?
A. Um-hum.
Q. Okay. Now, this document which is Exhibit 15 is the response to that question. Are you able to read that? You can take a second if you need --
A. I don't know if I can read it. Okay.
Q. Okay. So the first person you listed here as someone who discriminated against you was Anthony Collier. Do you see that?

A. Yes.
Q. Okay. Can you tell me every date on which Mr. Collier discriminated against you?
MR. GLEASON: Objection. Calls for narrative or a lengthy explanation.
THE WITNESS: I can answer?
BY MS. JONES:
Q. Yep.
A. Um, I don't know all the dates that he would have discussed with upper management about my situation to return to work. So, like I said, the only time that I had connection with him is when I was asking him for help with the doctor's notes to return to work.
Q. Okay.
A. So it was -- to me it was discriminating to because I was not allowed to return to work with the doctor's notes that were provided that was limiting me to -- kind of like a light duty. So that was when other employees had been able to return to work with similar situations. So that's the part that it was discriminating with me against Anthony Collier -- why I was being discriminated not being able to return to work with doctor notes saying that I could and also with not being able to be provided a chair.
Q. Okay. So you don't contend that in those phone

calls or text messages that Mr. Collier discriminated against you in those communications, right?

MR. GLEASON: Objection. That misstates testimony and calls for a legal conclusion.

But go ahead, Ms. Brazelton.

THE WITNESS: Say that again.

BY MS. JONES:

Q. So you told me that -- I'm going to ask a slightly different question so it's clear.

A. Okay.

Q. You told me that Mr. Collier -- you felt that he discriminated against you in these conversations he had with upper management; is that right?

A. No. I had no idea what kind of conversations he had with upper management, but I am sure there were people that were involved that was handling my situation about returning to work. The only --

Q. But with respect to just Mr. Collier -- let's put it this way, you believe that the way he handled your return to work instructions was discriminatory, yes?

A. Yes.

Q. But in either of those two phone call or those text messages you exchanges, was there conduct or communications between you that you felt was discriminatory in those moments?

MR. GLEASON: Objection. Calls for a legal conclusion. Vague and ambiguous.
You can answer, Ms. Brazelton.
THE WITNESS: The only conversations I had are those. Just ones that I told you about.
BY MS. JONES:
Q. That's what I'm talking about. In either of those phone calls or the text message, was there something that Mr. Collier said to you or texted you that you felt was discriminatory?
A. No.
Q. Okay. So is it true that you think Mr. Collier treated your coworkers differently than you?
A. I didn't work with Mr. Collier, so I wouldn't be able to answer that.
Q. Okay. Well, you just told me that you thought Mr. Collier honored other employee's restrictions or people with the same restrictions were treated differently than you. Do you remember telling me that?
A. Yes.
Q. So do you think Mr. Collier was that person treating your coworkers or other people at CVS differently than you?
A. Actually, I have to change that. Because, like I said, I didn't work with Anthony Collier.

MS. JONES: Thank you.
THE VIDEOGRAPHER: Stand by. We are going off the video record. The time is 12:41 p.m.
(Whereupon, a break was taken in the proceedings.)
THE VIDEOGRAPHER: We are back on the video record the time is 12:49 p.m.
BY MS. JONES:
Q. Okay, Ms. Brazelton. We are back after a brief break. Hoping to wrap up here shortly. I'm going to show you just a couple more documents --
A. Okay.
Q. -- if you will bear with me. Are you able to see that on your screen?
A. Yes.
Q. Okay. So I want to go over some of the notes or comments that your providers made after your effective resignation date from CVS. So this one in particular is from a Dr. Rogachefsky. You are familiar with a Dr. Rogachefsky?
A. Yes. Can you scoot it down a little bit? I'm not seeing the whole --
Q. Sure.
MS. JONES: This is what we're going to mark as Exhibit 17?
THE COURT REPORTER: Yes, 17.

MS. JONES: And -- thank you.

(EXHIBIT 17 WAS MARKED FOR IDENTIFICATION.)

BY MS. JONES:

Q. And it's a report from this doctor. Per the top of the document it's dated June 5, 2019. You see that; correct?

A. Um-hum. Yes.

Q. So I'm going to scroll down. A lot of this is opinions about workers' compensation specifics and apportionment and such, but I wanted to draw your attention to this section specifically. Do you see the header that says work restrictions?

A. Yes.

Q. Okay. So this says, "The patient cannot stand." I think -- it says "of," but I think it's supposed to say "or."

"The patient cannot stand or walk more than four hours." To the best of your understanding, what does that mean?

MR. GLEASON: Objection. Calls for a medical opinion.

Go ahead, Ms. Brazelton.

THE WITNESS: Well, just to clarify, this isn't my personal doctor. He didn't have anything to do with my surgeries or recovery or physical therapy. This is, I

believe, a QME doctor, and he only seen me once or twice. So how I'm interpreting it is what he's thinking is he's thinking that I can stand and walk longer than what my doctors said that treated me.
BY MS. JONES:
Q. Okay. But with respect to -- just what this means practically. Stand or walk more than four hours, does that mean to you, like, at a time or total in a day?
MR. GLEASON: Calls for speculation -- or calls for conjecture.
But go ahead, Ms. Brazelton.
THE WITNESS: I'm not sure what he means, but what I think he means, probably in an eight hour shift that I can stand for four hours before I have to sit is how I interpret it.
BY MS. JONES:
Q. Okay. The second sentence says, "She should have a 15 minute break per hour. Do you see that part?
A. He said that?
Q. It says that right there. Do you see under the work restrictions heading after the sentence we just read.
A. I'm not seeing it.
Q. Okay. My cursor is right next to it. There is a header --
A. Okay. Gotcha. The patient cannot -- okay. Gotcha.

See it.
Q. So the second sentence says, "She should have a 15 minute break per hour"?
A. I see it.
Q. In your opinion, what does that mean?
A. I really can't really say what he was thinking, but how I interpret it is she should have a 15 minute break every hour.
Q. Okay.
A. So in an eight hour day, I'm assuming he wants me to have seven breaks. Is that how --
Q. Does that mean -- like, do you think he means just stop working for 15 minutes, or what is the break that --
MR. GLEASON: Objection. Calls for speculation.
Go ahead.
THE WITNESS: Yeah. I'm not sure what he means. If he means to take a 15 minute break every hour -- so if you work an eight hours shift, does he want me to take a 15 minute break every hour, or does it mean sit down for 15 minutes?
BY MS. JONES:
Q. Okay. But you are not exactly sure?
A. Yeah. I'm not sure what he means. He didn't discuss it with me.

Q. Okay. I'm also not sure either which is why I asked you.
A. I don't know.
Q. Okay. So in this same vein -- and we can probably dispense with this quickly, but I am going to show it to you, and I'm going to mark it as Exhibit 18.
(EXHIBIT 18 WAS MARKED FOR IDENTIFICATION.)
BY MS. JONES:
Q. Do you see this document on your screen?
A. Yes.
Q. So this is a further report from the same doctor. Except this one is dated November 2019. Do you see that at the --
A. Yes.
Q. So another report again from a workers' compensation doctor. And again here is this header with work restrictions. Do you see that?
A. It's kind of blurry. Can you make it just a teeny bit bigger?
Q. I can. Sorry. Sometimes this -- how about that?
A. Yeah. That's better.
Q. Okay. So this appears to say the same thing. "Patient cannot stand more than four hours. She should have a 15 minute break per hour. Do you see that?
A. Towards the top?

Q. It's right here under the --
A. Okay. Gotcha. I see it.
Q. So same thing that he said a few months prior in June, right?
A. Yes.
Q. Okay.
A. But I never seen his report.
Q. Right. That's fine.
Okay. And then this one I will show to you which we will mark as Exhibit 20; correct?
THE COURT REPORTER: 19.
BY MS. JONES:
Q. 19. Are you able to see that?
A. Yes.
Q. Okay. So this one is November 10, 2020. So about a year later than the one that we just looked at, again, from Dr. Rogachefsky who I understand is one of your workers' comp doctors, and he prepared this report.
(EXHIBIT 19 WAS MARKED FOR IDENTIFICATION.
BY MS. JONES:
Q. So please scroll down to the work restrictions prescribed in this report. Do you see it right here?
A. Yes.
Q. "Patient cannot stand for more than four hours. She should have a 15 minute break per hour." Okay. So

that's the same as it was the year --
A. Yes.
Q. Okay. So from our cursory review of these reports -- we looked at three, June 2019, November 2019, November 22. Is it fair to say that this doctor was pretty much saying the same things about your work restrictions?
A. It looks like he's saying pretty much the same thing, but we probably are in agreement we don't understand what he's saying.
Q. Okay. But, in other words, he wasn't changing it over time.
A. Yes.
Q. Okay.
A. Yes.
Q. Okay. This is a progress note I'm going to show you, and this one we will mark as Exhibit 20.
(EXHIBIT 20 WAS MARKED FOR IDENTIFICATION.)
BY MS. JONES:
Q. Are you able to see that on your screen?
A. Yes. I can see half of it.
Q. Okay. Looks like right here the date and time of this note was on August 4, 2021. Do you see that?
A. Yes.
Q. So this was just a couple month ago, right?

A. Yes.
Q. All right. Now, if we scroll down, I will draw your attention to this box that says, "work status," and the one that's checked other restrictions says the following: "Limit stand and walk to 30 minutes. Provide stool to sit or stand at will." Do you see that?
A. Yes.
Q. Okay. And that to you -- or to the best of your understanding reflects what your work restrictions should be at least as of a couple months ago?
A. Is this Dr. Cortes?
Q. This is Dr. Cortes. Her name is at the bottom of this document.
A. It looks like she's sticking with the same thing that she's been writing all along.
Q. Okay. So would you agree with me that the reports that we have looked at from Dr. Rogachefsky and then now from Dr. Cotes -- that the restrictions have essentially been no prolonged standing, no standing or walking more than 30 minutes for Cortes, the need to sit and stand at will, and then in some of these notes to have a stool?
A. Yes.
Q. Okay. Anything I'm missing about that you were -- that to your understanding should have been included in

these notes or provided to CVS?
A. No.
Q. All right. I do not have further questions at this time. So I'm happy to turn it over to you Darius, if you do.
MR. GLEASON: Okay. Great. Thanks very much, Lani. And --
MS. JONES: Oh, here. I will stop the share for you. There you go.
MR. GLEASON: Great. Thank you.

EXAMINATION BY MR. GLEASON

BY MR. GLEASON:
Q. Yes. Ms. Brazelton, I just wanted to cover a few points with you that we have discussed today where I thought that some further clarification might be helpful.
The first one pertains to when you finally gave up hope or you felt that continuing to attempt to return to work was pointless. What was the point in time when you --
Did you at some point feel that it was pointless to keep trying to return to work and give up?
A. Yes. I started thinking about it around the end of '18 but decided after the last doctor's note in '19 with the one where we had talked about earlier where they

said -- where she questioned that I turned in my note before I got the answer back on the sixth note.

So I kind of felt frustrated and giving up because that first five notes were not accepted, so I really didn't have any faith that the sixth one was going to be accepted. But the reason I did it before I heard back from them -- reasonable accommodation department -- is because I was on a timetable where -- this is where the Golden 85 comes in -- if I hadn't retired in February, I would have lost my medical benefits. So I either needed to return back to work in February -- and I know the exact date but the union person that I saw said in February.

The Golden 85 -- just to try to make you understand is -- it's your years you have worked plus your age has to add up to 85. So I had that, but there was a problem with the rules with the union because you have to have worked -- it doesn't matter if I worked there 34 years. You had to have worked ten full-time years in the last 15 years, so I had already been off work three years for feet surgery problems. And then there were two other years I was out for a gallbladder surgery, and then I had thyroid cancer, and I was off for four months. I don't know the exact times. I think it was 2007 for my thyroid and 2012 or 2013 I had my gallbladder out. So

REPORTER'S CERTIFICATE:

I, BRIJANNE BYRD, a Certified Shorthand Reporter for the State of California, do hereby certify:

That I am a disinterested person herein; that the witness in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth; that the deposition was reported in shorthand by me, Brijanne Byrd, a Certified Shorthand Reporter of the State of California, and thereafter transcribed into typewriting; that the foregoing is a true and correct record of the testimony given by the witness.

IN WITNESS WHEREOF, I hereby certify this transcript at my office in the County of Sacramento, State of California, this 15th day of December, 2021.

Brijanne Byrd

______________________________

Brijanne Byrd, CSR #14279

EXHIBIT

17

exhibitsticker.com

**Richard A. Rogachefsky, M.D.**
**81-767 Dr. Carreon Blvd., Suite 203, Indio, CA 92201**
**Phone: (877) 775-4277 Fax: (760) 239-6890**

Qualified Medical Evaluator
Diplomate, American Board of Orthopaedic Surgery

June 5, 2019

Pearlman, Brown & Wax, LLP
333 S. Anita Drive, Suite 900
Orange, CA 92868

Bigonger & Bigonger
4897 Main Street
Yorba Linda, CA 92886

Sedgwick
P.O. Box 14153
Lexington, KY 40512

| | |
|---|---|
| RE: | Brazelton, Julie Ann |
| SS#: | 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 |
| D/B: | July 13, 1961 |
| EMP: | CVS Pharmacy |
| CARRIER: | Sedgwick |
| D/I: | CT: September 1, 1982-February 16, 2016;<br>August 16, 2013 |
| CL#: | 007197-109300-WC-01;<br>007197-109227-WC-01 |
| WCAB#: | ADJ10319619 |

**<u>PANEL QUALIFIED MEDICAL EXAMINER'S SUPPLEMENTAL REPORT</u>**

**<u>Statement of Services – ML 106-95</u>**

Time spent on this case was as follows:

| | |
|---|---|
| Review of Records/videotape: | **0.25** Hour(s) |
| Production of this report which includes dictation and editing: | **2.00** Hour(s) |
| Total time spent on this case: | **2.25** Hour(s) |

Date of Report: June 5, 2019

Signed this 7th day of June 2019, at Los Angeles County, California.

Dear Parties:

Julie Ann Brazelton was seen and evaluated by me on October 5, 2016 in my capacity as a Panel Qualified Medical Evaluator in orthopedic surgery. Subsequently, I issued my August 8, 2018 reevaluation report. I have now received additional information as addressed below.

**IMPRESSION:**

1. Bilateral plantar fasciitis.
2. Right knee contusion.
3. Right knee bursitis.

**CAUSATION:**

*RIGHT KNEE:*
It **is** within a reasonable degree of medical probability that the specific incident at work caused the claimant's condition from the work injury on January of 2015 when her left heel gave out and she fell, injuring her right knee.

*BILATERAL FEET:*
It **is** within a reasonable degree of medical probability that cumulative trauma work caused the claimant's condition from doing walking as lead CVS Pharmacy technician due to extensive walking. The patient developed bilateral plantar fasciitis.

*PSYCH:*
The patient should be evaluated for depression by a psychologist.

In the process of formulating opinions pertaining to causation, I take into account numerous factors. These include the mechanism of injury, the type of temporal onset of symptoms, the history given by the examinee, the response to various treatments, the physical examination findings, radiographic findings and the results of other pertinent objective tests, knowledge of the pathology and the pathophysiology of specific disease or injuries, knowledge of the overall health of the individual, and other pertinent information including my experience, knowledge, and training.

**PERMANENT & STATIONARY:**

*RIGHT KNEE:*
YES. The claimant has reached Maximum Medical Improvement from treatment as of August 8, 2018, as outlined in my August 8, 2018 QME.

*BILATERAL FEET:*
YES. The claimant has reached Maximum medical Improvement from treatment as of August 8, 2018 as outlined in my August 8, 2018 QME.

According to the AMA Guides, Fifth Edition, Maximum Medical Improvement is reached when a condition or state is well-stabilized and is unlikely to change substantially in the next year, with or without medical treatment. Although over time there may be some change, further deterioration or change is not anticipated. As used in the Workers' Compensation Act [51-1-1 NMSA 1978], "date of maximum medical improvement" means the date after which further recovery from or lasting improvement to an injury can no longer be reasonably anticipated, based upon reasonable medical probability as determined by a health care provider.

**IMPAIRMENT:**

*RIGHT KNEE:*
The patient had x-rays which were normal. She has no objective findings. As a result, the patient would have a 0 percent whole person impairment, based on the AMA Guides, Fifth Edition.

*LEFT FOOT:*
Based on the AMA Guides, Fifth Edition, using page 537, Table 17-12, the patient would have a 1 percent lower extremity impairment.

*RIGHT FOOT:*
Based on the AMA Guides, Fifth Edition, using page 537, Table 17-12, the patient would have a 1 percent lower extremity impairment.

Using the conversion table on page 527, Table 17-3, a 1 percent lower extremity impairment for the right foot plus a 1 percent lower extremity impairment for the left foot equals a 2 percent lower extremity impairment. Using Table 17-3, a 2 percent lower extremity impairment equals a 1 percent whole person impairment.

In conclusion, the patient has a 1 percent whole person impairment using the AMA Guides, Fifth Edition, for the cumulative trauma work injury while working as a CVS Pharmacy technician, resulting in bilateral plantar fasciitis.

Recent case law, Almaraz-Guzman II, charges the rating physician with providing a Whole Person Impairment rating utilizing any chapter, table, or method in the AMA Guides, Fifth Edition, that most accurately reflects the injured claimant's impairment. The AMA Guides state: "Impairment percentages or ratings developed by medical specialists are consensus-derived, estimated to reflect the severity of the medical condition and the degree to which the impairment decreases an individual's ability to perform common Activities of Daily Living, excluding work." In the course of this evaluation, I have critically analyzed the injured worker's Activities of Daily Living and applied Almaraz-Guzman II. The issues surrounding Activities of Daily Living may be problematic, as these activities are subjective in nature and not something that I can actually measure. However, my job is to compare what the claimant reports in the loss of Activities of Daily Living with what was expected from the objective findings and pathology.
I opine that the Whole Person Impairment rating given in this report adequately addresses the legitimate objective medical factors in pathology and constitutes substantial medical evidence using the AMA Guides, Fifth Edition, and taking into account Almaraz-Guzman II.

**APPORTIONMENT:**

*RIGHT KNEE:*
Not applicable, since the patient has no rateable impairment.

*BILATERAL FEET:*
The patient's bilateral feet are 80 percent apportioned to the cumulative trauma of extensive walking as a CVS pharmacist and 20 percent due to an elevated BMI. As a result, a 1 percent whole person impairment times 0.8 equals 0.8. Rounding off to the nearest whole number would equal a 1 percent whole person impairment for the cumulative trauma work injury when she did extensive walking as a lead CVS pharmacy technician, based on the AMA Guidelines, Fifth Edition and apportionment.

Under SB899 (Escobedo), however, apportionment now can be based on non-industrial pathology if it can be demonstrated by substantial medical evidence that the non-industrial pathology has caused permanent disability.

To be substantial evidence on the issue of apportionment, the medical report must be framed in terms of reasonable medical probability and must not be speculative. My report is based upon the pertinent facts and, after adequate examination and history, I have set forth my reasoning in support of my conclusions. This is required by the Escobedo decision.

**WORK RESTRICTIONS:**

The patient cannot stand of walk more than four hours. She should have a 15-minute break per hour.

**FUTURE MEDICAL TREATMENT:**

The patient should be allowed to have a course of physical therapy and acupuncture in the future for any symptom flare-ups for the right and left feet two times a week for six to eight weeks. If the patient continues to have pain in the right and left feet, she should be allowed to have extracorporeal shock wave therapy. The patient should be allowed to follow up with her treating physician for any flare-ups in the future for her right and left feet.

*Pursuant to ACOEM, MTUS, ODG Guidelines or preponderance of scientific medical evidence of continued medical care with documented functional improvement or relief of symptoms.*

**REVIEW OF MEDICAL RECORDS:**

The medical records are noted below:

2 pages of medical records were reviewed.

08/31/2018 - X-ray of Right Knee by Daniel Lee, MD at Dynamic Medical Imaging. INDICATION: Pain. IMPRESSION: Normal right knee.

08/31/2018 - X-ray of Bilateral Feet by Daniel Lee, MD at Dynamic Medical Imaging. INDICATION: Pain. IMPRESSION: 1) Mild osteoarthritis. 2) Bilateral calcaneal bone spurs.

*In addition to the records summarized were duplicate records, facsimile cover letters, billing records, and utilization review documents.*

**EXAMINER'S CLOSING STATEMENT:**

I, Richard A. Rogachefsky, M.D., declare the following under penalty of perjury:

The information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, I believe it to be true.

I affirm that I am not billing for diagnostic procedures or diagnostic services not performed by myself.

I am certified as a Qualified Medical Evaluator in California and Board Certified by the American Board of Orthopaedic Surgery in Orthopaedic Surgery.

By my signature on this report, I certify that this report represents the work product of myself and expresses exclusively my professional opinion, findings, and conclusions on the matter discussed in the report.

I declare under penalty of perjury that I have not violated Labor Code Section 139.3, in that I have not offered, delivered, received, or accepted any rebate, refund, commission, preference, patronage, dividend, discount, or other compensation, whether in the form of money or otherwise, as compensation or inducement for any referred examination or evaluation, and the contents of my report and bill are true and correct to the best of my knowledge.

Date of Report: June 5, 2019

Signed this 7th day of June 2019, at Los Angeles County, California.

Sincerely,

Richard A Rogachefsky

Richard A. Rogachefsky, M.D.
Orthopedic Surgeon

EXHIBIT

18

exhibitsticker.com

**Richard A. Rogachefsky, M.D.**
**81-767 Dr. Carreon Blvd. Suite 203, Indio, CA 92201**
**Phone: (877) 775-4277 Fax: (760) 239-6890**

Qualified Medical Evaluator
Diplomate, American Board of Orthopaedic Surgery

November 12, 2019

Pearlman, Brown & Wax, LLP
333 South Anita Drive, Suite 900
Orange, CA 92868

Bigonger & Bigonger
4897 Main Street
Yorba Linda, CA 92886

Sedgwick CMS[1]
P.O. Box 14152
Lexington, KY 40512
Attn: Wendy De La Cruz

| | |
|---|---|
| RE: | Brazelton, Julie Ann |
| SS#: | xxx-xx-xxxx |
| D/B: | July 13, 1961 |
| EMP: | CVS Pharmacy |
| CARRIER: | Sedgwick CMS[1] |
| D/I: | September 1, 1982 |
| CL#: | 007197-109300-WC-01 |
| WCAB#: | ADJ10319619 |

## AMENDED[1] PANEL QUALIFIED MEDICAL EXAMINER'S SUPPLEMENTAL REPORT

## Statement of Services – ML 106-95

The time spent on this case was as follows:

| | | |
|---|---|---|
| Review of Records/videotape: | 0.5 | Hour(s) |
| Production of this report which includes dictation and editing: | 2 | Hour(s) |
| Total time spent on this case: | 2.5 | Hour(s) |

Dear Parties:

[1] Insurance correction.

Date of Report: November 12, 2019

Signed this 14th Day of November 2019, at Los Angeles County.

Julie Ann Brazelton was seen and evaluated by me on August 18, 2018, in my capacity as a Panel Qualified Medical Evaluator in Orthopedic Surgery. I have now received correspondence from Pearlman, Brown & Wax, LLP, dated September 17, 2019 providing additional information as addressed below.

## IMPRESSION:

1. Bilateral plantar fasciitis.
2. Right knee contusion.
3. Right knee bursitis.

## CAUSATION:

*RIGHT KNEE:*
It **is** within a reasonable degree of medical probability that the specific incident **caused** the claimant's condition from the injury of January 2015 when the patient's left heel gave out and she fell and injured her right knee at home on her lunch break.

*BILATERAL FEET:*
It **is** within a reasonable degree of medical probability that the cumulative trauma work injury **caused** the claimant's condition from the patient doing extensive walking as a lead CVS Pharmacy technician. The patient was doing extensive walking and developed bilateral plantar fasciitis.

*PSYCH:*
The patient should be evaluated for depression by a psychologist.

In the process of formulating opinions pertaining to causation, I take into account numerous factors. These include the mechanism of injury, the type of temporal onset of symptoms, the history given by the examinee, the response to various treatments, the physical examination findings, radiographic findings and the results of other pertinent objective tests, knowledge of the pathology and the pathophysiology of specific disease or injuries, knowledge of the overall health of the individual, and other pertinent information including my experience, knowledge and training.

## PERMANENT & STATIONARY:

*RIGHT KNEE:*
YES. The claimant has reached maximum medical improvement from treatment as of **August 8, 2018**, as outlined in the August 8, 2018 QME.

*BILATERAL FEET:*

YES. The claimant has reached maximum medical improvement from treatment as of **August 8, 2018**, as outlined in the August 8, 2018 QME.

According to the Guides, Maximum Medical Improvement is reached when a condition or state is well stabilized and is unlikely to change substantially in the next year, with or without medical treatment. Although over time there may be some change, further deterioration or change is not anticipated. As used in the worker's Compensation Act [51-1-1 NMSA 1978], "date of maximum medical improvement' means the date after which further recovery from or lasting improvement to an injury can no longer be reasonably anticipated based upon reasonable medical probability as determined by a health care provider.

**IMPAIRMENT:**

Using the *Guides to the Evaluation of Permanent Impairment Fifth Edition, AMA*:

*RIGHT KNEE:*
The patient has 0 percent whole person impairment based on the Fifth Edition AMA Guidelines for Permanent Impairment.

*BILATERAL FEET:*
The patient has 1 percent whole person impairment using the Fifth Edition AMA Guidelines for Permanent Impairment, page 537, Table 17-12, as outlined in the QME of June 5, 2019.

Recent case law, Almaraz-Guzman II charge the rating physician with providing a Whole Person Impairment rating utilizing any chapter, table or method in the AMA Guides 5th Edition that most accurately reflects the injured claimant's impairment. The AMA Guides state, "impairment percentages or ratings developed by medical specialists are consensus derived, estimated to reflect the severity of the medical condition and the degree to which the impairment decreases an individual's ability to perform common Activities of Daily Living, excluding work". In the course of this evaluation, I have critically analyzed the injured worker's Activities of Daily Living, and applied Almaraz-Guzman II. The issues surrounding Activities of Daily Living may be problematic as these activities are subjective in nature and not something that I can actually measure. However, my job is to compare what the claimant reports in the loss of Activities of Daily Living with what was expected from the objective findings and pathology.

I opine that the Whole Person Impairment rating given in this report adequately addresses the legitimate objective medical factors in pathology and constitutes substantial medical evidence using the AMA Guides 5th Edition and taking into account Almaraz-Guzman II.

**APPORTIONMENT:**

*RIGHT KNEE:*
Not applicable since the patient has no ratable impairment.

*BILATERAL FEET:*

The patient's bilateral feet are 80 percent apportioned to the cumulative trauma work injury due to extensive walking and 20 percent due to elevated BMI, as outlined in the June 5, 2019 QME. As a result, the patient continues to have a 1 percent whole person impairment from the cumulative trauma work injury when she did extensive walking as a lead CVS Pharmacy technician based on the Fifth Edition AMA Guidelines for Permanent Impairment and apportionment.

Under SB899 (Escobedo) however, apportionment now can be based on non-industrial pathology, if it can be demonstrated by substantial medical evidence that the non-industrial pathology has caused permanent disability.

To be substantial evidence on the issue of apportionment, the medical report must be framed in terms of reasonable medical probability and must not be speculative. My report is based upon the pertinent facts and after adequate examination and history I have set forth my reasoning in support of my conclusions, this is required by the Escobedo decision.

**WORK RESTRICTIONS:**

The patient cannot stand or walk more than four hours. She should have a 15-minute break per hour.

**FUTURE MEDICAL TREATMENT:**

The patient should be allowed to have a course of physical therapy and acupuncture in the future for any symptom flare-ups of her right and left feet two times a week for six to eight weeks. If the patient continues to have pain in the right and left feet, she should be allowed to have extracorporeal shockwave therapy. The patient should follow-up with her treating physician for any future symptom flare-ups of her right and left feet.

*Pursuant to ACOEM, MTUS, ODG Guidelines or preponderance of scientific medical evidence of continued medical care with documented functional improvement or relief of symptoms.*

**DISCUSSION:**

The most recent records provided demonstrated deposition transcript from September 8, 2016, in which the patient describes that when she was on her lunchbreak she went home. She had severe pain in her left heel and as a result the patient fell, hit her right knee and injured her right knee. The patient's left heel pain and plantar fasciitis are due to the extensive walking and cumulative trauma work injury working at CVS as a lead pharmacist. Due to the fact that the patient's work injury caused the left heel pain this resulted in her falling at home on her work lunchbreak and injuring her right knee. As a result, the right knee injury is a direct result of the severe left foot pain from a cumulative trauma work injury. The right knee injury occurred at her home on her lunchbreak but it is directly related to the severe left foot pain which resulted from a cumulative trauma work injury working at CVS Pharmacy.

**REVIEW OF MEDICAL RECORDS:**

The medical records are noted below:

Deposition of Julie Brazelton taken on September 8, 2016

Page 44: Applicant was not working modified duty after her left foot surgery. She was casted the first time in February for 4 weeks and then casted the second time for three months in July, August and September. In between those times she was in a black boot. Her right foot began to bother her approximately in February. When she fell and fractured her knee, she told Dr. Malhis that the right foot was starting to hurt around that time and the doctor took some x-rays.

Page 45: Applicant describes intense pain on her left foot while climbing the stairs when she went home on her lunch break, causing her to fall. She fell onto a cement step onto her right knee. She was able to return to work after her lunch break. She had her knee evaluated that day at PIH where they took x-rays of her right knee. Applicant was told it was swollen and that something in the x-ray looked suspicious, so she was asked to follow up with an orthopedic, which was Dr. Malhis. She did report to her manger about the fall.

Page 46: Applicant ended up on state disability for two months, February and March.

Page 47: Dr. Malhis wanted the applicant to see a foot specialist, Dr. Chou, because applicant was telling hm that she was having pain from the foot. Applicant states she did not injure any other body parts in the fall apart from the right knee and that she was not having any problems at all with her right leg, including the knee and the foot, prior to the fall. After the fall, she noticed pain her heel. She was not using an assistive device when she was casted. She was not wearing any sort of device on the left foot when she fell.

Page 48: When the applicant returned to work after being on disability when she was casted for three months, she was having symptoms of pain in the foot, arch and heel of the left foot. She was having symptoms to the right foot and right knee in summer of 2015 which includes pain bending and squatting.

*In addition to the records summarized were duplicate records, facsimile cover letters, billing records and utilization review documents.*

**EXAMINER'S CLOSING STATEMENT:**

I, Richard A. Rogachefsky, M.D., declare the following under penalty of perjury:

The information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, I believe it to be true.

I affirm that I am not billing for diagnostic procedures or diagnostic services not performed by myself.

I am certified as a Qualified Medical Evaluator in California, and Board Certified by the American Board of Orthopaedic Surgery in Orthopaedic Surgery.

By my signature on this report, I certify that this report represents the work product of myself and expresses exclusively my professional opinion, findings, and conclusions on the matter discussed in the report.

I declare under penalty of perjury that I have not violated Labor Code Section 139.3 in that I have not offered, delivered, received or accepted any rebate, refund, commission, preference, patronage, dividend, discount, or other compensation, whether in the form of money or otherwise, as compensation or inducement for any referred examination or evaluation, and the contents of my report and bill are true and correct to the best of my knowledge.

Date of Report: November 12, 2019

Signed this 14th Day of November 2019, at Los Angeles County, California.

Sincerely,

Richard A Rogachefsky

Richard A. Rogachefsky, M.D.
Orthopaedic Surgeon

**Richard A. Rogachefsky, M.D.**
**81-767 Dr. Carreon Blvd., Suite 203, Indio, CA 92201**
**Phone: (877) 775-4277 Fax: (760) 239-6890**

Qualified Medical Evaluator
Diplomate, American Board of Orthopaedic Surgery

November 10, 2020

Bigonger & Bigonger
4897 Main Street
Yorba Linda, CA 92886
Attn: Samantha S. Bigonger, Esq.

Pearlman, Brown & Wax
333 S. Anita Dr., Ste. 900
Orange, CA 92868
Attn: Melissa Amitrano, Esq.

Sedgwick CMS
P.O. Box 14152
Lexington, KY 40512
Adjuster: Kimberly Glen

| | |
|---|---|
| RE: | Brazelton, Julie Ann |
| SS#: | 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 |
| D/B: | July 13, 1961 |
| EMP: | CVS Pharmacy |
| CARRIER: | Sedgwick CMS |
| D/I: | CT: September 1, 1982 – February 16, 2016 |
| CL#: | 007197-109300-WC-01; 007197-109330-WC-01 |
| WCAB#: | AJ10319619 |

**PANEL QUALIFIED MEDICAL EXAMINER'S SUPPLEMENTAL REPORT**
**Statement of Services – ML 106-95**

The time spent on this case was as follows:

Review of Records/videotape: 7 Hour(s)

Production of this report which includes dictation and editing: 4 Hour(s)

Total time spent on this case: 11 Hour(s)

Date of Report: November 10, 2020

Signed this 13th day of November 2020 at Los Angeles County, California.

Dear Parties:

Julie Ann Brazelton was seen and evaluated by me on August 8, 2018, in my capacity as a Panel Qualified Medical Evaluator in Orthopedic Surgery. I have now received correspondence from Bigonger & Bigonger, dated September 15, 2020, providing additional information as addressed below.

**IMPRESSION:**

1. Bilateral plantar fasciitis.
2. Right knee contusion.
3. Right knee bursitis.
4. Right knee inferior pole patella fracture.
5. Lumbosacral degenerative disc disease at L4-5 and L5-S1.

**CAUSATION:**

*RIGHT SHOULDER AND CERVICAL SPINE:*
It **is not** within a reasonable degree of medical probability that work caused the claimant's condition due to the fact there is no mention of the patient injuring her neck or right shoulder at work until the patient stopped working in March 2016, and was evaluated by Dr. Matos. Prior to this, there is no mention of a cumulative trauma work injury to the right shoulder or cervical spine.

*LUMBOSACRAL SPINE:*
It **is** within a reasonable degree of medical probability that work caused the claimant's condition from the cumulative trauma work injury with the patient working at CVS and her symptoms of low back pain starting in November 2014, from walking with a CAM walker boot when she started to have low back pain.

*RIGHT KNEE:*
It **is** within a reasonable degree of medical probability that work caused the claimant's condition from the work injury of January 2015, when the patient's left heel gave out and she fell and injured her right knee at home on her lunch break.

*BILATERAL FEET:*
It **is** within a reasonable degree of medical probability that work caused the claimant's condition from the cumulative trauma work injury with the patient doing extensive walking as a lead CVS pharmacy technician. The patient did extensive walking and developed bilateral plantar fasciitis.

In the process of formulating opinions pertaining to causation, I take into account numerous factors. These include the mechanism of injury, the type of temporal onset of symptoms, the history given by the examinee, the response to various treatments, the physical examination findings, radiographic findings and the results of other pertinent objective tests, knowledge of the pathology

and the pathophysiology of specific disease or injuries, knowledge of the overall health of the individual, and other pertinent information including my experience, knowledge, and training.

**PERMANENT & STATIONARY:**

*LUMBOSACRAL SPINE:*
NO. After examination of the claimant, review of all available medical tests, studies, and records, I have concluded that the claimant has NOT reached Maximum Medical Improvement from treatment and would benefit from additional treatment.

*RIGHT KNEE:*
YES. The claimant has reached Maximum Medical Improvement from treatment as of **August 8, 2018,** as outlined in the QME report of August 8, 2018.

*BILATERAL FEET:*
YES. The claimant has reached Maximum Medical Improvement from treatment as of **August 8, 2018,** as outlined in the QME report of August 8, 2018.

According to the Guides, Maximum Medical Improvement is reached when a condition or state is well stabilized and is unlikely to change substantially in the next year, with or without medical treatment. Although over time there may be some change, further deterioration or change is not anticipated. As used in the worker's Compensation Act [51-1-1 NMSA 1978], "date of maximum medical improvement' means the date after which further recovery from or lasting improvement to an injury can no longer be reasonably anticipated based upon reasonable medical probability as determined by a health care provider.

**IMPAIRMENT:**

*LUMBOSACRAL SPINE:*
No.

*RIGHT KNEE:*
Using the *Guides to the Evaluation of Permanent Impairment Fifth Edition, AMA:*
The patient has an MRI of the right knee that shows mild degenerative arthritis at the patellofemoral region and medial joint compartment. The patient sustained an inferior pole of the patella fracture and the patient has a mildly antalgic gait as a result. Using Table 17-5, mild, the patient would have a 7% Whole Person Impairment for arthritic changes of the right knee.

*BILATERAL FEET:*
Using the *Guides to the Evaluation of Permanent Impairment Fifth Edition, AMA:*
Page 537, Table, 17-12, the patient has a 1% Whole Person Impairment, as outlined in the Supplemental Report of June 5, 2019.

Recent case law, Almaraz-Guzman II charge the rating physician with providing a Whole Person Impairment rating utilizing any chapter, table, or method in the AMA Guides 5th Edition that most accurately reflects the injured claimant's impairment. The AMA Guides state, "impairment

percentages or ratings developed by medical specialists are consensus derived, estimated to reflect the severity of the medical condition and the degree to which the impairment decreases an individual's ability to perform common Activities of Daily Living, excluding work". In the course of this evaluation, I have critically analyzed the injured worker's Activities of Daily Living, and applied Almaraz-Guzman II. The issues surrounding Activities of Daily Living may be problematic as these activities are subjective in nature and not something that I can actually measure. However, my job is to compare what the claimant reports in the loss of Activities of Daily Living with what was expected from the objective findings and pathology.

I opine that the Whole Person Impairment rating given in this report adequately addresses the legitimate objective medical factors in pathology and constitutes substantial medical evidence using the AMA Guides 5th Edition and taking into account Almaraz-Guzman II.

**APPORTIONMENT:**

*LUMBOSACRAL SPINE:*
No determination at this time. The patient has an elevated BMI and lumbosacral degenerative disc disease.

*RIGHT KNEE:*
The patient had an MRI of the right knee on February 11, 2015, which shows mild degenerative change at the patellofemoral and medial femoral tibial compartment. I am apportioning 60% to pre-existing right knee degenerative arthritis and 40% to the work injury of January 2015, when the patient fell and injured her right knee. The patient has an MRI that shows patellofemoral and medial femoral tibial compartment degenerative changes, mild, which are pre-existing conditions, which were aggravated by the patient's fall.

As a result, 7% Whole Person Impairment multiplied by 0.4 equals 2.8. Rounding off to the nearest whole number, this is a 3% Whole Person Impairment for the right knee for the work injury of January 2015, and 7% Whole Person Impairment multiplied by 0.6 equals 4.2. Rounding off to the nearest whole number, this would be a 4% Whole Person Impairment for pre-existing knee degenerative arthritis.

The patient has a significant risk factor of pre-existing degenerative arthritis of the right knee, which is an elevated BMI.

*BILATERAL FEET:*
The patient's bilateral feet are 80 percent apportioned to the cumulative trauma work injury due to extensive walking and 20 percent due to elevated BMI, as outlined in the June 5, 2019 QME. As a result, the patient continues to have a 1 percent whole person impairment from the cumulative trauma work injury when she did extensive walking as a lead CVS Pharmacy technician based on the Fifth Edition AMA Guidelines for Permanent Impairment and apportionment.

Under SB899 (Escobedo) however, apportionment now can be based on non-industrial pathology, if it can be demonstrated by substantial medical evidence that the non-industrial pathology has caused permanent disability.

To be substantial evidence on the issue of apportionment, the medical report must be framed in terms of reasonable medical probability and must not be speculative. My report is based upon the pertinent facts and after adequate examination and history I have set forth my reasoning in support of my conclusions, this is required by the Escobedo decision.

**WORK RESTRICTIONS:**

The patient cannot stand for more than four hours. She should have a 15-minute break per hour.

**FUTURE MEDICAL TREATMENT:**

The patient should be allowed to have a course of physical therapy and acupuncture in the future for any symptom flare-ups in her right and left feet, two times a week for six to eight weeks. If the patient continues to have pain in the right and left feet, she should be allowed to have extracorporeal shock wave therapy. She should follow up with her treating physician for any future symptom flare-ups of her right and left feet.

The patient should be allowed to have a course of physical therapy to her right knee. If her symptoms continue, she should be allowed to have a Supartz injection to the right knee x3.

I am recommending the patient have an updated MRI of the lumbosacral spine to rule out degenerative disc disease progression.

I will generate a supplemental report once the MRI is available for my review.

*Pursuant to ACOEM, MTUS, ODG Guidelines, or preponderance of scientific medical evidence of continued medical care with documented functional improvement or relief of symptoms.*

**DISCUSSION:**

In extensive re-review of the records, in which Dr. Matos specifically describes in his March 30, 2016 report, that the patient started to develop low back pain after walking with a CAM walker boot in November 2014, when she returned to full-duty work on November 4, 2014, and had pain in her feet and then developed low back pain from walking with an abnormal gait while using a CAM walker boot. After she returned to work with a heavy limp due to left foot pain, her low back pain progressively increased. As a result, there is specific documentation by Dr. Matos relating her low back pain starting on November 14, 2014, to increasing foot pain and from walking abnormally with a CAM walker brace working full duty at work. The patient does not have a specific reference by Dr. Matos relating her cervical spine or right shoulder to a cumulative trauma work injury in the records. Dr. Matos specifically states that the right and left feet and lumbosacral spine are industrial, but the cervical spine he could not determine causation due to needing further medical records.

In conclusion, I am recommending the patient have an updated MRI of the lumbosacral spine to evaluate for disease progression. I will generate a supplemental report once the MRI of the lumbosacral spine is available for my review.

**REVIEW OF MEDICAL RECORDS:**

The medical records are noted below:

01/26/2001 – Outpatient History and Physical/Discharge Summary by Britto, John, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient is here with basal cell carcinoma of the left temple. Biopsy shows incomplete excision. PHYSICAL EXAM: There is a 1 cm left temple scar. ASSESSMENT: Basal cell carcinoma of the left temple. PLAN: Left temple basal cell carcinoma excision.

01/26/2001 – Operative Report by Britto, John, Md at Presbyterian Intercommunity Hospital. PREOPERATIVE DIAGNOSIS: Basal cell carcinoma of the face. POSTOPERATIVE DIAGNOSIS: Basal cell carcinoma of the face. PROCEDURE PERFORMED: Excision carcinoma of face. ANESTHESIA: Monitored anesthetic care. PROCEDURE IN DETAIL: The patient was sedated, and the face was prepped and draped. The cicatrix over the biopsy site on the left temple was about 1 cm wide. This was now infiltrated with local and excised. The margins were marked, and it was sent for frozen section. The pathologist reported no residual tumor at the margins, and therefore, after moderate undermining the area was just closed in a straight line using double layers with Vicryl and Prolene. A Band-Aid dressing was applied. The blood loss was less than 10 cc. No complications. Postoperatively, she was stable. SPECIMEN REMOVED: Cicatrix, left check.

01/29/2001 – Surgical Pathology Report by MacDonald, William, Md at Presbyterian Intercommunity Hospital. INDICATION: Basal cell carcinoma. RESULT: Skin, left cheek, excision: Solar actinic keratosis changes. No basal cell carcinoma seen. All excision margins are free of tumor.

07/12/2006 – Laboratory Report at Quest Diagnostics. Current PAP-Liquid Based: Negative for intraepithelial lesion or malignancy.

07/13/2006 – Laboratory Report at Quest Diagnostics. CMP: Low albumin at 3.7. Urinalysis: Turbid appearance, 1+ leukocyte esterase and high WBC at 6-10.

07/13/2006 – Left Hip X-ray by Lin, Alexander, MD at Premier Imaging of Whittier. FINDINGS: There is no bony fracture or dislocation seen. There are no osteolytic or osteoblastic foci identified. The hip joint spaces are well preserved. There are mild sclerotic changes at the lateral aspect of the acetabulum. IMPRESSION: Mild degenerative changes of the left hip.

09/09/2006 – Bilateral Screening Mammogram by Patel, Jagdish, MD at PIH Health Hospital-Whittier. INDICATION: Family history of breast cancer in aunt at age 60, and breast cancer in another relative. Screening. COMPARISON: Mammogram 04//05/2004 at Bright Medical Associates. FINDINGS: The breast tissue is almost entirely fatty replaced. There are no discrete abnormalities noted in either breast. No significant changes when compared with prior studies. ASSESSMENT: Negative (BIRADS-1). Routine screening mammogram in 1 year.

06/07/2007 – Handwritten Internal Medicine Progress Notes by Wahbah, Mary, MD at Bright Medical Associates. SUBJECTIVE: Patient presents with a spot on the right hand and left leg. She also complains of pelvic cramp. PHYSICAL EXAM: Wt: 212 lbs. BP: 122/92. RR: 12. Temp: 98.8°F. ASSESSMENT: 1) Typical mole. 2) Pelvic cramps. PLAN: 1) Biopsy on 07/17/2007. 2) Naprosyn 500 mg.

06/29/2007 – Laboratory Report at PIH Bright Health Physicians. Normal fasting glucose and lipid panel.

07/17/2007 – Laboratory Report at PIH Bright Health Physicians. HPV DNA: Not detected.

07/17/2007 – Gynecological Cytology Report at Quest Diagnostics. ThinPrep PAP Cytology: Negative for intraepithelial lesion or malignancy.

11/05/2007 – Bilateral Screening Mammogram by Frye, Lynda, MD at Lambert Radiology Medical Group. INDICATION: Screening. COMPARISON: Bilateral screening mammogram 09/09/2006. FINDINGS: The breast tissue has scattered fibroglandular densities. There are no spiculated lesions, areas of unexplained architectural distortion or groupings of calcifications suspicious for malignancy. IMPRESSION: Negative (BIRADS-1). Routine screening mammogram in 1 year.

05/20/2008 – Thyroid Sonogram by Lynch, Kenneth, MD at PIH Health Hospital-Whittier. INDICATION: Thyroid mass. FINDINGS: There is a subcentimeter nodule in the mid portion of the right lobe of the thyroid. The surrounding glandular echogenicity is otherwise normal. The left lobe of the thyroid is normal as is the isthmus. IMPRESSION: Subcentimeter nodule measuring 4 x 5 x 7.5 mm. The remainder of the study is normal.

07/01/2008 - Ultrasound-Guided Thyroid Biopsy by Shanahan, William, MD at Presbyterian Intercommunity Hospital. INDICATION: Status post partial right lobe thyroidectomy 11 years ago. Recent ultrasound shows a subcentimeter right lobe nodule. IMPRESSION: Ultrasound - guided fine needle aspiration biopsies of right lobe thyroid nodule with results pending from pathology.

07/01/2008 – Pathology Report by Honda, Nathan, MD at Presbyterian Intercommunity Hospital. INDICATION: Right thyroid lobe nodule, status post thyroid lobectomy. RESULT: Ultrasound FNA, left thyroid nodule: Atypical epithelium with cytologic features suspicious for papillary carcinoma.

08/13/2008 – Laboratory Report at Presbyterian Intercommunity Hospital. CBC: High MPV at 11. Negative pregnancy test. Normal CMP.

08/13/2008 – Electrocardiogram by Nayak, Sudhaker, MD at PIH Cardiology. COMPARISON: No previous ECGs available. FINDINGS: Normal sinus rhythm. Low voltage QRS, consider pulmonary disease, pericardial effusion, or normal variant. IMPRESSION: Borderline ECG.

08/14/2008 – Preoperative History and Physical by Kronson, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient is here regarding consult for completion thyroidectomy. She had a partial right thyroid lobectomy several years ago for benign lesion. She reports that she has noticed recently some voice changes and discomfort with swallowing which in my opinion is hard to attribute a 7.5 mm nodule. She does take Protonix for gastroesophageal reflux disease which may be causing her difficulty swallowing, irritating her vocal cords, etc., and she is on oral contraceptives. PHYSICAL EXAM: Well-healed previous thyroidectomy scar. Mild and intermittent voice. Moderately obese abdomen. ASSESSMENT: Papillary carcinoma of the thyroid. PLAN: Completion thyroidectomy.

08/14/2008 – Operative Report by Kronson, Jeffrey, MD at Presbyterian Intercommunity Hospital. PREOPERATIVE DIAGNOSES: 1) Papillary carcinoma of the thyroid. 2) Severe gastroesophageal reflux disease. 3) Morbid obesity. POSTOPERATIVE DIAGNOSES: 1) Papillary carcinoma of the thyroid. 2) Severe gastroesophageal reflux disease. 3) Morbid obesity. PROCEDURE PERFORMED: Completion thyroidectomy. ANESTHESIA: General endotracheal tube. SPECIMENS: Right and left lobes of the thyroid. PROCEDURE IN DETAIL: After obtaining informed consent, the patient was brought down and placed in the supine position. She underwent gentle endotracheal anesthesia, was prepped and draped in the usual sterile fashion. Her previous thyroid lobectomy incision below was opened in a curvilinear fashion carried down to the platysma. Strap muscle midline was identified and divided vertically. The strap muscles were then retracted laterally. Flaps were created superiorly, inferiorly and laterally. The virginal left side of the thyroid was exposed first so we could identify the right plane. All of the fibroid isthmus had been removed or at least we did not see any on the anterior aspect of the trachea. We developed the right side first; it was very sticky and tedious as the strap muscles were densely adherent to the thyroid itself. Once we cleared up the thyroid superiorly and inferiorly, the superior pole vessels were divided with the Harmonic scalpel. We divided some of the inferior pole vessels as well and noted what we thought to be a right anterior parathyroid. It was left intact with its blood supply. The right recurrent laryngeal nerve was identified crossing underneath the middle thyroid vein. We worked our way superior to it, dividing the right lobe of the thyroid off the ligament of Berry. Once this was done, we were able to remove the rest of the right thyroid en bloc, not disturbing the nerve and it was sent for specimen. A very small sliver of thyroid was left on the anterior aspect of the trachea. We turned our attention to the left side where the dissection was much the same, and again there was no thyroid isthmus to remove. The superior pole vessels were quite superior, and it was somewhat difficult to encircle them without dividing some of the tendinous attachments of the deeper strap muscles. Once this was done, we divided the superior thyroid about with the Harmonic scalpel. We elevated the thyroid itself superiorly and identified the inferior thyroid artery and watched its course as it worked its way back towards the thyroid. With some difficulty, we identified the left recurrent laryngeal nerve, which was deep to the middle thyroid vein again. The inferior thyroid vessels were taken with the Harmonic scalpel. The ligament of Berry was divided, leaving a small sliver thyroid on the trachea and the rest of the left thyroid lobe was removed. Hemostasis was assisted with careful electrocautery and Surgicel as well as pressure. The wound was irrigated, the irrigant was evacuated. The strap muscles were reapproximated with 2-0 Vicryl. The wound was closed with 2-0 and 3-0 Vicryl. Local anesthesia without epinephrine was injected into the wound. Dermabond was applied to the skin. The patient awoke from anesthesia. She had no difficulty with her airway. She was transferred to recovery room in stable condition without complications.

08/14/2008 – Pathology Report at PIH Health Hospital-Whittier. INDICATION: Thyroid cancer. RESULTS: Right and Left Lobes of Thyroid, Completion Thyroidectomy: 1) A 0.3 cm papillary carcinoma, grade I confined entirely to the right lobe of the thyroidectomy specimen. 2) Benign hyperplastic right thyroid nodules including a 0.3 cm benign Hurthle cell nodule. 3) Two benign parathyroid glands at the edges of the right lobe of the thyroidectomy specimen. 4) Benign lymph nodes at the edges of the thyroidectomy specimen showing no evidence of involvement by metastatic tumor. 5) Benign hyperplastic nodules in the left lobe of the thyroid. 6) Incidental 0.2 cm benign follicular adenoma of the left lobe of the thyroid. 7) Mild follicular thyroiditis involving both right and left lobes of the thyroidectomy specimen.

08/14/2008 – Medicine Consultation by Liao, Jimmy, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient was referred for medicine consultation to assist in postoperative management after a total thyroidectomy done earlier today. She only complains of pain from her surgery. She received one dose of calcium gluconate IV followed by Os-Cal 500 mg. ASSESSMENT: 1) Papillary carcinoma of the thyroid, status post total thyroidectomy, postop day zero. 2) Hypocalcemia, most likely secondary to transient hyperparathyroid. 3) Gastroesophageal reflux disease. PLAN: 1) Continue Protonix. 2) Continue Os-Cal. Repeat calcium level in the morning. Check PTH. 3) May need radioactivity iodine therapy depending staging and histology. Check TSH and T4. Start Synthroid if radioactive iodine treatment is not planned.

08/14/2008 – Laboratory Report at Presbyterian Intercommunity Hospital. Low ionized calcium at 4.20.

08/15/2008 – Discharge Summary by Khan, Ausim, MD at Presbyterian Intercommunity Hospital. FINAL DIAGNOSES: 1) Papillary carcinoma, status post thyroidectomy. 2) History of gastroesophageal reflux disease. HOSPITAL COURSE: Patient was subsequently admitted to PIH, was initially taken directly to the OR for an elective total thyroidectomy secondary to papillary carcinoma. She has a history of a partial thyroidectomy in the past; however, her disease has recurred. She tolerated the procedure well. Postoperatively, she was transferred to the medical/surgical unit. The hospitalist service was consulted at this time. Patient was resumed on her home medications for GERD, including Protonix. She was given Vicodin as needed for pain control. She was also given calcium gluconate in addition to calcitriol daily. On postop day #1, patient had done remarkably well. She was tolerating a regular diet. She did have a little bit of difficulty swallowing; however, she was tolerating liquids and solid foods. She was cleared by Dr. Kronson for discharge. She was subsequently discharged in improved condition on 08/15/2008 and was given discharge instructions. PHYSICAL EXAM: BP: 140/70. PR: 60. RR: 18. Temp: 98.2. DISCHARGE PLAN: 1) Soft diet as tolerated. 2) Protonix 40 mg. 3) Ambien 5 mg as needed. 4) Calcitriol 1 mcg. 5) Vicodin as needed. 6) Synthroid 50 mcg. 7) Activity as tolerated. 8) Follow up with Dr. Kronson in 2 weeks. 9) Follow up with Dr. Wahbah in 2 weeks.

08/15/2008 – Laboratory Report at PIH Intercommunity Hospital. Low ionized calcium at 3.99. CMP: High glucose at 124. Low calcium at 7.5. High thyroglobulin antibody at 171. Low intact PTH at 2.6. Normal TSH and free T4.

08/26/2008 – Progress Notes by Kronson, Jeffrey, MD. SUBJECTIVE: Patient is status post completion thyroidectomy on 08/14/2008. She has many concerns but is doing well. A 3 mm focus of papillary carcinoma was found in the right lobe of the thyroid. There was a 2 mm benign adenoma in the left lobe of the thyroid, but no carcinoma. PHYSICAL EXAM: Her wound is healing well. ASSESSMENT: She has the usual postoperative scarring and soreness, which makes swallowing challenging at times, but this is resolving quickly. PLAN: 1) Follow up in the office as necessary. 2) Leave the decision to Dr. Wahbah if she will refer patient to oncologist.

09/03/2008 – Endocrinology Consultation by Reece, Edward, MD. PHYSICAL EXAM: Ht: 5'6". Wt: 199 lbs. BP: 130/80. PR: 80. RR: 16. Temp: 97.7°F. Anterior neck shows surgical scar healing well. On palpation, patient has two small subcentimeter nodules, one in the midline and one just left of the midline, in the immediate supramanubrial area; tenderness in the area. There is 1+ pretibial edema present. Slight twitching of the upper lip on palpation of the cheek. ASSESSMENT: 1) Papillary carcinoma of the right lobe of the thyroid AJCC T1 N0 MX Stage I, treated with completion thyroidectomy. 2) History of partial right lobe thyroidectomy for benign thyroid nodule. 3) Surgical hypothyroidism. 4) Rule out hypoparathyroidism. 5) Gastroesophageal reflux disorder. 6) Exogenous obesity. 7) History of skin cancer removed from left forehead. PLAN: 1) Discontinue taking thyroid replacement medicine. 2) She should have a post ablation scan for treatment evaluation of any residual thyroid tissue and carcinoma. 3) Appointment in a month and will be started on replacement therapy. 4) Place on suppressive disease for 2 years initially. 5) Parathyroid function tests and be reevaluated in 3 weeks. 6) Thyroid function tests, intact PTH with calcium, thyroglobulin quantitative and antibody for tumor marker, BMP and liver panel.

09/16/2008 – Laboratory Report at PIH Bright Health Physicians. Low free T3 at 124. High thyroglobulin panel at 888. Low thyroglobulin at less than 0.2. Normal CMP.

09/25/2008 – Radiation Oncology Consultation by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient is referred here for postoperative adjuvant radiation therapy with radioactive iodine treatment. She had a partial thyroidectomy for a nodule 11 years ago. She was doing well until recently, when the she developed hoarseness in 05/2008. ENT evaluation by Dr. Jahng Report did not reveal vocal cord mobility abnormality. She had thyroid ultrasound which revealed a subcentimeter nodule measuring 4 x 5 x 7.5 mm. Ultrasound-guided thyroid biopsy on 07/01/2008 revealed atypical epithelium with cytologic features suspicious for papillary carcinoma. She underwent total thyroidectomy on 08/14/2008. Pathology report from Presbyterian Intercommunity Hospital revealed a 0.3 cm papillary carcinoma, grade I, confined entirely to the right lobe of the thyroidectomy specimen. Benign hyperplastic right thyroid nodules including a 0.3 cm benign Hurtle cell nodule. Two benign lymph nodes at the edges of the thyroidectomy specimen showing no evidence of involvement by metastatic tumor, staged as T1/N0/M0, Stage I. Postoperative course was uneventful. She received calcium and levothyroxine. After 2 weeks, the long-acting thyroid hormone was discontinued in preparation for adjuvant therapy. She complained of moderate fatigue and TSH is elevated. PHYSICAL EXAM: Wt: 228.2 lbs. BP: 140/90. Well-healed thyroidectomy scar. ASSESSMENT: Stage I (T1/N0/M0) papillary carcinoma of the thyroid. PLAN: 1) Admit for inpatient radioactive iodine ablation on 10/01/2008 and obtain urgent authorization. 2) Continue to stay off thyroid hormone and dietary iodine. 3) Continue to avoid pregnancy.

09/26/2008 – Laboratory Report at Quest Diagnostics. Negative urine qualitative HCG.

10/01/2008 – History and Physical Note by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient presents for elective admission for radioactive iodine ablation for papillary carcinoma of the thyroid. ASSESSMENT: Stage I (T1/N0/M0) papillary carcinoma of the thyroid. PLAN: 1) Admit to Tower-1 for radiation isolation. 2) Patient will receive 125 mCi radioactive iodine-131 for ablation.

10/01/2008 – Laboratory Report at Presbyterian Intercommunity Hospital. Normal thyroid peroxidase antibody.

10/02/2008 – Radiation Oncology Progress Notes by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient reports fatigue. She states that she had nausea last evening, but much better today. PHYSICAL EXAM: Unchanged. ASSESSMENT: Tolerating treatment well. PLAN: Continue current treatment.

10/03/2008 – Discharge Summary by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. FINAL DIAGNOSES: 1) Papillary carcinoma of the thyroid, stage I. 2) Status post total thyroidectomy. 3) Hypothyroidism. HOSPITAL COURSE: After identification check, confirmation that the patient is not pregnant and informed consent obtained, she was given 133 mCi of radioactive Iodine-131 in capsule form. She swallowed the 1 capsule without regurgitation or vomiting. She was observed and remained an inpatient. Room survey and isolation was per nuclear medicine departmental protocol. The patient had transient nausea and parotid discomfort. Two days later, the radiation level was adequate for discharge. All radiation precaution was observed without violation. DISCHARGE PLAN: 1) Discharge home and follow home precaution protocol. 2) Start long-acting thyroid hormone in 3 days. 3) Total body iodine scan on 10/09/2008. 4) Follow up on 10/16/2008.

10/09/2008 – Whole Body Scan by Shanahan, William, MD at PIH Health Hospital-Whittier. INDICATION: Thyroid cancer. FINDINGS: There is intense moderately large area of uptake seen in the thyroid bed. Otherwise, there is physiologic distribution of activity throughout the body. IMPRESSION: Imaging done from I-131 therapy dose shows intense uptake in the thyroid bed most likely in the residual functioning thyroid tissue, although thyroid tumor cannot be absolutely ruled out. The study is otherwise, negative.

10/16/2008 – Radiation Oncology Progress Notes by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient returns for radiation oncology follow-up visit, status post radioactive iodine ablation on 10/01/2008. In the past 2 weeks since the ablation, she continues to improve as she has started back on thyroid hormones. She still complains of moderate fatigue. She states that she has insomnia and reports good appetite. PHYSICAL EXAM: Wt: 232.2 lbs. BP: 132/90. ASSESSMENT: Hypothyroidism, continues to resolve with Synthroid. Patient tolerated the radioactive iodine ablation. PLAN: 1) Monitor thyroglobulin levels. 2) Repeat a total bone iodine scan later. 3) Continue medical care under Dr. Reece's direction. 4) Continue thyroid replacement therapy. 5) Follow up in 6 months.

11/15/2008 – Digital Screening Mammogram by Wang, Lily, MD at Presbyterian Intercommunity Hospital. INDICATION: Screening. Family history of breast cancer in aunt at age 60, breast cancer in another aunt at age 50, and breast cancer in grandmother at age 60. COMPARISON: Digital bilateral screening mammogram 11/05/2007 and bilateral screening mammogram 09/09/2006. FINDINGS: The breast tissue has scattered fibroglandular densities. There are no spiculated lesions, areas of unexplained architectural distortion or groupings of calcifications suspicious for malignancy. No significant changes when compared with prior studies. IMPRESSION: Negative (BIRADS 1). Routine screening mammogram in 1 year.

11/18/2008 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient is here for surgery follow-up. She continues to feel fatigue, to have hot and cold flashes. She reports that she has tried Ambien 10 mg, but it makes her groggy with trouble staying and getting to sleep. She also reports mild constipation. She is off OCP since 09/2008. She mentions that she is on Synthroid 75 mcg for the past 4 weeks and has finished radiation treatment around 10/07/2008. She is taking daily medications and is being followed by endocrinology, Dr. Reece. PHYSICAL EXAM: Wt: 134.5 lbs. BP: 130/92. Temp: 98.1°F. ASSESSMENT: 1) Hypothyroidism, status post thyroid cancer. 2) Iatrogenic hypothyroidism. 3) Temperature intolerance. PLAN: 1) Restoril 7.5 mg as needed. 2) Try sleep hypnotic. 3) Follow up in 1 month if sleep cycle is poor.

12/05/2008 – Laboratory Report at LabCorp San Diego. Thyroid Panel: High TSH at 75.978. Low free triiodothyronine at 2.2.

01/15/2009 – Laboratory Report at PIH Bright Health Physicians. Normal thyroid panel.

01/23/2009 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient reports that she is under a lot of stress at work and wants something to help deal with anxiety. She does not want time off from work. She states that she is not able to go to sleep and Restoril is not helping, only sleeps 4 hours per night. She complains of daily hot flashes since thyroid surgery in 08/2008. She notes that she stopped oral contraceptive pills. She mentions that she saw an ENT, was diagnosed moderate gastroesophageal reflux disease, and needs to be switched to a different PPI as Protonix is no longer covered. PHYSICAL EXAM: Wt: 135 lbs. BP: 126/88. ASSESSMENT: 1) Chronic reflux esophagitis. 2) Menopause. 3) Symptomatic menopause. 4) Anxiety disorder not otherwise specified. PLAN: 1) Try Ambien CR 12.5 mg and stop Restoril. 2) Prilosec 20 mg. 3) Xanax 0.25 mg as needed. 4) Follow up in 1 month.

04/01/2009 – Radiation Oncology Progress Note by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient returns for follow up status post radioactive iodine ablation on 10/01/2008. She continued to do relatively well clinically. She complains of hot flashes alternating with feeling cold. Her Synthroid was increased to 150 mcg. She also complains of mild fatigue and aching enlarged joints. PHYSICAL EXAM: Wt.: 230.6 lbs. BP: 140/96. ASSESSMENT: Hormonal replacement therapy is being adjusted. Post dosing of body scan in 10/2008 revealed increased uptake in the thyroid bed area. PLAN: 1) Obtain authorization for repeat total body iodine scan and Thyrogen 0.9 mg injection. 2) Management of hormonal replacement therapy. 3) Further recommendation will follow the iodine scan.

04/01/2009 – Laboratory Report at PIH Bright Health Physicians. High thyroglobulin antibodies at 214. Low thyroglobulin at less than 0.2. High TSH at 5.10.

04/30/2009 – Laboratory Report at Quest Diagnostics. Negative qualitative urine HCG.

05/08/2009 – Whole Body Scan by Shanahan, William, MD at PIH Health Hospital-Whittier. INDICATION: Follow-up evaluation post-treatment for thyroid cancer. FINDINGS: Mild uptake is seen at the level of the thyroid bed just to the right of midline. Otherwise, there is physiologic distribution of the isotope. IMPRESSION: Compared to the study of 10/12/2008, at this time mild uptake is seen in the thyroid bed to the right of midline. Differential is a small amount of residual functioning thyroid tissue versus tumor. The whole-body scan is otherwise negative.

05/12/2009 – Handwritten Progress Notes by Wahbah, Mary, MD at Bright Health Physicians. SUBJECTIVE: Patient is here to follow up on x-ray. She reports increased eft hip pain with radiation to legs. She states that ibuprofen 800 mg helped. PHYSICAL EXAM: Wt: 209.5 lbs. BP: 138/84. PR: 88. RR: 12. There is nodule upon neck palpation. There is pain on palpation of the left groin. ASSESSMENT: 1) Chronic groin pain. 2) Thyroid nodule. PLAN: 1) Vicodin 5/300 mg. 2) Thyroid ultrasound.

05/14/2009 – Radiation Oncology Progress Note by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient had a total body iodine scan with Thyrogen injection which showed mild uptake int eh thyroid be to the right of midline. Differential is a small amount of residual functioning thyroid tissue versus tumor. After the Thyrogen injection and test dose of radioactive I-131, she complains of increased fatigue, hot flashes, nausea, insomnia, and body aches. These are self-limiting and now she feels better. She takes Synthroid and Cytomel. PHYSICAL EXAM: Wt.: 231 lbs. BP: 130/84. ASSESSMENT: Unusual symptoms secondary to the Thyrogen. PLAN: 1) Continue medical care and endocrinology care. 2) Continue thyroid hormonal replacement suppressive therapy. 3) Continue to monitor thyroglobulin about every 3 months. 4) Obtain total body iodine scan in the early part of next year. 5) With your permission, patient will follow up in the office in 03/2010.

06/09/2009 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient had radiation treatment 4 weeks ago for thyroid cancer. Her Synthroid increased and started on Cytomel. She reports that she started to increase walking. She complains of left buttock pain, that is constant and mostly with prolonged sitting and usually goes away with Motrin, but sometimes needs Vicodin for 1-2 times a week. She states that her left hip flared up a couple of weeks ago. She also notes that the left side of her cheek was swollen yesterday. PHYSICAL EXAM: Wt: 228 lbs. BP: 118/78. Temp: 98°F. Left facial cheek is slightly swollen along parotid gland. Slight tenderness to palpation. Pain with palpation of left buttock area. ASSESSMENT: 1) Sciatica. 2) Parotiditis. PLAN: 1) Augmentin 875/125 mg. 2) Ibuprofen 800 mg. 3) Vicodin 500/5 mg as needed. 4) Physical therapy consultation. 5) Return to clinic if condition worsens or new symptoms arise.

06/16/2009 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary cancer

of the thyroid. PLAN: 1) Increase Cytomel to 5 mcg. 2) Continue Synthroid 175 mcg. 3) Obtain whole body scan. 4) Follow up in 2 months. *(Illegible Handwriting)*

06/22/2009 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient states that she had taken antibiotics and the left cheek swelling had decreased but re-started as soon as medicine finished. She continues to report cheek pain with chewing and slight swelling. She last saw a dentist 3-4 weeks ago. She saw Dr. Reece on 06/16/2009 who increased Cytomel. PHYSICAL EXAM: Wt.: 231 lbs. BP: 124/82. Per patient, there is intermittent left cheek swelling. Pain with palpation of middle of left cheek. ASSESSMENT: Pain and swelling continue despite antibiotics and NSAIDs. PLAN: 1) Otolaryngologist consultation. 2) Return to clinic if condition worsens or new symptoms arise.

06/24/2009 – Handwritten Progress Notes by Jacobsen, Paul, Md at PIH Bright Health Physicians. PHYSICAL EXAM: Tender posterior buccal/masseter area on the left. ASSESSMENT: 682.0. PLAN: 1) Oral surgery evaluation. 2) X-ray in 3 weeks.

07/27/2009 – Unilateral Right Digital Mammogram and Ultrasound by Wang, Lily, MD at PIH Health Hospital-Whittier. INDICATION: Swelling or lump in the right axillary tail above a skin crease. The physician's order indicated that there was retraction of tissue in the right breast. Patient also reports that she has had significant fluctuations in her weight due to thyroid cancer therapy and recently is starting to lose some weight. Family history includes two aunts with breast cancer as well as a grandmother with breast cancer. COMPARISON: Digital bilateral screening mammogram on 11/15/2008. Digital bilateral screening mammogram on 11/05/20017. Bilateral screening mammogram on 09/09/2006. FINDINGS: The breast tissue is almost entirely fat. There are no spiculated lesions, areas of unexplained architectural distortion or groupings of calcifications suspicious for malignancy within the right breast with attention to area of palpable abnormality in the right axillary tail. Only benign fatty tissue is seen in the right axilla and axillary tail. There are no significant changes when compared with the prior studies. Directed ultrasound was performed of the right axilla and axillary tail, in region of palpable abnormality demonstrating benign fatty breast tissue without an underlying suspicious mass or architectural distortion. IMPRESSION: Negative (BIRADS-1). Routine screening mammogram in 4 months.

11/01/2009 – ED Visit Note by Jarema, Edward, MD at PIH Health Hospital-Whittier. SUBJECTIVE: Patient presents with steady, burning, crampy 8/10 epigastric pain that started around 1:00 a.m. She reports taking Mylanta without relief. She also has throat discomfort secondary to thyroid disorder. PHYSICAL EXAM: BP: 169/84. PR: 73. RR: 20. Temp: 97.8°F. Epigastric area tenderness is noted. ASSESSMENT: 1) Acute epigastric pain with resolution in the emergency department. 2) History of previous thyroidectomy for papillary carcinoma. PLAN: 1) Obtain labs. 2) EKG. 3) Donnatal. 3) Pepcid or Zantac. 4) Return to clinic if he develops severe pain or high fever. 5) Follow up with primary medical doctor in 1-3 days.

11/01/2009 – Abdominal Series with Chest X-ray by Patel, Jagdish, MD at PIH Health Hospital-Whitter. INDICATION: Abdominal pain. FINDINGS: There is no evidence of abnormal dilatation of loops of small bowel. There is a slightly increased amount of air in loops of small bowel, which is suggestive of a mild ileus. There is no evidence of free air under the

hemidiaphragms. There is no evidence of abnormal intraabdominal calcifications. Chest x-ray shows clear lung fields. IMPRESSION: 1) Unremarkable abdomen. 2) Clear lungs.

11/01/2009 – Laboratory Report at PIH Health Hospital-Whitter. CMP: Low creatinine at 0.5. Low calcium at 8.4. CBC with Differential: High MPV at 11.5. Liver Profile: Low albumin at 3.4.

11/01/2009 – Electrocardiogram by Parks, Richard, MD at PIH Health Hospital-Whitter. INDICATION: Chest pain. IMPRESSION: Sinus bradycardia with short PR. Otherwise normal ECG.

11/09/2009 – Abdominal Ultrasound by Patel, Jagdish, MD at Presbyterian Intercommunity Hospital Radiology. INDICATION: Abdominal pain. FINDINGS: The liver has a somewhat dense and heterogeneous echogenicity. There is no evidence of a liver mass. There is no evidence of intra- or extrahepatic biliary duct dilatation. Gallbladder is not well seen; however, there is acoustic shadowing arising from the gallbladder fossa which is suggestive of a gallbladder full of gallstones. The spleen is unremarkable. The pancreas is not well seen. There is no evidence of abnormal fluid collection in the upper abdomen. IMPRESSION: 1) Findings suggestive of a gallbladder full of gallstones. 2) Common bile duct is normal in size.

11/20/2009 – Laboratory Report at Quest Diagnostics. Urinalysis: Few bacteria. Few mucous threads. Negative HCG. Normal hepatic functional panel.

11/24/2009 – Laboratory Report at Quest Diagnostics. Normal CBC.

11/25/2009 – Preoperative History and Physical by Thompson, Kenneth, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient presents with episodes of excruciating mid epigastric abdominal pain which radiates through to the back with associated diarrhea. She states that pain awakens her from sleep and lasts several hours. She notes alternating constipation and diarrhea. Ultrasound showed multiple gallstones and she elected to proceed with laparoscopic cholecystectomy, possible open cholecystectomy. PHYSICAL EXAM: BP: 114/78. ASSESSMENT: Symptomatic cholelithiasis. PLAN: Laparoscopic cholecystectomy, possible open cholecystectomy.

11/25/2009 – Operative Report by Thompson, Kenneth, MD at Presbyterian Intercommunity Hospital. PREOPERATIVE DIAGNOSES: 1) Cholecystitis. 2) Cholelithiasis. POSTOPERATIVE DIAGNOSES: 1) Cholecystitis. 2) Cholelithiasis. 3) Empyema of gallbladder. PROCEDURE PERFORMED: Laparoscopic cholecystectomy. SPECIMEN REMOVED: Gallbladder and stones. ANESTHESIA: General. PROCEDURE IN DETAIL: With the patient under adequate general anesthesia, the abdomen was prepped with Betadine gel and draped in sterile fashion. Following infiltration with 0.25% Marcaine with epinephrine, a 1.5 cm vertical incision was created in the inferior aspect of the umbilicus. The anterior abdominal wall was elevated, the Veress needle was inserted, advanced through the fascia into the intraperitoneal space. When access to the intraperitoneal space was confirmed with saline drop test, the abdomen was insufflated with CO2 to a pressure of 14 mmHg. The Veress needle was removed and 10 mm trocar with overlying cannula was inserted. The trocar was removed and the

camera inserted through the cannula. Inspection of the intraabdominal space was unrevealing for any physical findings which would contraindicate proceeding with surgery at this time. Visualized portions of subphrenic region, anterior surface of the liver, stomach, pelvis and colon were without findings which would alter our strategy. Subsequently, the mid-epigastric dissecting port and lateral accessory ports were inserted under direct laparoscopic vision. The patient was placed in reverse Trendelenburg and rotated to her left. We visualized the gallbladder in the subhepatic space. The gallbladder was tensely distended, and we drained the gallbladder of approximately 65-70 of colorless bile. The gallbladder wall itself was thickened and inflamed. We were then able to grasp the gallbladder with forceps inserted via the right lower quadrant port. The fundus of the gallbladder was elevated up over the edge of the liver toward the diaphragm. Hartman's pouch region was grasped with forceps inserted via the right subcostal port and the Maryland dissector was inserted through the mid-epigastric port. We initiated dissection at the gallbladder. We stripped away the peritoneum overlying the neck of the gallbladder and I skeletonized the cystic duct. We traced it towards its confluence with the common bile duct and when the anatomy was clear, we doubly clipped the cystic duct on the patient side and singly clipped on the gallbladder side and divided the cystic duct. We subsequently identified the cystic artery and we freed the cystic artery from its attachments to the surrounding structures, and the cystic artery was divided and we clipped the main cystic artery and the anterior and posterior branches separately and then divided those branches. We used the hook cautery to separate the gallbladder from its attachment to the liver bed. The anterior and posterior peritoneal reflections were incised with hook cautery and the direct attachments to the gallbladder to the liver bed were divided with hook cautery. We freed the gallbladder beginning at its neck throughout its entire length until it was attached to the fundus only by a thin rim of peritoneum. At this point in time, we ensured the secure clipping of the cystic artery and the cystic duct. We achieved hemostasis in the gallbladder using the electrocautery on the surface of the liver. When hemostasis was achieved and when the irrigating fluid had been aspirated from the abdomen, the remaining attachments of the gallbladder were divided. I then inserted the camera through the midepigastric port and inserted the long grasping instruments through the infraumbilical port. The gallbladder was grasped at its neck, drawn across the abdomen, up into the infraumbilical cannula. The entire cannula was then removed and we grasped the gallbladder at its neck as it exited at the skin level. Then using manipulation of the gallbladder and also by blunt dilatation of the fascial defect, we were able to remove the gallbladder and its contained stones in their entirety. We subsequently reinserted the cannula through the infraumbilical region and then inserted the camera through the infraumbilical cannula. We reinspected the intra-abdominal space; we ensured hemostasis in the gallbladder bed. We irrigated the area thoroughly with warm saline. When the subphrenic region and the subhepatic region had been thoroughly irrigated and the irrigating fluid had been aspirated from the abdomen, the procedure was terminated. The pneumoperitoneum was allowed to escape and the cannulas were removed. The fascial defect in the infraumbilical region was approximated with figure-of-eight suture of 0 Vicryl; the skin was closed at sites with 3-0 Vicryl. No drains were used. The patient tolerated the procedure without incident and was taken to the recovery room in satisfactory condition following application of sterile dressings.

11/25/2009 – Pathology Report by MacDonald, William, MD at PIH Health Hospital-Whittier. INDICATION: Cholelithiasis. RESULTS: Gallbladder, cholecystectomy: 1) Chronic cholecystitis. 2) Cholelithiasis (approximately 30 type stones). 3) Gross changes suggestive of hydrops.

03/04/2010 – Radiation Oncology Progress Note by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient continues to do well. She only reports mild fatigue. She indicates that she tolerates Synthroid 150 mcg and Cytomel 5 mcg. PHYSICAL EXAM: Wt: 232 lbs. BP: 120/76. ASSESSMENT: Residual uptake in the thyroid bed area on last total body iodine scan. PLAN: 1) Obtain authorization for repeat total body iodine scan and Thyrogen 0.9 mg injection x2. 2) Total body iodine scan. 3) Thyroglobulin level and thyroglobulin antibody.

03/17/2010 – Radiation Oncology Progress Note by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient is here for Thyrogen injection. ASSESSMENT: Patient received Thyrogen 0.9 mg IM injection, which she tolerated well. PLAN: Return tomorrow for second Thyrogen injection.

03/18/2010 – Radiation Oncology Progress Note by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient returns for final Thyrogen injection. She had her first Thyrogen injection on 03/17/2010 with no increased palpations but had transient lightheadedness. ASSESSMENT: Patient tolerated the first Thyrogen injection. Another Thyrogen 0.9 mg IM injection was given, which she tolerated well. PLAN: Total body iodine scan and stimulated thyroglobulin level on 03/22/2010.

03/19/2010 – Whole Body Scan I-131 by Shanahan, William, MD at PIH Health Hospital-Whittier. INDICATION: Thyroid cancer follow up. FINDINGS: Physiologic activity is seen in the intestinal tract. Very faint uptake is seen centrally in the low neck. IMPRESSION: 1) Faint isotope uptake in the midline of the low neck of doubtful clinical significance. 2) The study is otherwise negative. 3) The activity in the neck is significantly less than on the previous exam of 05/08/2009.

03/20/2010 – Bilateral Digital Screening Mammogram by Jensen, Maureen, MD at Presbyterian Intercommunity Hospital. INDICATION: Screening, asymptomatic. COMPARISON: Prior imaging studies. FINDINGS: There are scattered fibroglandular densities. There are no spiculated lesions, areas of unexplained architectural distortion or groupings of calcifications suspicious for malignancy. No significant changes when compared with prior studies. ASSESSMENT: Negative (BIRADS 1). Routine screening mammogram in 1 year.

03/22/2010 – Laboratory Report at Quest Diagnostics. Thyroglobulin Panel: High thyroglobulin antibodies at 30. Low thyroglobulin at less than 0.2.

03/30/2010 – Radiation Oncology Progress Note by Yuen, Jeffrey, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient returns for final Thyrogen injection. She had her first Thyrogen injection on 03/17/2010 with no increased palpations, but had transient lightheadedness. ASSESSMENT: Patient tolerated the first Thyrogen injection. Another Thyrogen 0.9 mg IM injection was given, which she tolerated well. PLAN: Total body iodine scan and stimulated thyroglobulin level on 03/22/2010.

04/01/2010 – Progress Note by Wahbah, Mary, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient is here for a mobile cystic mass on the left side of the neck for the past

year which is causing discomfort. She wants to have fasting blood sugar and lipid checked and is trying to increase activity level. PHYSICAL EXAM: Wt: 230 lbs. BP: 112/80. Temp: 98.8°F. Approximately 0.5-inch mobile nodule below left jaw line, slightly uncomfortable with palpation. ASSESSMENT: 1) Obesity. 2) Nodule. PLAN: 1) Lipid panel. 2) Fasting whole blood glucose. 3) Regular exercise. 4) Continue with general surgeon.

04/02/2010 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. SUBJECTIVE: Patient follows up for hypothyroidism. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary cancer of the thyroid. PLAN: 1) Decrease Synthroid to 150 mcg. 2) Follow up in 3 months. *(Illegible Handwriting)*

04/14/2010 – Progress Notes by Thompson, Kenneth, MD at PIH Bright Health Physicians. PHYSICAL EXAM: There is a 1.5 cm nodule in skin and subcutaneous tissue of left mandible region. ASSESSMENT: Enlarging nodule adjacent to left mandible. PLAN: Excision of nodule in skin and subcutaneous tissue of left mandible region with layered closure.

05/07/2010 – Laboratory Report at PIH Bright Health Physicians. Normal lipid panel.

06/23/2010 – Brief Operative Note by Thompson, Kenneth, Md at Bright Health Physicians. PREOPERATIVE DIAGNOSIS: Sebaceous cyst of left neck. POSTOPERATIVE DIAGNOSIS: Sebaceous cyst of left neck. PROCEDURE PERFORMED: Excision of sebaceous cyst of left neck with layered closure. COMPLICATIONS: None.

07/08/2010 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary cancer of the thyroid. PLAN: 1) Obtain thyroid function test and thyroglobulin. 2) Follow up in 3 months. *(Illegible Handwriting)*

10/14/2010 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary cancer of the thyroid. PLAN: 1) Decrease Synthroid to 137 mcg. 2) Obtain thyroid function test, thyroglobulin and tumor marker. 3) Follow up in 3-1/2 months. *(Illegible Handwriting)*

01/24/2011 – Laboratory Report at Quest Diagnostics. Low thyroglobulin at less than 0.2.
02/03/2011 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary cancer of the thyroid. PLAN: 1) Obtain thyroid function test. 2) Follow up in 3 months. *(Illegible Handwriting)*

03/29/2011 – Progress Note by Wahbah, Mary, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient states that she has increased urge to urinate for a couple of years with one nocturia episode. She drinks 1 soda per day. She reports seeing Dr. Reece every 3 months. PHYSICAL EXAM: Wt.: 240.5 lbs. BP: 120/82. PR: 72. Patient appears to be obese. ASSESSMENT: 1) Routine gynecological exam with cervical pap smear. 2) Urge incontinence. 3) History of thyroid cancer. PLAN: 1) Try VESIcare 5 mg and call in a week to say if there is

symptom improvement. 2) See endocrinology every 3 months. 3) Doxycycline monohydrate 100 mg. 4) Obtain labs with PAP smear. 5) Mammogram. 6) Follow up in 1 year.

03/29/2011 – Laboratory Report at PIH Bright Health Physicians. HPV DNA not detected.

04/09/2011 – Bilateral Digital Screening Mammogram by Bickell, Kimberly, MD at Presbyterian Intercommunity Hospital. INDICATION: Screening exam. COMPARISON: Prior imaging studies at Patricia L. Scheifly Breast Health Center on 03/20/2010, 11/15/2008, 11/05/2007 and 09/09/2006. FINDINGS: Computer-aided detection was utilized by the radiologist in the interpretation of this examination. There are scattered fibroglandular densities. No suspicious masses, calcifications or areas of unexplained architectural distortion. There has been no significant interval change. IMPRESSION: There is no mammographic evidence of malignancy. Routine screening mammogram is recommended in 1 year. BI-RADS Category 1: Negative.

04/22/2011 – Laboratory Report at PIH Bright Health Physicians. Urinalysis: 10-20 squamous epithelial cells. CMP: Low calcium at 8.2. High alkaline phosphatase at 121. Low TSH at 0.02. Normal CBC and lipid panel.

05/12/2011 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. SUBJECTIVE: Patient reports that she is having insomnia. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary cancer of the thyroid. PLAN: 1) Cytomel 5 mcg. Decrease Synthroid from 137 mcg to 125 mcg. 3) Obtain thyroid function test and thyroglobulin panel. 4) Follow up in 4 months. *(Illegible Handwriting)*

09/29/2011 – Progress Note by Wahbah, Mary, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient states that she went to see endocrinology last week and her blood pressure has been noted to be in the 130-140/80-90. She also notes occasional swelling in her feet. She reports persistent let shoulder lesion for about a year. PHYSICAL EXAM: Wt: 237.5 lbs. BP: 122/70. PR: 72. Patient appears to be obese. Persistent mild bilateral pedal edema. There is a 3.5 mm scaly erythematous lesion on the left shoulder. ASSESSMENT: 1) Benign essential hypertension. 2) Atypical skin lesion. PLAN: 1) A 3 mm punch biopsy was done. 2) Try low dose hydrochlorothiazide 12.5 mg. 3) Regular exercise. 4) Follow up in 2 months.

09/29/2011 – Laboratory Report at PIH Bright Health Physicians. Punch Biopsy, Left Shoulder Skin: Actinic keratosis, with mild solar change.

11/11/2011 – Progress Note by Wahbah, Mary, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient states that he had pedicure 2 weeks ago and noted a right leg rash the day after which is slightly itchy. She reports that she had similar episode but not as severe from a previous pedicure. She is taking hydrochlorothiazide. The rash has not worsened. She presents today for cryotherapy of left shoulder actinic keratosis. PHYSICAL EXAM: Wt: 223.5 lbs. BP: 122/76. Temp: 97.8°F. Left shoulder site of biopsy. Small area of residual dry scaly patch less than 1 mm. ASSESSMENT: 1) Actinic keratosis with cryotherapy done. 2) Rash, infectious versus drug induced via hydrochlorothiazide. PLAN: 1) Start Augmentin 875/125 mg. 2) Restart hydrochlorothiazide. 3) Obtain CBC with differential. 4) Follow up in 2 weeks.

11/11/2011 – Laboratory Report at PIH Bright Health Physicians. CBC with Differential: High WBC at 11.5.

11/18/2011 – Progress Note by Wahbah, Mary, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient complains of right flank rash the next day after being seen in the office. She states that she only took Augmentin because she thought this was the cause and has been off hydrochlorothiazide for 1 week. She reports that her leg rash has resolved. PHYSICAL EXAM: Wt: 223.5 lbs. BP: 132/80. PR: 76. There is a right lower flank area urticarial appearing rash, blanches on pressure, which has a different presentation than leg rash. ASSESSMENT: Right flank rash, appears to be urticarial. PLAN: 1) Hydroxyzine hydrochloride 25 mg as needed. 2) Return to clinic if condition worsens or new symptoms arise.

01/26/2012 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. PHYSICAL EXAM: There is 2+ pretibial edema. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of thyroid cancer. PLAN: 1) Decrease Synthroid to 112 mcg. 2) Cytomel 5 mcg. 3) Obtain thyroid function test. 4) Follow up in 4 months. *(Illegible Handwriting)*

04/21/2012 – Bilateral Digital Screening Mammogram by Wang, Lily, MD at Presbyterian Intercommunity Hospital. INDICATION: Screening exam. COMPARISON: Prior imaging studies performed at Patricia L. Schiefly Breast Health Center on 04/09/2011, 03/20/2010, 11/15/2008 and 11/05/2007. FINDINGS: Computer -aided detection was utilized by the radiologist in the interpretation of this examination. The breasts are almost entirely fat. No suspicious masses, calcifications, or areas of unexplained architectural distortion. There has been no significant interval change. IMPRESSION: There is no mammographic evidence of malignancy. Routine screening mammogram is recommended in 1 year. BI-RADS Category I: Negative.

05/16/2012 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. SUBJECTIVE: Patient is apprehensive about lowering Synthroid dose. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of thyroid cancer. PLAN: 1) Obtain thyroid function test and thyroglobulin panel. 2) Follow up in 4 months. *(Illegible Handwriting)*

09/13/2012 – Progress Note by Wahbah, Mary, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient reports noticing an itchy chest wall bump for 2 months. She states that she will get dizzy with certain movements for the past couple of months. She reports that she will have some nausea as well. She notes that she had severe cold in 07/2012 and her symptoms started afterwards. She also reports having hot flashes and burning in the back of her throat. She has taken Protonix in the past. PHYSICAL EXAM: Ht.: 5'6". Wt.: 232 lbs. BMI: 37.29. BP: 130/84. There is a 5 mm raised nodular lesion between bilateral breasts. ASSESSMENT: 1) Skin neoplasm of uncertain behavior. 2) Esophageal reflux. 3) Menopause with hot flashes, does not want any therapy at this point. 4) Vertigo. PLAN: 1) Pantoprazole 40 mg. 2) Obtain labs. 3) Return to clinic for persistent symptoms. 4) Monitor dizziness and if worsening, schedule follow up. 5) Schedule biopsy this month.

10/08/2012 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. SUBJECTIVE: Patient is doing well clinically. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary thyroid cancer. PLAN: 1) Obtain thyroid function test. 2) Follow up in 4 months. *(Illegible Handwriting)*

03/05/2013 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of thyroid cancer. PLAN: 1) Obtain thyroid function test and thyroglobulin panel. 2) Follow up in 4 months. *(Illegible Handwriting)*

04/14/2013 – Left Hand X-ray, Three Views by Saket, Daniel, MD at PIH Health Hospital-Whittier. INDICATION: Left hand trauma. FINDINGS: Three views of the left hand demonstrate no osseous, articular, or appreciable soft tissue abnormality. IMPRESSION: Normal exam.

04/14/2013 – Left Wrist X-ray, Four Views by Saket, Daniel, MD at PIH Health Hospital-Whittier. INDICATION: Left wrist trauma. FINDINGS: Four views of the left wrist demonstrate no osseous, articular, or appreciable soft tissue abnormality. IMPRESSION: Normal exam.

05/01/2013 – Bilateral Digital Screening Mammogram by Bickell, Kimberly, MD at PIH Health. INDICATION: Screening exam. COMPARISON: Prior imaging studies performed at Patricia L. Scheifly Breast Health Center on 04/21/2012, 04/09/2011, 03/20/2010, 11/15/2008 and 11/05/2007. FINDINGS: Computer -aided detection was utilized by the radiologist in the interpretation of this examination. The breasts are almost entirely fat. No suspicious masses, calcifications or areas of unexplained architectural distortion. There has been no significant interval change. IMPRESSION: There is no mammographic evidence of malignancy. Routine screening mammogram is recommended in 1 year. BI-RADS Category 1: Negative.

05/07/2013 – ED Visit Note by Shock, Glen, MD at PIH Health Hospital-Whittier. SUBJECTIVE: Patient complains of 7/10 back pain with movement for 1 week. She reports some nausea. She had gallbladder removal about 2 years ago with somewhat similar pain. PHYSICAL EXAM: BP: 143/65. HR: 76. RR: 20. Temp: 97.9°F. Some mild discomfort in the right upper quadrant, partially reproducing pain. Back: With point tenderness, some thoracolumbar area to the right of midline over the paraspinal musculature reproducing pain. ASSESSMENT: Back pain consistent with musculoskeletal type pain, cannot rule out disk disease. PLAN: 1) Vicodin. 2) Ibuprofen. 3) Recheck with Dr. Wahbah in 2-3 days.

05/07/2013 – Laboratory Report at PIH Health Hospital-Whittier. BMP: Low calcium at 8.4. CBC with Differential: High MPV at 11. Normal liver panel and urinalysis with culture.

05/07/2013 – Right Upper Quadrant Abdominal Ultrasound by Garris, Joel, MD at PIH Health Hospital-Whittier. INDICATION: Abdominal pain. COMPARISON: 11/09/2009. FINDINGS: Liver: Measures 17.9 cm in the mid clavicular line. The surface contour is smooth. The echogenicity is hyperechoic. No simple cyst. No complex cyst. No solid mass. Bile Ducts: Intrahepatic biliary ducts are not dilated. The common bile duct measures 5 mm. Common bile duct stones are not present. Gallbladder: Cholecystectomy by history. Gallstones are not

applicable. The gallbladder wall measures not applicable. Pericholecystic fluid is not applicable. Ultrasonic Murphy's sign is not applicable. Polyp is not present. Sludge is not applicable. Pancreas: Normal head, body and tail. Right Kidney: Right kidney is present, measures 10.6 cm in length. Hydronephrosis is not present. Renal echogenicity is normal. No simple cyst. No complex cyst. No solid mass. IMPRESSION: 1) Mild hepatomegaly. 2) Hepatic steatosis. 3) Interval cholecystectomy.

05/28/2013 – ED Visit Note by Winship, Alexandra, PA-C/Conneen, Dennis, DO at PIH Health Hospital-Whittier. SUBJECTIVE: Patient presents with varicose vein bleeding. She states that she was in the shower earlier when she started to notice blood; one of the varicose veins in the left lower extremity popped and was bleeding. Bleeding is now controlled in the ED. She notes that this is the second episode, the first one was earlier this week to the right lower extremity. She currently rates her pain at 2/10. She reports feeling nauseous and a little lightheaded earlier. She now states that she feels improved with a little bit of nausea. PHYSICAL EXAM: BP: 128/61. HR: 83. RR: 18. Temp: 98.1°F. Some dried blood noted in the left foot. Small scab on the medial aspect of the bilateral legs. Small varicosities noted around the left ankle, mild tenderness to palpation. ED COURSE: Patient was given Zofran. Vital signs were reassessed revealing BP of 104/52, HR of 69, RR of 18. ASSESSMENT: Varicose veins and bleeding, currently resolved. PLAN: 1) Compression stockings. 2) Follow up with primary care doctor about seeking vascular specialist referral.

05/30/2013 – Progress Note by Wahbah, Mary, MD at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient returns for follow up of rib pain after she fell on the left side of her rib cage on 04/14/2013. Her lower rib cage (back) on the right side has been constantly hurting, worse with certain movements. She is only taking Tylenol for discomfort and is taking Motrin 600 mg for 2 weeks which did not help. She reports that her right leg vein popped last Wednesday, but controlled bleeding at home, then it happened gain on the left side 2 days ago and went to the ER. She reports itchy skin lesion behind her right ear for the past month. PHYSICAL EXAM: Ht: 5'6". Wt: 243 lbs. 6 oz. BMI: 39.11. BP: 150/92. HR: 86. Varicosities noted bilaterally (scabbed on front of both legs where rupture happened). There is pain with rotation of back to left and with palpation of right mid paravertebral area. There is a 1 cm abraded appearing area on the right side of neck. ASSESSMENT: 1) Back ache. 2) Skin neoplasm of uncertain behavior. 3) Varicose veins. PLAN: 1) Try tramadol. 2) Physical therapy referral. 3) Dermatology referral. 4) Submit TAF for vascular surgeon. 5) Avoid long periods of inactivity while traveling. 6) Keep legs elevated. 7) Begin or continue regular aerobic exercises, gradually work up to at least 3 sessions of 30 minutes of exercise a week.

06/10/2013 – Physical Therapy Initial Evaluation by (Illegible Therapist Signature) at Presbyterian Intercommunity Hospital-La Mirada Therapy Service. HISTORY OF INJURY: Patient reports that she fell downstairs due to wrong step, turned to the right, right shin hit first, landed on left side but with right-sided symptoms. SUBJECTIVE: Patient complains of constant 3/10 neck, right shoulder, right mid back and right low back pain that is improving. She notes that her pain is aggravated by getting up from supine position, sitting and sitting to standing, eased by changing position, leaning forward when sitting and breathing techniques. She also reports sneezing and disturbed sleep. PHYSICAL EXAM: Lumbar spine range of motion is restricted. Positive slump test on the right. There is pain with palpation over upper lumbar spine. There is tenderness to

palpation along the paraspinal muscles of the right thoracic and lumbar spine. Tightness is also noted on the right side. ASSESSMENT: Back ache. PLAN: Physical therapy once a week for 8 weeks.

08/14/2013 – General Surgery Consultation by Sargent, Dennis, MD. SUBJECTIVE: Patient was referred for two episodes of bleeding from varicose veins. PHYSICAL EXAM: Some varicose veins in the right lower extremity, generally in the greater saphenous vein distribution, with mild reflux by Doppler. Some small spider veins at the ankle (site of bleeding). ASSESSMENT: 1) Bleeding varicose veins. 2) History of thyroid cancer. PLAN: 1) Elastic compression. 2) Reassurance. 3) Follow up as needed. 4) If bleeding is recurrent and bothersome, consider injection.

10/07/2013 – Podiatry Consult Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient complains of constant pain to the plantar aspect of the left heel and arches for 6 weeks, aggravated by tight shoes, weight bearing, walking, standing and direct pressure, improved by rest. She was referred by her primary care physician. PHYSICAL EXAM: Ht: 5'6". Wt: 241 lbs. BMI: 38.89. BP: 135/90. Gait is antalgic. Bilateral foot tenderness on palpation and to both heels. There is bilateral feet deformity and increased medial arches. IMAGING: Bilateral feet x-ray showed no fracture. Increased medial arches, spurring to both heels. ASSESSMENT: 1) Plantar fasciitis. 2) Limb pain. PLAN: 1) Left foot x-ray. 2) Right foot x-ray. 3) Follow up in 3 weeks. 4) If continues to have pain, may consider steroid injection series. 5) Authorize for functional orthotics. Use good supportive running shoes. 6) Start physical therapy. 7) Ice packs for 20 minutes on and off for 2 cycles.

10/14/2013 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient returns for follow up of pain to the plantar aspect of the left heel and arches for 6 weeks. She states that symptoms remain the same. She now pain has to the left heel. PHYSICAL EXAM: Ht: 5'6". Wt: 244 lbs. BMI: 39.38. BP: 128/79. Gait is antalgic. Bilateral foot tenderness on palpation and to both heels. There is bilateral feet deformity and increased medial arches. Procedure Note: INDICATION: Pain. PROCEDURE PERFORMED: Injection of the plantar fascia of the left foot. PROCEDURE IN DETAIL: The procedure's risk, benefits, alternatives, bleeding risk, infection risk, and allergic reaction were discussed with the patient. Verbal consent was obtained prior to the procedure. Needle was used to inject 2 mL 1% lidocaine into the fascia's medial bony origin. A bandage was applied. The patient tolerated the procedure well. COMPLICATIONS: None. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Use supportive running shoes. 2) Ice packs for 20 minutes on and off for 2 cycles. 3) Follow up in 3 weeks. 4) If continues to have pain, consider steroid injection series.

10/24/2013 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient returns for follow up of pain to the plantar aspect of the left heel and arches for 8 weeks. She reports pain with ambulation and shoe gear. She is feeling much better. PHYSICAL EXAM: Ht: 5'6". Wt: 244 lbs. BMI: 39.38. BP: 133/93. HR: 87. Gait is antalgic. Bilateral foot tenderness on palpation and decreased pain to both heels. There is bilateral feet deformity and increased medial arches. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Use supportive running shoes. 2) Ice packs for 20 minutes on and off for 2 cycles. 3) Follow

up as needed. 4) If continues to have pain, consider steroid injection series. WORK STATUS: Patient can return to work.

11/14/2013 – Bilateral Lower Extremity Duplex Scan by Beck, Brian, MD at PIH Health Hospital-Whittier. INDICATION: Varicose veins. COMPARISON: No previous study. FINDINGS: On the left, flow in the common femoral vein is phasic and the vein compresses normally. On the right, the great saphenous vein has an occluding thrombus present again just above the knee and extending to the mid to lower calf where there are multiple varicosities. All of the other above-mentioned veins appear patent. Flow in the common femoral vein is phasic. All of the other visualized veins collapse with probe compression at all levels. In reverse Trendelenburg positions, there is reflux at the saphenofemoral junction for a duration of 1718 milliseconds. IMPRESSION: 1) Abnormal right lower extremity venous duplex doppler exam due to superficial vein thrombosis and significant sapheno-femoral reflux and varicosities. 2) There is no evidence of deep vein thrombosis.

05/10/2014 – Bilateral Digital Screening Mammogram by Kuo, James, MD at PIH Health Hospital-Whittier. INDICATION: Screening exam. COMPARISON: Prior imaging studies performed at Patricia L. Scheifly Breast Health Center on 11/05/2007, 11/15/2008, 07/27/2009, 03/20/2010, 04/09/2011, 04/21/2012 and 05/01/2013. FINDINGS: Computer-aided detection was utilized by the radiologist in the interpretation of this examination. The breasts are almost entirely fat. No suspicious masses, calcifications or areas of unexplained architectural distortion. There has been no significant interval change. BI-RADS Category 1: Negative. IMPRESSION: There is no mammographic evidence of malignancy. Routine screening mammogram is recommended in 1 year.

06/03/2014 – Handwritten Progress Notes by Reece, Edward, MD at PIH Bright Health Physicians. SUBJECTIVE: Patient reports having acute bronchitis for 1 week. There is significant recurrent bleeding of the right saphenous vein. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of thyroid cancer. PLAN: 1) For bronchitis, Z-Pak/Singulair/Allegra/Robitussin DM. 2) Consider laser ablation of right greater saphenous vein. 3) Follow up in 4 months. *(Illegible Handwriting)*

08/18/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient returns for follow up of constant pain to the plantar aspect of the left heel and arches for 8 weeks, aggravated by tight shoes, weight bearing, walking, standing and direct pressure, improved by rest. She still reports pain with ambulation and shoe gear. She states that she had flare up of left heel 6 weeks ago. PHYSICAL EXAM: Ht: 5'6". Wt: 236 lbs. BMI: 38.09. BP: 123/71. Gait is antalgic. Bilateral foot tenderness on palpation and decreased pain to both heels. There is bilateral feet deformity and increased medial arches. Procedure Note: INDICATION: Pain. PROCEDURE PERFORMED: Injection of the plantar fascia of the left foot. PROCEDURE IN DETAIL: The procedure's risks, benefits, alternatives, bleeding risk, infection risk and allergic reaction were discussed with the patient. Verbal consent was obtained prior to the procedure. Needle was used to inject 2 mL lidocaine 1% into the fascia's medial bony origin. A bandage was applied. The patient tolerated the procedure well. COMPLICATIONS: None. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Left foot x-ray. 2) Right foot x-ray.

3) Functional orthotics. 4) Use supportive running shoes. 5) Ice packs for 20 minutes on and off for 2 cycles.

09/08/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient follows up for left heel pain. She states that last injection did not help and is not making progress with injections. She tried change of shoe gear, injections, NSAIDs and ice without relief. She notes pain with ambulation and shoe gear. PHYSICAL EXAM: Ht: 5'6". Wt: 238 lbs. BMI: 38.41. BP: 134/87. Gait is antalgic. Bilateral foot tenderness on palpation and decreased pain to both heels. There is bilateral feet deformity and increased medial arches. Procedure Note: INDICATION: Pain. PROCEDURE PERFORMED: Injection of the plantar fascia of the left foot. PROCEDURE IN DETAIL: The procedure's risks, benefits, alternatives, bleeding risk, infection risk and allergic reaction were discussed with the patient. Verbal consent was obtained prior to the procedure. Needle was used to inject 2 mL lidocaine 1% into the fascia's medial bony origin. A bandage was applied. The patient tolerated the procedure well. COMPLICATIONS: None. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Authorize for endoscopic plantar fascial release. 2) Use supportive running shoes. 3) Ice packs for 20 minutes on and off for 2 cycles.

09/08/2014 – Laboratory Report at Quest Diagnostics. CBC with Differential: High WBC at 11.3. High RW at 15.5. High absolute neutrophils at 8499. Negative urine HCG. Normal BMP. Normal coagulation profile.

09/09/2014 – Office Visit Note by Cacho, Valerie, MD at PIH Health. SUBJECTIVE: Patient is here for preoperative visit. PHYSICAL EXAM: Ht: 5'6". Wt: 237 lbs. BMI: 36.25. BP: 140/80. HR: 79. Inspection of the oropharynx showed visible hard and soft palate and base of the uvula (Mallampati class 3). Patellar reflexes are 1+ bilaterally. ASSESSMENT: 1) Preop examination. 2) Plantar fasciitis. 3) Elevated blood pressure reading without diagnosis of hypertension. 4) Primary hypothyroidism. 5) Parotid discomfort. PLAN: 1) Stop pantoprazole. 2) Stop ibuprofen. 3) Stop Acyclovir. 4) Stop ciprofloxacin. 5) Proceed with left endoscopic plantar fascial release on 09/17/2014.

09/09/2014 – Electrocardiogram by *(Illegible Signature)*. IMPRESSION: Sinus rhythm. Normal ECG.

09/10/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient follows up for left heel pain as well as pain to the plantar aspect of the left heel and arches. She notes that last injection. She still reports pain with ambulation and shoe gear. She is ready for left foot surgery. PHYSICAL EXAM: Gait is antalgic. Bilateral foot tenderness on palpation and decreased pain to both heels. There is bilateral feet deformity and increased medial arches. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Endoscopic plantar fascial release. 2) Use supportive running shoes. 3) Ice packs for 20 minutes on and off for 2 cycles.

09/17/2014 – Operative Report by Alberty, Byron, DPM at PIH Health Hospital. PREOPERATIVE DIAGNOSES: 1) Plantar fasciitis. 2) Pain. POSTOPERATIVE DIAGNOSES: 1) Plantar fasciitis. 2) Pain. PROCEDURE PERFORMED: Endoscopic plantar

fascial release. ANESTHESIA: General. PROCEDURE IN DETAIL: The patient was brought to the operating room and anesthesia was then administered to the patient by the anesthesiologist. The left ankle was then blocked with a 50:50 mixture of 0.5% Marcaine and 1% Xylocaine plain in an ankle block fashion. The surgical site was then prepped and draped in the usual sterile manner and Esmarch bandage was used to exsanguinate blood from the patient's left foot to the knee joint region. Thigh pneumatic tourniquet was inflated to 350 mmHg and we proceeded with procedure #1. Procedure #1: Endoscopic plantar fascial release of the left foot. With the use of a marking pen, an incision line was drawn 5.5 cm from the posterior aspect of the left heel the and 2 cm from plantar aspect of the left heel for the medial portal incision. An incision was then made in this area. An elevator type instrumentation was then placed through the medial portal under the plantar aspect of the plantar fascial ligament and protruded to the lateral aspect of the left foot. A stab incision was then made for the lateral portal. The Freer instrumentation was removed. The trocar and cannulated system were placed into the medial portal under the plantar fascial ligament and out the lateral portal. The trocar was removed and the cannulated system was left intact. A camera was then used to evaluate the plantar aspect of the plantar fascial ligament. Using the camera, a blade was then through the medial portal and the medial 2/3 of the plantar fascial ligament were released. The camera was used to document the release and the intact muscle belly underneath. It should be noted that the patient's plantar fascial ligament was very thick. The camera and blade were removed from the cannulated system. The area was copiously irrigated with sterile saline. The cannulated system was removed. The incision sites were coapted together using 3-0 Vicryl with simple interrupted suture technique. The patient was injected with 10 mL of 0.5% Marcaine in the surgical site and 2 mL of Depo-Medrol 80 in the surgical site. The surgical site was dressed with bacitracin ointment, Xeroform, fluffs, Kerlix and Coban. Tourniquet was released. There was noted to be hyperemic reaction to toes 1 through 5 of the left foot. The patient tolerated the procedure and anesthesia well, left the operating room with vital signs stable, vascular status intact as evidenced by capillary refill time less than 3 seconds in digits 1 through 5 of the left foot. The patient will spend a short period in the recovery unit for pain control and observation. The patient will be discharged with a Cam walking boot and crutches. The patient will be advised to remain strictly non-weightbearing at all times to the left lower extremity.

09/17/2014 – Left Foot X-ray, Three Views by Patel, Jagdish, MD at PIH Health. INDICATION: Postop. COMPARISON: None. FINDINGS: There is a small plantar calcaneal spur formation. There is no evidence of a fracture or dislocation. There is no evidence of radiopaque foreign body. IMPRESSION: Small plantar calcaneal spur formation.

09/24/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen status post endoscopic plantar fascial release of the left foot. PHYSICAL EXAM: Ht: 5'6". Wt: 230 lbs. BMI: 37.12. BP: 141/98. IMAGING: Left foot x-ray: No fracture. Good alignment. Patient had endoscopic plantar fascial release. No evidence of fracture. ASSESSMENT: 1) Plantar fasciitis. 2) Limb pain. PLAN: 1) Left foot x-ray. 2) Follow up in 1 week.

10/01/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen status post endoscopic plantar fascial release of the left foot. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: Follow up in 1 week.

10/08/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen for postoperative visit status post endoscopic plantar fascial release of the left foot. PHYSICAL EXAM: Ht: 5'6". Wt: 230 lbs. BMI: 37.12. BP: 116/71. ASSESSMENT: 1) Plantar fasciitis. 2) Limb pain. PLAN: 1) Continue weightbearing of the left foot with CAM walker. 2) Follow up in 1 week.

10/15/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen for postoperative visit status post endoscopic plantar fascial release of the left foot. PHYSICAL EXAM: Ht: 5'6". BP: 122/86. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Plan to remove sutures. 2) Start in therapy.

10/21/2014 – Physical Therapy Initial Evaluation by *(Illegible Signature)* at Presbyterian Intercommunity Hospital. SUBJECTIVE: Patient complains of intermittent 5-8/10 left ankle pain, aggravated with weightbearing, relieved by ice. She reports throbbing pain when walking and a shooting pain when standing. She notes some positional pain. PHYSICAL EXAM: Limited left ankle range of motion with strength of 4/5 on inversion/eversion. She is unable to walk her dog 2-3 miles or work secondary to pain. Gait analysis reveals decreased stance time and PF on the left. There is some pain with repetitive DF and GV. Tenderness to palpation along arch and at heel at incisions. ASSESSMENT: Status post plantar fasciitis surgery. PLAN: Physical therapy 2 times per week for 90 days.

11/14/2014 – Patient participated in physical therapy sessions from 10/21/2014 through 11/14/2014 by *(Illegible Signature)* at PIH Health. INDICATION: Status post plantar fascial surgery. TREATMENTS RENDERED: 1) PT evaluation. 2) Therapeutic exercises. 3) Manual therapy. 4) Home exercise program. 5) Patient education.

10/30/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen for postoperative visit status post endoscopic plantar fascial release of the left foot. PHYSICAL EXAM: Ht: 5'6". Wt: 242 lbs. BMI: 39.06. BP: 128/76. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Finish therapy. 2) Patient to go for Superfeet Green. 3) Reauthorize for functional orthotics. WORK STATUS: Full duty on 11/03/2014.

12/04/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen for postoperative visit status post endoscopic plantar fascial release of the left foot. She still has mild soreness. PHYSICAL EXAM: Ht: 5'6". Wt: 246 lbs. BMI: 39.71. BP: 136/78. Gait is antalgic. Bilateral foot tenderness on palpation and pain to the left heel and midfoot. There is deformity of the feet bilaterally and increased medial arches. ASSESSMENT: 1) Plantar fasciitis. 2) Pes cavus. 3) Limb pain. PLAN: 1) Start Voltaren 1% transdermal gel. 2) Patient to go for Superfeet Green. 3) Follow up as needed.

12/29/2014 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen for postoperative visit status post endoscopic plantar fascial release of the left foot. She still complains of mild soreness. PHYSICAL EXAM: Ht: 5'6". Wt: 246 lbs. BMI: 39.71. BP: 156/90. Gait is antalgic. Bilateral foot tenderness on palpation and pain to the left heel and midfoot. There is deformity of the feet bilaterally and increased medial arches.

ASSESSMENT: 1) Pes cavus. 2) Plantar fasciitis. 3) Limb pain. PLAN: 1) Start ibuprofen 800 mg. 2) Patient to go for Superfeet Green. 3) Voltaren cream.

01/07/2015 – Right Knee X-ray, Four Views by Ounjian, Zareh, MD at PIH Health Hospital. INDICATION: Right knee injury. COMPARISON: None. FINDINGS: Prepatellar bursitis. Mild osteoarthritis. No fracture, dislocation, periarticular osteoporosis, or lytic lesions. IMPRESSION: Prepatellar bursitis.

01/12/2015 – Office Visit Note by Malhis, Talal, MD at Bright Health Physicians. DOI: 01/07/2015. HISTORY OF INJURY: Patient is referred for a right knee injury when she slipped and fell on the stairs while upstairs. She directly struck her right knee and developed severe knee pain. She was seen at Urgent Care on 01/07/2015 and had a relief with Toradol injection. She had x-rays that showed superior patellar spur with a fracture. Upon review, she does have a nondisplaced fracture of the inferior pole of the patella. SUBJECTIVE: Patient complains of moderate, constant, sharp and sometimes dull ache right knee pain that exacerbates to moderate-severe with weightbearing, improves with non-weightbearing and sitting. PHYSICAL EXAM: Ht: 5'6". Wt: 240 lbs. She walks with a limp related to her right knee. Right knee shows exquisite tenderness at the inferior pole of the patella with bruising and swelling. The Range of motion is 10 to 120 degrees. ASSESSMENT: Right knee inferior pole of the patella nondisplaced fracture. PLAN: 1) Order brace from P&O. 2) Avoid excessive repetitive overuse. Avoid displacement. 3) Take pain medication as needed. 4) Encourage to take vitamin D3 and calcium. 5) Follow up in 1 month.

01/22/2015 – Podiatry Progress Note by Alberty, Byron, DPM at PIH Health. SUBJECTIVE: Patient was seen for postoperative visit status post endoscopic plantar fascial release of the left foot. She reports shooting pain to the dorsal aspect of the left foot. She states that she fell and fractured her right knee 2 weeks ago. She complains of lower back pain. PHYSICAL EXAM: Ht: 5'6". Wt: 246 lbs. BMI: 39.71. BP: 141/96. Gait is antalgic. Bilateral foot tenderness on palpation and pain to the left heel and midfoot. There is deformity of the feet bilaterally and increased medial arches. ASSESSMENT: 1) Pes cavus. 2) Plantar fasciitis. 3) Limb pain. PLAN: 1) Send for functional orthotics. 2) Evaluate for lumbar nerve compression. 3) May need pain management.

01/28/2015 – Orthopedic Progress Notes by Malhis, Talal, MD at Bright Health Physicians. SUBJECTIVE: Patient returns with pain in her left foot and right lower extremity. She had endoscopic plantar fascial release by Dr. Alberty recently and is still recovering from that. She also endorses right leg pain, could be because she was resting the right leg and is compensating, putting more pressure on the right leg, foot and heel. She also complains of some mild back pain. Her symptoms are not much better. PHYSICAL EXAM: Left foot has scars from the plantar release. Knee swelling has improved. Positive straight leg raising on the right side. Mild pain in the lumbar spine. ASSESSMENT: 1) Left foot pain. 2) Status post plantar fascial release, left foot. 3) Right leg pain. 4) Right leg sciatica. 5) Lumbar spine pain. PLAN: 1) MRI of the lumbar spine. 2) Continue Motrin. 3) Avoid excessive repetitive overuse. 4) Follow up next week.

01/28/2015 – X-ray of the Lumbar Spine and Hips by Malhis, Talal, MD at Bright Health Physicians. INDICATION: Left foot pain and right leg pain. IMPRESSION: 1) Degenerative disc disease, lumbar spine. 2) Normal hips.

01/28/2015 – Noncontrast MRI of the Lumbar Spine by Ounjian, Zareh, MD at PIH Health. INDICATION: Low back pain radiating to left leg. COMPARISON: None. FINDINGS: T11-12: Schmorl's node at the superior endplate of T12. T12-L1, L1-2, and L2-3 interspaces are unremarkable. Conus ends at L1-2 interspace and is of normal contour and signal. L3-4: Mild disc desiccation. Annular fissure. L4-5: Disc desiccation. No evidence of protrusion or spinal stenosis or foraminal narrowing. Annular fissure. See image 4 series 6. Mild facet arthropathy. L5-S1: Mild desiccation. No significant protrusion. Facet arthropathy. Mild bilateral foraminal narrowing. No evidence of retroperitoneal adenopathy. SI joints are symmetric. Marrow signal pattern is unremarkable. IMPRESSION: 1) No significant spinal stenosis or protrusion. 2) Mild bilateral foraminal narrowing at L5-S1. 3) Annular fissure noted on the left side at L4-5. 4) Mild facet arthropathy.

02/06/2015 – Orthopedic Progress Notes by Malhis, Talal, MD at Bright Health Physicians. SUBJECTIVE: Patient follows up for MRI lumbar spine result. She still notes left foot pain status post endoscopic release over the plantar aponeurosis. She also reports right knee pain, which does not seem to be related to her back. She indicates that pain in the right lower extremity is from the thigh down to the calf. PHYSICAL EXAM: Lumbar spine with mild tenderness and limited motion. Some numbness in the feet I also noted. Right knee has slight medial tenderness. Range of motion is 0-125 degrees. She does have mild and posteromedial joint tenderness with possible positive McMurray's test. ASSESSMENT: 1) Lumbar spine pain. 2) Right knee pain. 3) Plantar fasciitis of left foot, status post endoscopic release. PLAN: 1) MRI of the right knee. 2) Refer and make appointment with Dr. Harvey Chou regarding bilateral feet. 3) Follow up after MRI results.

02/11/2015 – Noncontrast MRI of the Right Knee by Lee, Christina, MD at PIH Health. INDICATION: Right knee injury. COMPARISON: None. FINDINGS: The medial and lateral meniscus are intact. The anterior cruciate ligament is intact. Low-grade intrasubstance signal near the femoral attachment of the posterior cruciate ligament. The medial and lateral supporting structures about the knee are intact. Mild quadriceps tendinosis and enthesopathy at the superior patella. The patellar tendon is intact. There is edema and thickening of the prepatellar continuation. There is mild prepatellar edema/bursitis. There is mild diffuse subcutaneous edema about the knee. Small joint effusion. Moderate grade chondral fissuring about the lateral and medial patellar facet. Moderate grade chondral fissuring about the central trochlea. Early osseous spurring. Mild chondromalacia of the medial femorotibial compartment. IMPRESSION: 1) Mild edema and thickening of the prepatellar continuation, with mild prepatellar bursitis could be posttraumatic. There is no high-grade partial thickness or full thickness tendon tearing of the patellar or quadriceps tendon. 2) Intrasubstance degeneration of the menisci, without evidence meniscal of a tear. 3) Low-grade sprain near the femoral attachment of the posterior cruciate ligament. 4) Small joint effusion. 5) Mild degenerative changes of the patellofemoral and medial femorotibial compartment. 6) Mild diffuse subcutaneous edema about the knee.

02/18/2015 – Orthopedic Progress Notes by Malhis, Talal, MD at Bright Health Physicians. SUBJECTIVE: Patient follows up for right knee MRI result. She continues to complain of knee pain. She reports popping of left knee, which is a new problem. She still reports left heel pain, as well as right foot and heel pain. She continues to have pain at the endoscopic plantar fascial release site. PHYSICAL EXAM: Bilateral Knees: Slight medial tenderness. Range of motion is only limited by 5 degrees in each direction. ASSESSMENT: 1) Right knee pain. 2) Left knee pain. 3) Right heel pain. PLAN: See Dr. Harvey Chou for bilateral feet evaluation.

02/18/2015 – Bilateral Knee X-ray by Malhis, Talal, MD at Bright Health Physicians. INDICATION: Pain. IMPRESSION: 1) Normal left knee. 2) Normal right knee.

03/02/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient is here for left foot and right knee. She says that the endoscopic plantar fascial release in September did not work. She indicates that she went back to work too soon, at 6 weeks she was in a CAM walker after surgery and then fell onto her right knee 5 weeks ago. She saw Dr, Malhis and had right knee MRI done. She states that right knee does not really bother her that much. She complains now of severe 8/10 left foot pain, aggravated by standing, working and walking, nothing makes it better. PHYSICAL EXAM: Left Knee: Some mild patellar tendon tenderness to palpation. Left Foot: Tenderness to palpation in the midfoot area, right on the instep. Anterior ankle pain is noted. ASSESSMENT: Left foot pain, mainly in the midtarsal joints, could be something arthritic. PLAN: 1) Obtain right knee MRI. 2) Follow up post MRI.

03/02/2015 – Right Foot and Ankle X-ray by Chou, Harvey, MD at Bright Health Physicians. INDICATION: Right foot pain, status post plantar fascial release. IMPRESSION: No evidence of fractures or dislocation, good alignment and minimal degenerative changes.

03/03/2015 – Noncontrast MRI of the Left Foot by Saket, Daniel, MD at PIH Health Hospital-Whittier. INDICATION: Left foot/ankle pain. COMPARISON: Left foot radiographs 03/02/2015. FINDINGS: Please note that attention was paid to the ankle. The forefoot was not fully included in the field-of-view. There is a bipartite medial hallux sesamoid, with subchondral microcyst formation about the synchondrosis. Limited subchondral bone marrow edema is noted at the cuboid-lateral cuneiform articulation. The tibiotalar, subtalar, talonavicular, calcaneocuboid, and tarsometatarsal joints appear unremarkable. No osteochondral lesion or joint effusion. The deltoid ligament, spring ligament, and lateral collateral ligamentous complex are intact. The syndesmotic ligaments are intact. There is slight increased signal within the distal Achilles tendon (series 10 image 11), which is consistent with tendinopathy. Small fluid is present within the retrocalcaneal bursa. The peroneal, medial ankle, and anterior ankle tendons appear unremarkable. There is a complete rupture of the medial bundle plantar fascia, which is located at 15 mm distal to its calcaneal attachment site. There is retraction, with 9 mm in length fluid-filled gap at the tear site. The sinus tarsi fat appears unremarkable. There is mild generalized muscle atrophy. Subcutaneous edema is noted, and is most pronounced laterally. IMPRESSION: 1) Plantar fascia rupture. 2) Distal Achilles tendinopathy with small retrocalcaneal bursitis. 3) Limited subchondral bone marrow edema at cuboid-cuneiform articulation. 4) Bipartite medial hallux sesamoid with degenerative change. 5) Mild generalized muscle atrophy. 6) Subcutaneous edema.

03/11/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient is here for follow up for her left foot. She still complains of pain mainly ono the lateral side of the foot and also in the arch. PHYSICAL EXAM: Some first tarsometatarsal tenderness to palpation. There is also mid-tarsal lateral sided tenderness to palpation too. ASSESSMENT: 1) Mid left foot pain. 2) Right knee traumatic bursitis. PLAN: 1) Injection of the fourth tarsometatarsal with Kenalog 40 mg. 3) Give orthotics to protect her arch. 4) See Dr. Alberty. 5) Follow up in 2 weeks.

04/06/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient returns for follow up for her left status post plantar fascial complete release. She is also status post injection into the fourth tarsometatarsal joint. She stats that she felt better over there, although still has pain in the ball of her foot, not just over the first metatarsal, but over the second, third and fourth as well. PHYSICAL EXAM: Tenderness to palpation over the lateral side of the foot and the base of the fourth and fifth metatarsals. ASSESSMENT: Residual lateral foot (tarsometatarsal) pain secondary to plantar fascial release. PLAN: 1) Put in a short leg walking cast. 2) Follow u in 2 weeks.

04/20/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient follows up for left foot. She still complains of midfoot lateral-sided pain and fourth and fifth tarsometatarsal, possibly secondary to open release of plantar fascia. She has been in a cast 2 two weeks. She says she does actually feel better right now since she has been in the cast. PHYSICAL EXAM: Tenderness to palpation on the fourth and fifth tarsometatarsal. ASSESSMENT: 1) Fourth and fifth tarsometatarsal pain. 2) Lateral foot pain after plantar fascia release. PLAN: 1) Refer for second opinion. 2) Refer to Dr. Glenn Pfeffer or USC Orthopedics. 3) Follow up as needed. 4) Use a CAM walker for now.

05/20/2015 – Bilateral Screening Mammogram with Tomosynthesis by Bickell, Kimberly, MD at PIH Health Hospital-Whittier. INDICATION: Screening exam. COMPARISON: Prior imaging studies at Patricia L. Scheifly Breast Health Center on 11/05/2007, 11/15/2008, 03/20/2010, 04/09/2011, 04/21/2012, 05/01/2013 and 05/10/2014. FINDINGS: Computer-aided detection was utilized by the radiologist in the interpretation of this examination. The breasts are almost entirely fat. No suspicious masses, calcifications or areas of unexplained architectural distortion. There has been no significant interval change. BI-RADS Category 1: Negative. IMPRESSION: There is no mammographic evidence of malignancy. Routine screening mammogram is recommended in 1 year.

05/27/2015 – History and Physical Note by Williams, Joan, MD at UCLA Health. SUBJECTIVE: Patient presents with a 9-month history of left foot pain, status post plantar fascia release on 09/17/2014. She now complains of 6-9/10 pain laterally and some medially in the arch of the foot. She was placed in a cast which helped somewhat, but has difficulty standing for long periods of time which hinders her being able to work. She states that the CSI on the lateral foot did not help. She wears orthotics with minimal relief. PHYSICAL EXAM: Gait is antalgic. Slight gastrocnemius contracture is noted. Tenderness to palpation over calcaneocuboid joint and navicular prominence medially. IMAGING: Three-view left foot x-ray showed slight sagging through the NC joint. No arthritis or fractures. MRI showed some edema in the CC joint, complete

plantar fascia rupture. ASSESSMENT: Left foot pain, mostly at the calcaneocuboid joint. PLAN: 1) Try CSI under radiologic guidance to the calcaneocuboid joint. 2) Call after CSI.

06/01/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient comes in after seeing the second opinion at UCLA, who recommended the patient have a left calcaneocuboid fusion with Dr. John Williams. She still reports pain in the same side, but her fourth and fifth TMT versus CC joint, but it does make sense that CC joint has pain because that is more common with what is going on after this particular surgery. PHYSICAL EXAM: Lateral tenderness to palpation either at the fourth and fifth tarsometatarsal versus the calcaneocuboid joint. ASSESSMENT: Fourth and fifth tarsometatarsal versus calcaneocuboid pain. PLAN: Calcaneocuboid fusion.

06/19/2015 – History and Physical/New Patient Evaluation by Pfeffer, Glenn, MD. SUBJECTIVE: Patient has longstanding left foot problems that dates back for more than a year and has plantar fasciitis, status post plantar fascia release endoscopically in September. Since that time, she states that her plantar fascia pain has improved somewhat, but she has developed additional pain in her foot that happened over the months following the surgery. Her main area of pain is in the area of the medial foot. She states that it also hurts over the plantar fascia, in the arch over the mid substance, and slightly lesser in the lateral portion of the foot. PHYSICAL EXAM: Palpable defect in the proximal plantar fascia of the left hindfoot. Significant tenderness over the mid substance of the plantar fascia on the left. Tenderness over the navicular cuneiform joint of the left hindfoot. She has a difficult time with unassisted toe rise because of left foot pain. Significant antalgic gait referable to her left foot and indicates significant medial foot pain. Bilateral edema in both feet. There is very little pain over the cuneiform articulations of the left hindfoot. IMAGING: MRI shows very mild uptake in the lateral hindfoot, without evidence of tendinopathy, other than the Achilles. ASSESSMENT: Lateral column syndrome following plantar fascial release. PLAN: 1) Try further immobilization. 2) Place in a weightbearing short-leg cast for 6 weeks. If improving, consider placing in a short-leg cast for additional 6 weeks.

06/22/2015 – Procedure Note by Yue, Brian, MD at Presbyterian Intercommunity Hospital. INDICATION: Left calcaneocuboid joint pain. PROCEDURE PERFORMED: Fluoroscopy Needle Placement on the Left. PROCEDURE IN DETAIL: The procedure, risks, benefits, and alternatives were explained to the patient who gave verbal and written informed consent. A time out procedure was done. Patient was prepped and draped in usual sterile fashion. Under fluoroscopic guidance, 1% subcutaneous lidocaine was given. A 25-gauge needle was inserted into the calcaneocuboid joint and confirmed with contrast injection mixed with lidocaine. Subsequently, the medication cocktail was injected into the joint. The needle was removed uneventfully. FINDINGS: There is no significant calcaneocuboid joint space narrowing. The contrast opacified the joint adequately. IMPRESSION: Successful fluoroscopy needle placement into the left calcaneocuboid joint for steroid injection.

07/02/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient is here for follow up of left foot. She states that she saw Dr. Pfeffer who recommending 3 months of casting. She complains of right heel pain that is different than the plantar fascia from the lateral side of the heel. She describes the pain as moderate and achy as she was offloading the left foot onto the right ethmoid and turning more. PHYSICAL EXAM: Ht:

5'6". Wt: 280 lbs. BMI: 45.19. BP: 157/97. Left Foot: Tenderness on the lateral side and somewhat in the talonavicular. Right Foot. Lateral tenderness as well. Some atrophic fat pad and burst fat cells are noted. ASSESSMENT: 1) Arthrosis of foot. 2) Fat pad arthropathy of foot. PLAN: 1) Short leg walking cast. 2) Silicone heel cup. 3) Follow up in 2 weeks for cast change.

07/13/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient is here for follow up for her left foot, still plantar fascia release with lateral sided pain. She is in a cast for 2 weeks and reports feeling almost no pain on lateral side and all her pain is on the medial side. PHYSICAL EXAM: Left Foot: Tenderness decreased laterally, still present medially. ASSESSMENT: Foot arthrosis. PLAN: 1) Continue casting with a short leg. 2) Follow up in 2 weeks.

07/23/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient follows up for her left foot. She still complains of pain on the medial side. She states that cast was bothering her when stepping and arch is hurting. She is in a cast now for 4 weeks. PHYSICAL EXAM: Ht: 5'6". Wt: 254 lbs. BMI: 41. Left Foot: Tenderness decreased laterally, still present medially. ASSESSMENT: 1) Foot arthrosis. 2) Hip joint pain. PLAN: 1) Obtain authorization for heel cups. 2) Continue short leg walking cast. 3) Follow up in 2 weeks.

07/28/2015 – Orthopedic Progress Notes by Chou, Harvey, MD at Bright Health Physicians. SUBJECTIVE: Patient is here stating that her cast got wet while taking a shower. ASSESSMENT: Cast removal. PLAN: New short leg cast was applied.

08/07/2015 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient presents with intermittent right leg swelling for the past couple of years, right check lesion for the past couple of months, and weight loss as she tries to eat low salt diet. PHYSICAL EXAM: Ht: 5'6". Wt: 256 lbs. BMI: 41.32. BP: 146/90. HR: 88. Temp: 97.4°F. Left leg is in cast. Right pretibial 1++ pitting edema. Right temple has approximately 1 cm nodular/skin-colored lesion, slightly pearly in appearance. ASSESSMENT: 1) Benign essential hypertension. 2) Edema. 3) Morbid obesity with BMI of 40.0-44.9. 4) Primary hypothyroidism. 5) Skin lesion. PLAN: 1) Obtain labs. 2) Start furosemide 20 mg. 3) Weight management classes. 4) Dermatology referral.

08/11/2015 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient returns for follow up of left foot status post casting for 6 weeks. She states that she still has some pain on the medial side (arch and heel) and the pain on the lateral side has subsided quite a bit. PHYSICAL EXAM: Ht: 5'6". Wt: 256 lbs. BMI: 41.32. Left Foot: There is still tenderness to palpation at the medial arch and also the talonavicular joint, decreased in the lateral side. ASSESSMENT: Foot arthrosis. PLAN: 1) New left ankle cast was applied. 2) Continue casting for 6 more weeks at 2-week intervals. 3) Follow up in 2 weeks.

08/26/2015 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient returns for follow up of left foot status post casting for 8 weeks. She still complains of pain in the arch and the heel, mostly on the medial side, while lateral side pain has decreased quite a bit. PHYSICAL EXAM: Ht: 5'6". Wt: 256 lbs. BMI: 41.32. Left Foot: There is still tenderness to palpation at the medial arch and also the talonavicular joint, decreased in the lateral side. ASSESSMENT: Foot

arthrosis. PLAN: 1) Continue casting for 4 more weeks at 2-week intervals. 2) Follow up in 2 weeks.

08/26/2015 – Laboratory Report at Quest Diagnostics. Low urine creatinine at 9. Urinalysis: Trace leukocyte esterase. BMP: Low calcium at 8. High hemoglobin A1c at 6.1. CBC with Differential: Low MCHC at 31.9. High RDW at 15.2.

09/09/2015 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient follows up for left foot pain. She still complains of left foot pain particularly at the talonavicular joint and also at the insertion of the tibial posterior tendon. She also complains of right heel pain. She states that she felt a lot better after the right heel injection, even though most of her pain seems to be at the tip of the calcaneus and the fat pad. She now presents with complains of gradual onset of moderate pain. PHYSICAL EXAM: Ht: 5'2". Wt: 254 lbs. BMI: 46.46. Left Foot: Decreased tenderness in the lateral foot, but there is still tenderness to palpation on the medial side, particularly the talonavicular joint. Contralateral Foot: Right heel tenderness upon palpation. ASSESSMENT: 1) Fat pad atrophy of foot. 2) Plantar fasciitis. 3) Aftercare following surgery. PLAN: Talonavicular joint injection was done without complication.

09/17/2015 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient is here for follow up on lab result, as well as on blood pressure and leg swelling. She reports that she has been taking furosemide. She is not exercising regularly due to chronic foot pain. PHYSICAL EXAM: Ht: 5'2". Wt: 253 lbs. BMI: 46.27. BP: 142/84. Temp: 97.6°F. Left Ankle: There is mild pitting edema on top of foot. ASSESSMENT: 1) Benign essential hypertension. 2) Edema. 3) Hypocalcemia. 4) Colorectal cancer screening. PLAN: 1) Obtain labs. 2) Furosemide 20 mg. 3) Fecal globin by immunochemistry.

09/23/2015 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient follows up for severe achy left foot pain. She reports that she is still having pain and the talonavicular injection last visit did not help. She still complains of lateral sided pain. PHYSICAL EXAM: Ht: 5'2". Wt: 253 lbs. BMI: 46.27. Left Foot: Tenderness in the plantar fascia, medially and also laterally in the TMT joints. Contralateral Foot: Decreased tenderness in plantar fascia. ASSESSMENT: 1) Foot arthrosis. 2) Plantar fasciitis. PLAN: Refer her back to Dr. Pfeffer.

11/03/2015 – Progress Notes by Pfeffer, Glenn, MD. SUBJECTIVE: Patient comes back today. She hurts underneath her fibula and along the medial border of her foot in the area of the talonavicular joint. She hurts over the plantar fascia and has some discomfort dorsolaterally. PLAN: 1) Advised patient that she have no more injections. 2) Speak to primary care doctor about disability issue.

11/10/2015 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient complains of distended right leg vein and hard calf for 4-5 days. She states that she is unable to exercise due to chronic foot issues and is having difficulty controlling appetite. PHYSICAL EXAM: Ht: 5'2". Wt: 249 lbs. BMI: 45/54. BP: 142/86. Temp: 98.5°F. Varicosities noted bilaterally. There is 1 cm hardened area of vein tender to palpation in the front of right leg. Back of right calf has dilated varicose vein that is tender to palpation. ASSESSMENT: 1) Varicose veins. 2)

Thrombophlebitis. 3) Morbid obesity with BMI of 45-49.9. PLAN: 1) Wear compression stockings. 2) Start Qsymia 3.75/23 mg. 3) Follow up in 1 month.

12/07/2015 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient is here for follow up for her left foot status post casting with no improvement. She was put on disability by Dr. Pfeffer. She still complains of constant pain particularly on the medial side of the foot near the talonavicular joint. PHYSICAL EXAM: Ht: 5'2". Wt: 246 lbs. BMI: 44.99. Left Foot: Tenderness over the talonavicular joint and also laterally. ASSESSMENT: Plantar fasciitis. PLAN: Talonavicular joint cortisone injection was done.

12/14/2015 – Laboratory Report at PIH Health. Normal BMP and 25-hydroxy vitamin D.

12/22/2015 – Handwritten Progress Notes by Reece, Edward, MD at PIH Health. SUBJECTIVE: Patient states that her calcium and vitamin D level is low. She complains of left foot pain. She also complains of sore throat. PHYSICAL EXAM: Pharyngitis is noted. There is 1+ edema. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary thyroid cancer. PLAN: 1) Obtain thyroid function test, tumor marker and PTH. 2) Follow up in 3-1/2 months.

02/01/2016 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient follows up on bilateral foot. She is requesting for right foot cortisone injection. She states that she had left foot talonavicular joint injection and has been asymptomatic for about 6 weeks and is still feeling a lot better even now. She complains of bilateral foot pain today. She states her left foot is the same as last visit and she is having left ankle pain, with swelling. She states her right heel pain has gotten worse due to the fact that she has been working a lot of hours and on feet all day long. She reports that she no longer takes ibuprofen 800 mg and Qsymia 3.75/23 mg. PHYSICAL EXAM: Ht: 5'6". Wt: 242 lbs. 6 oz. BMI: 39.12. Right Foot: Tenderness at the heel and a little bit distal to the heel on the plantar surface. Contralateral Foot: Tenderness at both the talonavicular joint and calcaneocuboid joint. ASSESSMENT: 1) Foot arthrosis. 2) Plantar fasciitis. PLAN: 1) Right foot plantar fascia injection done. 2) May be a candidate for left foot talonavicular joint fusion. 3) Follow up when necessary.

03/14/2016 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient returns for follow up of right foot plantar fasciitis/heel pain status post injection with no improvement. She complains of left foot numbness on the dorsum of the foot as well as low back pain. She states that right foot is still sore and is always walking on the ball of her foot. She describes the pain as gradual, moderate and achy. PHYSICAL EXAM: Right Foot: Medial heel tenderness ASSESSMENT: 1) Lumbar radiculopathy. 2) Fat pad atrophy of foot. PLAN: Pain management referral. WORK STATUS: Off duty.

03/15/2016 – Office Visit Note by Hafezi, Ali, MD at PIH Health. SUBJECTIVE: Patient was referred by Dr. Chou. She presents with chronic bilateral foot pain, low back pain, neck and shoulder pain, currently most significant right foot pain and paresthesias, as well as right heel pain. She has MRI in the past and was treated with massage. She is taking tramadol as needed. She has been off for 3 months from 07/2015 to 09/2015 for left ankle cast. She was seen by USC and UCLA specialist. She states that she feels better when not working. She complains of chronic, sharp, achy, burning low back and foot pain radiating to left leg with paresthesia and numbness,

aggravated by range of motion, relieved by rest and pain medications. PHYSICAL EXAM: Wt: 239 lbs. BMI: 38.58. HR: 72. Temp: 98.2°F. Patient is overweight. Gait is antalgic. Lumbar Spine: Diminished range of motion. Left Ankle: Positive crepitus. Restricted range of motion. ASSESSMENT: 1) Lower back pain. 2) Foot numbness. 3) Acute left lumbar radiculopathy. PLAN: 1) Gabapentin 300 mg. 2) Bilateral lower extremity EMG/NCS. WORK STATUS: Off duty.

03/30/2016 – Doctor's First Report of Occupational Injury or Illness/Primary Treating Physician Initial Comprehensive Medical/Legal Orthopedic Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. DOI: CT: 09/01/1982-02/16/2016. HISTORY OF INJURY: Patient is claiming injuries to her neck, upper back, lower back, right knee, left foot, and developed varicose veins as well as psychological stress due to repetitive duties which included repetitive bending when getting medications off the shelves and ordering, squatting and kneeling, when placing medication away, reaching at all levels when stocking merchandise or when retrieving off the shelves for prescriptions, pushing and pulling when stocking merchandise, twisting when loading and unloading, grasping and gripping, climbing up and down a ladder to reach for medication, prolong standing and walking. She states that she was frequently under a lot of pressure by her supervisor. She states that around 07/2013, she began to experience left foot (heel) pain. Then a few months later, she developed pain in her upper and lower back, neck, as well as varicose veins, but mainly her left heel after the company was short staffed and she had to work up to 12 hours a day 7 days per week for 3 months straight. She did not report her injuries immediately because she was not sure what it was, instead she sought for her own medical care. Around 07/2013, she went to Bright Medical in Whittier and was examined by Dr. Byron S. Alberty who diagnosed her with left heel plantar fasciitis. She was treated with ibuprofen 800 mg and was placed back on regular duties. She was not advised to be treated as a workers' compensation case. In 08/2013, she went back for a reevaluation since she was not improving. She was then prescribed a special type of shoes to get better support as well as home exercises. In 10/2013, patient went back to Dr. Alberty since the pain was increasing and was treated with an injection which provided almost total relief for about 9 months. She was also prescribed orthotics and was placed off work for 2 weeks and then returned to regular work duties after the injections. On 08/13/2014, because the pain returned, she had a second injection which was not helpful. On 09/08/2014, she was recommended surgery and had left foot plantar fascia release surgery on 09/17/2014. After surgery, she was placed on a CAM walking boot and was taken off work for 6 weeks, after that she was placed back on regular duties in spite of the pain. She states that she was supposed to have a partial plantar fascia release but she had a total release which resulted later on the collapse of her arch. She returned to full duty on 11/04/2014 in spite of the pain and discomfort that was excruciating according to the patient. She started noticing low back pain from walking with an abnormal gait while using the CAM walker boot. Then after she returned to work with a heavy limp dye to left foot pain, the low back pain progressively increased. She reports that she informed Dr. Alberty about it. On 12/04/2014, she again went back to Dr. Alberty due to the pain and swelling, she was told to remain working and that her pain was normal since she was healing. She was prescribed Voltaren topical gel which did not help. On 01/15/2015, as she was climbing steps at home, during her lunch break, she developed severe pain when she put her left foot on the step, then she tripped and fell landing with all her weight on her right knee. She went to urgent care on the same day. On 01/15/2015, she went to her medical group at Bright Medical in Whittier and reported pain in the right knee, lumbar spine and left ankle. She was examined with right knee

x-rays, which the doctors could not figure out a diagnosis; therefore, she was referred to Dr. Talal Malhis for an orthopedic evaluation. She returned to work at full duty. On 02/19/2015, she was evaluated by Dr. Malhis, an orthopedic knee specialist, in Whittier who ordered MRI to her right knee and lumbar spine. She reported also the onset of right heel pain due to limping/favoring, was treated with tramadol and a hinged brace. Upon MRI review, she was diagnosed with a possible hairline fracture to the right knee, she was fitted for a special knee brace. She was told she may need surgery later. She was placed off work for 2 months. She was referred for a second opinion for her left foot pain to Dr. Harvey Chou. On 03/02/2015, patient went to Bright Medical (now known as PIH) and was evaluated by Dr. Chou who ordered an MRI to her left foot. Upon MRI review which showed a plantar fascia over release which happened at the time of left foot surgery. Dr Chou recommended a bone fusion surgery to her left foot. On 04/23/2015, she went back to regular work duties. On 05/27/2015, she was referred to Dr. Joan Williams in UCLA for left foot second opinion, prior to fusion. Upon examination, she was told that the bone fusion was her last alternative. She also recommended a guided injection. On 06/19/2016, she was referred to Dr. Glen Pfeffer, a foot specialist in Los Angeles for an opinion to her left foot as a cash patient (a second opinion but Dr. Pfeffer was denied by her insurance). Dr. Pfeffer recommended to try the casting on her left foot for 3 months before trying the surgery. He also recommended fusion surgery if the cast did not work. On 06/04/2015, she was placed on a walking cast and crutches for her left foot for 3 months. She was placed off work. She states that the casting did not provide any relief to her left foot pain. On 09/23/2015, Dr. Chou gave an injection to her right heel which did not help. On 09/28/2015, she was placed back to work. On 11/03/2015, she went back to Dr. Pfeffer to discuss the cast results and now being back to work. She was recommended not to do the same kind of work that she was doing since that would just worsen her condition. On 12/07/2015, she went back to Dr. Chou and was treated with some injections to her left foot medial tarsal (navicular) area. She was continued at full duty. On 02/01/2016, she was given another injection to her right heel which did not work. She was last seen on 03/14/2016 when she developed left foot constant numbness. She was referred for a pain management consult. Around 02/15/2016, she retained an attorney. It was then that she learned she was a Workers' Compensation case. She filed a Workers' Compensation case, but her case was denied after she was seen by the workers' compensation P.A. On 03/14/2015, Dr. Chou placed her off work and referred her to pain management. On 03/15/2016, patient was referred by Dr. Chou to Dr. Ali Hafezi within PIH medical group in Whittier as a private patient, who recommended injections to her back and was referred for an EMG/NCV of her lower extremities which will be performed on 04/12/2016. She presents to this office for further evaluation and treatment. SUBJECTIVE: Patient complains of constant moderate to occasional severe 6-7/10 neck pain radiating to her shoulders, aggravated by turning, looking up and down, laying down, and lifting over 10 pounds. She also reports occasional, throbbing 5-6/10 temporal and occipital headaches which are related to stress. She also complains of constant moderate and occasional severe 6-7/10 upper-mid back and right equal to left thoracic spine, aggravated by bending, twisting, reaching, lifting over I 0 pounds, prolong sitting over 30, prolonged standing up to 60 minutes, and coughing. She endorses constant moderate and occasional severe 6-7/10 low back pain with occasional radiation to left buttock and posterolateral left thigh (posterior third), aggravated by bending, twisting, lifting over IO pounds, prolonged sitting over 30 minutes and standing over 60 minutes. She notes constant moderate left foot numbness and tingling, as well as frequent ankle weakness and giving way of left ankle due to severe pain. She reports occasional mild to moderate 4-5/10 right knee pain in the anterior aspect with associated mild swelling during activities, aggravated by squatting. She

mentions frequent right knee weakness associated with painful occasional popping, as well as feelings of occasional right knee instability. She also reports 5-6/10 constant right foot pain specifically in the plantar facia medial aspect, increases with walking, weightbearing and heel stroke of walking gait. She admits to constant, moderate to sharp 5-8/10 left foot medial tarsal, dorsal tarsal and fifth metacarpal area pain associated with frequent swelling, aggravated by prolonged walking and standing over 5 minutes as well as walking on uneven ground. She notes occasional radiating pain to the left ankle lateral joint line. She also indicates having frequent, moderate achy right greater than left calf pain due to varicose veins, rated at 3-6/10, aggravated by standing over a 5-hour work shift. PHYSICAL EXAM: Ht: 5'6". Wt: 245 lbs. BP: 140/77. PR: 77. Gait is antalgic. Left arch is pronated. Cervicothoracic Spine and Upper Extremities: Tenderness to palpation about the right equal to left upper trapezius and right greater than to left lower paravertebral muscles. Positive cervical compression bilaterally. Restricted cervical spine range of motion. Limited thoracic spine range of motion. JAMAR: 34 on the right and 30 on the left. Shoulders: Positive impingement test bilaterally. Lumbar Spine and Lower Extremities: Mild increased thoracic kyphosis. Slight longer right leg. Tenderness to palpation about the right greater than left lumbar paravertebral muscles, spinous processes and right greater than left sacroiliac joints. Walking on tiptoes produces pain in the left foot. Walking on heels produces pain in the right heel. The patient can perform an incomplete squat with complaints of pain in the left calf and left arch. Restricted lumbar spine range of motion. Sensation is decreased in dorsomedial greater than lateral left foot. Positive supine Lasegue's test bilaterally, 50 degrees on the right and 65 degrees on the left. Hips: Tenderness to palpation of the bilateral trochanters. Knees: Alignment is at 7° valgus. Crepitation on the right on range of motion. Medial joint line tenderness on the right. Mild Baker's cyst on the right and moderate Baker's cyst on the left. Patellar grinding is 1+ on the right. Mild varicose veins on the bilateral lower extremities. Limited knee range of motion. Ankles and Feet: Pain to palpation of the anterolateral joint line on the left. Tenderness to palpation of the medial aspect of the right plantar fascia. Tenderness to palpation of the left talonavicular area and left arch. Decreased ankle range of motion. ASSESSMENT: 1) Headaches, rule out possible relation to stress/hypertension. 2) Strain of ligaments of cervicothoracic spine with atrophy of the left arm, causation undetermined. 3) Strain of ligament of lumbar spine with bilateral sciatica. Rule out left L5-S1 radiculopathy. 4) Contusion and sprain of right knee. 5) Left plantar fasciitis; status post left plantar fascia release by Dr. Alberty on 09/17/2014 with persistent pain. 6) Right plantar fasciitis. 7) History of gastritis and gastroesophageal reflux disease due to medications. 8) Rule out stress/insomnia. 9) Rule out hypertension. CAUSATION: Left foot condition is industrial (09/01/1982 to 02/16/2016 injury). Right foot and lumbar spine condition are industrial (09/01/1982 to 02/16/2016 injury). Cervical Spine, internal complaints, vascular complaints and psychological complaints need further medical records to determine causation. PLAN: 1) Obtain all prior medical records from Dr. Sargent in 2014, MRI of the lumbar spine and right knee performed in 02/2015 at Presbyterian Intercommunity Hospital; MRI of the left foot performed on 03/022015 at Presbyterian Intercommunity Hospital and the EMG/NCV performed on 04//12/2016. 2) Internal medicine evaluation for high blood pressure, gastritis and gastroesophageal reflux disease. 3) Orthopedic consultation for bilateral feet. 4) Psychology referral. 5) Vascular consultation for varicose veins. 6) Flexeril 7.5 mg. 7) Flurbiprofen/menthol/capsaicin, camphor topical cream. 8) TENS unit and lumbar spine support. 9) Follow up in 6 weeks. DISABILITY STATUS: Temporarily totally disabled.

04/12/2016 – Lower Extremity EMG/NCV by Hafezi, Ali, MD at presbyterian Intercommunity Hospital. INDICATION: Left foot paresthesias and pain. FINDINGS: Evaluation of the left peroneal motor and the left superficial peroneal sensory nerves showed reduced amplitude (L2.0, L4.1). All remaining nerves were within normal limits. All examined muscles showed no evidence of electrical instability. IMPRESSION: 1) Medial/lateral plantar mixed nerve conductions not detected distally in both lower extremities, thus not reliable for diagnostic purposes. 2) Normal EMG/NCS of the left lumbar paraspinals and left lower extremity.

04/25/2016 – Handwritten Progress Notes by Reece, Edward, MD at PIH Health. SUBJECTIVE: Patient returns for follow up. PHYSICAL EXAM: There is 2+ extremity edema. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary thyroid cancer. PLAN: 1) Obtain thyroid function test, albumin level and chemistry panel. 2) Follow up in 4 months.

05/04/2016 – Internal Medicine Consultation by Ghodsian, Shahrouz, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. DOI: CT: 09/01/1982-02/16/2016. HISTORY OF INJURY: Patient had an industrial injury during her course of employment as a lead pharmacy technician. She has received treatment for her industrial injuries from Dr. Matos. SUBJECTIVE: Patient states that she has been feeling worried and anxious. She describes significant anxiety since her injury. When she has stress, she experiences episodes of mid sternal chest pain and shortness of breath and cardiac palpitation, occur with or without exertion and occur primarily during times of stress and anxiety lasting from a few minutes to a few hours. PHYSICAL EXAM: Ht: 5'6". Wt: 244 lbs. BP: 140/98. PR: 79. Lower extremity edema is noted. DIAGNOSTIC DATA. 1) Electrocardiogram, 12 Lead: Sinus rhythm. 2) Treadmill Stress Echocardiogram – INDICATION: History of hypertension with cardiac disease and lower extremity edema. IMPRESSION: Mild to moderate left ventricular hypertrophy. Ejection fraction is 65 to 70%. Mild aortic insufficiency and mild mitral regurgitation. No focal wall motion abnormality is noted. 3) Bilateral Carotid Vascular Ultrasound – INDICATION: History of hypertension, rule out vascular disease. IMPRESSION: Clear and patent bilateral carotid ultrasound. ASSESSMENT: 1) Anxiety. 2) History of hypothyroidism, risk factor for autonomic nervous dysfunction and in association with history of chronic neuropathic pian syndrome. PLAN: 1) Psychological evaluation and psychotropic medication. 2) Schedule for sympathetic and parasympathetic autonomic nervous system evaluation. DISABILITY STATUS: Defer to primary treating physician.

05/04/2016 – Initial Podiatric Consultation by Signorelli, Domenic, DPM at Center for Better Health Southland Spine & Rehabilitation Medical Center. DOI: CT: 09/01/1982-02/16/2016. HISTORY OF INJURY: Patient sustained continuous trauma work-related injuries during the course of employment. Dr. Matos became the primary treating physician on 03/30/2016, has treated her since then and has now referred her to the undersigned for further evaluation and treatment of her bilateral feet complaints. SUBJECTIVE: Patient complains of bilateral foot pain. PHYSICAL EXAM: Minimal telangiectasias are present bilaterally. Decreased functionality at the posterior tibialis tendon of the left foot. She has loss of the arch of the left foot, now also present on the right foot. Pain in both feet. Severe pain in the plantar fascia of the left foot. Pain to activation of the windlass mechanism. Pain in the posterior tibialis tendon and has swelling and edema on the medial aspect of the left foot. Severe pain in the posterior aspect of the heel on the right foot. Difficulty with ambulation, heel waking, heel standing, squatting, crouching and weight

bearing. IMAGING: Left heel radiographs show fracture of the bone spur at the insertion of the Achilles of the right foot. ASSESSMENT: 1) Partial release of the plantar fascia of the left foot. 2) Posterior tibialis dysfunction. 3) Achilles tendinitis. 4) Fracture of the Achilles tendon interstitial spurs. 5) Plantar fascia release of the left foot. 6) Plantar fasciitis of the right foot. PLAN: 1) Proceed with triple arthrodesis. 2) New orthotics. DISABILITY STATUS: Defer to primary treating physician. [

05/12/2016 – Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient was diagnosed of having partial release of the left foot plantar fascia, posterior tibialis dysfunction, Achilles tendinitis, fracture of the Achilles tendon interstitial spur, plantar fascia release of the left foot, and plantar fasciitis of the right foot on last visit and was advised to complete the plantar fascia release and excision of enthesophyte at the distal right Achilles tendon. On 04/14/2016, she was seen by Dr. Hafezi who prescribed Norco 5 mg once a day as she is a denied case. She had deposition on 06/09/2016. She was also seen by Dr. Ghodsian on 05/04/2016. PHYSICAL EXAM: Ht: 5'6". Wt: 297 lbs. BP: 153/94. PR: 82. ASSESSMENT: 1) Headaches, rule out possible relation to stress/hypertension. 2) Strain of ligaments of cervicothoracic spine with atrophy of the left arm, causation undetermined. 3) Strain of ligament of lumbar spine with bilateral sciatica. Rule out left L5-S1 radiculopathy. 4) Contusion and sprain of right knee. 5) Left plantar fasciitis; status post left plantar fascia release by Dr. Alberty on 09/17/2014 with persistent pain. 6) Right plantar fasciitis. 7) History of gastritis and gastroesophageal reflux disease due to medications. 8) Rule out stress/insomnia. 9) Rule out hypertension. PLAN: 1) Urine drug screen. 2) Request left foot release of the plantar fascia on the lateral aspect, as well as removal of enthesophyte at the posterior right os calcis. 3) Follow up in 6 weeks. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

05/23/2016 – Bilateral Screening Mammogram with Tomosynthesis by Jensen, Maureen, MD at PIH Health Hospital-Whittier. INDICATION: Screening exam. COMPARISON: prior imaging studies performed at Patricia L. Scheifly Breast Health Center on 11/05/2007, 04/21/2012, 05/01/2013, 05/10/2014 and 05/20/2015. FINDINGS: Computer -aided detection was utilized by the radiologist in the interpretation of this examination. The breasts are almost entirely fat. No suspicious masses, calcifications or areas of unexplained architectural distortion. BI-RADS Category 1: Negative. IMPRESSION: There is no mammographic evidence of malignancy. Routine screening mammogram is recommended in 1 year.

06/01/2016 – Podiatry Progress Report by Signorelli, Domenic, DPM at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient continues to experience pain in her foot and heel. She also complains of painful symptoms at the area of her Achilles tendon. She reports pain in the plantar fascia of the right foot because of painful functionality. ASSESSMENT: 1) Partial release of the plantar fascia secondary to incomplete plantar fascia release of the left foot. 2) Posterior tibialis dysfunction. 3) Achilles sprain with Achilles incision fracture. 4) Plantar fascia release. 5) Plantar fasciitis of the left foot. 6) Plantar fasciitis of the right foot. PLAN: Left foot plantar fascia release. DISABILITY STATUS: Defer to primary treating physician.

06/23/2016 – Handwritten Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient complains of constant 9/10 left foot pain, increased with activity. She also complains of constant throbbing 7/10 right foot pain. She requests pain medication. She has tried Ultram without much help and states that hydrocodone is too strong. She is willing to try Tylenol #3. She states that CTL symptoms have improved. PHYSICAL EXAM: Wt: 251 lbs. BP: 135/90. HR: 74. Gait is antalgic. She moves with stiffness. ASSESSMENT: 1) Status post partial release of left foot plantar fasciitis with residual posterior tibial pain. 2) Right plantar fasciitis, fracture of Achilles tendon. 3) Antalgic gait. 4) Cervicothoracic spine strain. 5) Lumbar spine strain/sprain with bilateral lower extremity sciatica. Rule out left L5-S1 radiculopathy. 6) History of gastritis, gastroesophageal reflux disease due to medications. 7) Rule out stress/insomnia. 8) History of hypothyroid. 9) History of hypertension. 10) History of thyroid cancer. 11) History of dysphagia due to thyroid tumor. PLAN: 1) Tylenol #3. 2) Follow up on surgical request. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

06/28/2016 – Comprehensive Medical-Legal Evaluation by Englanoff, Alon, MD at Center for Better Health. DOI: 09/01/1982-02/16/2016. HISTORY OF INJURY: Patient sustained continuous trauma work-related injuries during the course of employment. Dr. Matos became the primary treating physician on 03/30/2016, has treated her since then and has now referred her to the undersigned for further evaluation and treatment of her hypertension. SUBJECTIVE: Patient states that she was diagnosed with hypertension approximately 1 year ago. She has been followed regularly by her private medical doctors for hypothyroidism, and her blood pressure has been checked regularly. Her blood pressure was always normal in the past and only became consistently elevated about a year ago. Her doctors started her on furosemide 20 mg once daily. She states that her blood pressure has improved, but it is still elevated at times. She states that she has gained about 40 pounds since the onset of her musculoskeletal pains as a result of her industrial injuries in 09/2013. She attributes her weight gain to inactivity as a result of her pain in both feet. She states that her foot pain is chronic and is typically 7/10 in severity. PHYSICAL EXAM: Ht: 5'6". Wt: 252 lbs. BMI: 40. BP: 148/89. PR: 83. RR: 13. Patient is morbidly obese. There is 1+ bilateral lower extremity pitting edema. ASSESSMENT: 1) Status post work-related injury. 2) Orthopedic diagnoses defer to primary treating physician. 3) Obesity, pre-existing, nonindustrial. 4) Hypertension, triggered by industrial injury, 75% industrial and 25% nonindustrial. CAUSATION: Patient's hypertension has been 75% triggered by the emotional stress of chronic pain following the industrial injury in question and should be treated on an industrial basis as a compensable consequence of industrial injury, and 25% nonindustrial. PLAN: 1) Request hypertension panel of laboratory studies. 2) Low salt diet. 3) Blood pressure cuff monitor and keep a blood pressure diary. 4) Request medical records form Dr. Mary Wahbah from PIH Medical Center. 5) Follow up with primary medical doctor for blood pressure medication. 6) Follow up hypothyroidism on a nonindustrial basis. 7) Medically-supervised weight loss program. 8) Follow up in 4 weeks. DISABILITY STATUS: Defer to primary treating physician.

07/06/2016 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient returns for follow up on bilateral foot pain and for opinion as referred by Worker's Compensation podiatrist. She complains of right ankle pain in the Achilles as well as plantar fascia. She also complains of left ankle pain in the left posterior tendon, plantar fascia and laterally. She says that the podiatrists told her a lot of things including that there is a broken bone spur and digging into her Achilles, that

her plantar fashion was not completely released and needs to be re-release. PHYSICAL EXAM: Ht: 5'6'. Wt: 252 lbs. 8 oz. BMI: 40.75. Right Foot: Medial heel tenderness. Achilles tenderness on palpation today. Contralateral Foot: Tenderness over the tibialis posterior and plantar fascia. ASSESSMENT: 1) Achilles tendinitis of right lower extremity. 2) Foot arthrosis. 3) Fat pad atrophy of foot. 4) Plantar fasciitis. PLAN: 1) Right ankle MRI. 2) Follow up post MRI.

07/12/2016 – Handwritten Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient complains of 5/10 cervical spine pain with radiation to bilateral shoulders. She also complains of 5/10 thoracolumbar spine pain with soreness. She requests for chiropractic treatment to the cervical, thoracic and lumbar spine. She also reports 6/10 bilateral foot pain. She endorses 5/10 right knee pain with popping and clicking. She notes that Tylenol #3 is helpful. PHYSICAL EXAM: Ht: 5'6". Wt: 250 lbs. BP: 127/94. HR: 77. Gait is antalgic. She moves with stiffness. ASSESSMENT: 1) Status post partial release of left foot plantar fasciitis with residual posterior tibial pain. 2) Right plantar fasciitis, fracture of Achilles tendon with spurs. 3) Antalgic gait. 4) Cervicothoracic spine strain/sprain. 5) Lumbar spine strain/sprain with bilateral lower extremity sciatica. 6) Right knee prepatellar bursitis, mild meniscal degenerative changes. 7) History of hypothyroidism, hypertension and thyroid cancer in 2006. 8) History of gastritis, gastroesophageal reflux disease due to medications. 9) Rule out stress/insomnia. 10) History of dysphagia due to thyroid tumor. PLAN: 1) Chiropractic treatment 3 times a week for 4 weeks. 2) Urine drug test. 3) Request prior MRI of the cervical and lumbar spine records. 4) Right knee injection. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

07/12/2016 – Noncontrast MRI of Right Ankle by Yue, Brian, MD at PIH Health Hospital-Whittier. INDICATION: Achilles tendinitis of right lower extremity. COMPARISON: Radiographs 02/18/2015. FINDINGS: Anterior to the Achilles tendon, there is nonspecific edema within Kager's fat pad. Achilles tendon is mildly thickened with minimal intrasubstance signal alteration distally, without fluid signal to suggest a tear. Normal sinus tarsi fat. Mild thickening of the plantar fascia origin and signal alteration, with surrounding mild soft tissue edema signal. No evidence of a tear. The lateral supporting ankle ligaments, syndesmotic ligaments, deltoid ligament complex, and spring ligament are intact. Normal variant peroneus quartus, otherwise peroneal tendons are intact. Medial ankle flexor tendons, anterior extensor tendons, and Lisfranc ligament complex are intact. Normal bone marrow signal. Talar dome is intact. Severe fatty atrophy of the abductor digiti minimi muscle. Tarsal tunnel structures are preserved. Nonspecific mild circumferential subcutaneous soft tissue edema above the ankle in the distal calf. IMPRESSION: 1) Mild Achilles tendinosis without tear. 2) Plantar fasciitis. Calcifications seen better on radiography, could reduce accuracy for detecting a tear. 3) Severe fatty atrophy of the abductor digiti minimi muscle, in keeping with Baxter neuropathy.

07/21/2016 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient complains of red, itchy, swollen face for 2 days. She reports that she has been taking Benadryl x2. She was in the sun more than usual yesterday. She reports taking all medications as directed. Her only new mediation is Tylenol with Codeine. She has not taken tramadol for a long time and never started Qsymia. PHYSICAL EXAM: Ht: 5'6". Wt: 255 lbs. BMI: 41.16. BP: 144/88. HR: 75. Temp: 98°F. There is erythema on cheeks/forehead, warm to touch, slightly scaly on cheeks,

mildly edematous around both eyes. ASSESSMENT: Facial rash. PLAN: Dermatology referral to Dr. Collier.

08/08/2016 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient returns for BP check. She was taken off furosemide in case this caused the skin rash. She was placed by dermatology on steroid and it resolved. Her BP has been high since being off the medication. She reports chest pressure 2-3 times a week lasting for a couple of seconds, ongoing for the past 4 months. She had EKG done at Workers' Compensation which showed heart was a little stressed. PHYSICAL EXAM: Ht: 5'6". Wt: 250 lbs. BMI: 40.35. BP: 148/94. HR: 85. Temp: 98.1°F. Bilateral ankle has 1+ pitting edema. ASSESSMENT: 1) Chest tightness or pressure. 2) Benign essential hypertension. 3) Edema. PLAN: 1) Refer to cardiology. 2) Baby aspirin. 3) Obtain labs. 4) Follow up in 1 month.

08/08/2016 – Electrocardiogram by *(Illegible Signature)*. IMPRESSION: Sinus rhythm. RSR in V1. Low QRS voltage in precordial leads. Normal variant of ECG.

08/09/2016 – Handwritten Internal Medicine Progress Report by Englanoff, Alon, MD. SUBJECTIVE: Patient presents for follow up on hypertension. She recorded BP on her diary at 140-160/90-100. PHYSICAL EXAM: Wt: 248 lbs. BP: 140/96. PR: 83. RR: 13. ASSESSMENT: 1) Orthopedic injury. 2) Hypertension. 3) Obesity. PLAN: Follow up in 8 weeks. *(Illegible Handwriting)*.

08/16/2016 – Handwritten Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient complains of 5/10 cervical spine pain with radiation to bilateral shoulders/trapezius. She reports mild relief with chiropractic treatment and physical therapy. She also complains of 5-6/10 thoracolumbar spine pain with bilateral lower extremity numbness and tingling, with mild relief from chiropractic treatment. She reports 2/10 right knee pain. Cortisone injection done on 08/03/2016 was very helpful in pain. She also reports constant, throbbing 6/10 right foot pain. PHYSICAL EXAM: Wt: 250 lbs. BP: 143/89. HR: 81. Patient is in mild distress. She is obese. Gait is antalgic. She moves with stiffness and uses a cane for ambulation. ASSESSMENT: 1) Status post partial release of left foot plantar fasciitis with residual posterior tibial pain. 2) Right plantar fasciitis, fracture of Achilles tendon with spurs. 3) Antalgic gait. 4) Cervicothoracic spine strain/sprain, rule out disc herniation. 5) Lumbar spine strain/sprain with bilateral lower extremity sciatica, degenerative disk disease, annular fissure at L4-5. 6) Right knee prepatellar bursitis, mild meniscal degenerative changes. 7) History of hypothyroidism, hypertension and thyroid cancer in 2006. 8) History of gastritis and gastroesophageal reflux disease due to medications. 9) Rule out stress/insomnia. 10) History of dysphagia due to thyroid tumor. PLAN: 1) MRI of the cervical spine. 2) Pain management referral. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

08/23/2016 – Prehospital Care Report Summary by Los Angeles County Fire Department. CALL RECEIVED: 21:38:38. EN ROUTE: 21:40:43. ON SCENE: 21:46:57. LEFT SCENE: 21:55:57. AT DESTINATION: 22:05:57. IN SERVICE: 22:50:57. INDICATION: Chest pain. VITAL SIGNS: BP: 186/108. PR: 150. RR: 20. SpO2: 98%. TREATMENTS: 1) EKG, 12 lead. 2) Nitroglycerin 0.4 mg sublingual. 3) Aspirin 324 mg. NARRATIVE: Patient is laying in

chair at doctor's office, unprovoked, saw heart Dr. at 10:00 a.m. She has tightness in chest with rapid pulse, gradual onset, non-radiating at 5/10. Patient is at urgent care since 8:00 p.m. IV established by physician.

08/23/2016 – ED Visit Note by Sporty, Michael, MD at PIH Health Hospital-Whittier. SUBJECTIVE: Patient was referred to the ER form urgent care. She began having fluttering in the chest beginning this afternoon. She states that she had been seen this morning for preoperative evaluation by Dr. Beckham and had normal EKG at that time. PHYSICAL EXAM: BP: 119/83. HR: 162. RR: 20. Temp: 99.2°F. Patient is tachycardic. ASSESSMENT: 1) Atrial flutter, new onset of rapid ventricular response. 2) History of hypothyroidism, stable. 3) Leukocytosis, likely stress response. PLAN: Admit for ongoing care and evaluation.

08/23/2016 – Electrocardiogram by Parks, Richard, MD at Presbyterian Intercommunity Hospital. IMPRESSION: Atrial flutter with 2:1 atrioventricular conduction. Nonspecific intraventricular block. Abnormal ECG.

08/23/2016 – Laboratory Report at PIH Health Hospital-Whittier. BMP: Low calcium at 8.3. CBC with Differential: High WBC at 11.12. High MPV at 11.1. High glucose at 115.

08/23/2016 – Single View Chest X-ray by Park, Joseph, MD at PIH Health Hospital-Whittier. INDICATION: Chest pain. COMPARISON: 11/01/2009. FINDINGS: Frontal chest radiograph demonstrates a nonenlarged cardiac silhouette and normal pulmonary vessels. There is no consolidation or pleural effusion. IMPRESSION: No acute pulmonary process.

08/23/2016 – Electrocardiogram by *(Illegible Signature)* at Presbyterian Intercommunity Hospital. IMPRESSION: Normal sinus rhythm. Normal ECG.

08/24/2016 – History and Physical Note by Zewdie, Telahun, MD at PIH Health. SUBJECTIVE: Patient presents to the ED last night with funny chest feeling, tightness and racing heart that started yesterday afternoon. She states she was at home just sitting when she started having a funny sensation in her chest, sort of chest tightness, and some chest palpitation. She reports she has been checking her BP regularly and because of a diagnosis of borderline hypertension, she went ahead and checked her BP and the BP was fine but she noticed her machine showed HR of 170+. She used several other BP machines from family members to make sure and confirmed her HR was very high. She was eventually taken to UC to get checked out. She was evaluated at UC yesterday evening and had EKG and she was sent by ambulance. Though it is stated in the triage that she had chest pains, patient denies it. She reports she only had some tightness and had some heavy felling on her substernal area, rated at 3-4/10 and it went away by the time she got the UC. She mentions that she was nauseous when having the chest palpitation, was a little lightheaded and a little clammy. She apparently was seen for a pre -op evaluation by Dr. Beckham yesterday morning for anticipated.foot surgery. Here in the ER, EKG showed atrial flutter. She was given Cardizem IV 10 mg 22 and adenosine 6 mg IV x1, but was still in uncontrolled HR, atrial flutter and she was started on Cardizem drip at 10mg/hour, still HR was not controlled, but she was just about to be started on digoxin IV when she converted to normal sinus rhythm and remain so since then. She reports feeling a lot better. PHYSICAL EXAM: BP: 115/72. HR: 84. RR: 18. Temp: 99.2°F. ASSESSMENT: 1) Atrial flutter. 2) Borderline hypertension. 3) Hypothyroidism,

following thyroidectomy for thyroid cancer. PLAN: 1) Admit to cardiac telemetry. 2) Place patient on oral short-acting Cardizem. 3) IV Cardizem for atrial flutter and uncontrolled ventricular rate. 4) See Dr. Beckham in the morning. 5) Start patient on aspirin. 6) Start heparin drip. 7) Get serial cardiac enzymes. 8) Get 2D echocardiogram in the morning.

08/24/2016 – Transthoracic Echocardiogram by Beckham, Gerald, MD at PIH Health Hospital-Whittier. INDICATION: Atrial flutter. FINDINGS: This is a technically difficult study. Subcostals were not performed. Ejection fraction is 65%. Left ventricular chamber size is normal. The left atrium is normal in size. There is mild mitral regurgitation without flail or prolapse. The aortic valve is trileaflet without sclerosis, stenosis or regurgitation. There is mild to moderate tricuspid regurgitation. Right ventricular systolic pressure was 40 mmHg. No pleural or pericardial effusion. IMPRESSION: 1) Ejection fraction is 65%. 2) Mild mitral regurgitation. 3) Mild-to-moderate tricuspid regurgitation with mild pulmonary hypertension.

08/24/2016 – Cardiology Consultation by Beckham, Gerald, MD at PIH Health. SUBJECTIVE: Patient presented with sudden onset of palpitations and fluttering yesterday. She was seen in the office yesterday and she was doing well. She mentions low level palpitation syndrome. Afterwards, she went to lunch and had a normal meal - no caffeine load. Then she began feeling faint and diaphoretic. She had tightness in her chest and the heart was racing. She has never felt this uncomfortable before. Her usual palpitations are very brief; lasting only seconds. She was having some rest chest pain symptoms; which seemed to be related to work stress. Today, she felt so badly that she called 911 and came in. On arrival, she was in a narrow complex, regular supraventricular tachycardia, likely atrial flutter. She was given adenosine and had no relief. Next, she was given IV diltiazem drops and IV digoxin loading in the ER, after which she converted to normal sinus rhythm. She has not felt any symptoms since coming in to the hospital. She has remained in normal sinus rhythm since arrival and feels quite well at this point. PHYSICAL EXAM: BMI: 40.1. BP: 107/71. HR: 80. RR: 20. Temp: 98°F. ASSESSMENT: Atrial flutter. PLAN: 1) Continue diltiazem SR 60 mg. 2) Heparin drops for now. 3) Long-term anticoagulation with aspirin. 4) Echocardiogram. 5) Lexiscan stress test today. 6) Trend troponin.

08/24/2016 – Procedure Note by Beckham, Gerald, MD at PIH Health Hospital-Whittier. INDICATION: New onset atrial flutter. PROCEDURE PERFORMED: Lexiscan infusion. PROCEDURE IN DETAIL: The patient was under continuous telemetry monitoring and frequent blood pressure and heart rate as per protocol. She had a resting blood pressure of 141/81, heart rate of 80 beats a minute in normal sinus rhythm with no ST change at baseline. I then supervised infusion of Lexiscan 0.4 mg., followed by radiotracer 40 seconds following. She tolerated this procedure well. She will be taken to the nuclear suite for myocardial perfusion.

08/24/2016 – Electrocardiogram by Parks, Richard, MD at Presbyterian Intercommunity Hospital. IMPRESSION: Normal sinus rhythm. Normal ECG.

08/24/2016 – Laboratory Report at PIH Health Hospital-Whittier. High PTT at 48. CBC: High MPV at 11.4. CMP: High glucose at 141. Low calcium at 8.1.

08/24/2016 – Physician Progress Notes by Rodgers, James, MD at PIH Health. SUBJECTIVE: Patient is awaiting Lexiscan. PHYSICAL EXAM: BMI: 40.1. BP: 141/65. HR: 93. RR: 20.

Temp: 97.5°F. ASSESSMENT: Atrial flutter. PLAN: 1) Continue Cardizem 120 and aspirin as outpatient. 2) Home today if Lexiscan is normal.

08/24/2016 – Myocardial Perfusion Rest/Stress Tomography by Hughes, Rodger, MD at PIH Health Hospital-Whittier. INDICATION: Cardiac arrhythmia. COMPARISON: None. FINDINGS: The stress views of the left ventricle demonstrate a normal sized left ventricle as well as a normal distribution of radiotracer throughout the left ventricle. No focal perfusion abnormalities are identified. The wall motion of the left ventricle is normal without evidence of hypokinesis or areas of akinesis. The left ventricular chamber size appears normal. The computer -generated ejection fraction is 80%. Correlation with all existing imaging studies was performed. IMPRESSION: 1) No stress perfusion abnormalities are identified in the left ventricle to suggest stress-induced ischemia. 2) The ejection fraction is 80%. 3) Normal left ventricular wall motion.

08/24/2016 – Discharge Summary Report by Rodgers, James, MD at PIH Health. DISCHARGE DIAGNOSES: 1) Atrial flutter with medical conversion to sinus rhythm. 2) Plantar fasciitis with pending surgery. 3) Obesity with body mass index of 40. HOSPITAL COURSE: Patient felt the onset of palpitations, took her blood pressure at home and found her pulse rate to be 170. Over the next several hours, she checked it multiple times and had a friend come over and they confirmed elevated heart rate in excess of 150. She came into the emergency room where she was assessed and found to be in possible atrial flutter. She was noted to have a heart rate initially in the 160 range. She was normotensive with blood pressure about 130/90. The patient's thyroid panel was normal. Chemistries were not remarkable. She was started on diltiazem infusion and admitted to the hospital for further cardiac telemetry. Cardiac enzymes were negative. Thyroid stimulating hormone was 0.78. T4 was within normal limits. She was on a Cardizem drip. Patient converted to sinus rhythm with just medical treatment. She was also placed on heparin drip; the Cardizem drip was discontinued. She was placed on oral Cardizem at 60 mg long acting twice a day. She underwent a Lexiscan today with Dr. Beckham, negative for any perfusion abnormalities. Ejection fraction was calculated at 80%, no wall motion abnormality noted. A transthoracic echocardiogram confirms normal ejection fraction of 65%. The patient feels well at this time. We are going to go ahead and discharge her with 1 aspirin a day. Her CHADS score is zero. She is not a candidate for Coumadin therapy. DISCHARGE PLAN: 1) Cardizem CD 120 mg. 2) Baby aspirin. 3) Follow up with Dr. Beckham in 3-4 weeks prior to foot surgery.

08/29/2016 – Handwritten Progress Notes by Reece, Edward, MD at PIH Health. SUBJECTIVE: Patient returns for follow up of hypothyroidism. PHYSICAL EXAM: There is 2+ extremity edema. ASSESSMENT: 1) Surgical hypothyroidism. 2) Personal history of papillary thyroid cancer. PLAN: 1) Synthroid 125 mcg. 2) Cytomel 5 mcg. 3) Obtain thyroid function test. 4) Follow up in 3-1/2 months.

09/07/2016 – Laboratory Report at PIH Health. CBC: Low MCHC at 31.6. High RDW at 15.5. CMP: Low calcium at 8.5. High ALT at 33. High hemoglobin A1c at 6.1.

<u>09/08/2016 – Deposition of Julie Brazelton at Yorba Linda, California</u>

Page 9-10: Mrs. Julie Brazelton states that she has taken Synthroid, Cytomel, a new blood pressure medication called Cardizem, and over-the-counter Tylenol in the last 24 hours. She notes that she

takes Synthroid and Cytomel for 10 years now what were prescribed by Dr. Edward Reece of PIH Whittier.

Page 11-12: Applicant notes that Cardizem was prescribed for her hypertension on August 23rd by Dr. Beckham of PIH. She states that Tylenol with Codeine was prescribed by Dr. Matos of Southland Spine, that she last took approximately a week ago.

Page 15-16: She reports that her source of income currently is through state disability and states that recently, she has been off work since March 14, 2016. They pay her approximately $490 a week every 2 weeks.

Page 17-19: She adds that the first time she was on state disability is when she delivered her daughter., the second time was for her thyroid surgery approximately in August of 2006 and the third one was after her gallbladder surgery approximately 5 years ago. She reports that after her left foot surgery in September of 2014, she was on disability for 6 weeks. The next one was in February of 2015 for right knee fracture and was on disability for 2 months. She admits that she was treating with Dr. Alberty at Bright Medical during her foot surgery. While for her right knee fracture, she was treated by Dr. Talal Malhis of PIH. After her February 2015, she was on disability in July of 2015. She states that she was treated and was put in a left foot cast for 3 months from July through September by Dr. Harvey Chou at PIH.

Page 20-22: After that incident, she went to state disability with the present one now dated March 14th. She reports that she was employed during all these prior periods of disability and did request a medical leave of absent. Presently, she is on medical leave of absence until September 14th. She mentions that she obtained her pharmacy tech certification approximately 20 years ago and initially worked for Sav-On, then CVS bought Sav-On out approximately 10 years ago.

Page 23-24: She reports being involved in a motor vehicle accident once approximately 20 years ago. She was driving on a green light and her vehicle was struck by another vehicle when it made a left-hand turn in front of her. She injured her neck at that time and emergency personnel came to the scene. She was treated at Friendly Hills Medical Group for approximately 6 weeks. She received a compensation of $1000 as a result of the accident and there was also money involved fixing the car.

Page 26-27: Presently, her insurance is United Healthcare. For the past 15 to 20 years, she was with PacifiCare and Health Net. She reports that she saw Dr. Mary Wahbah, primary care physician at PIH approximately 3 weeks ago for rash issues and blood pressure problems. She was first diagnosed with high blood pressure approximately a year ago and has been seeing Dr. Wahbah regarding this. When she was first hired by Sav-On, she worked as a cashier for approximately a year running the cash register and stocking shelves.

Page 28-29: She was then assigned as a pharmacy tech at Sav-On Pharmacy where she hands out prescriptions, type, verify insurances. She also requires to unload large totes of drugs and put them on the shelves. She has been doing this job since approximately 1984. After CVS purchased Sav-On 10 years ago, she was assigned as the lead technician and her job duties would include insurance problems mostly handling TARs, answering phones, ordering medications, putting away

medications, ordering supplies for the stores, going through the shelves and doing returns for expired drugs.

Page 30-31: She reports that she became the lead pharmacy tech at CVS approximately 20 years ago. She claims that she now has more responsibilities including making schedule for the technicians and help with the training with the new hires. She states that did not notice any changes with the amount of stocking and shelving when she was working as a lead technician.

Page 32-33: Her pharmacy manager is Matt Fuikawa and a supervisor named Jonathan. She is also responsible for any supervising duties as a lead technician. She notes that she is usually standing at her job in front of the computers and foam mats, also lifting totes of medications that includes cough medicines which are the heaviest.

Page 34-35: She thinks that her last day of work was March 15th. She believes that she was first injured when she had an appointment with Dr. Pfeffer in June 2015 when she was referred by Dr. Chou with regards to her left foot. She was told that her foot arch was collapsing and was recommended joint fusion. She had the surgery at that time and casting was recommended. She also had guided cortisone injection into the work. She tried to work but could not do so due to too much pain. She first informed Jenny, front store manager about her situation.

Page 36-37: Jenny made some phone calls to get an appointment for a Workers' Compensation doctor that is used for Sav-On/CVS. She was sent to a doctor by CVS and saw Tri Le, PA form U.S. HealthWorks on September 5, 2016. She was sent back to work without restrictions and worked for CVS until March 2nd.

Page 38-40: She believes that she last worked on March 14th, filed for leave of absence and was taken off work by Dr. Chou. She was supposed to have a follow-up appointment with the U.S. HealthWorks doctor 2 weeks ago but her claim was denied. She states that she did request for a leave of absence based on her private health provider's medical opinion. She reports that she first saw Dr. Matos at the end of March 2016. After she filed for Workers' Compensation claim, she continued to treat with PIH. Per Dr. Chou, her bilateral feet are the body parts that are preventing her from working in march 2016. Her left foot pain started in July of 2013.

Page 41-42: She reports that she was at work when she first noticed heel pain that preventing her from putting any weight on it. She confirms what Dr. Matos said that she did not report her injuries immediately because she was not sure what it was and said she saw her own medical care and then talks about going to Bright Medical in Whittier when she started to treat with Dr. Byron Alberty. She was last treated by Dr. Alberty in either December 2014 or January 2015. Dr. Alberty thought that it was plantar fascia inflammation on first visit, but was diagnosed with left foot plantar fasciitis on second visit when x-rays were taken. She was just prescribed ibuprofen initially and was suggested to get special kind of tennis shoes and was later on had orthotics. Prior to getting tennis shoes, she wears SAS work shoes, but states that the new shoes did not help at all with her left foot issues.

Page 43-44: She had left foot surgery on September 17, 2014 by Dr. Byron Alberty at Bright Medical. She returned to work but still having severe left foot pain. She was asked if she could

sit on her job, but told them that there were no chairs in the pharmacy. She did speak to Matt, manager and J.K., supervisor for physical accommodation who told her that they are going to get a chair for her, but they never did. She reports being on a cast for the first time in February and was casted for 3 months from July through September for the second time. In between those times, she was in the black boot.

Page 45-46: She reports that her right foot symptom started approximately in February. She told Dr. Malhis about this, who took some x-rays. She states that she went home on her lunch break at home. She had intense left foot pain while climbing stairs and she fell onto her right knee on a cement stop. She was able to return to work. On the same day, she went to PIH to be evaluated, right foot x-rays were taken and was referred to Dr. Malhis, orthopedist. She did report the incident to her manager. She was on state disability for 2 months from February to March.

Page 47-48: She notes that she was able to see Dr. Chou 2 to 3 weeks after the fall. She mentions that the right foot problems started approximately in February of 2015 and started noticing pain in her heel which they said was from limping. When she went back to work after casted for 3 months, she experienced pain in the left foot, arch and in the heel. In the summer of 2015, she also has right foot symptoms which include pain with bending and squatting.

Page 49-50: At her last day of work of CVS in March 2016, her bilateral feet, right knee, lower back and neck bother her and also notes chest pain and tightness which she attributes to stress. She notes that her low back pain also started in February of 2015 when she would lift things and bend. She mentioned this to Dr. Malhis. Her neck pain also started in February, located at the middle to lower part, which she also mentioned to Dr. Malhis. Dr. Malhis did an MRI of the lower back and assumed that she was just compensating the pain in her left foot. Dr. Malhis also took a cervical spine x-ray.

Page 51-52: She was told by Dr. Malhis that there was not very much space in one of her discs. Her chest pain started approximately 2 years ago. She reports middle chest tightness that would come and go that she experienced a couple of times a month and would last for a couple of minutes. She was seen by her primary care doctor in February for a 3-day history of chest tightness, headache and high blood pressure. Her primary care doctor did an EKG and felt that the headache was from a stress headache because her neck muscles were very tight.

Page 53-54: They treated it as migraine and was given medication and injection. She was recently admitted for migraine on August 23rd at PIH Hospital in Whittier. She reports experiencing the same thing with chest tightness, headache, feeling nauseous, high blood pressure and pulse rate. She states that she has been on blood pressure medication between 8 months to a year and is compliant with it. She admits that she initially went to urgent care in August, checked her blood pressure, had EKG done and was transported by ambulance to PIH Hospital.

Page 55-56: When she left in the ambulance, she was treated with nitroglycerin and baby aspirin at that time stating that she was having a heart attack. She was hooked up to everything with the biggest concern is her pulse rate around 200. They did an x-ray and an EKG revealing atrial flutter. Due to this, she was admitted for 2 days. She had a follow up with Dr. Beckham, cardiologist in September 13th at PIH Hospital.

Page 59-60: Applicant states that she will have an appointment with a chiropractor, Dr. Olinder tomorrow and with Dr. Wahbah on Monday for follow up on blood results with regards to her blood pressure. She is getting ready for a right foot plantar fascia release by Dr. Chou. She also has an appointment with Dr. Beckham, cardiologist on Tuesday. She also has an appointment with Dr. Matos' assistant for a 4-week follow up. She confirms that she had tonsil surgery in 1978 and a right wrist surgery in 1994 for a wrist pain while working at Sav-On.

Page 61-62: The doctor believes that she may have stretched the tendon from using the stapler at the pharmacy a lot. Right wrist surgery was done at Friendly Hills in La Habra. She adds that she was diagnosed with thyroid cancer in April 2006 and had thyroid removal by Dr. Kronson at PIH in August of 2006. She also had chemotherapy pill twice for thyroid cancer. The first one made her nauseated, fevers with burning eyes and had to stay in the hospital for 3 days. She did not have any side effects on the second time. She also had gallbladder removal.

Page 63-64: That was done by Dr. Kenneth Thompson at PIH. Prior to surgery, she is having pain and severe diarrhea due to gallstones. She claims that her hypertension is caused by her work injury.

Page 65: Prior to 2015, she had abnormal blood pressure after her left foot surgery. She was also diagnosed with obesity approximately 2 years ago. She was prescribed Qsymia, but decided not to take it due to side effects.

Page 67-68: Applicant also notes stress or psych claim for her injuries at CVS. She reports feeling nervous today because of deposition. Over the last 30 days, she reports constant, severe pain and she feels depressed not able to do the things that she used to be able to do, like walking, going places, housework and gardening. She reports pain when she goes to the grocery stores.

Page 69-71: She reports seeing a doctor at Southland Spine for depression for which she was sent to by Dr. Matos for. She states that the feelings of depression started after the left foot surgery around November 2014 when she went back to work. She states that she mentioned it to Dr. Wahbah, but has not discussed going on any medication right now because of the fact that she is having problems with her current medications. When she feels depressed, she reports feeling sad as she was not able to do things she used to do.

Page 72-73: She states that she feels depressed about everyday thinking about everything she is going through as far as the pain, possible surgeries and not being able to work, not being able to go on vacation. She also talked to Dr. Matos about her depression issues during their first 3 appointments, as well as with his assistant for the last 3 appointments. She was at their clinic last Tuesday and had an appointment tomorrow.

Page 75-76: Applicant states that both her mom and dad did take depression medication, and currently her mom does and is currently in a nursing home. She also suffers from anxiety for a couple of times a week. She reports feeling anxious during medical appointment when she is having an injection or an MRI. She also feels anxious a lot of times while working at CVS. She notes that her chest pain was caused by stress per Dr. Mary Wahbah and when she was in the hospital in August 2016.

Page 77-79: She reports feeling stressed when there having a lot of task to be done without much time and had to work overtime. She states that her depressive feeling stays the same since she has been off work and her stress is a little bit more right now. She reports having an anxiety attack at work in 2013. She is getting anxiety medications, Xanax in 2015 when her aunt passed away, which she took for only 2 weeks. She notes being a victim of a crime when a person breaks into their house while her daughter was sleeping at that moment. There is also another incident when they break her car.

09/12/2016 – Progress Notes by Wahbah, Mary, MD. SUBJECTIVE: Patient is here for follow up for heart problems. She still has thyroid staples noted on neck x-ray from neck surgery in 2001. PHYSICAL EXAM: Ht: 5'6". Wt: 255 lbs. BMI: 41.16. BP: 124/86. HR: 93. Temp: 98.4°F. Bilateral ankle has 1-2+ pitting edema. ASSESSMENT: 1) Benign essential hypertension. 2) History of atrial flutter. 3) Edema. 4) Prediabetes. 5) Retained foreign body of neck. 6) Abnormal liver function test. PLAN: 1) Keep cardiology appointment tomorrow. 2) Continue lifestyle measures. 3) Get CT scan from Workers' Compensation. 4) Repeat hepatic panel in 3 months. 5) Gastroenterology referral.

09/13/2016 – Handwritten Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient complains of 6/10 cervical spine pain with radiation to bilateral shoulders. She also complains of 5-6/10 thoracolumbar spine pain with bilateral lower extremity numbness and tingling. She endorses 2/10 right knee pain and 6/10 bilateral foot pain. She is to see QME on 10/04/2016. She stats that she tolerates Tylenol #3 and is helpful for pain. She is unable to take NSAIDs due to atrial flutter, hypertension and gastritis. PHYSICAL EXAM: Ht: 5'6". Wt: 252 lbs. BP: 140/94. HR: 75. Patient is obese. Gait is antalgic. She moves with stiffness and uses a cane for ambulation. ASSESSMENT: 1) Status post partial release of left foot plantar fasciitis with residual posterior tibial pain. 2) Right plantar fasciitis, fracture of Achilles tendon with spurs. 3) Antalgic gait. 4) Cervicothoracic spine strain/sprain. 5) Lumbar spine strain/sprain with bilateral lower extremity sciatica, degenerative disk disease, annular fissure at L4-5. 6) Right knee prepatellar bursitis, mild meniscal degenerative changes. 7) Atrial flutter. 8) History of hypothyroidism, hypertension and thyroid cancer in 2006. 9) History of gastritis and gastroesophageal reflux disease due to medications. 10) Rule out stress/insomnia. 11) History of dysphagia due to thyroid tumor. PLAN: 1) Schedule CT scan of the cervical spine. 2) Tylenol #3 as needed. 3) Follow up with pain management. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

10/11/2016 – Handwritten Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient continues to complain of 6/10 cervical spine pain with radiation to bilateral shoulders/trapezius. She also complains of 6/10 thoracolumbar spine pain with bilateral lower extremity radicular numbness and tingling. She endorses 2/10 right knee pain and 6/10 bilateral foot pain. PHYSICAL EXAM: Ht: 5'6". Wt: 250 lbs. BP: 142/93. HR: 82. Patient is in mild distress. She is obese. Gait is antalgic. She moves with stiffness. ASSESSMENT: 1) Status post partial release of left foot plantar fasciitis with residual posterior tibial pain. 2) Right plantar fasciitis, fracture of Achilles tendon with spurs. 3) Antalgic gait. 4) Cervical spine osteophyte off C5 and C6, degenerative changes at C4-5 and C5-6. 5) Thoracic strain/sprain. 6) Lumbar

strain/sprain with bilateral sciatica, degenerative disk disease, annular fissure at L4-5. 7) Right knee prepatellar bursitis, mild meniscal degenerative changes. 8) Atrial flutter. 9) History of gastritis and gastroesophageal reflux disease due to medications. 10) Rule out stress/insomnia. 11) History of hypothyroid, thyroid cancer in 2006, hypertension and dysphagia due to thyroid tumor. PLAN: Pain management consultation. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

10/12/2016 – Progress Notes by Chou, Harvey, MD. SUBJECTIVE: Patient presents for preoperative visit. She still complains of pain in the right plantar fascia and has questions about her Achilles tendinitis. PHYSICAL EXAM: Ht: 5'6'. Wt: 253 lbs. BMI: 40.84. Right Foot: Tenderness at the plantar fascia, also at the Achilles insertion. ASSESSMENT: 1) Achilles tendinitis of right lower extremity. 2) Plantar fasciitis. PLAN: Right foot plantar fascia release.

10/12/2016 – Operative Report by Chou, Harvey, MD at PIH Health. PREOPERATIVE DIAGNOSIS: Right foot plantar fasciitis. POSTOPERATIVE DIAGNOSIS: Right foot plantar fasciitis. PROCEDURE PERFORMED: Right foot plantar fascial release. PROCEDURE IN DETAIL: The patient was taken to the operating theatre. After anesthesia was achieved, the right lower extremity was prepped and draped in the usual sterile manner. Tourniquet was inflated to 300 mmHg. Next, we made our standard incision just 1 cm above the plantar surface in line with the medial malleolus, dissected down, proceeded to use our trocar to find the plantar fascia and went underneath, poked out the other side, proceeded to clean out the plantar fascia using the Q-tips and then proceeded to look at the plantar fascia. We proceeded to resect the plantar fascia to about 40%. We left the other side intact, mainly because the patient was concerned over-release which she believes is the cause of her symptoms on the left side. So, we did a 40% release. We irrigated out the wound, proceeded to close the wound using 3-0 nylon. The patient was placed in dorsiflexion in a sterile splint. The patient will be non-weightbearing.

10/28/2016 – Handwritten Internal Medicine Permanent and Stationary Medical-Legal Report by Englanoff, Alon, MD at Center for Better Health. SUBJECTIVE: Patient reports that on 08/23/2016, she was hospitalized for having a rapid heart rate with her heart rate in the 190s and was found to have an atrial flutter. She had a complete cardiac work-up including a nuclear stress test which was completely normal and negative for any ischemia. She was placed on Cardizem; however, was unable to tolerate it due to the edema on her extremities. She was later switched to metoprolol XR 50 mg daily by her cardiologist. She was also placed on prophylactic baby aspirin. She has been in normal sinus rhythm ever since the hospitalization and was able to successfully undergo a right foot surgery on 10/12/2016 without any complications. She returns for follow up on atrial flutter. She continues to have musculoskeletal pains. Blood pressure has been controlled in 130-140/80-90. PHYSICAL EXAM: Ht: 5'6". BP: 143/91. PR: 82. RR: 13. Temp: 98.7°F. ASSESSMENT: 1) Status post work-related injury. 2) Orthopaedic diagnosis, deferred to primary treating physician. 3) Hypertension with left ventricular hypertrophy, triggered by industrial injury, 75% industrial and 25% nonindustrial. 4) Obesity, pre-existing, nonindustrial. 5) Glucose intolerance, nonindustrial. 6) Hypothyroidism, nonindustrial. 7) History of atrial flutter, resolved, deferred to cardiology. CAUSATION/APPORTIONMENT: Hypertension is 75% industrial and 25% nonindustrial. PERMANENT AND STATIONARY STATUS: Patient has reached maximum medical improvement and is permanent and stationary from an internal medicine standpoint as of the date of this evaluation. IMPAIRMENT RATING: WPI of 40%. PLAN: 1)

Continue low salt and low glycemic diet. 2) Follow up with primary medical doctor on an industrial basis. 3) Return to clinic on an as needed basis. DISABILITY STATUS: Defer to primary treating physician. WORK RESTRICTIONS: Avoid stress situations that may flare up hypertension. FUTURE MEDICAL CARE: From an internal medicine standpoint, the patient should be afforded future medical care in the form of internal medicine follow-up visits, prescription medication and additional testing. With regard to the patient's hypertension, in the event of aggravation, the patient should have follow-up care on an industrial basis including blood pressure checks and blood pressure medication, as well as ophthalmologist consultation in order to rule out end organ damage. VOCATIONAL REHABILITATION: Should the patient's employer be unable to accommodate the work restrictions indicated, the patient would be unable to return to the prior occupation and the patient would be entitled to a vocational rehabilitation voucher.

11/07/2016 – Handwritten Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient had plantar fascial release by her private doctor on 10/12/2016. She is in a cast still and will have follow up with her surgeon net week. Cast probably will be removed next week and will be on walker's boot. She rates her pain at 6-7/10 with sitting, increases with walking and standing. She states that the lumbar spine pain flared up since her surgery and it is at 7-8/10. She notes that Flexeril was helpful in the past. PHYSICAL EXAM: Ht: 5'6". Wt: 255 lbs. BP: 148/84. HR: 79. Patient is obese. Gait is antalgic. She moves with stiffness and uses a cane for ambulation. ASSESSMENT: 1) Status post partial release of left foot plantar fasciitis with residual posterior tibial pain. 2) Status post right Orthopedic plantar fascial release on 10/12/2016 with private doctor; Baxter neuropathy, fracture of Achilles tendon with spurs. 3) Antalgic gait. 4) Cervical spine osteophyte off C5 and C6, degenerative changes at C4-5 and C5-6. 5) Thoracic strain/sprain. 6) Lumbar strain/sprain with bilateral sciatica, degenerative disk disease, annular fissure at L4-5. 7) Right knee prepatellar bursitis, mild meniscal degenerative changes. 8) History of gastritis and gastroesophageal reflux disease due to medications. 9) Rule out stress/insomnia. 10) History of hypothyroid, thyroid cancer in 2006, hypertension and dysphagia due to thyroid tumor. PLAN: 1) Obtain records from 10/2016. 2) Flexeril 10 mg as needed. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

12/01/2016 – Primary Treating Physician Supplemental Medical-Legal Report at Center for Better Health. DISCUSSION: Based on the patient's history of injury and information available to the undersigned on the patient's initial evaluation on 12/05/2016, it was my opinion that her symptoms in the cervical spine, thoracic spine, lumbar spine, right knee and bilateral feet, with reasonable medical probability, are directly caused by a continuous trauma that occurred during her employment for CVS Pharmacy as a lead technician. There was no specific injury to these regions. Dr. Rogachefsky did not address continuous trauma as a causal factor to the patient's cervical spine, right shoulder and lumbar spine symptoms, despite the fact that on page 3 of his report, he documented "she sustained an industrial injury on a cumulative trauma basis to her neck, right shoulder, and low back, and bilateral feet throughout the course of her employment with CVS Pharmacy as a lead technician, she gradually developed pain in her neck, right shoulder, low back and bilateral feet due to the repetitive nature of her job." I concur with Dr. Rogachefsky that the patient is not yet permanent and stationary. She requires further active care and continues to treat with the undersigned.

12/02/2016 – Handwritten Primary Treating Physician Progress Report by Matos, Max, MD at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient reports less right foot pain. She is now in a walking boot. She still complains of constant 7-8/10 cervical, thoracic and lumbar pain. She states that Flexeril has helped. PHYSICAL EXAM: Ht: 5'6". Wt: 250 lbs. BP: 132/87. HR: 80. Gait is antalgic. She moves with stiffness and uses a walking boot on the right. ASSESSMENT: 1) Status post partial release of left foot plantar fasciitis with residual posterior tibial pain. 2) Status post right Rachofsky plantar fascial release on 10/12/2016 with private doctor; Baxter neuropathy, fracture of Achilles tendon with spurs. 3) Antalgic gait. 4) Cervical spine osteophyte off C5 and C6, degenerative changes at C4-5 and C5-6. 5) Thoracic strain/sprain. 6) Lumbar strain/sprain with bilateral sciatica, degenerative disk disease, annular fissure at L4-5. 7) Right knee prepatellar bursitis, mild meniscal degenerative changes. 8) History of gastritis and gastroesophageal reflux disease due to medications. 9) Rule out stress/insomnia. 10) History of hypothyroid, thyroid cancer in 2006, hypertension and dysphagia due to thyroid tumor. PLAN: Follow up with pain management. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

12/02/2016 – Initial Pain Management Consultation by Rafla, Atef, MD at Center for Better Health. DOI: CT: 09/01/1982-02/16/2016. HISTOR OF INJURY: Patient is claiming injuries to her neck, upper back, lower back, right knee, left foot, as well as development of varicose veins psychological stress due to repetitive duties which include repetitive bending when getting medications off the shelves and ordering, squatting and kneeling when putting medication away, reaching at all levels when stocking merchandise or when retrieving off the shelves for prescriptions, as well as pushing and pulling when stocking merchandise, twisting when loading and unloading, grasping and gripping, climbing up and down a ladder to reach for medication, and prolonged standing and walking. She states that she was frequently under a lot of pressure by her supervisor. She came under the care of Dr. Matos as her primary treating physician on 03/30/2016, and has been treating since then. Dr. Matos has now referred her to me for further evaluation and treatment regarding her neck, right shoulder and low back complaints. She presents to this office for further evaluation and treatment. SUBJECTIVE: Patient complains of 8-9/10 cervical spine pain with progressive limited range of motion associated with severe muscle spasm. She states that this flares up toward the end of the day or with any moderate activity, worse at nighttime and causes difficulty in falling asleep and maintaining sleep. She reports experiencing frequent moderate to severe headaches with blurred vision requiring pain medication for relief. The cervical pain is also associated with tingling, numbness, and weakness in the right upper extremity while carrying objects, writing, and/or grasping. The level of pain while attempting to perform normal daily activities has progressively increased in the last couple of weeks. She endorses severe, constant, sharp, throbbing 8-9/10 right shoulder pain radiating up to the neck and down to the right arm with weakness, numbness, and tingling that radiates down to the right hand. There is pain in the right shoulder and right elbow with crepitation on limited range of motion. She states that she is not able to sleep for long periods of time without the help of pain and sleep medication due to severe pain and muscle spasms in the upper back and extremities. She reports moderate to severe 8-9/10 lower back pain associated with severe muscle spasm and progressive limited range of motion to the lumbar spine, worse towards the end of the day causing difficulty in falling asleep and maintaining sleep. She further notes experiencing pain radiating to both legs associated with tingling, numbness and weakness which has increased in severity and intensity in recent weeks while attempting to climb stairs, with prolonged walking, and when performing normal daily

activities. She also reports having difficulty performing sexual activities due to lumber spasms. She reports limited improvement with physical therapy and acupuncture treatments. She requires more pain medication due to pain severity. PHYSICAL EXAM: Patient is in moderate distress. Cervical Spine: Loss of normal cervical lordosis. Pain on palpation over the spinous processes. On deep palpation of the cervical paraspinal muscles, there is reproduction of myofascial pain with moderate guarding. Pain is 6/10. Axial head compression test, head distraction test, cervical compression test, cervical distraction test and Adson test are positive. Limited neck and right upper extremity range of motion. Motor strength is 4/5 on the right. Shoulders: Tenderness to palpation over the anterior aspect of the shoulder, suprascapular muscles and the acromion. Lumbar Spine: Slight loss of lumbar lordosis. On deep palpation of the lumbar paraspinal muscles, there is moderate guarding on the right side with reproduction of deep myofascial pain on deep palpation, more significantly on the right side. Pain level is 6/10 at the time of examination. Facet tenderness is noted. There is referred back pain with FABERE and Yeoman tests bilaterally, worse on the right side. Sciatic nerve root tension test: Sciatic notch tenderness, Lasegue sign, Kemp test, and Bowstring sign are positive. There is increased pain with all lumbar spine motion. Seated straight leg raise is slightly positive on the right. Supine straight leg raise is positive on the right. Mild hamstring tightness and referred back pain with straight leg raising at around 80 degrees. Patient ambulates with a mild limp with some difficulty on heel and toe gait. She is unable to squat fully due to muscle spasms. Motor power is 4/5 on the right. ASSESSMENT: 1) Cervical sprain/strain. 2) Cervical paraspinal muscle spasms. 3) Rule out cervical disc herniation. 4) Cervical radiculitis/radiculopathy of the right upper extremity. 5) Limited range of motion of the right shoulder. 6) Right shoulder internal derangement. 7) Lumbar sprain/strain. 8) Lumbar paraspinal muscle spasms. 9) Rule out lumbar disc herniation. 10) Lumbar radiculitis/radiculopathy of the bilateral lower extremities, greater on the right. PLAN: 1) Request updated MRI of cervical and lumbar spine. 2) Request authorization for first right shoulder intra-articular injections under fluoroscopy guidance.

12/05/2016 – Primary Treating Physician Initial Report Transfer of Care by Moulton, Sierra, DO at Center for Better Health. DOI: CT: 09/01/1982-02/16/2016. HISTORY OF INJURY: Patient was initially seen by Dr. Max Matos on 03/30/2016 and has received treatment since then. She was then evaluated by Dr. Domenic Signorelli for her left foot and ankle injuries, Dr. Alon Englanoff for hypertension and was seen by Dr. Thomas Meyer for her right knee. She was then seen on 11/07/2016 by Dr. Matos for follow up. Patient had undergone a right plantar fascial release with her private doctor on 10/12/2016. She was still in a cast and was to follow up with her surgeon next week. It is noted that her cast was to be removed at that appointment and that she was likely to be using a walking boot. Her pain was usually rated at 6-7 with sitting, increased by walking and standing. Her lumbar spine pain flared since the surgery to a 7-8/10 with her back feeling tight. She was helped in the past by Flexeril. She also had a neutral evaluation early in October and the report will be requested. Function of the right foot has improved but her back pain has gotten worse since her last examination. She was advised to follow up in 3-4 weeks. She was placed on temporary total disability until 6 weeks. She was asked to obtain the neutral report done in 10/2016. She was prescribed with Flexeril 10 mg #30 one tablet every bedtime as needed with no refill. Care is now transferred to me and she presents to this office for further evaluation and treatment. SUBJECTIVE: Patient complains of constant 8/10 cervical spine pain that radiates into the right shoulder and to the posterior aspect of the head with associated tightness. She also complains of constant 6-7/10 thoracic spine pain with feeling of tightness. She reports constant 6-

7/10 lumbar spine pain with numbness down to the right large toe. She endorses 5-6/10 right knee pain with motion, standing and walking. She is unable to kneel on the knee, it sometimes pops and clicks. She also reports 6-7/10 right foot pain with standing and walking along with mild swelling. She admits to constant 7-8 left foot pain with standing, walking and with any motion. PHYSICAL EXAM: Ht: 5'6". Wt: 253 lbs. BP: 118/92. PR: 81. Patient ambulates with a walking boot on the right. She is limping or has a distorted gait. Cervical Spine: Mildly decreased cervical lordosis. There is muscle guarding and muscle spasm, right greater than right. Tenderness to palpation about the cervical spine and upper trapezius muscles. There are trigger points, right greater than left. JAMAR: Right 22/26/26; Left 22/24/24. Lumbar Spine and Lower Extremities: Patient stands erect but slightly leaning to the left. There is tenderness to palpation about the thoracic, lumbar paravertebral muscles, spinous processes and sacroiliac joints. There is paravertebral muscle guarding. Gait is antalgic. Walking on tiptoes and heels as well as full squat are not tested secondary to a recent right foot surgery. Decreased pinprick and light touch sensation at the L5 level on the right. Knees: There is patellofemoral pain on range of motion on the right. There is medial and lateral joint line tenderness on the right, but none on the left. Ankles/Feet: Mild diffuse right ankle/foot swelling. Healed surgical scars on the bilateral feet. Diffuse tenderness to palpation along the medial and lateral aspects of the plantar region of the right foot. Tenderness to palpation along the plantar and dorsal aspects of the left foot. ASSESSMENT: 1) Status post right plantar fascia release on 10/12/2016 with a private doctor, Baxter neuropathy. History of fracture of the Achilles tendon with spur per MRI done on 07/12/2016. 2) Status post partial release of the plantar fascia on the left with residual. 3) Antalgic gait. 4) Cervical spine osteophyte at C5-C6, degenerative disc disease, cervicogenic headaches. 5) Thoracic spine sprain/strain. 6) Lumbar spine degenerative disc disease with left sciatica, annular fissure at L4-L5 and bilateral neuroforaminal narrowing at L5-S1. 7) Right knee pre-patellar bursitis, internal derangement of meniscus and mild degenerative changes. 8) Contributing factors - history of gastroesophageal reflux disease/gastritis due to pain medications, stress, insomnia, history of hypothyroidism, thyroid cancer in 2006, hypertension, and history of dysphagia due to a thyroid tumor. CAUSATION: Industrial. PLAN: Follow up in 4 weeks. DISABILITY STATUS: Temporarily totally disabled for 6 weeks.

12/19/2016 – Handwritten Primary Treating Physician Progress Report by Moulton, Sierra, Do at Center for Better Health, A Medical Group, Inc. SUBJECTIVE: Patient states that her symptoms continue. ASSESSMENT: 1) Sprain of ligaments of cervical spine. 2) Lumbar spine strain/sprain. 3) Sciatica, right side. WORK STATUS: Off duty until 01/04/2017.

01/06/2017 – Handwritten Primary Treating Physician Progress Report by Moulton, Sierra, Do at Center for Better Health, A Medical Group, Inc. SUBJECTIVE: Patient complains of constant 6-7/10 right foot pain and constant 8-9/10 left foot pain. She reports 5-6/10 right knee pain and 8/10 cervical spine pain, as well as 7-10 thoracolumbar spine pain. PHYSICAL EXAM: Ht: 5'6". Wt: 256 lbs. BP: 140/93. HR: 81. Gait is antalgic. She moves with stiffness and uses a right foot CAM walker. ASSESSMENT: 1) Status post right plantar fascia release on 10/12/2016 with a private doctor, Baxter neuropathy. History of fracture of the Achilles tendon with spur per MRI done on 07/12/2016. 2) Status post partial release of the plantar fascia on the left with residual. 3) Antalgic gait. 4) Cervical spine osteophyte at C5-C6, degenerative disc disease, cervicogenic headaches. 5) Thoracic spine sprain/strain. 6) Lumbar spine degenerative disc disease with left sciatica, annular fissure at L4-L5 and bilateral neuroforaminal narrowing at L5-S1. 7) Right knee

pre-patellar bursitis, internal derangement of meniscus and mild degenerative changes. 8) History of atrial flutter, resolved. 9) History of gastroesophageal reflux disease/gastritis due to pain medications. 10) Stress, insomnia. 11) History of hypothyroidism, thyroid cancer in 2006, hypertension, and history of dysphagia due to a thyroid tumor. PLAN: Podiatry follow up. WORK STATUS: Temporarily totally disabled for 6 weeks.

02/06/2017 - Handwritten Primary Treating Physician Progress Report by Moulton, Sierra, Do at Center for Better Health, A Medical Group, Inc. SUBJECTIVE: Patient complains of 3/10 right knee pain with popping and clicking. She also complains of 5/10 bilateral foot pain. She reports that Tylenol #3 and Flector patch are helpful and is tolerating it well. PHYSICAL EXAM: Ht: 5'6". Wt: 245 lbs. BP: 138/89. HR: 69. Patient is obese. Gait is antalgic. She moves with stiffness and uses a cane. ASSESSMENT: 1) Status post right plantar fascia release on 10/12/2016 with a private doctor, Baxter neuropathy. History of fracture of the Achilles tendon with spur per MRI done on 07/12/2016. 2) Status post partial release of the plantar fascia on the left with residual. 3) Antalgic gait. 4) Cervical spine osteophyte at C5-C6, degenerative disc disease, cervicogenic headaches. 5) Thoracic spine sprain/strain. 6) Lumbar spine degenerative disc disease with left sciatica, annular fissure at L4-L5 and bilateral neuroforaminal narrowing at L5-S1. 7) Right knee pre-patellar bursitis, internal derangement of meniscus and mild degenerative changes. 8) History of atrial flutter, resolved. 9) History of gastroesophageal reflux disease/gastritis due to pain medications. 10) Stress, insomnia. 11) History of hypothyroidism, thyroid cancer in 2006, hypertension, and history of dysphagia due to a thyroid tumor. PLAN: 1) Obtain Dr. Signorelli's report dated 02/08/2017. 2) Flector patch. 3) Tylenol #3 as needed. 4) Follow up in 4 weeks, 02/13/2017. WORK STATUS: Temporarily totally disabled for 6 weeks.

02/08/2017 – Podiatry Progress Report by Signorelli, Domenic, DPM at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient returns for reevaluation secondary to the last evaluation in 06/01/2016 where surgery is recommended. PHYSICAL EXAM: Minimal telangiectasias are present bilaterally. Continuation of loss of medial longitudinal arch at the left foot with significant pain to the insertion of the navicular bone and the navicular tuberosity. The right side has significant exostosis and bone growth to the Achilles tendon. An interstitial tearing of the Achilles tendon has been identified. She does show continuation of pain regarding the left foot. She demonstrates severe pain to the medial tubercle and tuberosity with the insertion of the posterior tibialis tendon. She also shows pain when bringing up the posterior tibial tendon up into the mid aspect of the calcaneus. She has significant pain to active inversion and resistance to eversion. ASSESSMENT: 1) Gorilloid navicular left foot. 2) Partial tear of the posterior tibialis tendon. 3) Tenosynovitis. 4) Tendinosis of the Achilles tendon. 5) Painful gait. PLAN: 1) Obtain authorization for debridement and removal of the gorilloid navicular with attachment of the posterior tibial tendon with shortening to improve the dysfunction of her foot. 2) Follow up in 4 weeks. DISABILITY STATUS: Defer to primary treating physician.

02/13/2017 - Handwritten Primary Treating Physician Progress Report by Moulton, Sierra, Do at Center for Better Health, A Medical Group, Inc. SUBJECTIVE: Patient continues to complain of 5/10 bilateral foot pain. She also complains of constant low back pain with radiation to the left leg. She reports that Tylenol #3 and Flector patch are helping. PHYSICAL EXAM: Ht: 5'6". Wt: 242 lbs. BP: 135/92. HR: 68. Patient is obese. Gait is antalgic. She moves with stiffness

and uses a cane. ASSESSMENT: 1) Status post right plantar fascia release on 10/12/2016 with a private doctor, Baxter neuropathy. History of fracture of the Achilles tendon with spur per MRI done on 07/12/2016. 2) Status post partial release of the plantar fascia on the left with residual. 3) Antalgic gait. 4) Cervical spine osteophyte at C5-C6, degenerative disc disease, cervicogenic headaches. 5) Thoracic spine sprain/strain. 6) Lumbar spine degenerative disc disease with left sciatica, annular fissure at L4-L5 and bilateral neuroforaminal narrowing at L5-S1. 7) Right knee pre-patellar bursitis, internal derangement of meniscus and mild degenerative changes. 8) History of atrial flutter, resolved. 9) History of gastroesophageal reflux disease/gastritis due to pain medications. 10) Stress, insomnia. 11) History of hypothyroidism, thyroid cancer in 2006, hypertension, and history of dysphagia due to a thyroid tumor. PLAN: Follow up in 4 weeks. WORK STATUS: Temporarily totally disabled for 6 weeks.

03/13/2017 - Handwritten Primary Treating Physician Progress Report by Moulton, Sierra, Do at Center for Better Health, A Medical Group, Inc. SUBJECTIVE: Patient reports 7-8/10 bilateral foot pain and 7-8/10 low back pain. PHYSICAL EXAM: Ht: 5'6". Wt: 236 lbs. BP: 112/83. HR: 57. Patient is obese. Gait is antalgic. She moves with stiffness and uses a cane. ASSESSMENT: 1) Status post right plantar fascia release on 10/12/2016 with a private doctor, Baxter neuropathy. History of fracture of the Achilles tendon with spur per MRI done on 07/12/2016. 2) Status post partial release of the plantar fascia on the left with residual. 3) Antalgic gait. 4) Cervical spine osteophyte at C5-C6, degenerative disc disease, cervicogenic headaches. 5) Thoracic spine sprain/strain. 6) Lumbar spine degenerative disc disease with left sciatica, annular fissure at L4-L5 and bilateral neuroforaminal narrowing at L5-S1. 7) Right knee pre-patellar bursitis, internal derangement of meniscus and mild degenerative changes. 8) History of atrial flutter, resolved. 9) History of gastroesophageal reflux disease/gastritis due to pain medications. 10) Stress, insomnia. 11) History of hypothyroidism, thyroid cancer in 2006, hypertension, and history of dysphagia due to a thyroid tumor. PLAN: Follow up in 4 weeks. WORK STATUS: Temporarily totally disabled for 6 weeks.

03/28/2017 – Electrocardiogram by *(Illegible Signature)*. IMPRESSION: Sinus rhythm. Atrial premature complexes. Otherwise, normal ECG.

03/29/2017 – Preoperative Medical Evaluation by Ghodsian, Shahrouz, MD at Center for Better Health. SUBJECTIVE: Patient is here for preoperative medical evaluation and risk stratification for impending left foot surgery. PHYSICAL EXAM: Ht: 5'6". Wt: 230 lbs. BP: 139/94. PR: 64. Patient is obese. ASSESSMENT: Preoperative medical evaluation and risk stratification. PLAN: 1) Proceed with surgery as planned. 2) Schedule for sympathetic and parasympathetic autonomous nervous system evaluation.

03/29/2017 – Stress Echocardiogram by *(Illegible Signature)*. FINDINGS: Left ventricle is within normal limits. Ejection fraction of 55-60%. IMPRESSION: No abnormalities noted.

03/29/2017 – Carotid Ultrasound Duplex Extracranial Report by *(Illegible Signature)*. IMPRESSION: No significant stenosis noted.

04/05/2017 – Podiatry Progress Report by Signorelli, Domenic, DPM at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient presents for

reassessment and reevaluation. She is here for a preoperative evaluation for surgical intervention to consist of repair of the posterior tibialis tendon and resection of the gorilloid navicular on the left. She is showing continuation of symptoms of pain with weightbearing status. PHYSICAL EXAM: Minimal telangiectasias are present bilaterally. She has swelling and has difficulty with gait overall and she has not shown a significant improvement in pain. Muscle strength is 3/5 for active inversion and resistant to eversion on the left foot. She continues to have symptoms of pain, difficulty with ambulation and has continuation of loss of medial longitudinal arch because of the failure of the posterior tibial dysfunction of the left foot. ASSESSMENT: 1) Gorilloid navicular left foot. 2) Partial tear of the posterior tibialis tendon. 3) Tenosynovitis. 4) Tendinosis of the Achilles tendon. 5) Painful gait. PLAN: Proceed with surgery on 04/14/2017. DISABILITY STATUS: Defer to primary treating physician.

04/19/2017 – Podiatry Progress Report by Signorelli, Domenic, DPM at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient presents to the office today for postoperative evaluation. She states she does have some slight symptoms of pain in the left ankle, but overall, she is improving as expected. She is non-weight bearing. PHYSICAL EXAM: Minimal telangiectasias are present bilaterally. Muscle strength was not tested on the left side to inversion because of severe pain in the posterior tibialis tendon which was repaired and re-anchored. She ambulates in a non-weight bearing status with a knee and CAM walker on the left side. ASSESSMENT: 1) Gorilloid navicular left foot. 2) Partial tear of the posterior tibialis tendon. 3) Tenosynovitis. 4) Tendinosis of the Achilles tendon. 5) Painful gait. PLAN: 1) Sterile dressing change was done. 2) Begin small rotational motions of the foot on Saturday. 3) Follow up in 2 weeks. DISABILITY STATUS: Defer to primary treating physician.

05/03/2017 - Handwritten Primary Treating Physician Progress Report by Moulton, Sierra, Do at Center for Better Health, A Medical Group, Inc. SUBJECTIVE: Patient complains of 3/10 left ankle/foot pain, status post left foot surgery with Dr. Signorelli on 04/14/2017. She ambulates with a CAM walker and is to see Dr. Signorelli later today for dressing change. She reports taking half table of Tylenol #3. PHYSICAL EXAM: Ht: 5'6". BP: 129/89. HR: 70. Patient is obese. She uses a CAM walker. ASSESSMENT: 1) Status post right plantar fascia release on 10/12/2016 with a private doctor, Baxter neuropathy. History of fracture of the Achilles tendon with spur per MRI done on 07/12/2016. 2) Status post partial release of the plantar fascia on the left with residual. 3) Antalgic gait. 4) Cervical spine osteophyte at C5-C6, degenerative disc disease, cervicogenic headaches. 5) Thoracic spine sprain/strain. 6) Lumbar spine degenerative disc disease with left sciatica, annular fissure at L4-L5 and bilateral neuroforaminal narrowing at L5-S1. 7) Right knee pre-patellar bursitis, internal derangement of meniscus and mild degenerative changes. 8) History of atrial flutter, resolved. 9) History of gastroesophageal reflux disease/gastritis due to pain medications. 10) Stress, insomnia. 11) History of hypothyroidism, thyroid cancer in 2006, hypertension, and history of dysphagia due to a thyroid tumor. PLAN: 1) Schedule acupuncture therapy 2 times a week for 6 weeks once cleared by Dr. Signorelli. 2) Obtain report of Dr. Signorelli on 05/03/2017. 3) Follow up in 4 weeks. WORK STATUS: Temporarily totally disabled for 6 weeks.

05/03/2017 – Podiatry Progress Report by Signorelli, Domenic, DPM at Center for Better Health Southland Spine & Rehabilitation Medical Center. SUBJECTIVE: Patient returns for follow up status post posterior tibialis tendon repair of the right ankle. She is doing very well, demonstrating

no signs of constitutional symptoms. PHYSICAL EXAM: Minimal telangiectasias are present bilaterally. Well-healed incision on the medial aspect of the right foot secondary to posterior tibialis tendon repair. She is showing continuation of healing of the ankle. Overall, she is showing improvement, but demonstrates the continuous need for further treatment. Limited right foot range of motion. ASSESSMENT: 1) Gorilloid navicular left foot. 2) Partial tear of the posterior tibialis tendon. 3) Tenosynovitis. 4) Tendinosis of the Achilles tendon. 5) Painful gait. PLAN: 1) Sterile dressing change was done. 2) Continue with non-weight bearing status. 3) Return to office in 2 weeks. DISABILITY STATUS: Defer to primary treating physician.

*In addition to the records summarized were duplicate records, facsimile cover letters, billing records and utilization review documents.*

**EXAMINER'S CLOSING STATEMENT:**

I, Richard A. Rogachefsky, M.D., declare the following under penalty of perjury:

The information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, I believe it to be true.

I affirm that I am not billing for diagnostic procedures or diagnostic services not performed by myself.

I am certified as a Qualified Medical Evaluator in California, and Board Certified by the American Board of Orthopaedic Surgery in Orthopaedic Surgery.

By my signature on this report, I certify that this report represents the work product of myself and expresses exclusively my professional opinion, findings, and conclusions on the matter discussed in the report.

I declare under penalty of perjury that I have not violated Labor Code Section 139.3 in that I have not offered, delivered, received, or accepted any rebate, refund, commission, preference, patronage, dividend, discount, or other compensation, whether in the form of money or otherwise, as compensation or inducement for any referred examination or evaluation, and the contents of my report and bill are true and correct to the best of my knowledge.

Date of Report: November 10, 2020

Signed this 13th day of November 2020 at Los Angeles County, California.

Sincerely,

Richard A Rogachefsky

Richard A. Rogachefsky, M.D.
Orthopaedic Surgeon

EXHIBIT
20

exhibitsticker.com

2 05 00316D20

**Healthpointe Med Group Garden Grove**
7052 Orangewood Avenue
Suite #6
Garden Grove CA 92841-1419

PHONE: (714) 903-1100 FAX: (714) 903-1055

# PROGRESS NOTES / WORK STATUS

**INJURY DATE/TIME:** 6/27/2017 12:00 AM
**PATIENT:** Brazelton, Julie Ann
**EMPLOYER:** CVS Pharmacy
**INSURER:** SEDGWICK 14152

**TICKET #:** 439492-207645-3235535
**DATE / TIME:** 8/4/2021 **IN:** 2:56 PM **OUT:** 3:55 PM
**CLAIM NUM:** 007197109300wc01

**SERVICES PERFORMED**
- ☐ Initial treatment of injury or illness.
- ☑ Follow up visit
- ☐ Condition is not related to an industrial injury or illness.

**PATIENT'S CONDITION**
- ☐ Improved
- ☐ Unchanged
- ☐ Retrogressed
- ☐ Discharged from care. No further visits are necessary.

**SUBJECTIVE COMPLAINTS:**
(See additional page.)

**OBJECTIVE FINDINGS:**
(See additional page.)

**X-RAY AND LABORATORY RESULTS:**

**ASSESSMENT / DIAGNOSIS / COMMENTS:**
(See additional page.)

1 Plantar fascial fibromatosis ICD-10 Code M72.2
2 Pain in left foot ICD-10 Code M79.672
3 Pain in right foot ICD-10 Code M79.671
4 Unilateral primary osteoarthritis, ICD-10 Code M17.11

**PLAN:**
(See additional page.)

☐ Medication Dispensed ______ ☐ Physical Therapy ______

**Work Status:**
- ☐ **Remain off-work until** ______
- ☒ **Return to modified work on** 8/4/2021 **with the following limitations or restrictions****
  - Use of ______ ☐ No lifting ______ over ______ lbs
  - Forceful pulling or squeezing ______ ☐ No sitting over ______
  - Overhead work ☐ No driving ☐ Sedentary work only
  - Standing / walking over ___ hrs ☐ No climbing
  - Stooping and bending ☐ Keep wound / bandage clean and dry
- ☑ Other Restrictions:
  LIMIT STAND AND WALK TO 30 MIN; PROVIDE STOOL TO SIT OR STAND AT WILL
- ☐ Above limited activities can be performed ______ hrs / day Discussed with: ______
- ☐ **Return to full duty on** ______ **with no limitations, or restrictions.**

**RETURN VISIT**
DATE Wed, Oct 27, 2021
TIME 11:45 AM

[signature]
Zenia E Cortes, M.D.
EXAMINING PHYSICIAN / ASSISTANT

CHART

** If the work restrictions are not available, then consider patient temporarily totally disabled.

Healthpointe Med Group Garden Grove
7052 Orangewood Avenue
Suite #6
Garden Grove CA 92841-1419
PHONE: (714) 903-1100 FAX: (714) 903-1055

2 05 00316D20

# PROGRESS NOTES / WORK STATUS

| | | | |
|---|---|---|---|
| INJURY DATE/TIME: | 6/27/2017 12:00 AM | TICKET #: | 439492-207645-3235535 |
| PATIENT: | Brazelton, Julie Ann | DATE / TIME: | 8/4/2021 IN: 2:56 PM |
| EMPLOYER: | CVS Pharmacy | | OUT: 3:55 PM |
| INSURER: | SEDGWICK 14152 | CLAIM NUM: | 007197109300wc01 |

**SUBJECTIVE COMPLAINTS**

AUTH BODY PARTS:R-KNEE, B-FEET

CC: RIGHT KNEE, BILATERAL FEET

HPI: SINCE LAST OFFICE VISIT HAS BEEN STABLE WITH PAIN. USING CANE TO AMBULATE OUTSIDE OF THE HOME, WITH GARDENING. CONT. WITH CONSTANTLY AT LEVEL 2-3/10 B-FEET AND CAN RAISE TO LEVEL 5-6/10 WHICH MAINLY OCCURS WITH PROLONGED WALKING OR STANDING ANYTHING ABOUT 2HRS OR MORE THEN PAIN WILL START TO INCREASE. R-KNEE MAINLY PAIN WHEN WALKING UNEVEN SURFACES OR WHEN SHE STEPS WRONG WHILE WALKING. CANNOT KNEEL ON R-KNEE. TAKING DAYPRO ABOUT 5TABS A WEEK, ON DAYS WITH GREATER PAIN TAKES BID. WITH BENEFIT, NO ADVERSE EFFECTS.

WORK STATUS: RETIRED 2/1/19

PMH: HBP, THYROID CANCER, HX OF ATRIAL FLUTTER Psx:L-PLANTAR FASCIAL RELEASE 9/17/14; R-PLANTAR RELEASE 10/12/16; L-FOOT TENDON RECONSTRUCTION AND ARCH LIFT 4/14/17; R-FOOT BONE SPUR AND ACHILLES REPAIR 11/3/17. TONSILLECTOMY 1978, R-WRIST 1984, THYROID REMOVAL 2006, GALLBLADDER REMOVAL 2013 MEDS: TYLENOL PRN, DAYPRO 600MG BID PRN, SYNTHYROID 125 MG, CYTOMEL 5MCG, OMEPRAZOLE ALL:LATEX-RASH, NEOMYCIN-ITCHING AND RASH, SULFA? POSSIBLE INTERACTION BETWEEN DICLOFENAC, UNSURE. FACIAL SWELLING AND OPEN WOUNDS. SH:NON-SMOKER, NO ETOH FH:+CANCER, DIABETES, HEART DISEASE AND HYPERTENSION IN MOTHER AND FATHER; STROKE IN MOTHER; BOWEL/BLADDER DISEASE IN FATHER

PREVIOUS INJURIES: 1994-INDUSTRIAL RIGHT WRIST INJURY REPETITIVE USE FROM USING STAPLER IN PHARMACY, REQUIRED SURGERY, MISSED A FEW DAYS OF WORK. RESOLVED COMPLETELY. NO PERMANENT DISABILITY.

1995-NON-INDUSTRIAL MVA. DRIVER IN VEHICLE, SOMEONE COMING OPPOSITE DIRECTION MADE LEFT HAND TURN IN FRONT OF PATIENT'S VEHICLE. INJURED NECK, SHOULDERS INJURY. RECEIVED PHYSICAL THERAPY X 6 WEEKS. DOES NOT BELIEVE SHE MISSED ANY WORK, MAYBE ONE DAY. FULLY RESOLVED.

REVIEW OF SYSTEMS:

MUSCKULOSKELETAL:+MUSCLE ACHES, JOINT PAIN, SWELLING, STIFFNESS

CONSTITUTIONAL: +FATIGUE No weight loss, fever, chills, weakness

HEENT: +HEADACHE, HEARING LOSS No visual changes, congestion, runny nose or sore throat

SKIN: No rash, itching, skin lesions

CARDIOVASCULAR: +PALPITATION No chest pain, blood clots, bypass grafts

RESPIRATORY: No shortness of breath, cough or sputum

GASTROINTESTINAL: No nausea, vomiting, diarrhea, constipation, abdominal pain, bloody

GENITOURINARY: No burning on urination, urinary retention, polyuria, incontinence

Healthpointe Med Group Garden Grove
7052 Orangewood Avenue
Suite #6
Garden Grove CA 92841-1419

PHONE: (714) 903-1100 FAX: (714) 903-1055

2 05 00316D20

# PROGRESS NOTES / WORK STATUS

| | | | |
|---|---|---|---|
| INJURY DATE/TIME: | 6/27/2017 12:00 AM | TICKET #: | 439492-207645-3235535 |
| PATIENT: | Brazelton, Julie Ann | DATE / TIME: | 8/4/2021 IN: 2:56 PM |
| EMPLOYER: | CVS Pharmacy | | OUT: 3:55 PM |
| INSURER: | SEDGWICK 14152 | CLAIM NUM: | 007197109300wc01 |

**SUBJECTIVE COMPLAINTS**

stools

NEUROLOGICAL:+NUMBNESS AND TINGLING No memory loss, tremors, dizziness, syncope

HEMATOLOGIC: +BLEEDING/BRUISING No anemia

PSYCHIATRIC: +DEPRESSION, ANXIETY No suicidal thoughts

ENDOCRINOLOGIC: No sweating, cold or heat intolerance

**OBJECTIVE FINDINGS**

BP:125/84 P:70 WN

R-KNEE: +CREPITUS

ROM 0-100

MILD PATELLAR GRIND

NEG EFFUSION

NEG MPT, NEG INSTABILITY

B-FEET: MILD TENDER DIFFUSE PLANTAR FEET, WELL HEALED SCARS

2+ DP/PT PULSES

STANDING HINDFOOT NEUTRAL

+TTP LEFT T-N JOINT, SUPPLE MIDFOOT MOTION

ROM DF 10, PF 30, INV 25, EV 15

NEG TINELS

NEG ANTERIOR DRAWER

GAIT: WALKING WITH CANE, MILD ANTALGIA RIGHT

OLD ORTHOTICS EXAMINED-HARD PLASTIC BETWEEN 2 PADDED SHEATHS, HIGH ARCH

NEW ORTHOTIC #2 EXAMINED-RIGID, LEFT CAUSES HF VARUS

NEW ORTHOTIC #3 EXAMINED-CORK MATERIAL, NEUTRAL, SHAVED DOWN SO MUCH THAT HAVE LOST PADDING IN HEEL

NEW ORTHOTIC #4 EXAMINED-CORK MATERIAL, A BID HARD BUT STILL SEMI-RIGID, NEUTRAL

R-KNEE 2V OUTSIDE 8/31/18 NWB: UNREMARKABLE

B-FEET 3V OUTSIDE 8/31/18: B-LONG 2ND AND 3RD MT, MILD OSTEOPENIA, B-BIPARTITE FIBULAR SESAMOID, LARGE POSTERIOR AND SMALL PLANTAR CALCANEAL OSTEOPHTYES ON RIGHT, UNKNOWN CALCIFIC OBLONG BODY LATERAL TO LEFT C-C JOINT

X-RAYS L-FOOT 3V WB 5/27/20: MILD INFERIOR NARROWING T-N AND DORSAL NARROWING MEDICAL CUNEIFORM NAVICULAR

MRI 2/11/15 R-KNEE: MILD LATERAL PATELLAR CHONDROMALACIA, NO SIGNS OF ANY PATELLAR FRACTURE

QME REPORT RICHARD A ROGACHEFSKY, M.D. 10/5/16: RIGHT PATELLAR FRACTURE, BILATERAL PLANTAR FASCIITIS; MOD DUTY; TX PT LEFT FOOT, NO SURGERY, R-FOOT PT, NO SURGERY,

**Healthpointe Med Group Garden Grove**
7052 Orangewood Avenue
Suite #6
Garden Grove CA 92841-1419

PHONE: (714) 903-1100 FAX: (714) 903-1055

2 05 00316D20

# PROGRESS NOTES / WORK STATUS

| | | | |
|---|---|---|---|
| **INJURY DATE/TIME:** | 6/27/2017 12:00 AM | **TICKET #:** | 439492-207645-3235535 |
| **PATIENT:** | Brazelton, Julie Ann | **DATE / TIME:** | 8/4/2021 **IN:** 2:56 PM |
| **EMPLOYER:** | CVS Pharmacy | | **OUT:** 3:55 PM |
| **INSURER:** | SEDGWICK 14152 | **CLAIM NUM:** | 007197109300wc01 |

**OBJECTIVE FINDINGS**

NO TX FOR KNEE.

NOT MMI;

QME ORTHO RICHARD ROGACHEFSKY 8/8/18: BILATERAL PLANTAR FASCIITIS, R-KNEE CONTUSION AND R-KNEE BURSITIS; CAUSATION CS, R-SHOULDER, LS NON INDUSTRIAL; R-KNEE AND B-FEET INDUSTRIAL; MMI R-KNEE AND B-FEET; IMPAIRMENT R-KNEE 0, B-FEET 20 DEGREES INVERSION 1% LEI=1% WPI; NO APPORTIONMENT BUT STATES A PORTION OF FEET DISABILITY IS DUE TO ELEVATED BMI AND A PORTION TO CT; WORK RESTRICTIONS CANNOT STAND/WALK MORE THAN 4 HRS, 15 MINUTE BREAK PER HOUR; FUTURE MEDICAL- UPDATED X-RAYS B-FEET 3V AND R-KNEE 3V, PT/ACUPUNCTURE, EXTRACORPORAL SHOCKWAVE TREATMENT FEET,

**ASSESSMENT**

R-KNEE CONTUSION

R-KNEE PATELLAR CHONDROMALACIA

R-KNEE PAIN

B-CHRONIC PLANTAR FASCIITIS

NSAID GASTRITIS

**PLAN**

IN MY MED-LEGAL EVALUATION I CONCLUDED THE LS WAS PART OF THE CT AND RECOMMENDED TREATMENT. NEED CONFIRMATION IF LS IS NOW AUTHORIZED TO TREAT.

RX DAYPRO 600MG PO BID WITH FOOD PRN PAIN #60, REFILL 3

FU 3 MONTHS

**DIAGNOSIS (Continued...)**

| # | Diagnosis | ICD-10 Code | # | Diagnosis | ICD-10 Code |
|---|---|---|---|---|---|
| 5 | Spondylosis without myelopathy | M47.816 | 6 | Other fracture of right patella, su | S82.091D |
| 7 | Contusion of right knee, subsequ | S80.01XD | 8 | Chondromalacia patellae, right k | M22.41 |