Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIE BRAZELTON, an individual,

Plaintiff,

v.

CVS PHARMACY, INC., a Rhode Island Corporation; ANTHONY COLLIER, an individual; and DOES 1 - 100, inclusive;,

Defendants.

Case No. 2:20-cv-10604-DSF-AGR

**Hon. Dale S. Fischer**

**DECLARATION OF CHRISTINE ARSENAULT**

Judge: Hon. Dale S. Fischer
Date: April 11, 2022
Time: 1:30 p.m.
Crtrm.: 7D

Trial Date: Julv 19. 2022

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF CHRISTINE ARSENAULT

I, Christine Arsenault, declare as follows:

1. I am a current employee of Respondent CVS Pharmacy, Inc. My job title is Senior Consultant, Advice & Counsel ("A&C") Operations/Employee Relations. I have been employed at CVS for 22 years. Between 2016 and 2019, my job title was A&C, Reasonable Accommodation Partner ("RA Partner").

2. In my role as an RA Partner, I assisted colleagues throughout CVS with requests for accommodations. I partnered with members of the Leave of Absence Department in this role as well. As an RA Partner, and now as an A&C Senior Consultant, I had and have access to the relevant business and personnel records relating to colleagues accommodation and leave requests.

3. I have personal knowledge of the facts set forth below, or knowledge based upon my review of corporate and personnel records maintained in the regular course of CVS's business. If called and sworn as a witness, I could and would competently testify hereto.

4. Attached hereto as **Exhibit A** is a true and correct copy of CVS's leave of absence policy titled "Leave of Absence/FMLA." This document has been maintained as a business record in the regular course of CVS's business.

5. Attached hereto as **Exhibit B** is a true and correct copy of CVS's reasonable accommodation policy titled "Reasonable Accommodation in the Workplace." This document has been maintained as a business record in the regular course of CVS's business.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Salesforce records for Reasonable Accommodation Case No. 00660165 for which I was the assigned RA Partner.

7. Attached hereto as **Exhibit D** is a true and correct copy of the Salesforce records for Reasonable Accommodation Case No. 00710146 for which I was the assigned RA Partner.

8. Attached hereto as **Exhibit E** is a true and correct copy of the Salesforce records for Reasonable Accommodation Case No. 00775102, which I have access to. This document has been maintained as a business record in the regular course of CVS's business.

9. Attached hereto as **Exhibit F** is a true and correct copy of the Salesforce records for Reasonable Accommodation Case No. 00846598, which I have access to. This document has been maintained as a business record in the regular course of CVS's business.

10. Among other information, the Salesforce records include notes of my conversations, or my colleagues' conversations, with Julie Brazelton and Anthony Collier – and on some occasions Julie Brazelton's providers – all of all of which were entered on the day of the conversation, or at most later that same day.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 11th day of March, 2022, in Rhode Island.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

Christine A Arsenault
Christine A Arsenault (Mar 11, 2022 15:28 EST)

Christine Arsenault

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# MSJ Declaration of Christine Arsenault Brazelton

Final Audit Report 2022-03-11

| | |
|---|---|
| Created: | 2022-03-11 |
| By: | Leilani Livingston (llj@paynefears.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbhAEZCr7DphB3Ew5AWkP8sFwZQx913FQ |

## "MSJ Declaration of Christine Arsenault Brazelton" History

Document created by Leilani Livingston (llj@paynefears.com)
2022-03-11 - 7:43:13 PM GMT- IP address: 68.66.128.70

Document emailed to Christine A Arsenault (christine.arsenault@cvshealth.com) for signature
2022-03-11 - 7:43:27 PM GMT

Email viewed by Christine A Arsenault (christine.arsenault@cvshealth.com)
2022-03-11 - 8:26:20 PM GMT- IP address: 119.12.177.58

Document e-signed by Christine A Arsenault (christine.arsenault@cvshealth.com)
Signature Date: 2022-03-11 - 8:28:00 PM GMT - Time Source: server- IP address: 12.15.136.26

Agreement completed.
2022-03-11 - 8:28:00 PM GMT