# Exhibit A

| **Document ID:** HROTHR-0019 | **Title:** Leaves of Absence/FMLA | |
|---|---|---|
| **Parent Documents:** N/A | | |
| **Effective Date:** See Document Information Page | **Last Review Date:** See Review and Revision History Section | **Business Process Owner (BPO):** VP, Shared Services, HR Shared Services |
| **Exhibit(s):** N/A | | |
| **Document Type:** Policy and Procedure , Standard | | |

## PURPOSE

The purpose of this policy is to provide information on the types of leaves, eligibility, duration, continuation of benefits and return to work provisions, as well as procedures for requesting leaves of absence, under the FMLA.

## SCOPE

This policy applies to eligible full-time and part-time Employees working in United States and Puerto Rico locations. It covers the types of leaves, eligibility, duration, continuation of benefits and return to work provisions, as well as procedures for requesting leaves of absence, under the FMLA. For more information about other types of leaves of absence for which Employees may be eligible, **please call myHR at 1-888-694-7287 for information.**

## POLICY

The overall well-being of Employees is important to CVS Health (the Company). While each Employee's contributions on the job are valued, the Company recognizes that there are situations in which Employees may need to take time off from work. The Company is committed to compliance with all applicable federal, state and local laws entitling Employees to take leaves of absence, such as the Family and Medical Leave Act ("FMLA"), as described below.

This policy focuses on the Company's administration of leave provided pursuant to the FMLA. Additionally, the Company may offer other leave of absence options, depending on business operations, the Employee's position and place of employment. For more information about the types of leaves of absence for which Employees may be eligible, **please call myHR at 1-888-694-7287 and speak with a leave of absence representative for information.**

## PROCEDURES

1. **Eligible Employees:** Employees working in United States and Puerto Rico locations are eligible to take unpaid, job protected leave under the FMLA if they: (1) have worked for the Company for at least 12 months, and for at least 1,250 hours within the last 12 months, and (2) are employed at a worksite that employs 50 or more people within a 75 mile radius.

2. **Basic Leave Entitlement:** Eligible Employees may take up to 12 weeks of unpaid, job-protected FMLA leave within a rolling 12-month period, measured backward, for any of the following reasons: (1) for incapacity due to pregnancy, prenatal medical care or child birth; (2) to care for the Employee's child after birth or placement for adoption or foster care; (3) to care for the Employee's spouse, son, daughter or parent with a serious health


©2016 CVS Health and/or one of its affiliates. All rights reserved.
Not to be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION / PAPER COPY = INFORMATION ONLY

condition; or (4) because of the Employee's own serious health condition that makes the Employee unable to perform the Employee’s job. If both spouses work for the Company and leave is taken for the foster placement, adoption or birth of a child, or to care for a parent with a serious health condition, the maximum combined FMLA leave for both spouses for such reasons is 12 weeks in any rolling 12-month period, measured backward.

3. **Definition of Serious Health Condition:** A serious health condition is defined as an illness, injury, impairment or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the Employee from performing the functions of the Employee's job, or prevents the qualified family member from participating in school or other daily activities.

   Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three consecutive calendar days combined with at least two visits to a health care provider, or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

4. **Military Family Leave Entitlements:** Eligible Employees whose spouse, son, daughter or parent is on covered active duty or called to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

   FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12-month period. A covered servicemember is: (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five-year period prior to the first date the eligible Employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

   ***The FMLA definition of “serious injury or illness” for current servicemembers and veterans are distinct from the FMLA definition of “serious health condition”.**

5. **Notice of Leave:** If the Employee's need for FMLA leave is foreseeable, he or she must give the Company at least 30 days prior written notice by following the procedures set forth in this policy. Where the need for leave is not foreseeable, the Employee is expected to notify the Company as soon as practicable, and generally must comply with the Company's normal call-in procedures.


©2016 CVS Health and/or one of its affiliates. All rights reserved.
Not to be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION / PAPER COPY = INFORMATION ONLY

Employees should use the Company's forms when requesting any leave of absence, including FMLA leave. **An Employee must initiate a request for leave of absence by calling myHR at 1-888-694-7287, after which the Company will send applicable forms and instructions to the Employee.** Employees must provide sufficient information for the Company to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the Employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances surrounding the need for military family leave.

Employees also must inform the Company if the requested leave is for a reason for which FMLA was previously taken or certified. Employees may also be required to provide a certification and periodic recertification supporting the need for leave.

6. **Medical Certification:** If an Employee is requesting leave because of his or her own serious health condition, or the serious health condition of a covered relative or serious illness or injury of a covered service member, the Employee and relevant health care provider must supply appropriate medical certification. After an Employee initiates a request for a leave of absence, the Company will send the Employee notification of the requirement for medical certification, send appropriate forms, and instruct the Employee when they are due. Failure to provide requested medical certification may result in the delay and/or denial of the leave request. Failure to provide requested medical certification during the allotted medical certification submission time period could result in all or portions of the leave request being denied, unless there are mitigating circumstances that caused the delay in submission. If the leave is sought because of the Employee's own serious health condition, the Company, at its expense, may require a second opinion examination/certification by a health care provider designated by the Company, if it reasonably doubts the medical certification the Employee provided.

   If the second health care provider's opinion conflicts with that of the first health care provider, the Company, at its expense, may require that a third, mutually agreeable, health care provider conduct an examination and submit medical certification as a final and binding opinion. The Company may require subsequent medical recertification as permitted by the FMLA.

   A certification form may also be required to support an Employee's request for leave for a "qualifying exigency," as described herein.

7. **The Company's Responsibilities:** The Company must inform Employees requesting leave whether they are eligible under the FMLA. If they are, the Company's notice to the Employee must specify any additional information required as well as the Employee's rights and responsibilities. If they are not eligible, the Company must provide a reason for the ineligibility.

   The Company must inform Employees if leave will be designated as FMLA-protected and the amount of leave counted against the Employee's leave entitlement. If the Company

Confidential and Proprietary

©2016 CVS Health and/or one of its affiliates. All rights reserved.
Not to be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION / PAPER COPY = INFORMATION ONLY

determines that the leave is not FMLA-protected, the Company must notify the Employee.

8. **FMLA Leave is Unpaid:** FMLA leave is unpaid leave, however, an Employee may use any accrued paid time during an otherwise unpaid FMLA leave. For certain types of FMLA leaves, a colleague may be required to use any accrued paid leave time he or she has available for all or for a portion of the leave. In order to use paid leave for FMLA leave, the Employee must comply with the Company's normal paid leave policies. This substitution of paid leave for unpaid FMLA leave time does not extend the total amount of FMLA leave time available to the Employee. The Employee's FMLA leave runs concurrently with other types of leave (such as myTime, paid sick leave, paid vacation, state mandated paid sick time, state family leave laws, workers' compensation, paid disability, etc.), unless prohibited by applicable law.

9. **Intermittent or Reduced Schedule FMLA Leave:** An Employee does not need to use the FMLA leave entitlement in one block. FMLA leave can be taken intermittently (in separate blocks of time) or on a reduced leave schedule (reducing the usual amount of hours the Employee works per workweek or work-day) when medically necessary. Leave to care for the Employee's child after birth, or placement for adoption or foster care may not be taken on an intermittent or reduced schedule, except as required by law. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the Company's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis. In certain instances, an Employee on an intermittent or reduced schedule leave may be temporarily transferred to an alternative position that better accommodates the Employee's need for leave and that has equivalent pay and benefits.

10. **Reporting While on FMLA Leave/Requests for Extension of FMLA Leave:** Employees on leave must notify their immediate supervisor periodically to report on their expected date of return. If an Employee cannot return to work at the end of the approved leave, the Employee must request an extension to the leave by calling myHR at 1-888-694-7287, providing reasonable notice to the Company prior to the extension of the original leave. If an Employee fails to return to work at the expiration of a leave and an extension of the leave has not been approved by the Company, the Employee may be subject to discharge.

11. **Benefits:** During an approved FMLA leave, the Company will maintain the Employee's group health benefits on the same terms as if the Employee continued to be actively working. If paid leave is substituted for unpaid FMLA leave, the Company will deduct the Employee's portion of the health plan premium as a regular payroll deduction. If the Employee's leave is unpaid, the Employee must continue to pay his or her Employee portion of the premium to the Company in a timely manner in order to continue coverage. If the Employee's leave is extended beyond the FMLA leave period, the group health benefit coverage will be governed by the applicable plan documents.

    Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of the Employee's leave.

12. **Return from Leave:** If an Employee takes leave because of his or her own serious health


©2016 CVS Health and/or one of its affiliates. All rights reserved.
Not to be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION / PAPER COPY = INFORMATION ONLY

condition, the Employee will be required to provide a fitness for duty note before returning to work. The Employee may be asked to have his/her health care provider review the essential functions of the Employee's job and/or a job description, and specifically indicate whether the Employee can perform the essential functions of his/her job, with or without reasonable accommodations, before returning to work. When the Company requires such a detailed fitness for duty note, Employees should use the Company's fitness for duty form, which may be obtained by calling myHR at 1-888-694-7287. Employees returning to work from an approved FMLA leave will be returned to their original position, or to an equivalent position with equivalent pay, benefits and other employment terms, unless their employment would have been terminated in any event for reasons unrelated to the leave (such as position elimination).

13. **Unlawful Acts by Employers:** FMLA makes it unlawful for any employer to: interfere with, restrain, or deny the exercise of any right provided under FMLA; or discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

14. **Enforcement:** An Employee alleging a violation of the FMLA may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer. Contact information for the U.S. Department of Labor is: 1-866-487-9243; TTY 1-877-889-5627; and www.wagehour.dol.gov.

    FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

**DEFINITIONS** (All defined words in this document should be displayed with initial capitals, except for acronyms.)

1. **CVS Health**: CVS Health and each of its subsidiaries and affiliates.
2. **Employees**: Any full-time, part-time, temporary, or casual employee of CVS Health, including, but not limited to, interns and externs employed by CVS Health.

**REVIEW AND REVISION HISTORY**

| **Date** | **Revision No.** | **Reason for Change** | **Sections Affected** |
|---|---|---|---|
| 01/31/06 | 1.00 | Integration of Policies | All |
| 11/01/12 | 2.00 | Formatted policy into new template | All |
| 09/06/13 | 3.00 | Updated Business Unit/Department Owner and Approver | Updated Business Unit/Department Owner and Approver |
| 11/22/13 | 4.00 | Updates needed based on changes to FMLA for Military Family Leave Entitlement as well as changes to the Company's leave plans. | Military Family Leave Entitlement |


©2016 CVS Health and/or one of its affiliates. All rights reserved.
Not to be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION / PAPER COPY = INFORMATION ONLY

| | | | |
|---|---|---|---|
| 12/15/14 | 5.00 | Formatted policy into new template. Updated CVS Caremark to CVS Health. Updated title of document on each page. | All |
| 11/30/15 | 6.00 | Updated Business Process Owner | Updated Business Process Owner |
| 11/28/16 | 7.00 | Formatted policy into new template.Annual review done with the following updates:Item #5 - Removed the bolding from the first sentence.Item #6 - Added verbiage about the consequences of failing to supply documentation timely.Item #8 - Added verbiage regarding the payment of accrued paid time. Added some additional descriptions about the paid time such as myTime, paid sick leave, state mandated stick time | Procedures #5, #6 and #8 |

## EXHIBITS/APPENDICES

NA


©2016 CVS Health and/or one of its affiliates. All rights reserved.
Not to be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION / PAPER COPY = INFORMATION ONLY