# EXHIBIT A



Employee Profile

**Julie Brazelton – 0591948**

This page contains private and potentially sensitive details about this employee. You are expected to use discretion when accessing and using this information.

Personal Details | **Job History** | Licenses and Certifications | Statement of Earnings

### Employment Summary

| | |
|---|---|
| Hire Date | Jun 18, 2006 |
| Service Date | Feb 10, 1984 [35 Year(s) 2 Month(s)] |
| Manager | |

### Employee Attributes

| | |
|---|---|
| Medical Eligible | N |
| Other Benefits Eligible | N |

### Current Assignment Data

| | |
|---|---|
| Company | FFH (Garfield Beach CVS, L.L.C.) |
| Business Unit | STORE (Stores) |
| Department | 09512 (Garfield Beach CVS, L.L.C.) |
| Location | 09512 (Garfield Beach CVS, L.L.C.) |
| Cost Center | 09512 |
| Union Code | 24F (UFCW Local 324 FS) |

### Performance Summary

| | |
|---|---|
| Next Review | No information is available. |
| Performance Rating | May 21, 2017: ME |

### Job and Base Compensation History

| Effective Date | Action | Job Code | Grade | Base Compensation |
|---|---|---|---|---|
| Mar 22, 2019 | Retirement (Normal Retirement) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Jan 06, 2019 | Data Change (Data Change) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Jul 01, 2018 | Data Change (Data Change) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Feb 09, 2018 | Data Change (Reasonable Acco... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Jan 01, 2017 | Data Change (Data Change) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Nov 11, 2016 | Data Change (Workers Comp) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| May 22, 2016 | Data Change (Data Change) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Mar 14, 2016 | Leave of Absence (Health Reaso... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Mar 14, 2016 | Suspension (Supen-Leave Appro... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Sep 28, 2015 | Return from Leave (Return From... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Jul 02, 2015 | Leave of Absence (Health Reaso... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| May 24, 2015 | Data Change (Data Change) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| May 24, 2015 | Data Change (Data Change) | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| May 24, 2015 | Pay Rate Change (Across-The-Bo... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.30 (Hourly) |
| Apr 21, 2015 | Return from Leave (Return From... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| Feb 18, 2015 | Leave of Absence (Health Reaso... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| Feb 18, 2015 | Suspension (Supen-Leave Appro... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| Dec 21, 2014 | Data Change (Tax Location Chan... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| Nov 30, 2014 | Data Change (Position Transfer (... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| Nov 03, 2014 | Return from Leave (Return From... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| Sep 17, 2014 | Leave of Absence (Health Reaso... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| May 25, 2014 | Pay Rate Change (Across-The-Bo... | 350024 (Pharmacy Lead Technici... | 016 | USD 20.00 (Hourly) |
| Oct 28, 2013 | Return from Leave (Return From... | 350024 (Pharmacy Lead Technici... | 016 | USD 19.70 (Hourly) |
| Oct 14, 2013 | Leave of Absence (Health Reaso... | 350024 (Pharmacy Lead Technici... | 016 | USD 19.70 (Hourly) |
| Oct 14, 2013 | Suspension (Supen-Leave Appro... | 350024 (Pharmacy Lead Technici... | 016 | USD 19.70 (Hourly) |
| May 26, 2013 | Pay Rate Change (Across-The-Bo... | 350024 (Pharmacy Lead Technici... | 016 | USD 19.70 (Hourly) |
| May 27, 2012 | Pay Rate Change (Across-The-Bo... | 350024 (Pharmacy Lead Technici... | 016 | USD 19.40 (Hourly) |
| Jul 10, 2011 | Pay Rate Change (Across-The-Bo... | 350024 (Pharmacy Lead Technici... | 016 | USD 19.10 (Hourly) |
| Jul 10, 2011 | Data Change (Payroll Optimizati... | 350024 (Pharmacy Lead Technici... | 016 | USD 18.55 (Hourly) |

| | | | | |
|---|---|---|---|---|
| Jul 11, 2010 | Pay Rate Change (Across-The-Bo... | 350024 (Pharmacy Lead Technici... | 016 | USD 18.55 (Hourly) |
| Dec 21, 2009 | Return from Leave (Return From... | 350024 (Pharmacy Lead Technici... | 016 | USD 18.05 (Hourly) |
| Nov 30, 2009 | Leave of Absence (Health Reaso... | 350024 (Pharmacy Lead Technici... | 016 | USD 18.05 (Hourly) |
| Jul 12, 2009 | Pay Rate Change (Across-The-Bo... | 350024 (Pharmacy Lead Technici... | 016 | USD 18.05 (Hourly) |
| Dec 01, 2008 | Return from Leave (Return From... | 350024 (Pharmacy Lead Technici... | 016 | USD 17.55 (Hourly) |
| Aug 11, 2008 | Leave of Absence (Health Reaso... | 350024 (Pharmacy Lead Technici... | 016 | USD 17.55 (Hourly) |
| Jul 13, 2008 | Pay Rate Change (Scheduled Inc... | 350024 (Pharmacy Lead Technici... | 016 | USD 17.55 (Hourly) |
| Sep 23, 2007 | Pay Rate Change (Promotion) | 350024 (Pharmacy Lead Technici... | 016 | USD 16.95 (Hourly) |
| Jul 08, 2007 | Pay Rate Change (Scheduled Inc... | 350020 (Pharmacy Technician) | 003 | USD 16.20 (Hourly) |
| Jul 09, 2006 | Pay Rate Change (Scheduled Inc... | 350020 (Pharmacy Technician) | 003 | USD 15.90 (Hourly) |
| Jun 18, 2006 | Hire (Acquisition) | 350020 (Pharmacy Technician) | 003 | USD 15.60 (Hourly) |

Employee Profile

**Julie Brazelton – 0591948**

This page contains private and potentially sensitive details about this employee. You are expected to use discretion when accessing and using this information.

**Personal Details** | Job History | Licenses and Certifications | Statement of Earnings

### Names

| | |
|---|---|
| Primary | Julie A Brazelton |

### Addresses

| | |
|---|---|
| Home | 10730 Bonavista Ln.<br>Whittier, California 90604<br>United States |

### Phone Numbers

| | |
|---|---|
| Home | 5629033984 |
| Mobile | 562/883-0909 |

### Time Off Balances

| PTO Type | Available Hours | As of |
|---|---|---|

No information is available.

### Emergency Contacts

| Name | Relationship | Phone |
|---|---|---|
| Robert Brazelton | Spouse | Mobile: 5626521864 |
| Jordan Brazelton | Adult Child | Mobile: 5628578320 |

### Other Personal Details

No information is available.

### Languages

| Language | Native Language | Able to Translate | Speak | Read | Write |
|---|---|---|---|---|---|
| English | Yes | No | High | High | High |

# Employee Information

**Last:** BRAZELTON **First:** JULIE

**Current Position:** PHARMACY LEAD TECHNICIAN **Continuous Service Date:** 2/10/84

**Store:** 09512 **Area:** 9 **Region:** 64 **District:** 11

| Course Code | Course Name | Status | Status Date |
|---|---|---|---|
| 203050 | Pharmacy Technician Certification Board's (PTCB) National Certification | Expired | 11/30/1999 |
| 400100 | myStore - New Colleague Orientation | Finished | 07/14/2006 |
| 400100 | myStore - New Colleague Orientation | Certified | 07/14/2006 |
| 201010 | Introduction to the Pharmacy | Finished | 07/24/2006 |
| 40 | Pharmacy Service Training Workbook and Assessment | Finished | 07/24/2006 |
| 202040 | Rx2000 Basics | Finished | 07/24/2006 |
| 202090 | AIMRx Essentials | Finished | 07/24/2006 |
| 300100 | HIPAARx | Finished | 07/24/2006 |
| 7310 | HIPAARx CE Mastery Exam | Finished | 07/24/2006 |
| 0030 | Third Party Billing Compliance CBT | Finished | 07/24/2006 |
| 202050 | Rx2000 Advanced | Finished | 07/26/2006 |
| 210011 | CVS Conversion Classroom Training | Finished | 08/01/2006 |
| 201010 | Introduction to the Pharmacy | Certified | 08/10/2006 |
| 202040 | Rx2000 Basics | Certified | 08/10/2006 |
| 900300 | Model Store Visit | Finished | 08/10/2006 |
| 400300 | Register Training - Touchscreen | Certified | 08/11/2006 |
| 400170 | Tobacco and Alcohol Training Module | Finished | 09/26/2006 |
| 400500 | Pseudoephedrine (PSE) Training | Finished | 09/28/2006 |
| 202020 | Prescription Production | Finished | 11/01/2006 |
| 201060 | Prescription Drop-Off | Finished | 11/01/2006 |
| 201040 | Basic Pharmacy Maintenance | Finished | 11/01/2006 |
| 201050 | Introduction to Rx2000 | Finished | 11/01/2006 |
| 800107 | New Colleague Compliance Training | Finished | 02/01/2007 |
| 400400 | Introduction to ExtraCare | Finished | 02/01/2007 |
| 201030 | Customer Service I | Finished | 04/17/2007 |
| 202100 | Drive-Thru | Finished | 04/17/2007 |
| 250450 | Pharmacy Service and Workflow Training | Finished | 04/17/2007 |
| 207012 | Quality and Safety in the Pharmacy | Finished | 04/26/2007 |
| 201020 | Pharmacy Register | Finished | 05/04/2007 |
| 250450 | Pharmacy Service and Workflow Training | Certified | 05/04/2007 |
| 201020 | Pharmacy Register | Certified | 05/04/2007 |
| 201030 | Customer Service I | Certified | 05/04/2007 |
| 201040 | Basic Pharmacy Maintenance | Certified | 05/04/2007 |
| 201050 | Introduction to Rx2000 | Certified | 05/04/2007 |
| 202020 | Prescription Production | Certified | 05/04/2007 |
| 207012 | Quality and Safety in the Pharmacy | Certified | 05/04/2007 |
| 202100 | Drive-Thru | Certified | 05/04/2007 |
| 201001 | Pharmacy Service Associate Pre-Certification Assessment | Finished | 05/04/2007 |
| 201000 | Pharmacy Service Associate - Position Certification | Certified | 05/04/2007 |
| 201060 | Prescription Drop-Off | Certified | 05/14/2007 |
| 202050 | Rx2000 Advanced | Certified | 05/14/2007 |
| 202090 | AIMRx Essentials | Certified | 05/14/2007 |
| 290300 | ScriptPro SP 200/SP 100 Operator Training (SPOT) System | Finished | 06/30/2007 |
| 202070 | Inventory Management | Finished | 08/06/2007 |

| | | | |
|---|---|---|---|
| 202075 | Pharmacy Business Initiatives | **Finished** | 08/06/2007 |
| 202060 | Rx2000 Skilled | **Finished** | 08/06/2007 |
| 202030 | Customer Service II | **Finished** | 08/06/2007 |
| 250440 | Third Party Claims Management | **Finished** | 08/06/2007 |
| 202075 | Pharmacy Business Initiatives | **Certified** | 08/06/2007 |
| 202060 | Rx2000 Skilled | **Certified** | 08/06/2007 |
| 202030 | Customer Service II | **Certified** | 08/06/2007 |
| 250440 | Third Party Claims Management | **Certified** | 08/06/2007 |
| 202070 | Inventory Management | **Certified** | 08/08/2007 |
| 202001 | Pharmacy Technician Pre-Certification Assessment | **Finished** | 08/08/2007 |
| 202000 | Technician - Position Certification | **Certified** | 08/08/2007 |
| 250540 | Maximizing Service Through Conflict Resolution | **Finished** | 08/27/2007 |
| 250530 | Team Building in the Pharmacy | **Finished** | 08/27/2007 |
| 250620 | Delegation of Pharmacy Tasks | **Finished** | 08/27/2007 |
| 203010 | Lead Technician Orientation | **Finished** | 08/28/2007 |
| 250430 | Pharmacy Scheduling | **Finished** | 08/28/2007 |
| 250520 | Advanced Pharmacy Inventory Management | **Finished** | 08/28/2007 |
| 500700 | SMD - Refunds and Coupons Outside Sale | **Finished** | 08/28/2007 |
| 500800 | SMD - Manager Voids | **Finished** | 08/28/2007 |
| 203010 | Lead Technician Orientation | **Certified** | 08/28/2007 |
| 250430 | Pharmacy Scheduling | **Certified** | 08/28/2007 |
| 250520 | Advanced Pharmacy Inventory Management | **Certified** | 08/28/2007 |
| 250530 | Team Building in the Pharmacy | **Certified** | 08/28/2007 |
| 250620 | Delegation of Pharmacy Tasks | **Certified** | 08/28/2007 |
| 250540 | Maximizing Service Through Conflict Resolution | **Certified** | 08/28/2007 |
| 500700 | SMD - Refunds and Coupons Outside Sale | **Certified** | 08/28/2007 |
| 500800 | SMD - Manager Voids | **Certified** | 08/28/2007 |
| 360230 | Radar Store - Managing Workload Execution | **Finished** | 09/20/2007 |
| 203001 | Lead Technician Pre-Certification Assessment | **Finished** | 09/20/2007 |
| 203000 | Lead Technician - Position Certification | **Certified** | 09/20/2007 |
| 260100 | Pharmacy Team Generic Assessment | **Finished** | 10/04/2007 |
| 202500 | Inventory Specialist | **Finished** | 12/22/2007 |
| 202500 | Inventory Specialist | **Certified** | 12/22/2007 |
| 250800 | Patient Care Initiative | **Finished** | 04/30/2008 |
| 200000 | Intro to RxConnect | **Finished** | 12/07/2008 |
| 200060 | RxConnect Conversion Training for Technicians and Pharmacists | **Finished-WBT** | 12/07/2008 |
| 200010 | RxConnect - Drop Off | **Finished** | 12/07/2008 |
| 200020 | RxConnect - Production | **Finished** | 12/07/2008 |
| 200040 | RxConnect - Pick Up | **Finished** | 12/07/2008 |
| 800005 | CVS Health Store and Distribution Center Code of Conduct Training | **Expired** | 12/15/2008 |
| 400301 | Register Basics | **Certified** | 01/30/2009 |
| 400302 | Customer Refunds | **Certified** | 01/30/2009 |
| 800020 | Covered Persons Integrity Training (Retail Store) | **Expired** | 06/05/2009 |
| 800008 | CVS Health Colleague Handbook | **Expired** | 06/15/2009 |
| 204040 | Foundations of Pick-up | **Finished** | 08/06/2009 |
| 204065 | Production On-the-Job Training (OJT) | **Finished** | 08/06/2009 |
| 204045 | Pick-Up On-the-Job Training (OJT) | **Finished** | 08/06/2009 |
| 204050 | Introduction to Production | **Finished** | 08/06/2009 |
| 204060 | Foundations of Production | **Finished** | 08/06/2009 |
| 204110 | Introduction to Drive-thru | **Finished** | 08/06/2009 |
| 204111 | Drive-Thru Workstation On-the-Job Training (OJT) | **Finished** | 08/06/2009 |
| 206045 | Advanced Drop-off Web-Based Training | **Finished** | 08/06/2009 |
| 204130 | Foundations of Inventory Management | **Finished** | 08/06/2009 |
| 204140 | Inventory Management On-the-Job Training | **Finished** | 08/06/2009 |
| 204150 | Third Party Plans and Cards | **Finished** | 08/06/2009 |

| | | | |
|---|---|---|---|
| 204160 | Prescription Fundamentals | **Finished** | 08/06/2009 |
| 204170 | Foundations of Drop-off | **Finished** | 08/06/2009 |
| 204175 | Advanced Drop-off ILT | **Finished** | 08/06/2009 |
| 204180 | Drop-off On-the-Job Training (OJT) | **Finished** | 08/06/2009 |
| 204230 | Waiting Bin Maintenance | **Finished** | 08/06/2009 |
| 204240 | Advanced Inventory Management | **Finished** | 08/06/2009 |
| 204250 | Advanced Inventory Management On-the-Job Training (OJT) | **Finished** | 08/06/2009 |
| 206000 | Introduction to Pharmacy | **Finished** | 08/06/2009 |
| 206010 | Introduction to Pick-up | **Finished** | 08/06/2009 |
| 206020 | Introduction to Production | **Finished** | 08/06/2009 |
| 206030 | Introduction to Drive-thru | **Finished** | 08/06/2009 |
| 206040 | Introduction to Drop-off | **Finished** | 08/06/2009 |
| 204030 | Introduction to Pick-up | **Finished** | 08/06/2009 |
| 204020 | Foundations of Pharmacy | **Finished** | 08/06/2009 |
| 204010 | Pharmacy Basics | **Finished** | 08/06/2009 |
| 204000 | Introduction to Pharmacy | **Finished** | 08/06/2009 |
| 204120 | Introduction to Drop-off | **Finished** | 08/06/2009 |
| 300031 | Introduction to MinuteClinic (Minute Clinic) | **Finished-WBT** | 10/08/2009 |
| 800602 | Medicare Part D Compliance - Fraud Waste and Abuse (Retail) | **Expired** | 11/10/2009 |
| 200555 | CustomeRx Savings Initiative: Program and Process Overview | **Finished-WBT** | 02/14/2010 |
| 800117 | California Confidential Trash Training | **Finished** | 06/02/2010 |
| 540500 | Medicare Part B Retail Pharmacy Training | **Expired** | 06/20/2010 |
| 200570 | PCI Connect | **Finished-WBT** | 07/25/2010 |
| 200560 | PCI Fundamentals | **Finished-WBT** | 07/25/2010 |
| 800263 | Handling PHI and Other Confidential and Propriety Information (L3) | **Expired** | 08/16/2010 |
| 800110 | Bi-Annual Compliance Training Re-Assessment | **Finished** | 08/31/2010 |
| 800650 | Supplemental DEA Procedures | **Finished** | 09/01/2010 |
| 800602 | Medicare Part D Compliance - Fraud Waste and Abuse (Retail) | **Expired** | 11/01/2010 |
| 540510 | Medicare Part B Supplemental Training | **Finished** | 11/01/2010 |
| 200580 | Opening an Effective Patient Care Conversation | **Finished-WBT** | 12/07/2010 |
| 800020 | Covered Persons Integrity Training (Retail Store) | **Expired** | 01/24/2011 |
| 200600 | Pharmacy Advisor: An Introduction (Support Staff) | **Finished-WBT** | 01/28/2011 |
| 200610 | Pharmacy Advisor: Practice Scenarios for All Team Members | **Finished-WBT** | 01/28/2011 |
| 800132 | Bi-Annual Training Pharmacy Tech and Pharmacy Service Associate Version | **Expired** | 03/08/2011 |
| 500141 | Hazardous Waste Training Program – California | **Finished** | 03/15/2011 |
| 290351 | ScriptPro Procedures for Specialists | **Finished-WBT** | 04/13/2011 |
| 290350 | ScriptPro Overview | **Finished-WBT** | 04/13/2011 |
| 800266 | Handling PHI and Other Confidential Information | **Finished** | 05/15/2011 |
| 290520 | A Quality Review of DUR | **Finished** | 06/27/2011 |
| 200630 | Enhancements to PCI for 2011 | **Finished-WBT** | 06/28/2011 |
| 202565 | Inventory Basics | **Finished** | 07/20/2011 |
| 202560 | Inventory Management Basics | **Finished-WBT** | 07/20/2011 |
| 800115 | ADA American Disability Act | **Finished** | 08/01/2011 |
| 203054 | Preparing for Flu Season – Workflow Review | **Finished-WBT** | 08/06/2011 |
| 800020 | Covered Persons Integrity Training (Retail Store) | **Expired** | 08/09/2011 |
| 202580 | Outside Vendor Orders | **Finished** | 08/09/2011 |
| 202550 | Introduction to I Own Inventory - Outside Vendor Orders | **Finished-WBT** | 08/09/2011 |
| 202570 | Outside Vendor Orders | **Finished-WBT** | 08/09/2011 |
| 200015 | RxConnect Offline Processing | **Finished-WBT** | 08/23/2011 |
| 800602 | Medicare Part D Compliance - Fraud Waste and Abuse (Retail) | **Expired** | 09/11/2011 |
| 800900 | Tobacco and Alcohol Training | **Expired** | 09/16/2011 |
| 800132 | Bi-Annual Training Pharmacy Tech and Pharmacy Service Associate Version | **Expired** | 10/10/2011 |
| 800018 | California Pricing | **Expired** | 11/12/2011 |
| 500147 | Hazardous Waste Training for Pharmacy Colleagues | **Expired** | 11/30/2011 |
| 800005 | CVS Health Store and Distribution Center Code of Conduct Training | **Expired** | 01/25/2012 |

| | | | |
|---|---|---|---|
| 250470 | PSI Fundamentals | Finished-WBT | 02/20/2012 |
| 800132 | Bi-Annual Training Pharmacy Tech and Pharmacy Service Associate Version | Expired | 03/12/2012 |
| 500147 | Hazardous Waste Training for Pharmacy Colleagues | Expired | 04/07/2012 |
| 300500 | Professional Practices Quality Assurance Standards | Finished-WBT | 04/13/2012 |
| 500147 | Hazardous Waste Training for Pharmacy Colleagues | Expired | 04/30/2012 |
| 800670 | DEA and Pharmacy Regulatory Training | Finished | 05/17/2012 |
| 250850 | Reinventing Pharmacy through Advanced Patient Care | Finished-WBT | 06/02/2012 |
| 800602 | Medicare Part D Compliance - Fraud Waste and Abuse (Retail) | Finished | 06/14/2012 |
| 800018 | California Pricing | Expired | 07/09/2012 |
| 300805 | myStore Health Accepting Prescriptions | Finished-WBT | 08/23/2012 |
| 800273 | Privacy Training | Expired | 08/23/2012 |
| 800132 | Bi-Annual Training Pharmacy Tech and Pharmacy Service Associate Version | Finished | 09/04/2012 |
| 800020 | Covered Persons Integrity Training (Retail Store) | Expired | 09/04/2012 |
| 800018 | California Pricing | Expired | 11/06/2012 |
| 207001 | WeCARE Overview | Finished-WBT | 11/24/2012 |
| 207003 | WeCARE Production | Finished-WBT | 11/25/2012 |
| 207006 | WeCARE Drive-Thru | Finished-WBT | 11/25/2012 |
| 207007 | WeCARE Drop-Off Practice Scenarios | Finished-WBT | 11/25/2012 |
| 207004 | WeCARE Quality Assurance | Finished-WBT | 11/25/2012 |
| 207002 | WeCARE Drop-Off | Finished-WBT | 11/25/2012 |
| 207005 | WeCARE Pick-Up | Finished-WBT | 11/25/2012 |
| 207010 | WeCARE Pick-Up Practice Scenarios | Finished-WBT | 11/27/2012 |
| 207008 | WeCARE Production Practice Scenarios | Finished-WBT | 11/27/2012 |
| 207009 | WeCARE Quality Assurance Practice Scenarios | Finished-WBT | 11/27/2012 |
| 208001 | ExtraCare Pharmacy & Health Rewards | Finished-WBT | 01/29/2013 |
| 800143 | PSE/E Training | Expired | 02/09/2013 |
| 800018 | California Pricing | Expired | 02/10/2013 |
| 800141 | Annual Retail Compliance Training: Pharmacy Technician Version | Expired | 02/13/2013 |
| 800186 | Preventing Money Laundering: Pharmacy Version | Expired | 02/14/2013 |
| 400900 | myCustomer Acknowledgement | Finished | 04/06/2013 |
| 500147 | Hazardous Waste Training for Pharmacy Colleagues | Expired | 04/16/2013 |
| 290355 | Ensuring Quality Assurance with Automation | Expired | 04/22/2013 |
| 800661 | Medicare Part D Compliance / Fraud, Waste and Abuse (FWA) Annual Training | Expired | 05/06/2013 |
| 800005 | CVS Health Store and Distribution Center Code of Conduct Training | Expired | 05/06/2013 |
| 300580 | Stores Own Sales Managing Rx Inventory | Finished-WBT | 06/03/2013 |
| 260020 | Medicare Part B - RxConnect Training | Finished | 06/21/2013 |
| 800144 | Handling Acetone and Iodine | Finished | 07/17/2013 |
| 269050 | iPLEDGE REMS Program Training for Pharmacy Support Staff | Finished-WBT | 07/17/2013 |
| 800141 | Annual Retail Compliance Training: Pharmacy Technician Version | Expired | 08/05/2013 |
| 800273 | Privacy Training | Expired | 08/06/2013 |
| 800018 | California Pricing | Expired | 08/12/2013 |
| 300610 | myStore Health: Performing a Medicare Part D Plan Comparison | Finished-WBT | 09/29/2013 |
| 800164 | Safety General Awareness and Emergency Procedures Plan Training | Finished | 10/14/2013 |
| 800020 | Covered Persons Integrity Training (Retail Store) | Finished | 11/09/2013 |
| 800681 | DEA & Pharmacy Regulatory Training for Pharmacy Support Staff | Expired | 11/09/2013 |
| 207090 | Enhanced Return to Stock Process | Finished-WBT | 11/11/2013 |
| 207093 | Return to Stock Initial Preperation (California Version) | Finished | 11/11/2013 |
| 207092 | Return to Stock Maintenance | Finished | 11/15/2013 |
| 200585 | Patient Care Excellence: Conducting an Effective Patient Care Conversation | Finished | 12/05/2013 |
| 800018 | California Pricing | Expired | 01/15/2014 |
| 800165 | Recognizing and Preventing Workplace Violence for Store Colleagues | Expired | 01/17/2014 |
| 800143 | PSE/E Training | Expired | 01/17/2014 |
| 800141 | Annual Retail Compliance Training: Pharmacy Technician Version | Expired | 01/17/2014 |
| 208500 | mySchedule Overview | Finished-WBT | 01/26/2014 |
| 208530 | mySchedule Manage a Schedule | Finished-WBT | 01/26/2014 |

| | | | |
|---|---|---|---|
| 290354 | Utilizing Pharmacy Automation Robots | Finished-WBT | 02/09/2014 |
| 208100 | Pharmacy Store to Store Product Redeploy | Finished | 02/13/2014 |
| 206110 | ICD 10 RxConnect Functionality Training | Finished | 03/20/2014 |
| 209010 | Specialty Connect in Action (Retail) | Finished-WBT | 03/23/2014 |
| 209005 | Introduction to Specialty Connect Training (Retail) | Finished-WBT | 03/23/2014 |
| 800005 | CVS Health Store and Distribution Center Code of Conduct Training | Expired | 04/10/2014 |
| 800050 | Covered Persons - Pay and Chase Claims | Finished-WBT | 04/11/2014 |
| 800661 | Medicare Part D Compliance / Fraud, Waste and Abuse (FWA) Annual Training | Finished | 04/11/2014 |
| 800186 | Preventing Money Laundering: Pharmacy Version | Expired | 04/11/2014 |
| 200586 | First Fill Counseling: Role Play | Finished | 05/13/2014 |
| 290355 | Ensuring Quality Assurance with Automation | Expired | 06/09/2014 |
| 209100 | Compounding and Processing Non-Sterile Preparations | Finished-WBT | 06/15/2014 |
| 500147 | Hazardous Waste Training for Pharmacy Colleagues | Expired | 07/05/2014 |
| 800273 | Privacy Training | Expired | 07/17/2014 |
| 203079 | Immunization Workflow | Finished-WBT | 07/17/2014 |
| 400125 | myImpact Kick-Off Acknowledgement | Finished | 08/02/2014 |
| 285601 | Smoking Cessation Program Training | Finished-WBT | 08/17/2014 |
| 200625 | Enhancing Patient Care to Improve Outcomes | Finished-WBT | 08/29/2014 |
| 800018 | California Pricing | Expired | 11/16/2014 |
| 800141 | Annual Retail Compliance Training: Pharmacy Technician Version | Expired | 11/16/2014 |
| 290357 | Safe Production and Production Safety Zone Video Assessment | Expired | 11/21/2014 |
| 206057 | Controlled Substance Management Training | Finished | 12/01/2014 |
| 290355 | Ensuring Quality Assurance with Automation | Expired | 12/03/2014 |
| 206056 | DUR Optimization | Finished-WBT | 12/03/2014 |
| 800143 | PSE/E Training | Expired | 02/14/2015 |
| 800141 | Annual Retail Compliance Training: Pharmacy Technician Version | Expired | 02/14/2015 |
| 800301 | Social Engineering | Expired | 02/14/2015 |
| 800005 | CVS Health Store and Distribution Center Code of Conduct Training | Expired | 05/06/2015 |
| 500147 | Hazardous Waste Training for Pharmacy Colleagues | Expired | 05/08/2015 |
| 280001 | Introduction to ScriptSync™ | Finished-WBT | 06/17/2015 |
| 800018 | California Pricing | Expired | 10/22/2015 |
| 275101 | Proactive Prescription Request | Finished | 10/28/2015 |
| 249001 | Mobile App Pick-up | Finished | 10/28/2015 |
| 800273 | Privacy Training | Expired | 11/02/2015 |
| 800681 | DEA & Pharmacy Regulatory Training for Pharmacy Support Staff | Expired | 11/07/2015 |
| 800420 | NIOSH Hazardous Drug Handling | Expired | 11/07/2015 |
| 800141 | Annual Retail Compliance Training: Pharmacy Technician Version | Expired | 11/07/2015 |
| 210201 | Prescriber E-Messaging | Finished | 11/27/2015 |
| 249005 | Action Note Text Messaging | Finished | 11/28/2015 |
| 275005 | Controlled Substance Registration | Finished | 11/28/2015 |
| 210001 | Easy Transfer | Finished | 11/28/2015 |
| 540500 | Medicare Part B Retail Pharmacy Training | Expired | 12/13/2015 |
| 800165 | Recognizing and Preventing Workplace Violence for Store Colleagues | Expired | 02/16/2016 |
| 800143 | PSE/E Training | Expired | 02/16/2016 |
| 208210 | Readyfill Enhancements | Finished-WBT | 02/27/2016 |
| 250801 | Adherance Outreach Enhancements | Finished-WBT | 02/27/2016 |
| 410001 | Meal and Rest Period Policy Training for California Colleagues | Expired | 02/27/2016 |
| 800141 | Annual Retail Compliance Training: Pharmacy Technician Version | Expired | 02/29/2016 |
| 800305 | Arbitration of Workplace Legal Disputes | Expired | 03/07/2016 |
| 540500 | Medicare Part B Retail Pharmacy Training | Expired | 07/06/2007 |
| 800110 | Bi-Annual Compliance Training Re-Assessment | Expired | 03/06/2008 |
| 800110 | Bi-Annual Compliance Training Re-Assessment | Expired | 03/06/2008 |
| 800020 | Covered Persons Integrity Training (Retail Store) | Expired | 04/15/2008 |
| 800110 | Bi-Annual Compliance Training Re-Assessment | Expired | 03/02/2009 |
| 800110 | Bi-Annual Compliance Training Re-Assessment | Expired | 09/30/2009 |

| | | | |
|---|---|---|---|
| 800110 | Bi-Annual Compliance Training Re-Assessment | **Expired** | 03/01/2010 |

CVS Health

# CVS Health
# Colleague Handbook



©2016 CVS Health and/or one of its affiliates: Confidental & Proprietary

# Table of Contents


Our Purpose and Strategy .... 4

Our Values .... 4

Disclaimer/At-Will Statement .... 5

I. Welcome .... 6

- Who We Are and What Guides Us .... 7
- CVS Health People: Our Prescription for Success .... 7
- CVS Health Values .... 7
- Treating Each other With Respect .... 8

II. Our Commitment to You .... 9

- Diversity Management .... 10
- Anti- Discrimination/Harassment/Retaliation .... 10
- Open Door and Problem Solving .... 14
- CVS Ethics Line .... 15
- EAP/LifeScope for You .... 15
- Reasonable Accommodation .... 16
- Leaves of Absence .... 19
- Family Medical Leave Act (FMLA) .... 19
- California Family Rights Act (CFRA) .... 23

III. What We Expect from You .... 24

- Our Standards of Conduct .... 25
- Coming to Work/Attendance .... 26
- Accurately Recording Hours Worked .... 27
- Your Appearance .... 27
- Licenses and Certifications .... 28
- Employment of Minors .... 29
- Colleague Theft or Fraud .... 29
- Your Reporting Obligation .... 30
- Keeping Your Records Up to Date .... 31

IV. The CVS Health Workplace .... 32

- Confidentiality .... 33
- Privacy and Security of Customer Information .... 34
- Use of Company Property .... 35

Solicitation and Distribution ........ 35
Media Relations ........ 36
Internet and Email ........ 39
Personal Cell Phones ........ 39
Social Media ........ 40
Prevention and Detection of Fraud, Waste and Abuse ........ 41
Corporate Environmental Policy ........ 41
Conflicts of Interest ........ 42
Gifts and Entertainment ........ 43
Outside Employment ........ 43
Participation in Outside Organizations ........ 44
Dating Other Employees ........ 44
Working with Relatives ........ 44
V. Pay and Benefits ........ 46
Non-exempt Employees ........ 47
Exempt Employees ........ 47
Timekeeping and Payroll Practices ........ 48
Meal and Rest Breaks ........ 48
Review Your Pay Stub ........ 49
Reporting Errors and Omissions ........ 49
Pay Transparency ........ 49
Pay Period/Payday ........ 50
Direct Deposit ........ 50
Colleague Recognition ........ 50
VI. Your Safety ........ 51
Commitment to Safety ........ 52
Safety Rules and Procedures ........ 52
Violence in the Workplace ........ 54
Shoplifting and Robberies ........ 54
Tobacco Free Work Environment ........ 55
Drugs and Alcohol ........ 55
VII. Leaving CVS Health ........ 58
Acknowledgment ........ 59
CVS Health Resource Guide ........ 60
Contact Information for EEOC and State Fair Employment Practices Agencies 61

# Our Purpose and Strategy

Millions of times a day, we're helping people on their path to better health—from advising on prescriptions to helping manage chronic and specialty conditions Because we're present in so many moments, big and small, we have an active supportive role in shaping the future of healthcare.

To better serve our customers, clients and patients, and reinforce our company's reputation for excellence, each CVS Health colleague should understand why we are in business and how we conduct our business.

**WE ARE**
**A pharmacy innovation company**

**OUR STRATEGY**
**Reinventing pharmacy**

**OUR PURPOSE**
**Helping people on their path to better health**

# Our Values

**Innovation**
demonstrating openness, curiosity and creativity in the relentless pursuit of delivering excellence

**Collaboration**
partnering with each other to explore and develop new ideas we could not create on our own

**Caring**
treating people with respect and compassion so they feel valued and appreciated

**Integrity**
delivering on our promises; doing what we say and what is right

**Accountability**
taking personal ownership for our actions and their results

# Disclaimer/
# At-Will Statement

Please Note: The contents of this handbook are guidelines and intended for informational purposes only. The information in the handbook is accurate as of the date first published, but the company may change the guidelines, policies, practices, working conditions or benefits described here at any time, with or without notice to the colleague. It shall be the obligation of the colleague to make sure he or she has a current understanding of the company's policies.

In addition to this handbook, the company maintains a code of conduct, written policies and other procedures and workplace rules. Colleagues are expected to read, understand and follow all of the various company materials that relate to the colleague's position, and failure to do so may result in discipline, up to and including termination of employment. These company materials can be found on CVS Health's policy and procedure portal or can be obtained from a colleague's supervisor or human resources.

No statement in this handbook is intended to be, or shall be considered, a binding contract between the company and the colleague. The company employs individuals on an "at-will" basis (with the exception of those covered by a written employment contract), which means that the employment may be terminated by the colleague or the company at any time, with or without notice or cause, and for any lawful reason. This handbook does not modify the at-will relationship in any way.

Lastly, nothing in this handbook is intended to, or shall be understood to, interfere with or limit any colleague's rights to under federal or state law, including but not limited to, colleagues' rights to engage in protected, concerted activity under the national Labor Relations Act.