# EXHIBIT C

Pharmacy Technician – 2018

Position Summary :
Health is everything. At CVS Health, we are committed to increasing patient access to care, lowering costs and improving the quality of care. Millions of times a day, we're helping people on their path to better health— from advising patients on their prescriptions to helping them manage their chronic and specialty conditions. Because we're present in so many moments, big and small, we have an active, supportive role in shaping the future of health care. Pharmacy Technicians are at the forefront of our purpose as they deliver compassionate care to our millions of patients every day.

Come join our team of dedicated and caring Pharmacy Technicians who demonstrate our core values of Accountability, Caring, Collaboration,Innovation and Integrity in everything they do in our pharmacies every day. Whether you are new to working in pharmacies or are an experienced Pharmacy Technician, we have a place for you on our team to use your skills and talents to serve and care for our patients and customers.

The Pharmacy Technician position provides individuals with an opportunity to work in a leading retail pharmacy company and in a role that positively impacts the lives and health of others. You will work in an environment where the highest professional and ethical standards are maintained as well as full compliance with all Federal, State and Local laws and regulations. Pharmacy Technicians take important steps to ensure all medication needs and regulatory compliance standards are met for our patients and they demonstrate ethical conduct and maintain patient confidentiality at all times.

Success for incumbents in this role includes being able to manage all assigned pharmacy workstations and tasks to support the team's ability to promptly, safely and accurately fill patient prescriptions all while providing caring service that exceeds customer expectations. If you like working in fast-paced environments and demonstrating compassionate, genuine care for patients and customers, this job is for you!

As a new Pharmacy Technician, you are required to complete an extensive CVS Pharmacy Technician Training Program as well as satisfy all registration, licensing and certification requirements according to your State's Board of Pharmacy guidelines. Your Pharmacy Technician duties will be restricted by your manager at first until you complete all necessary requirements. Once you satisfy all requirements and expand your Pharmacy Technician duties, you have the opportunity to continue to build your clinical, technical and insurance knowledge and expertise by leveraging available tools and training to build your pharmacy career.

Are you ready to help people on their path to better health? We are ready to have you join our team and help you on your career path to achieve your goals!

Please note in select markets the collective bargaining agreement rules regarding the Pharmacy Technician would apply.

DISCLAIMER:

The above information on this description has been designed to indicate the general nature and level of work performed by employees within this classification. It is not designed to contain or be interpreted as a comprehensive inventory of all duties, responsibilities and qualifications required of employees assigned to this job.
Required Qualifications :
• Must be at least 16 years of age
• Licensure requirements vary by state

• Attention and Focus
o The ability to concentrate on a task over a period of time without being distracted

• Customer Service Orientation
o Actively look for ways to help people, and do so in a friendly manner
o Notice and understand customers' reactions, and respond appropriately

• Communication Skills
o Use and understand verbal and written communication to interact with customers and colleagues
o Actively listening by giving full attention to what others are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times

• Mathematical Reasoning
o The ability to use math to solve a problem, such as calculating day's supply of a prescription

• Problem Resolution
o Is able to judge when something is wrong or is likely to go wrong; recognizing there is a problem
o Choosing the best course of action when faced with a complex situation with several available options

PHYSICAL DEMANDS:
• Remaining upright on the feet, particularly for sustained periods of time
• Moving about on foot to accomplish tasks, particularly for moving from one work area to another
• Picking, pinching, typing or otherwise working primarily with fingers rather than whole hand or arm
• Extending hand(s) and arm(s) in any direction
• Bending body downward and forward by bending spine at the waist
• Stooping to a considerable degree and requiring full use of the lower extremities and back muscles

• Expressing or exchanging ideas by means of spoken word; those activities where detailed or important spoken instructions must be conveyed accurately
• Perceiving the nature of sounds at normal speaking levels with or without correction, and having the ability to receive detailed information through oral communication

• Visual Acuity:
o The worker is required to have close visual acuity to perform activities such as: transcribing, viewing a computer terminal, reading, visual inspection involving small parts

•Occasional lifting of up to 30 lbs; exerting up to 30 lbs of force occasionally and/or up to 10 lbs of force frequently, and/or a negligible amount of force constantly to move objects
Preferred Qualifications :
• Previous experience in a pharmacy, retail, medical, or customer service setting
• Previous experience as a Pharmacy Technician
• PTCB National Certification
Education :
• High School diploma or equivalent (preferred)
Business Overview :
CVS Health, through our unmatched breadth of service offerings, is transforming the delivery of health care services in the U.S. We are an innovative, fast-growing company guided by values that focus on teamwork, integrity and respect for our colleagues and customers. What are we looking for in our colleagues? We seek fresh ideas, new perspectives, a diversity of experiences, and a dedication to service that will help us better meet the needs of the many people and businesses that rely on us each day. As the nation's largest pharmacy health care provider, we offer a wide range of exciting and fulfilling career opportunities across our three business units – MinuteClinic, pharmacy benefit management (PBM) and retail pharmacy. Our energetic and service-oriented colleagues work hard every day to make a positive difference in the lives of our customers.

CVS Health is an equal opportunity employer. We do not discriminate in hiring or employment against any individual on the basis of race, ethnicity, ancestry, color, religion, sex/gender (including pregnancy), national origin, sexual orientation, gender identity or expression, physical or mental disability, medical condition, age, veteran status, military status, marital status, genetic information, citizenship status, unemployment status, political affiliation, or on any other basis or characteristic prohibited by applicable federal, state or local law. CVS Health will consider qualified job candidates with criminal histories in a manner consistent with federal, state and local laws. CVS Health will not discharge or in any other manner discriminate against any Colleague or applicant for employment because such Colleague or applicant has inquired about, discussed, or disclosed the compensation of the Colleague or applicant or another Colleague or applicant. Furthermore, we comply with the laws and regulations set forth in the following EEO is the Law Poster: EEO IS THE LAW and EEO IS

THE LAW SUPPLEMENT

Federal law requires employers to provide reasonable accommodation to qualified individuals with disabilities. If you require assistance to apply for this job, please contact us by clicking Advice and Counsel

CVS Health does not require nor expect that applicants disclose their compensation history during the application, interview, and hiring process.

For inquiries related to the application process or technical issues please contact the Kenexa Helpdesk at 1-855-338-5609. For technical issues with the Virtual Job Tryout assessment, contact the Shaker Help Desk at 1-877-987-5352. Please note that we only accept resumes via our corporate website: https://jobs.cvshealth.com/