# EXHIBIT D


Drive Thru
84" H WAITING SCRIPTS with END PANELS (NEW)
48" H WAITING SCRIPTS with END PANELS (NEW)
Quality Assurance
48" H WAITING SCRIPTS with END PANELS (NEW)
Pick Up
QMI GRILL (NEW)
Production
FAST MOVERS with END PANELS (NEW)
FAST MOVERS with END PANELS (NEW)
Drop Off
PHARMACY
(MODIFIED)