# EXHIBIT E

**Julie A Brazelton**
**10730 Bonavista Lane**
**Whittier, CA 90604**
**(562) 883-0909**

Emp ID # 0591948
Case # 285210

January 17, 2019

CVS Pharmacy
Store #9512
15466 Whittier Boulevard
Whittier, CA 90603

To Whom it May Concern,

Although I have submitted a doctor's authorization numerous times allowing me to work with some restrictions, CVS Pharmacy has chosen not to return me to work. I'm at risk of losing my retirement medical, so I am forced to retire.

I hereby tender my resignation effective February 1, 2019.

Thank you,

Julie Brazelton

Julie Brazelton
Lead Pharmacy Technician

CVS #9512
15466 Whittier Blvd.
Whittier, CA 90603
Phone - 562-943-9303
Fax - 562-947-7806