Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE BRAZELTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; ANTHONY COLLIER, an individual; and DOES 1 - 100, inclusive;,<br><br>Defendants. | Case No. 2:20-cv-10604-DSF-AGR<br><br>**Hon. Dale S. Fischer**<br><br>**DECLARATION OF LYNNE DUPONT**<br><br>Judge: Hon. Dale S. Fischer<br>Date: April 11, 2022<br>Time: 1:30 p.m.<br>Crtrm.: 7D<br><br>Trial Date: Julv 19. 2022 |

**DECLARATION OF LYNNE DUPONT**

I, Lynne Dupont, declare as follows:

1. I am a current employee of CVS Pharmacy, Inc. My job title is Lead, Advice & Counsel/Reasonable Accommodations ("RA Partner").

2. I have personal knowledge of the facts set forth below, or knowledge based upon my review of corporate and personnel records maintained in the regular course of CVS's business. If called and sworn as a witness, I could and would competently testify hereto.

**Julie Brazelton's Leave(s) of Absence**

3. Attached hereto as **Exhibit A** is a true and correct copy of the documents comprising Julie Brazelton's leave of absence ("LOA") records for Case No. 107365. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

4. Attached hereto as **Exhibit B** is a true and correct copy of the documents comprising LOA Case No. 123585. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

5. Attached hereto as **Exhibit C** is a true and correct copy of the documents comprising LOA Case No. 138950. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

6. Attached hereto as **Exhibit D** is a true and correct copy of the documents comprising LOA Case No. 170073. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

7. Attached hereto as **Exhibit E** is a true and correct copy of the documents comprising LOA Case No. 216069. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

8. Attached hereto as **Exhibit F** is a true and correct copy of the documents comprising LOA Case No. 285210. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**Julie Brazelton's Reasonable Accommodation Request(s)**

9. Attached hereto as **Exhibit G** is a true and correct copy of the Salesforce records for Reasonable Accommodation ("RA") Case No. 00660165. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Salesforce records for RA Case No. 00710146. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

11. Attached hereto as **Exhibit I** is a true and correct copy of the Salesforce

records for RA Case No. 00775102. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Salesforce records for RA Case No. 00846598. These documents have been maintained as business records in the regular course of CVS's business as part of Ms. Brazelton's personnel records.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 14th day of March, 2022, in Rhode Island.

Lynne M Dupont
Lynne M Dupont (Mar 14, 2022 17:15 EDT)

Lynne Dupont

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# MSJ Declaration of Lynne DuPont Brazelton (002)

Final Audit Report 2022-03-14

| | |
|---|---|
| Created: | 2022-03-14 |
| By: | Leilani Livingston (llj@paynefears.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0tC-koIbb3WVYdeERu8sVFAT3D6S_ZEo |

## "MSJ Declaration of Lynne DuPont Brazelton (002)" History

Document created by Leilani Livingston (llj@paynefears.com)
2022-03-14 - 9:04:29 PM GMT- IP address: 68.66.128.70

Document emailed to Lynne M Dupont (lynne.dupont@cvshealth.com) for signature
2022-03-14 - 9:05:20 PM GMT

Email viewed by Lynne M Dupont (lynne.dupont@cvshealth.com)
2022-03-14 - 9:12:50 PM GMT- IP address: 12.15.136.27

Document e-signed by Lynne M Dupont (lynne.dupont@cvshealth.com)
Signature Date: 2022-03-14 - 9:15:36 PM GMT - Time Source: server- IP address: 12.15.136.26

Agreement completed.
2022-03-14 - 9:15:36 PM GMT