# EXHIBIT A

# Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

## Employee Section

**Important!**

1. Your health care provider must complete **all** questions on this form.
2. Fax this **completed** form to 1-847-554-1766 **or** mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

| **Name** (Print) JULIE A. BRAZELTON | **Employee ID** Ø591948 | **Case #:** 1Ø7365 |
|---|---|---|

## Health Care Provider Section – Answer ALL Questions

**1. Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☑ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)*

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

**2. Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

Patient had Left Foot Surgery on 09/17/14
Patient must remain nonweight Bearing at all times to the left lower Extremity

**3. Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions:

☑ No, the employee cannot do any work. Patient must remain nonweight Bearing at all ~~times to the left lower extremity.~~

**4. The employee needs to miss work:**

☑ Continuously – An uninterrupted absence for a single illness or injury Patient will be off work from 9/17/14 – 11/02/14

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check one and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)?
How many hours can this employee work each day (for example, 5 hours)?

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)?
How long will this employee be away from work each time (for example, four hours)?

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☑ Yes ☐ No

Patient will be on Disability from 09/17/14 – 11/02/14.

**5. Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 09 / 17 / 2014

**6. Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 11 / 03 / 2014

**Health Care Provider Acknowledgement**

Name (Print): Dr. Byron S. Alberty Phone: (562) 789-5444

Address: 13443 Putnam St. #102 Whittier, CA 90602 Fax Number: (562) 789-4464

Signature: Date: 09/22/14

**Health Care Provider Certification for the Family Medical Leave Act (FMLA)** SEP 24 2014

Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete all questions on this form.
2. **Fax this completed form to 1-847-554-1766 or mail it to:** CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

| | | |
|---|---|---|
| **Name (Print)** JULIE A. BRAZELTON | **Employee ID** Ø591948 | **Case #:** 1Ø7365 |

**Health Care Provider Section – Answer ALL Questions**

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☑ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)* ____

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

Patient had Left Foot Surgery on 09/17/14.
Patient must remain nonweight Bearing at all times to the left lower Extremity

3. **Can the employee do work of any kind? (Check one)**

☐ **Yes, the employee can do his or her job.**

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ____

☑ No, the employee cannot do any work. Patient must remain nonweight Bearing at all times to the left lower extremity.

4. **The employee needs to miss work:**

☑ Continuously – An uninterrupted absence for a single illness or injury Patient will be off work from 9/17/14 – 11/02/14.

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check **one** and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ____

How many hours can this employee work each day (for example, 5 hours)? ____

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ____

How long will this employee be away from work each time (for example, four hours)? ____

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☑ Yes ☐ No

Patient will be on Disability from 09/17/14 – 11/02/14.

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 09 / 17 / 2014

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date.* 11 / 03 / 2014
*Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.*

**Health Care Provider Acknowledgement**

Name (Print): Dr. Byron S. Alberty Phone: (562) 789-5464

Address: 12442 Putnam St. #402 Whittier, CA 90602 Fax Number (562) 789-4464

Signature: ____ Date: 09/22/14

**Health Care Provider Certification for the Family Medical Leave Act (FMLA)** SEP 24 2014

Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete **all** questions on this form.
2. **Fax this completed form to 1-847-554-1766 or mail it to:** CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

| Name (Print) JULIE A. BRAZELTON | Employee ID Ø591948 | Case #: 1Ø7365 |
|---|---|---|

**Health Care Provider Section – Answer ALL Questions**

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☑ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)* ____

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

Patient had Left Foot Surgery on 09/17/14.
Patient must remain nonweight Bearing at all times to the left lower Extremity

3. **Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ____

☑ No, the employee cannot do any work. Patient must remain nonweight Bearing at all times to the left lower extremity.

4. **The employee needs to miss work:**

☑ Continuously – An uninterrupted absence for a single illness or injury Patient will be off work from 9/17/14 – 11/02/14.

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check **one** and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ____

How many hours can this employee work each day (for example, 5 hours)? ____

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ____

How long will this employee be away from work each time (for example, four hours)? ____

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☑ Yes ☐ No

Patient will be on Disability from 09/17/14 – 11/02/14.

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 09 / 17 / 2014

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 11 / 03 / 2014

**Health Care Provider Acknowledgement**

Name (Print): Dr. Byron S. Alberty Phone: (562) 789-5464

Address: 12412 Putnam St. #402 Whittier, CA 90602 Fax Number: (562) 789-4464

Signature: ____ Date: 09/22/14

CVS CAREMARK

September 9, 2014

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #107365

RE: Continuous Leave of Absence Eligibility Notice – Employee's Own Serious Health Condition (FMLA Eligible)

This letter confirms that the Leave of Absence Department has received your request for a leave of absence under the federal Family and Medical Leave Act (FMLA), applicable state leave provisions and/or company leave policy from September 17, 2014 to October 14, 2014 due to Employee's Serious Health Condition.

## FMLA Information

Based on review of your leave request, you are eligible for FMLA leave. Under the FMLA, you can take up to 12 weeks of unpaid, job-protected leave in a "rolling" 12-month period measured backward from the date your leave begins. Refer to the Employee Rights and Responsibilities document for additional FMLA information.

CVS Caremark will provisionally designate your absence as covered under FMLA, and any applicable state leave provisions and/or company leave policies that can run concurrently with FMLA leave. Once sufficient documentation is received, the Leave of Absence Department will make a decision and inform you as to whether your absence is officially designated as covered by the FMLA, and/or any applicable state leave provisions and/or company leave policies.

## What You Need to Do

**Submit the Health Care Provider Certification Form**

Within **15 calendar days** of receipt of this letter, submit a completed Health Care Provider Certification Form* (copy enclosed) to the Leave of Absence Department at 1-847-554-1766, or mail it in the enclosed envelope to:

CVS Caremark Leave of Absence Department
P.O. Box 1135
Woonsocket, RI 02895

This form is needed to evaluate your leave under FMLA, state leave provisions and/or company leave policies. If you do not provide the completed form, your leave request may be denied. Once your form is received by the Leave of Absence Department, a leave determination will be made within 5 business days. At any point, you can check the status of your leave request by going to **myHR.cvs.com** and viewing **myLeave**.

**Initiate a Short Term Disability Claim**

If you are **enrolled** in short-term disability, you will need to initiate a disability claim through Unum. If you did not initiate this claim during your leave request process, please contact Unum at 1-866-269-0981 to initiate a disability claim. Unum will administer the disability claim and CVS Caremark will administer the leave of absence.

# What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you once your leave is approved. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

# Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on October 15, 2014. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition, you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided. More information concerning the required contents of the Fitness for Duty Certification Form will be provided to you at the time CVS Caremark communicates whether your leave is designated as FMLA, and/or under any applicable state leave provisions or company policies.

# For More Information

If you have any questions about this letter and/or your leave of absence, please contact myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Caremark Leave of Absence Department

Enclosure(s):

ENC01 - HCP – Employee's Own Serious Health Condition
ENC11 – Frequently Asked Questions
ENC03 – Rights & Responsibilities
ENC16 – Benefits While on Leave
ENC09 – State TDI Listing

CVS CAREMARK

September 25, 2014

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 107365

RE: Continuous Employee's Health – Approval

This letter confirms that your request for leave of absence from September 17, 2014 to November 2, 2014 has been approved.

## What Happens to Your Job During Your Leave

## FMLA & Leave Information

Based on the review of your leave request, all leave taken for this reason will be designated as leave under the federal Family and Medical Leave Act (FMLA). Provided there is no change to your approved leave request, the following number of hours, days, or weeks will be counted against your FMLA leave entitlement: **264 hours**

In addition, your leave has been approved under applicable state leave provisions and company leave policies, which will run concurrently with FMLA.

## What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

### Sick & Vacation

If you are eligible and have sick time remaining, you will be paid sick time for the disability-waiting period, i.e., first week of disability. The sick time will count against, i.e., run concurrently with, your FMLA, and any applicable state leave provisions, and company leave policies. If you have no sick time available, upon request (and if you are eligible), you can be paid any accrued unused vacation time for this leave reason. To request use of accrued unused vacation during this leave, please contact myHR at 1-888-694-7287. If you are paid your accrued unused vacation time, that time will count against, i.e., run concurrently with, your FMLA, and/or any applicable state leave provisions, and/or company leave policies.

Vacation will not be accrued when an employee is in an inactive status for more than 35 consecutive days.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on November 3, 2014. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not pregnancy or pregnancy related conditions), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, please contact myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Caremark Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities
ENC12 – Fitness for Duty

# View Case Notes Printable

| Claim Information | | | |
|---|---|---|---|
| **Name** | Julie Brazelton | **Case #** | 107365 |

**Claim Notes**

| User Name | Date / Time Stamp | Task Type / Screen Name |
|---|---|---|
| Nuco Admin | 11/04/2014 12:52 AM | Generic |
| Claim Closed based upon inbound PeopleSoft feed: | | |
| | | |
| Eunice Fernandes | 10/27/2014 09:37 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 107365, task 1484114 were marked "Sent" at 09:37:10 AM on 10/27/2014. | | |
| | | |
| Eunice Fernandes | 10/27/2014 09:36 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 107365, task 1484114 were "Printed" at 09:36:10 AM on 10/27/2014. | | |
| | | |
| Joshua Genao | 10/07/2014 01:19 PM | Generic |
| | | |
| Joshua Genao | 10/07/2014 01:19 PM | Documentation Received |
| Sufficient/Already Approved | | |
| | | |
| Eunice Fernandes | 09/25/2014 10:44 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 107365, task 1431937 were marked "Sent" at 10:44:12 AM on 09/25/2014. | | |
| | | |
| Eunice Fernandes | 09/25/2014 10:32 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 107365, task 1431937 were "Printed" at 10:31:50 AM on 09/25/2014. | | |
| | | |
| Sokkun Mey | 09/25/2014 09:50 AM | Fulfillment |
| Approved | | |
| | | |
| Sokkun Mey | 09/25/2014 09:50 AM | Create LOA Usage |
| LOA Usage was entered or modified by Sokkun Mey on 09/25/2014 09:49AM. | | |
| | | |
| Sokkun Mey | 09/25/2014 09:49 AM | Case Email |
| An email was sent on 09/25/2014 at 09:49 AM.<br>To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com<br>From: TSullivan@cvs.com<br>BCC:<br>CC:<br>Subject: Location: 09512 Leave Approved for Case # 107365<br>Body: The following colleague's request for a leave of absence has been approved.<br><br>LEAVE DETAILS<br><br>Employee: Julie Brazelton<br><br>Employee ID 0591948, Location 09512<br><br>If applicable, Area: 14; Region: 72; District 03<br><br>Job Title: Pharmacy Lead Technician Leave Reason:<br><br>Employee's Serious Health Condition | | |

Leave Type: Continuous

Approved Leave Start: September 17, 2014

Approved Return to Work: November 3, 2014

When the employee returns to work, you will need to submit an Employee Change Form (ECF) with their return information. Please note that employees on leave for their own serious health condition (not pregnancy related or pregnancy related conditions) must submit a Fitness for Duty form prior to returning to work. Fitness for Duty forms should be faxed to the Leave of Absence Department at 1-847-554-1766.

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Eunice Fernandes | 09/09/2014 02:59 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 107365, task 1401049 were marked "Sent" at 02:59:26 PM on 09/09/2014.

| | | |
|---|---|---|
| Eunice Fernandes | 09/09/2014 02:58 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 107365, task 1401049 were "Printed" at 02:58:06 PM on 09/09/2014.

| | | |
|---|---|---|
| David DeBaggis | 09/09/2014 02:22 PM | Generic |

Leave Exhaustion Summary
LOA Plan Job Protection Exhaustion Date Overall Leave Exhaustion Date
California Family Rights Act (CFRA) 11/26/2014 11/26/2014
FEDERAL - FMLA 11/26/2014 11/26/2014
Medical & Maternity Policy; Retail Drug - 6 months service 09/02/2015 09/02/2015
Medical & Maternity Policy; Retail Drug - FT 61 days service 10/01/2014 10/01/2014

| | | |
|---|---|---|
| David DeBaggis | 09/09/2014 02:21 PM | Supporting Documentation Review |

updating due to 18 days from start date

| | | |
|---|---|---|
| David DeBaggis | 09/09/2014 02:19 PM | Fulfillment |

generating documents

| | | |
|---|---|---|
| Automated Admin | 09/08/2014 06:33 PM | Case Email |

An email was sent on 09/08/2014 at 06:33 PM.
To: John.Brown2@CVSCaremark.com, LOAStoreNotifications@cvs.com
From: TSullivan@cvs.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Case # 107365
Body:

On September 8, 2014, the following colleague requested a leave of absence. You will be notified when a decision has been made.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID:0591948, Location: 09512

If applicable, Area: ; Region: 72; District:

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Leave Type: Continuous

Requested Leave Start: September 17, 2014

Requested Return to Work: October 15, 2014

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Nishant Mehta | 09/08/2014 06:20 PM | Intake Completion Notes |

This claim application was completed on 09/08/2014 06:20PM by the user Nishant Mehta.

Print Page

**Close This Window**