# EXHIBIT B

# Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

## Employee Section

**Important!**

1. Your health care provider must complete **all** questions on this form.
2. Fax this **completed** form to 1-847-554-1766 **or** mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

Name (Print) JULIE A. BRAZELTON Employee ID 0591948 Case #: 123585

## Health Care Provider Section – Answer ALL Questions

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

[X] Absence Plus Treatment [ ] Chronic Conditions Requiring Treatment [ ] Hospital Care

[ ] Pregnancy *(Please provide an estimated or actual delivery date)*____

[ ] Permanent/Long-Term Conditions Requiring Supervision [ ] Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

L foot / ankle pain

3. **Can the employee do work of any kind? (Check one)**

[ ] Yes, the employee can do his or her job.

[ ] Yes, the employee can do part of his or her job.

[ ] Yes, the employee can work but cannot do his or her job. Explain the restrictions: ____

[X] No, the employee cannot do any work.

4. **The employee needs to miss work:**

[X] Continuously – An uninterrupted absence for a single illness or injury

[ ] Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check **one** and provide the related information:

[ ] **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ____
How many hours can this employee work each day (for example, 5 hours)? ____

[ ] **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ____
How long will this employee be away from work each time (for example, four hours)? ____

b) Is it medically necessary for the employee to miss work due to the health condition(s)? [X] Yes [ ] No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the the most recent period of absence.* 2 / 18 / 15

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 4 / ~~6~~ 8th / 15

**Health Care Provider Acknowledgement**

Name (Print): Hanley H Chou MD Phone: (562) 789 5441

Address: 12402 Putnam #202 Whittier CA 90602 Fax Number: (562) 789 4461

Signature: [signature] Date: 3-11-15

PIH HEALTH

**RELEASE TO RETURN TO WORK OR SCHOOL**

Name: BRAZELTON, JULIE
DOB: DOB:07/13/1961 DOS:03/11/2015
PROV:Chou MD, Harvey
PN:289388
Phone #: CHT:09-40-71

To: Employer / School

The above patient is under our care and:

- ☐ May return to ☐ Regular duties ☐ Light duties ☐ School on ________.
- ☒ Requires a medical leave of absence from 2-18-15 to 4-8-15.
- ☐ First seen for problem on ________.
- ☐ Is restricted from ________ until ________.
- ☒ Received treatment at our office on 3-11-15 ________ in am. / pm.

Condition ________

Comments ________

| H. Chou | 5/789 5461 | [signature] | 3-11-15 |
|---|---|---|---|
| PRINT Name of Physian | Clinic Phone# | SIGNATURE Physician | Date |

ORIGINAL - Patient COPY - Chart

MAR 1 1 2015

# Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete all questions on this form.
2. Fax this completed form to 1-847-554-1766 or mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

Name (Print) JULIE A. BRAZELTON | Employee ID 0591948 | Case #: 123585

**Health Care Provider Section – Answer ALL Questions**

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☒ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)* ______

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

L foot / ankle pain

3. **Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ______

☒ No, the employee cannot do any work.

4. **The employee needs to miss work:**

☒ Continuously – An uninterrupted absence for a single illness or injury

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check one and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ______
How many hours can this employee work each day (for example, 5 hours)? ______

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ______
How long will this employee be away from work each time (for example, four hours)? ______

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☒ Yes ☐ No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 2/18/15

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 4/8th/15

**Health Care Provider Acknowledgement**

Name (Print): Hanley H Chou MD    Phone: (562) 789 5441

Address: 12402 Putnam #202 Whittier CA 90602    Fax Number: (562) 789 4461

Signature: [signature]    Date: 3-11-15

2/2

2015-Mar-16 04:18 PM cvs/caremark 4017702549

PIH HEALTH

**RELEASE TO RETURN TO WORK OR SCHOOL**

Name: BRAZELTON, JULIE
DOB: DOB:07/13/1961 DOS:03/11/2015
PROV:Chou MD, Harvey
PN:289388
Phone #: CHT:09-40-71

To: Employer / School

The above patient is under our care and:

- ☐ May return to ☐ Regular duties ☐ Light duties ☐ School on ______.
- ☒ Requires a medical leave of absence from 2·18·15 to 4-8·15.
- ☐ First seen for problem on ______.
- ☐ Is restricted from ______ until ______.
- ☒ Received treatment at our office on 3-11- 15 in am. / pm.

Condition ______

Comments ______

| H. Chou | 5/789 5461 | [signature] | 3·11·15 |
|---|---|---|---|
| PRINT Name of Physian | Clinic Phone# | SIGNATURE Physician | Date |

ORIGINAL - Patient    COPY - Chart

APR 2 0 2015

## Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete all questions on this form.
2. Fax this completed form to 1-847-554-1766 or mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

| Name (Print) JULIE BRAZELTON | Employee ID 0591948 | Case #: 123585 |
|---|---|---|

**Health Care Provider Section – Answer ALL Questions**

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☐ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)* ____________

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

(L) foot / ankle pain

3. **Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ____________

☑ No, the employee cannot do any work.

4. **The employee needs to miss work:**

☒ Continuously – An uninterrupted absence for a single illness or injury

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check one and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ____________
How many hours can this employee work each day (for example, 5 hours)? ____________

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ____________
How long will this employee be away from work each time (for example, four hours)? ____________

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☑ Yes ☐ No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 2/18/15

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 4/20/15

**Health Care Provider Acknowledgement**

Name (Print): Harvey H Chou MD Phone: (502) 769-5461

Address: 1240 Ring Rd #402 Elizabethtown 42701 Fax Number: (502) 769-4461

Signature: [signature] Date: 04/17/15

February 20, 2015

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #123585

RE: Continuous Leave of Absence Eligibility Notice – Employee's Own Serious Health Condition (FMLA Eligible)

This letter confirms that the Leave of Absence Department has received your request for a leave of absence under the federal Family and Medical Leave Act (FMLA), applicable state leave provisions and/or company leave policy from February 19, 2015 to March 22, 2015 due to Employee's Serious Health Condition.

## FMLA Information

Based on review of your leave request, you are eligible for FMLA leave. Under the FMLA, you can take up to 12 weeks of unpaid, job-protected leave in a "rolling" 12-month period measured backward from the date your leave begins. Refer to the Employee Rights and Responsibilities document for additional FMLA information.

CVS Health will provisionally designate your absence as covered under FMLA, and any applicable state leave provisions and/or company leave policies that can run concurrently with FMLA leave. Once sufficient documentation is received, the Leave of Absence Department will make a decision and inform you as to whether your absence is officially designated as covered by the FMLA, and/or any applicable state leave provisions and/or company leave policies.

## What You Need to Do

**Submit the Health Care Provider Certification Form**

Within **15 calendar days** of receipt of this letter, submit a completed Health Care Provider Certification Form* (copy enclosed) to the Leave of Absence Department at 1-847-554-1766, or mail it in the enclosed envelope to:

CVS Health Leave of Absence Department
P.O. Box 1135
Woonsocket, RI 02895

This form is needed to evaluate your leave under FMLA, state leave provisions and/or company leave policies. If you do not provide the completed form, your leave request may be denied. Once your form is received by the Leave of Absence Department, a leave determination will be made within 5 business days. At any point, you can check the status of your leave request by going to **myHR.cvs.com** and viewing **myLeave**.

**Initiate a Short Term Disability Claim**

If you are **enrolled** in short-term disability, you will need to initiate a disability claim through Unum. If you did not initiate this claim during your leave request process, please contact Unum at 1-866-269-0981 to initiate a disability claim. Unum will administer the disability claim and CVS Health will administer the leave of absence.

## What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you once your leave is approved. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on March 23, 2015. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition, you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided. More information concerning the required contents of the Fitness for Duty Certification Form will be provided to you at the time CVS Health communicates whether your leave is designated as FMLA, and/or under any applicable state leave provisions or company policies.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC01 - HCP – Employee's Own Serious Health Condition
ENC11 – Frequently Asked Questions
ENC03 – Rights & Responsibilities
ENC16 – Benefits While on Leave
ENC09 – State TDI Listing

CVS CAREMARK

March 18, 2015

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 123585

RE: Continuous Employee's Health – Approval

This letter confirms that your request for leave of absence from February 18, 2015 to April 7, 2015 has been approved.

## What Happens to Your Job During Your Leave

## FMLA & Leave Information

Based on the review of your leave request, all leave taken for this reason will be designated as leave under the federal Family and Medical Leave Act (FMLA). Provided there is no change to your approved leave request, the following number of hours, days, or weeks will be counted against your FMLA leave entitlement: **216 Hours**

In addition, your leave has been approved under applicable state leave provisions and company leave policies, which will run concurrently with FMLA.

## What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

### Sick & Vacation

If you are eligible and have sick time remaining, you will be paid sick time for the disability-waiting period, i.e., first week of disability. The sick time will count against, i.e., run concurrently with, your FMLA, and any applicable state leave provisions, and company leave policies. If you have no sick time available, upon request (and if you are eligible), you can be paid any accrued unused vacation time for this leave reason. To request use of accrued unused vacation during this leave, please contact myHR at 1-888-694-7287. If you are paid your accrued unused vacation time, that time will count against, i.e., run concurrently with, your FMLA, and/or any applicable state leave provisions, and/or company leave policies.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on April 8, 2015. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at

1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not pregnancy or pregnancy related conditions), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities
ENC12 – Fitness for Duty

April 8, 2015

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 123585

RE: Continuous Leave of Absence Extension Request Notice

This letter confirms that the Leave of Absence Department has received your request to extend your leave of absence to April 20, 2015 under the Family and Medical Leave Act (FMLA), applicable state leave provisions and/or company leave policy.

CVS Health will review your leave extension request and will provisionally designate your leave according to FMLA, applicable state leave provisions and company leave policies. Once sufficient documentation is received, the Leave of Absence Department will make a decision and notify you based on FMLA, applicable state leave provisions and/or company leave policies.

Refer to the enclosed Employee Rights and Responsibilities document for additional FMLA information.

## What You Need to Do

**Submit the Health Care Provider Certification Form**

Within **15 calendar days** of receipt of this letter, submit a completed Certification Form* (copy enclosed) to the Leave of Absence Department at 1-847-554-1766, or mail it in the enclosed envelope to:

CVS Health Leave of Absence Department
P.O. Box 1135
Woonsocket, RI 02895

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on April 20, 2015. If you need to request an additional extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not related to pregnancy or pregnancy related conditions), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification, completed by your medical provider upon your return to work. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also

contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities

CVS CAREMARK

April 30, 2015

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 123585

RE: Continuous Leave Extension Approval

This letter confirms that your request to extend your leave of absence from February 18, 2015 to April 20, 2015 has been approved.

## What Happens to Your Job During Your Leave

## FMLA & Leave Information

Based on the review of your leave request, your leave has been approved to run concurrently under applicable state leave provisions and/or company leave policies. Your leave has not been approved under the federal Family and Medical Leave Act (FMLA) because of the following:

- You have exhausted your FMLA leave entitlement in the preceding 12-month period

## Returning to Work

Based on review of your leave information, you will be expected to return to work on April 21, 2015. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not pregnancy related), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we

want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities

# View Case Notes Printable

| Claim Information | | | |
|---|---|---|---|
| **Name** | Julie Brazelton | **Case #** | 123585 |

| Claim Notes | | |
|---|---|---|
| **User Name** | **Date / Time Stamp** | **Task Type / Screen Name** |
| Eunice Fernandes | 04/30/2015 09:58 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1800633 were marked "Sent" at 09:58:20 AM on 04/30/2015. | | |
| | | |
| Eunice Fernandes | 04/30/2015 09:58 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1800633 were "Printed" at 09:57:44 AM on 04/30/2015. | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:06 AM | Close Case |
| The claim was closed by Tracy Sullivan on 04/30/2015 with the reason PS – Return from Leave. | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:06 AM | Generic |
| The following changes were made to the RTW Information:<br>Actual RTW Before: After: 04/21/2015<br>Business Restriction Status Before: After: Pending<br>Work around chemicals Before: No After: Yes<br>Work around electricals Before: No After: Yes<br>Work around unprotected heights Before: No After: Yes<br>Work around machines Before: No After: Yes<br>Operate Motor Vehicles Before: No After: Yes<br>Overtime Before: No After: No<br>Maximum Hours per Day Before: After: 8<br>Maximum Hours per Week Before: After: 40<br>EE Restriction Status Before: After: Pending<br>Provider Released Before: No After: Yes | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:04 AM | Fulfillment |
| Generating Extension Approval Letter | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:03 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tracy Sullivan on 04/30/2015 08:03AM. | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:03 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tracy Sullivan on 04/30/2015 08:02AM. | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:03 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tracy Sullivan on 04/30/2015 08:02AM. | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:02 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tracy Sullivan on 04/30/2015 08:02AM. | | |
| | | |
| Tracy Sullivan | 04/30/2015 08:02 AM | Generic |
| LOA Approved Usage was entered or modified by Tracy Sullivan on 04/30/2015 08:01AM | | |
| | | |
| Tracy Sullivan | 04/30/2015 07:59 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tracy Sullivan on 04/30/2015 07:59AM. | | |
| | | |
| Tracy Sullivan | 04/30/2015 07:56 AM | Case Email |
| An email was sent on 04/30/2015 at 07:56 AM.<br>To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com<br>From: TSullivan@cvs.com | | |

BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Approval for Case # 123585
Body: The following colleague's request to extend their leave of absence has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Leave Type: Continuous

Approved Leave Start: February 18, 2015

Approved Return to Work Date: April 21, 2015

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tracy Sullivan | 04/30/2015 07:56 AM | Leave Extension Request |
| Approval based on HCP form | | |
| Tracy Sullivan | 04/30/2015 07:56 AM | Leave Extension Request |
| New Requested Return to Work Date: 04/21/2015 12:00AM Comments: | | |
| Tracy Sullivan | 04/30/2015 07:56 AM | Documentation Received |
| Fitness for Duty Form | | |
| Tracy Sullivan | 04/30/2015 07:55 AM | Documentation Received |
| Fitness for Duty Form<br>sufficient<br>4/21/15 | | |
| Tracy Sullivan | 04/30/2015 07:53 AM | Documentation Received |
| Sufficient<br>2/18/15-4/20/15 | | |
| Nuco Admin | 04/23/2015 12:46 AM | Generic |
| Claim Closed based upon inbound PeopleSoft feed: | | |
| Eunice Fernandes | 04/15/2015 09:21 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1771134 were marked "Sent" at 09:21:06 AM on 04/15/2015. | | |

| Eunice Fernandes | 04/15/2015 09:20 AM | Fulfillment Action |
|---|---|---|
| The fulfillment/correspondence document(s) associated with case 123585, task 1771134 were "Printed" at 09:20:27 AM on 04/15/2015. | | |
| | | |
| Eunice Fernandes | 04/08/2015 11:45 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1759401 were marked "Sent" at 11:45:15 AM on 04/08/2015. | | |
| | | |
| Eunice Fernandes | 04/08/2015 11:45 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1759401 were "Printed" at 11:44:33 AM on 04/08/2015. | | |
| | | |
| Tracy Sullivan | 04/08/2015 10:53 AM | Case Email |

An email was sent on 04/08/2015 at 10:53 AM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com
From: TSullivan@cvs.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Requested for Case # 123585
Body: On April 8, 2015, the following colleague requested to extend their leave of absence. You will be notified when a decision has been made.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Leave Type: Continuous

Requested Leave Start: April 8, 2015

Requested Return to Work: April 20, 2015

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| Tracy Sullivan | 04/08/2015 10:53 AM | Leave Extension Request |
|---|---|---|
| Extension pending updated documentation | | |
| | | |
| Melcris Francisco | 04/06/2015 05:02 PM | Leave Extension Request |
| New Requested Return to Work Date: 04/20/2015 12:00AM Comments: | | |
| | | |
| Eunice Fernandes | 04/01/2015 07:37 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1745769 were marked "Sent" at 07:37:26 AM on 04/01/2015. | | |

| | | |
|---|---|---|
| Eunice Fernandes | 04/01/2015 07:36 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1745769 were "Printed" at 07:36:28 AM on 04/01/2015. | | |
| | | |
| Eunice Fernandes | 03/19/2015 09:51 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1721710 were marked "Sent" at 09:50:34 AM on 03/19/2015. | | |
| | | |
| Eunice Fernandes | 03/19/2015 09:50 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1721710 were "Printed" at 09:49:57 AM on 03/19/2015. | | |
| | | |
| Tracy Sullivan | 03/18/2015 03:03 PM | Fulfillment |
| Generating Approval LEtter | | |
| | | |
| Tracy Sullivan | 03/18/2015 02:57 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tracy Sullivan on 03/18/2015 02:56PM. | | |
| | | |
| Tracy Sullivan | 03/18/2015 02:54 PM | Case Email |

An email was sent on 03/18/2015 at 02:54 PM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com
From: TSullivan@cvs.com
BCC:
CC:
Subject: Location: 09512 Leave Approved for Case # 123585
Body: The following colleague's request for a leave of absence has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948, Location 09512

If applicable, Area: 14; Region: 72; District 03

Job Title: Pharmacy Lead Technician Leave Reason:

Employee's Serious Health Condition

Leave Type: Continuous

Approved Leave Start: February 18, 2015

Approved Return to Work: April 8, 2015

When the employee returns to work, you will need to submit an Employee Change Form (ECF) with their return information. Please note that employees on leave for their own serious health condition (not pregnancy related or pregnancy related conditions) must submit a Fitness for Duty form prior to returning to work. Fitness for Duty forms should be faxed to the Leave of Absence Department at 1-847-554-1766.

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tracy Sullivan | 03/18/2015 02:54 PM | Case Email |

An email was sent on 03/18/2015 at 02:54 PM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com
From: TSullivan@cvs.com
BCC:
CC:
Subject: Location: 09512 Change in Leave Start Date for Case # 123585
Body: The following colleague's leave start date has been changed to February 18, 2015.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948, Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Revised Leave Start: February 18, 2015

Expected Return to Work: March 23, 2015

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tracy Sullivan | 03/18/2015 02:54 PM | Update Case Intake Application |

Tracy Sullivan updated the claim intake application on 03/18/2015 at 2:54 PM. The following changes were made:
What is the requested leave start date? was changed from 2015-02-19 00:00:00.0 to 2015-02-18 00:00:00.0.

| | | |
|---|---|---|
| Tracy Sullivan | 03/18/2015 02:53 PM | Documentation Received |

Duplicate

| | | |
|---|---|---|
| Tracy Sullivan | 03/18/2015 02:52 PM | Documentation Received |

Sufficient
2/18/15- 4/6/15

| | | |
|---|---|---|
| Lisabeth Merchant | 03/11/2015 12:41 PM | Supporting Documentation Review |

Wrong date

| | | |
|---|---|---|
| Lisabeth Merchant | 03/11/2015 12:41 PM | Supporting Documentation Review |

Updated 7 days

| | | |
|---|---|---|
| Eunice Fernandes | 03/09/2015 09:25 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 123585, task 1702885 were marked "Sent" at 09:25:06 AM on 03/09/2015.

| | | |
|---|---|---|
| Eunice Fernandes | 03/09/2015 09:24 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1702885 were "Printed" at 09:24:17 AM on 03/09/2015. | | |
| | | |
| Eunice Fernandes | 02/20/2015 08:32 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1672992 were marked "Sent" at 08:32:27 AM on 02/20/2015. | | |
| | | |
| Eunice Fernandes | 02/20/2015 08:31 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 123585, task 1672992 were "Printed" at 08:31:11 AM on 02/20/2015. | | |
| | | |
| Tracy Sullivan | 02/20/2015 06:35 AM | Generic |
| California Family Rights Act (CFRA) 03/28/2015 03/28/2015<br>FEDERAL - FMLA 03/28/2015 03/28/2015<br>Medical & Maternity Policy; Retail Drug - 6 months service 01/02/2016 01/02/2016 | | |
| | | |
| Tracy Sullivan | 02/20/2015 06:35 AM | Fulfillment |
| Generating Acknowledgement Letter | | |
| | | |
| Automated Admin | 02/18/2015 04:34 PM | Case Email |
| An email was sent on 02/18/2015 at 04:34 PM.<br>To: John.Brown2@CVSCaremark.com, LOAStoreNotifications@cvs.com<br>From: TSullivan@cvs.com<br>BCC:<br>CC:<br>Subject: Location: 09512 Leave of Absence Case # 123585<br>Body:<br><br>On February 18, 2015, the following colleague requested a leave of absence. You will be notified when a decision has been made.<br><br>LEAVE DETAILS<br><br>Employee: Julie Brazelton<br><br>Employee ID:0591948, Location: 09512<br><br>If applicable, Area: 14; Region: 72; District: 03<br><br>Job Title: Pharmacy Lead Technician<br><br>Leave Reason: Employee's Serious Health Condition<br><br>Leave Type: Continuous<br><br>Requested Leave Start: February 19, 2015<br><br>Requested Return to Work: March 23, 2015<br><br>If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.<br><br>CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.<br><br><br>Employee HRID: 0591948 | | |
| | | |
| Trent Hall | 02/18/2015 04:20 PM | Intake Completion Notes |

| |
|---|
| This claim application was completed on 02/18/2015 04:19PM by the user Trent Hall. |
| |
| Print Page |

**Close This Window**