# EXHIBIT C

## Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete **all** questions on this form.
2. Fax this **completed** form to 1-847-554-1766 **or** mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

**Name (Print)** Julie Brazelton **Employee ID** 0591948 **Case #:** 138950

**Health Care Provider Section – Answer ALL Questions**

**1. Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☒ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)*______

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

**2. Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

Amnosis of foot

**3. Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ______

☒ No, the employee cannot do any work.

**4. The employee needs to miss work:**

☒ Continuously – An uninterrupted absence for a single illness or injury

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check **one** and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ______
How many hours can this employee work each day (for example, 5 hours)? ______

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ______
How long will this employee be away from work each time (for example, four hours)? ______

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☐ Yes ☐ No

**5. Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 7 / 2 / 15

**6. Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 10 / 3 / 15

**Health Care Provider Acknowledgement**

Name (Print): Harvey H Chow Phone: (562) 789-5461

Address: 12462 Putnam st #402 Whittier CA 90602 Fax Number: (562) 789-4461

**Signature:** [signature] **Date:** 7/21/15

JUL 2 7 2015

# Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

## Employee Section

**Important!**

1. Your health care provider must complete all questions on this form.
2. Fax this completed form to 1-847-554-1766 or mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

| Name (Print) Julie Brazelton | Employee ID 0591948 | Case #: 138950 |
|---|---|---|

## Health Care Provider Section – Answer ALL Questions

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

[X] Absence Plus Treatment [ ] Chronic Conditions Requiring Treatment [ ] Hospital Care

[ ] Pregnancy *(Please provide an estimated or actual delivery date)* ______

[ ] Permanent/Long-Term Conditions Requiring Supervision [ ] Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

Amnosis of foot

3. **Can the employee do work of any kind? (Check one)**

[ ] Yes, the employee can do his or her job.

[ ] Yes, the employee can do part of his or her job.

[ ] Yes, the employee can work but cannot do his or her job. Explain the restrictions: ______

[X] No, the employee cannot do any work.

4. **The employee needs to miss work:**

[X] Continuously – An uninterrupted absence for a single illness or injury

[ ] Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check one and provide the related information:

[ ] **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ______
How many hours can this employee work each day (for example, 5 hours)? ______

[ ] **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ______
How long will this employee be away from work each time (for example, four hours)? ______

b) Is it medically necessary for the employee to miss work due to the health condition(s)? [ ] Yes [ ] No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 7/2/15

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 10/3/15

**Health Care Provider Acknowledgement**

Name (Print): Harvey H Chou Phone: (562) 789-5401

Address: 12462 Putnam St #402 Whittier CA 90602 Fax Number: (562) 789-4461

Signature: [signature] Date: 7/24/15

CVS CAREMARK

July 7, 2015

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 138950

RE: Continuous Leave of Absence Eligibility Notice – Employee's Own Serious Health Condition (Not FMLA Eligible)

This letter confirms that the Leave of Absence Department has received your request for a leave of absence under the federal Family and Medical Leave Act (FMLA), applicable state leave provisions and/or company leave policy from July 3, 2015 to October 1, 2015 due to Employee's Serious Health Condition.

## State Leave Provisions and/or Company Leave Policies

Based on review of your leave request, you may be eligible for leave under the applicable state leave provisions and/or company leave policies. Once sufficient documentation is received, the Leave of Absence Department will make a decision and notify you based on applicable state leave provisions and/or company leave policies.

## FMLA Information

Based on review of your leave request under the FMLA, you are not eligible for, or entitled to, FMLA leave based on the following:

- You do not work at a worksite that employs 50 employees in a 75-mile radius.

**Keep in mind that you may be eligible for leave under applicable state leave provisions and/or company leave policies.** If you have any questions, please contact myHR at 1-888-694-7287 or refer to the FMLA information located in Your Guide to CVS Health. Refer to the Employee Rights and Responsibilities document for additional FMLA information.

## What You Need to Do

**Submit the Health Care Provider Certification Form**

Within **15 calendar days** of receipt of this letter, submit a completed Health Care Provider Certification Form* (copy enclosed) to the Leave of Absence Department at 1-847-554-1766, or mail it in the enclosed envelope to:

CVS Health Leave of Absence Department
P.O. Box 1135
Woonsocket, RI 02895

This form is needed to evaluate your leave under the state leave provisions and/or company leave policies. If you do not provide the completed form, your leave request may be denied. Once your form is received by the Leave of Absence Department, a leave determination will be made within 5 business days. At any point, you can check the status of your

leave request by going to **myHR.cvs.com** and viewing **myLeave**.

**Initiate a Short Term Disability Claim**

If you are **enrolled** in short-term disability, you will need to initiate a disability claim through Unum. If you did not initiate this claim during your leave request process, please contact Unum at 1-866-269-0981 to initiate a disability claim. Unum will administer the disability claim and CVS Health will administer the leave of absence.

## What Happens to Your Benefits

**Health and Insurance Benefits**

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you once your leave is approved. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on October 2, 2015. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition, you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided. More information concerning the required contents of the Fitness for Duty Certification Form will be provided to you at the time CVS Health communicates whether your leave is designated under any applicable state leave provisions or company policies.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC01 - HCP - Employee's Own Serious Health Condition

ENC11 – Frequently Asked Questions
ENC03 – Rights & Responsibilities
ENC16 – Benefits While on Leave

ENC09 – State TDI Listing

CVS CAREMARK

July 17, 2015

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 138950

RE: Continuous Leave of Absence Eligibility Notice – Employee's Own Serious Health Condition (Not FMLA Eligible)

This letter confirms that the Leave of Absence Department has received your request for a leave of absence under the federal Family and Medical Leave Act (FMLA), applicable state leave provisions and/or company leave policy from July 3, 2015 to October 1, 2015 due to Employee's Serious Health Condition.

## State Leave Provisions and/or Company Leave Policies

Based on review of your leave request, you may be eligible for leave under the applicable state leave provisions and/or company leave policies. Once sufficient documentation is received, the Leave of Absence Department will make a decision and notify you based on applicable state leave provisions and/or company leave policies.

## FMLA Information

Based on review of your leave request under the FMLA, you are not eligible for, or entitled to, FMLA leave based on the following:

- You have exhausted your FMLA leave entitlement in the preceding 12-month period.

**Keep in mind that you may be eligible for leave under applicable state leave provisions and/or company leave policies.** If you have any questions, please contact myHR at 1-888-694-7287 or refer to the FMLA information located in Your Guide to CVS Health. Refer to the Employee Rights and Responsibilities document for additional FMLA information.

## What You Need to Do

**Submit the Health Care Provider Certification Form**

Within **15 calendar days** of receipt of this letter, submit a completed Health Care Provider Certification Form* (copy enclosed) to the Leave of Absence Department at 1-847-554-1766, or mail it in the enclosed envelope to:

CVS Health Leave of Absence Department
P.O. Box 1135
Woonsocket, RI 02895

This form is needed to evaluate your leave under the state leave provisions and/or company leave policies. Once your form is received by the Leave of Absence Department, a leave determination will be made within 5 business days. At any point, you can check the status of your leave request by going to **myHR.cvs.com** and viewing **myLeave**.

If you do not provide the completed form, your state leave and/or company leave request may be denied. Unauthorized absences are subject to disciplinary action up to an including separation of employment.

### Initiate a Short Term Disability Claim

If you are **enrolled** in short-term disability, you will need to initiate a disability claim through Unum. If you did not initiate this claim during your leave request process, please contact Unum at 1-866-269-0981 to initiate a disability claim. Unum will administer the disability claim and CVS Health will administer the leave of absence.

## What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you once your leave is approved. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on October 2, 2015. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition, you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided. More information concerning the required contents of the Fitness for Duty Certification Form will be provided to you at the time CVS Health communicates whether your leave is designated under any applicable state leave provisions or company policies.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC01 - HCP - Employee's Own Serious Health Condition

ENC11 – Frequently Asked Questions

ENC03 – Rights & Responsibilities
ENC16 – Benefits While on Leave
ENC09 – State TDI Listing

CVS CAREMARK

July 30, 2015

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 138950

RE: Continuous Employee's Health – Approval

This letter confirms that your request for leave of absence from July 2, 2015 to October 2, 2015 has been approved.

## What Happens to Your Job During Your Leave

## FMLA & Leave Information

Based on the review of your leave request, your leave has been approved to run concurrently under applicable state leave provisions and/or company leave policies. Your leave has not been approved under the federal Family and Medical Leave Act (FMLA) because of the following:

- You have exhausted your FMLA leave entitlement in the preceding 12-month period

## What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

### Sick & Vacation

If you are eligible and have sick time remaining, you will be paid sick time for the disability-waiting period, i.e., first week of disability. The sick time will count against, i.e., run concurrently with, your FMLA, and any applicable state leave provisions, and company leave policies. If you have no sick time available, upon request (and if you are eligible), you can be paid any accrued unused vacation time for this leave reason. To request use of accrued unused vacation during this leave, please contact myHR at 1-888-694-7287. If you are paid your accrued unused vacation time, that time will count against, i.e., run concurrently with, your FMLA, and/or any applicable state leave provisions, and/or company leave policies.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on October 3, 2015. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not pregnancy or pregnancy related

conditions), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities
ENC12 – Fitness for Duty

# View Case Notes Printable

| Claim Information | | | |
|---|---|---|---|
| **Name** | Julie Brazelton | **Case #** | 138950 |

| Claim Notes | | |
|---|---|---|
| **User Name** | **Date / Time Stamp** | **Task Type / Screen Name** |
| Paul McGarry | 10/22/2015 08:04 AM | Close Case |
| The claim was closed by Paul McGarry on 10/22/2015 with the reason PS – Return from Leave. | | |
| | | |
| Paul McGarry | 10/22/2015 08:04 AM | Generic |
| The following changes were made to the RTW Information:<br>Actual RTW Before: After: 09/28/2015<br>Business Restriction Status Before: After: Pending<br>Work around chemicals Before: No After: Yes<br>Work around electricals Before: No After: Yes<br>Work around unprotected heights Before: No After: Yes<br>Work around machines Before: No After: Yes<br>Operate Motor Vehicles Before: No After: Yes<br>Overtime Before: No After: Yes<br>Maximum Hours per Day Before: After: 8<br>Maximum Hours per Week Before: After: 40<br>EE Restriction Status Before: After: Pending<br>Provider Released Before: No After: Yes<br>Released RTW Date Before: 10/03/2015 After: 09/28/2015 | | |
| | | |
| Paul McGarry | 10/22/2015 08:02 AM | Create LOA Usage |
| LOA Usage was entered or modified by Paul McGarry on 10/22/2015 08:02AM. | | |
| | | |
| Paul McGarry | 10/22/2015 08:01 AM | Create LOA Usage |
| LOA Usage was entered or modified by Paul McGarry on 10/22/2015 08:00AM. | | |
| | | |
| Tracy Sullivan | 10/13/2015 02:38 PM | Generic |
| Past Due Continuous | | |
| | | |
| Eunice Fernandes | 10/13/2015 11:25 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 2103025 were marked "Sent" at 11:24:37 AM on 10/13/2015. | | |
| | | |
| Eunice Fernandes | 10/13/2015 11:23 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 2103025 were "Printed" at 11:23:26 AM on 10/13/2015. | | |
| | | |
| Tracy Sullivan | 10/06/2015 08:53 AM | Documentation Received |
| 9/28/15 RTW date | | |
| | | |
| Eunice Fernandes | 09/28/2015 02:15 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 2075766 were marked "Sent" at 02:15:06 PM on 09/28/2015. | | |
| | | |
| Eunice Fernandes | 09/28/2015 02:14 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 2075766 were "Printed" at 02:14:01 PM on 09/28/2015. | | |
| | | |
| Eunice Fernandes | 07/31/2015 09:56 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 1966430 were marked "Sent" at 09:55:52 AM on 07/31/2015. | | |
| | | |

| Eunice Fernandes | 07/31/2015 09:55 AM | Fulfillment Action |
|---|---|---|
| The fulfillment/correspondence document(s) associated with case 138950, task 1966430 were "Printed" at 09:55:11 AM on 07/31/2015. | | |
| | | |
| Tracy Sullivan | 07/30/2015 01:17 PM | Fulfillment |
| Generating Approval Letter | | |
| | | |
| Tracy Sullivan | 07/30/2015 01:16 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tracy Sullivan on 07/30/2015 01:15PM. | | |
| | | |
| Tracy Sullivan | 07/30/2015 01:15 PM | Documentation Received |
| Duplicate | | |
| | | |
| Tracy Sullivan | 07/30/2015 01:14 PM | Case Email |

An email was sent on 07/30/2015 at 01:14 PM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com
From: TSullivan@cvs.com
BCC:
CC:
Subject: Location: 09512 Leave Approved for Case # 138950
Body: The following colleague's request for a leave of absence has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948, Location 09512

If applicable, Area: 14; Region: 72; District 03

Job Title: Pharmacy Lead Technician Leave Reason:

Employee's Serious Health Condition

Leave Type: Continuous

Approved Leave Start: July 2, 2015

Approved Return to Work: October 3, 2015

When the employee returns to work, you will need to submit an Employee Change Form (ECF) with their return information. Please note that employees on leave for their own serious health condition (not pregnancy related or pregnancy related conditions) must submit a Fitness for Duty form prior to returning to work. Fitness for Duty forms should be faxed to the Leave of Absence Department at 1-847-554-1766.

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| Tracy Sullivan | 07/30/2015 01:14 PM | Case Email |
|---|---|---|

An email was sent on 07/30/2015 at 01:14 PM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com
From: TSullivan@cvs.com

BCC:
CC:
Subject: Location: 09512 Change in Leave Start Date for Case # 138950
Body: The following colleague's leave start date has been changed to July 2, 2015.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948, Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Revised Leave Start: July 2, 2015

Expected Return to Work: October 2, 2015

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tracy Sullivan | 07/30/2015 01:14 PM | Update Case Intake Application |
| Tracy Sullivan updated the claim intake application on 07/30/2015 at 1:14 PM. The following changes were made:<br>What is the requested leave start date? was changed from 2015-07-03 00:00:00.0 to 2015-07-02 00:00:00.0. | | |
| Tracy Sullivan | 07/30/2015 01:14 PM | Documentation Received |
| Sufficient<br>7/2/15-10/3/15 | | |
| Derek Gaudreau | 07/24/2015 08:26 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 1953002 were marked "Sent" at 08:26:02 AM on 07/24/2015. | | |
| Derek Gaudreau | 07/24/2015 08:25 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 1953002 were "Printed" at 08:25:21 AM on 07/24/2015. | | |
| Derek Gaudreau | 07/17/2015 08:00 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 1940080 were marked "Sent" at 07:59:35 AM on 07/17/2015. | | |
| Derek Gaudreau | 07/17/2015 07:59 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 138950, task 1940080 were "Printed" at 07:58:58 AM on 07/17/2015. | | |
| Tracy Sullivan | 07/17/2015 07:32 AM | Fulfillment |

Generating Acknowledgement

| | | |
|---|---|---|
| Eunice Fernandes | 07/07/2015 09:47 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 138950, task 1919519 were marked "Sent" at 09:46:43 AM on 07/07/2015.

| | | |
|---|---|---|
| Eunice Fernandes | 07/07/2015 09:46 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 138950, task 1919519 were "Printed" at 09:45:39 AM on 07/07/2015.

| | | |
|---|---|---|
| Tracy Sullivan | 07/07/2015 07:02 AM | Generic |

Medical & Maternity Policy; Retail Drug - 6 months service 03/14/2016 03/14/2016

| | | |
|---|---|---|
| Tracy Sullivan | 07/07/2015 07:01 AM | Fulfillment |

Generating Acknowledgement

| | | |
|---|---|---|
| Automated Admin | 07/06/2015 01:03 PM | Case Email |

An email was sent on 07/06/2015 at 01:03 PM.
To: John.Brown2@CVSCaremark.com, LOAStoreNotifications@cvs.com
From: TSullivan@cvs.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Case # 138950
Body:

On July 6, 2015, the following colleague requested a leave of absence. You will be notified when a decision has been made.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID:0591948, Location: 09512

If applicable, Area: 14; Region: 72; District: 03

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Leave Type: Continuous

Requested Leave Start: July 3, 2015

Requested Return to Work: October 2, 2015

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Lisabeth Merchant | 07/06/2015 12:36 PM | Intake Completion Notes |

This claim application was completed on 07/06/2015 12:35PM by the user Lisabeth Merchant.

Print Page

Close This Window