# EXHIBIT D

# Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

## Employee Section

**Important!**

1. Your health care provider must complete **all** questions on this form.
2. Fax this **completed** form to 1-847-554-1766 **or** mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

**Name** (Print) JULIE A. BRAZELTON | **Employee ID** 0591948 | **Case #:** 170073

## Health Care Provider Section – Answer ALL Questions

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☒ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy (*Please provide an estimated or actual delivery date*) ____________

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

arthrosis of left foot, plantar fasciitis

3. **Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ____________

☒ No, the employee cannot do any work.

4. **The employee needs to miss work:**

☐ Continuously – An uninterrupted absence for a single illness or injury

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check **one** and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ____________
How many hours can this employee work each day (for example, 5 hours)? ____________

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ____________
How long will this employee be away from work each time (for example, four hours)? ____________

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☐ Yes ☐ No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 03 / 14 / 2016

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date.* 06 / 15 / 2016
*Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.*

**Health Care Provider Acknowledgement**

Name (Print): Harvey Chou, Dr Talal Mathis signed for Dr. Chou, Dr. Chou on vacation Phone: 562 789 5461

Address: 12462 Putnam St Whittier CA 90602 Fax Number: 562 789 4461

**Signature:** [signature] **Date:** 03·24·16

MAR 24 2016

## Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete all questions on this form.
2. Fax this completed form to 1-847-554-1766 or mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

| Name (Print) JULIE A. BRAZELTON | Employee ID 6591948 | Case #: 170078 |
|---|---|---|

**Health Care Provider Section – Answer ALL Questions**

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☒ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)* ______

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

arthrosis of left foot, plantar fasciitis

3. **Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ______

☒ No, the employee cannot do any work.

4. **The employee needs to miss work:**

☐ Continuously – An uninterrupted absence for a single illness or injury

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check one and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ______
How many hours can this employee work each day (for example, 5 hours)? ______

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ______
How long will this employee be away from work each time (for example, four hours)? ______

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☐ Yes ☐ No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 03 / 14 / 2016

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *If chronic or permanent condition(s), the return date will be no greater than 6 months after the leave start date. Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 06 / 15 / 2016

**Health Care Provider Acknowledgement**

Name (Print): Harvey Chou, Dr Talal Malhis signed for Dr. Chou, Dr. Chou on vacation Phone: 562 789 5461

Address: 12462 Putnam St Whittier CA 90602 Fax Number: 562 789 4461

Signature: [signature] Date: 03·24·16

## Health Care Provider Certification for the Family Medical Leave Act (FMLA)

Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete **all** questions on this form.
2. Fax this **completed** form to 1-847-554-1766 **or** mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

**Name** (Print) Julie Ann Brazelton | **Employee ID** 0591948 | **Case #:**

**Health Care Provider Section – Answer ALL Questions**

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☑ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy *(Please provide an estimated or actual delivery date)* ______

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

S/p Right foot endoscopic plantar fascia Release

3. **Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ______

☑ No, the employee cannot do any work.

4. **The employee needs to miss work:**

☑ Continuously – An uninterrupted absence for a single illness or injury

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check **one** and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ______
How many hours can this employee work each day (for example, 5 hours)? ______

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ______
How long will this employee be away from work each time (for example, four hours)? ______

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☐ Yes ☐ No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 3 / 14 / 16

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 2 / 13 / 17

**Health Care Provider Acknowledgement**

Name (Print): Harvey H Chao Phone: 562 789 5461

Address: 12462 Putnam St #402 Whittier CA 90602 Fax Number: (562) 789 4461

**Signature:** [signature] **Date:** 12/12/16

CVSHealth

March 15, 2016

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #170073

RE: Continuous Leave of Absence Eligibility Notice – Employee's Own Serious Health Condition (FMLA Eligible)

This letter confirms that the Leave of Absence Department has received your request for a leave of absence under the federal Family and Medical Leave Act (FMLA), applicable state leave provisions and/or company leave policy from March 14, 2016 to June 14, 2016 due to Employee's Serious Health Condition.

## FMLA Information

Based on review of your leave request, you are eligible for FMLA leave. Under the FMLA, you can take up to 12 weeks of unpaid, job-protected leave in a "rolling" 12-month period measured backward from the date your leave begins. Refer to the Employee Rights and Responsibilities document for additional FMLA information.

CVS Health will provisionally designate your absence as covered under FMLA, and any applicable state leave provisions and/or company leave policies that can run concurrently with FMLA leave. Once sufficient documentation is received, the Leave of Absence Department will make a decision and inform you as to whether your absence is officially designated as covered by the FMLA, and/or any applicable state leave provisions and/or company leave policies.

## What You Need to Do

**Submit the Health Care Provider Certification Form**

Within **15 calendar days** of receipt of this letter, submit a completed Health Care Provider Certification Form* (copy enclosed) to the Leave of Absence Department at 1-847-554-1766, or mail it in the enclosed envelope to:

CVS Health Leave of Absence Department
P.O. Box 1135
Woonsocket, RI 02895

This form is needed to evaluate your leave under FMLA, state leave provisions and/or company leave policies. Once your form is received by the Leave of Absence Department, a leave determination will be made within 5 business days. At any point, you can check the status of your leave request by going to **myHR.cvs.com** and viewing **myLeave**.

If you do not provide the completed form, your FMLA, state leave and/or company leave request may be denied. Unauthorized absences are subject to disciplinary action up to and including separation of employment.

**Initiate a Short Term Disability Claim**

If you are **enrolled** in short-term disability, you will need to initiate a disability claim through Unum. If you did not

initiate this claim during your leave request process, please contact Unum at 1-866-269-0981 to initiate a disability claim. Unum will administer the disability claim and CVS Health will administer the leave of absence.

## What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you once your leave is approved. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on June 15, 2016. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition, you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided. More information concerning the required contents of the Fitness for Duty Certification Form will be provided to you at the time CVS Health communicates whether your leave is designated as FMLA, and/or under any applicable state leave provisions or company policies.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC01 - HCP – Employee's Own Serious Health Condition
ENC11 – Frequently Asked Questions
ENC03 – Rights & Responsibilities
ENC16 – Benefits While on Leave
ENC09 – State TDI Listing

CVSHealth

March 29, 2016

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 170073

RE: Continuous Employee's Health – Approval

This letter confirms that your request for leave of absence from March 14, 2016 to June 14, 2016 has been approved.

## What Happens to Your Job During Your Leave

## FMLA & Leave Information

Based on the review of your leave request, all leave taken for this reason will be designated as leave under the federal Family and Medical Leave Act (FMLA). Provided there is no change to your approved leave request, the following number of hours, days, or weeks will be counted against your FMLA leave entitlement: **480 Hours**

In addition, your leave has been approved under applicable state leave provisions and company leave policies, which will run concurrently with FMLA.

## What Happens to Your Benefits

### Health and Insurance Benefits

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on Leave document for additional benefit information.

### Sick & Vacation

If you are eligible and have sick time remaining, you will be paid sick time for the disability-waiting period, i.e., first week of disability. The sick time will count against, i.e., run concurrently with, your FMLA, and any applicable state leave provisions, and company leave policies. If you have no sick time available, upon request (and if you are eligible), you can be paid any accrued unused vacation time for this leave reason. To request use of accrued unused vacation during this leave, please contact myHR at 1-888-694-7287. If you are paid your accrued unused vacation time, that time will count against, i.e., run concurrently with, your FMLA, and/or any applicable state leave provisions, and/or company leave policies.

## Returning to Work

If your leave is approved for the dates you requested, you will be expected to return to work on June 15, 2016. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at

1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not pregnancy or pregnancy related conditions), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities
ENC12 – Fitness for Duty

CVSHealth

June 9, 2016

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 170073

RE: Continuous Leave Extension Approval

This letter confirms that your request to extend your leave of absence from March 14, 2016 to September 15, 2016 has been approved.

## What Happens to Your Job During Your Leave

## FMLA & Leave Information

Based on the review of your leave request, your leave has been approved to run concurrently under applicable state leave provisions and/or company leave policies. Your leave has not been approved under the federal Family and Medical Leave Act (FMLA) because of the following:

- You have exhausted your FMLA leave entitlement in the preceding 12-month period

## Returning to Work

Based on review of your leave information, you will be expected to return to work on September 16, 2016. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not pregnancy related), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

CVSHealth

September 15, 2016

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 170073

RE: Continuous Leave Extension Approval

This letter confirms that your request to extend your leave of absence from March 14, 2016 to December 11, 2016 has been approved.

## What Happens to Your Job During Your Leave

## FMLA & Leave Information

Based on the review of your leave request, your leave has been approved to run concurrently under applicable state leave provisions and/or company leave policies. Your leave has not been approved under the federal Family and Medical Leave Act (FMLA) because of the following:

- You have exhausted your FMLA leave entitlement in the preceding 12-month period

## Returning to Work

Based on review of your leave information, you will be expected to return to work on December 12, 2016. If you need to request an extension to your leave, you must notify the Leave of Absence Department by contacting myHR at 1-888-694-7287.

If you are on an approved medical leave for your own serious health condition (not pregnancy related), you must provide your supervisor or Human Resources Representative with a Fitness for Duty Certification Form, completed by your attending physician. Failure to provide the Fitness for Duty Certification Form may delay your return until the certification is provided.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287. Leave specialists are available between 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday excluding holidays.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC16 – Benefits While on Leave
ENC03 – FMLA Rights & Responsibilities

***Important**: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking you and your health care provider not to provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. As you know, soon we will try to reach your doctor by phone to gather health information related to your leave request, and we want to be sure that he/she does not disclose any genetic information.

Please keep in mind, however, that the health care provider must provide us with a complete and sufficient certification. To the extent that there is a need to provide genetic information in order to substantiate the need for leave, failure to provide such information could result in the denial of your leave.

# View Case Notes Printable

| Claim Information | | | |
|---|---|---|---|
| **Name** | Julie Brazelton | **Case #** | 170073 |

**Claim Notes**

| User Name | Date / Time Stamp | Task Type / Screen Name |
|---|---|---|
| Tammy Boucher | 01/30/2017 03:55 PM | Close Case |
| The claim was closed by Tammy Boucher on 01/30/2017 with the reason Moved to Extended Status. | | |
| | | |
| Tammy Boucher | 01/30/2017 03:55 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Boucher on 01/30/2017 03:54PM. | | |
| | | |
| Tammy Boucher | 01/30/2017 03:54 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Boucher on 01/30/2017 03:53PM. | | |
| | | |
| Tammy Boucher | 01/30/2017 03:52 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Boucher on 01/30/2017 03:52PM. | | |
| | | |
| Tammy Boucher | 01/30/2017 03:52 PM | Generic |
| From: Teska, Ila<br>Sent: Monday, January 30, 2017 3:36 PM<br>To: Boucher, Tammy A. <Tammy.Boucher@CVSHealth.com>; Johnson, Daphne J. <Daphne.Johnson@CVSHealth.com><br>Subject: RE: RE: Julie Brazelton 0591948<br><br>Tammy,<br><br>She is OOW and we are paying her lost time benefits. She should be approved under WC leave from 11/11/16-03/01/17 .<br><br>Thank You,<br>Ila Teska | | |
| | | |
| Tammy Boucher | 12/19/2016 12:23 PM | Generic |
| max duration 11/09/16 | | |
| | | |
| Tammy Boucher | 12/16/2016 04:27 PM | Documentation Received |
| cert extends leave to 02/13/17 | | |
| | | |
| Stephen Phillips | 12/09/2016 06:43 PM | Leave Extension Request |
| New Requested Return to Work Date: 02/12/2017 12:00AM Comments: | | |
| | | |
| Eunice Fernandes | 12/05/2016 12:52 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2975991 were "Printed" at 12:51:47 PM on 12/05/2016. | | |
| | | |
| Eunice Fernandes | 12/05/2016 12:52 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2975991 were marked "Sent" at 12:51:31 PM on 12/05/2016. | | |
| | | |
| Eunice Fernandes | 12/05/2016 12:50 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2975991 were "Printed" at 12:50:11 PM on 12/05/2016. | | |
| | | |
| Wendy Tremblay | 12/05/2016 12:28 PM | Generic |
| Wendy Tremblay reassigned the case to Tammy Boucher. | | |
| | | |

| | | |
|---|---|---|
| Wendy Tremblay | 12/05/2016 12:27 PM | Generic |
| Wendy Tremblay reassigned the case to Tammy Boucher. | | |
| | | |
| Eunice Fernandes | 09/16/2016 09:18 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2805616 were marked "Sent" at 09:18:23 AM on 09/16/2016. | | |
| | | |
| Eunice Fernandes | 09/16/2016 09:14 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2805616 were "Printed" at 09:13:53 AM on 09/16/2016. | | |
| | | |
| Tammy Marquis | 09/15/2016 02:15 PM | Fulfillment |
| generating extension approval letter | | |
| | | |
| Tammy Marquis | 09/15/2016 02:14 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Marquis on 09/15/2016 02:13PM. | | |
| | | |
| Tammy Marquis | 09/15/2016 02:13 PM | Case Email |
| An email was sent on 09/15/2016 at 02:13 PM.<br>To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com<br>From: Tammy.Marquis@cvscaremark.com<br>BCC:<br>CC:<br>Subject: Location: 09512 Leave of Absence Extension Approval for Case # 170073<br>Body: The following colleague's request to extend their leave of absence has been approved.<br><br>LEAVE DETAILS<br><br>Employee: Julie Brazelton<br><br>Employee ID 0591948 , Location 09512<br><br>Job Title: Pharmacy Lead Technician<br><br>Leave Reason: Employee's Serious Health Condition<br><br>Leave Type: Continuous<br><br>Approved Leave Start: March 14, 2016<br><br>Approved Return to Work Date: December 12, 2016<br><br>If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.<br><br>CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.<br><br>Employee HRID: 0591948 | | |
| | | |
| Tammy Marquis | 09/15/2016 02:13 PM | Leave Extension Request |
| approving extension per hcp form received | | |
| | | |
| Tammy Marquis | 09/15/2016 02:12 PM | Documentation Received |
| | | |

sufficient Dr's note approves extension to 12/12/16

| | | |
|---|---|---|
| Eunice Fernandes | 09/09/2016 09:53 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 170073, task 2790893 were marked "Sent" at 09:52:32 AM on 09/09/2016.

| | | |
|---|---|---|
| Eunice Fernandes | 09/09/2016 09:52 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 170073, task 2790893 were "Printed" at 09:51:49 AM on 09/09/2016.

| | | |
|---|---|---|
| Eunice Fernandes | 09/09/2016 09:51 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 170073, task 2790893 were "Printed" at 09:50:57 AM on 09/09/2016.

| | | |
|---|---|---|
| Paul McGarry | 09/08/2016 06:01 PM | Leave Extension Request |

New Requested Return to Work Date: 12/11/2016 12:00AM Comments:

| | | |
|---|---|---|
| Eunice Fernandes | 06/09/2016 10:56 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 170073, task 2595987 were marked "Sent" at 10:56:27 AM on 06/09/2016.

| | | |
|---|---|---|
| Eunice Fernandes | 06/09/2016 10:56 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 170073, task 2595987 were "Printed" at 10:55:52 AM on 06/09/2016.

| | | |
|---|---|---|
| Tammy Marquis | 06/09/2016 08:58 AM | Fulfillment |

generating extension approval letter

| | | |
|---|---|---|
| Tammy Marquis | 06/09/2016 08:57 AM | Create LOA Usage |

LOA Usage was entered or modified by Tammy Marquis on 06/09/2016 08:57AM.

| | | |
|---|---|---|
| Tammy Marquis | 06/09/2016 08:56 AM | Case Email |

An email was sent on 06/09/2016 at 08:56 AM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com
From: Tammy.Marquis@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Approval for Case # 170073
Body: The following colleague's request to extend their leave of absence has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Leave Type: Continuous

Approved Leave Start: March 14, 2016

Approved Return to Work Date: September 16, 2016

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tammy Marquis | 06/09/2016 08:56 AM | Leave Extension Request |
| approving extension per Dr's note received | | |
| Tammy Marquis | 06/09/2016 08:55 AM | Documentation Received |
| sufficient | | |
| Eunice Fernandes | 06/08/2016 11:25 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2591838 were marked "Sent" at 11:24:47 AM on 06/08/2016. | | |
| Eunice Fernandes | 06/08/2016 11:24 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2591838 were "Printed" at 11:23:47 AM on 06/08/2016. | | |
| Michael Powell | 06/02/2016 12:30 PM | Leave Extension Request |
| New Requested Return to Work Date: 09/16/2016 12:00AM Comments: | | |
| Eunice Fernandes | 03/29/2016 10:03 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2438559 were marked "Sent" at 10:02:31 AM on 03/29/2016. | | |
| Eunice Fernandes | 03/29/2016 10:01 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2438559 were "Printed" at 10:00:36 AM on 03/29/2016. | | |
| Tammy Marquis | 03/29/2016 08:35 AM | Fulfillment |
| generating approval letter | | |
| Tammy Marquis | 03/29/2016 08:34 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Marquis on 03/29/2016 08:34AM. | | |
| Tammy Marquis | 03/29/2016 08:34 AM | Case Email |

An email was sent on 03/29/2016 at 08:34 AM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSCaremark.com
From: Tammy.Marquis@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave Approved for Case # 170073
Body: The following colleague's request for a leave of absence has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948, Location 09512

If applicable, Area: 14; Region: 72; District 03

Job Title: Pharmacy Lead Technician Leave Reason:

Employee's Serious Health Condition

Leave Type: Continuous

Approved Leave Start: March 14, 2016

Approved Return to Work: June 15, 2016

When the employee is ready to return to work, you will need to submit a return from leave for the employee. To submit a return from leave transaction for the employee, go to myHR.cvs.com, select the Manager Zone and a listing of your current team will appear. Click on the name of the employee that is returning from leave and a list of available options will appear. Select the Return from Leave option and complete the steps. Be sure to select the actual return to work date for the employee. It is very important that you submit a return from leave transaction in myHR.cvs.com. Submitting this transaction is the only way that your employee will be activated in the payroll and HR systems and ensures they are paid timely.

Please note that employees on leave for their own serious health condition (not pregnancy related or pregnancy related conditions) must submit a Fitness for Duty form prior to returning to work. Fitness for Duty forms should be faxed to the Leave of Absence Department at 1-847-554-1766.

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tammy Marquis | 03/29/2016 08:34 AM | Approval Status |
| hcp form approves cont leave 3/14/16 - 6/15/16 | | |
| Tammy Marquis | 03/29/2016 08:33 AM | Documentation Received |
| duplicate | | |
| Tammy Marquis | 03/29/2016 08:32 AM | Documentation Received |
| sufficeint | | |
| Eunice Fernandes | 03/15/2016 07:56 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2407239 were marked "Sent" at 07:56:07 AM on 03/15/2016. | | |
| Eunice Fernandes | 03/15/2016 07:55 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 170073, task 2407239 were "Printed" at 07:55:22 AM on 03/15/2016. | | |
| Tammy Marquis | 03/15/2016 07:29 AM | Fulfillment |
| generating documents | | |
| Automated Admin | 03/14/2016 04:04 PM | Case Email |

An email was sent on 03/14/2016 at 04:04 PM.
To: John.Brown2@CVSCaremark.com, LOAStoreNotifications@cvs.com
From: Tammy.Marquis@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Case # 170073
Body:

On March 14, 2016, the following colleague requested a leave of absence. You will be notified when a decision

has been made.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID:0591948, Location: 09512

If applicable, Area: 14; Region: 72; District: 03

Job Title: Pharmacy Lead Technician

Leave Reason: Employee's Serious Health Condition

Leave Type: Continuous

Requested Leave Start: March 14, 2016

Requested Return to Work: June 15, 2016

When the employee is ready to return to work, you will need to submit a return from leave for the employee. To submit a return from leave transaction for the employee, go to myHR.cvs.com, select the Manager Zone and a listing of your current team will appear. Click on the name of the employee that is returning from leave and a list of available options will appear. Select the Return from Leave option and complete the steps. Be sure to select the actual return to work date for the employee. It is very important that you submit a return from leave transaction in myHR.cvs.com. Submitting this transaction is the only way that your employee will be activated in the payroll and HR systems and ensures they are paid timely.

Please note that employees on leave for their own serious health condition (not pregnancy related or pregnancy related conditions) must submit a Fitness for Duty form prior to returning to work. Fitness for Duty forms should be faxed to the Leave of Absence Department at 1-847-554-1766.

If you have any questions or need additional information, please contact the CVS Caremark Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287). The Leave of Absence Department is available Monday through Friday from 8:00 a.m. to 8:00 p.m. ET.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Casey Bergeron | 03/14/2016 03:54 PM | Intake Completion Notes |
| This claim application was completed on 03/14/2016 03:54PM by the user Casey Lonschein. | | |

Print Page

**Close This Window**