# EXHIBIT E

Tammy

# Health Care Provider Certification for the Family Medical Leave Act (FMLA)
Employee's Own Serious Health Condition

**Employee Section**

**Important!**

1. Your health care provider must complete **all** questions on this form.
2. Fax this **completed** form to 1-847-554-1766 **or** mail it to: CVS Caremark Leave of Absence Department, P.O. Box 1135, Woonsocket, RI 02895

| **Name** (Print) JULIE BRAZELTON | **Employee ID** 0591948 | **Case #:** |
|---|---|---|

**Health Care Provider Section – Answer ALL Questions**

1. **Check the serious health condition(s) requiring this employee to take a leave of absence:** *(See definitions page for more information)*

☒ Absence Plus Treatment ☐ Chronic Conditions Requiring Treatment ☐ Hospital Care

☐ Pregnancy (*Please provide an estimated or actual delivery date*) ____________

☐ Permanent/Long-Term Conditions Requiring Supervision ☐ Multiple Treatments (Non-chronic Conditions)

2. **Describe the medical facts that support the condition(s) identified above:** *(not required for employees working in California)*

3. **Can the employee do work of any kind? (Check one)**

☐ Yes, the employee can do his or her job.

☐ Yes, the employee can do part of his or her job.

☐ Yes, the employee can work but cannot do his or her job. Explain the restrictions: ____________

☒ No, the employee cannot do any work.

4. **The employee needs to miss work:**

☒ Continuously – An uninterrupted absence for a single illness or injury

☐ Intermittently – Occasional absences due to a single illness or injury (includes reduced schedule)

If intermittently/reduced schedule,

a) Check **one** and provide the related information:

☐ **Planned, Reduced Schedule**
What's the requested reduced schedule (for example, 20 hours a week)? ____________
How many hours can this employee work each day (for example, 5 hours)? ____________

☐ **Unplanned, Unknown, or Intermittently**
How often will this employee be away from work (for example, twice a month)? ____________
How long will this employee be away from work each time (for example, four hours)? ____________

b) Is it medically necessary for the employee to miss work due to the health condition(s)? ☐ Yes ☐ No

5. **Start Date:** Date employee is/was first unable to work due to the serious health condition(s) above. *If intermittent, use the first date of the most recent period of absence.* 3 / 30 / 2016

6. **Estimated Return Date:** Estimated date employee can return to work at his or her normal schedule. *Be as specific as you can; terms such as "lifetime", "unknown" or "indeterminate" may not be sufficient to determine coverage.* 3 / 31 / 2017

**Health Care Provider Acknowledgement**

Name (Print): Sierra Moulton Phone: (714) 751-8110

Address: 1520 Nutmeg Place Ste 110 Fax Number: (714) 918-0322

Signature: [signature] Date: 12/5/16

w/c Case # A1C069

ATTACHMENT TO PROGRESS REPORT (PAGE 5)

# *CENTER FOR BETTER HEALTH, A MEDICAL GROUP, INC.*

## *Medical Work Status*

Last: Brazelton First: Julie MI: ______ Sex: female

ACCT #: 37649

**WORK STATUS**

______ Deferred to Primary Treating Physician
✓ Temporarily Total Disability for 6 weeks 04/24/17
______ Return to Full Duty on ______
______ Return to Modified Duties on ______ with the following restrictions for ______

PER: ☐ AME dated ______ ☐ P-QME dated ______ ☐ P&S dated ______

☐ No / ☐ Limited use of: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
☐ No / ☐ Limited kneeling and/or squatting: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
☐ No / ☐ Limited stooping and/or bending: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
☐ No / ☐ Limited standing or walking: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
☐ No / ☐ Limited overhead work: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
☐ No / ☐ Limited climbing: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
☐ No / ☐ Limited sitting: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
☐ No / ☐ Limited Typing: ______ ☐min / ☐hrs / ☐day(s) / ☐continuous
** ☐ Must have a ______ minute break every ______ ☐min / ☐hrs / ☐**

☐ No / ☐ Limited: ☐ Lifting ☐ Pushing ☐ Pulling
☐ 5 lbs ☐ 10 lbs ☐ 15 lbs ☐ 20 lbs ☐ 25 lbs ☐ 35 lbs ☐ 45 lbs ☐ OTHER: ______
☐ Semi-Sedentary Work ☐ Sedentary Work
☐ Must wear: ☐ May wear: ☐ Splint ☐ Immobilizer ☐ Back Support
☐ ______ Brace ☐ OTHER: ______
☐ Must be able to stand or sit at liberty
☐ Keep wound / bandage clean and dry
☐ No forceful: ☐ No repetitive: ☐ grasping ☐ gripping ☐ torquing / ☐ RUE ☐ LUE
☐ No prolonged positioning of cervical spine

OTHER RESTRICTIONS: ......

☐ Consider modified work duties at next visit

Total E&M Time ______ min. E&M time includes time spent before, during and after the encounter per CMS E&M Guide ICN 006764, Pg. 21.

**I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code 139-3.**

Signature: [signature] CA License #: 20A7487
Executed at: ☒ Orange County, CA Date: 03/13/2017
Physician's Name: D.O. Moulton Sierra Specialty: FAMILY MEDICINE
Address: ☒ 1520 Nutmeg Place, First Floor, Costa Mesa, CA 92626 Phone: 714-751-8110

Next Appointment: Tues 04/10/17 @ 9:00 AM

W/C CASE # 216069

CVSHealth

January 30, 2017

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case # 216069

RE: Continuous Leave of Absence Eligibility Notice – Workers' Compensation (FMLA Eligible)

This letter confirms that the Leave of Absence Department has been notified that a claim for a work-related injury has been filed and you will need a leave of absence from November 11, 2016 to March 1, 2017.

## FMLA Information

Based on review of your leave request, you are eligible for FMLA leave. Under the FMLA, you can take up to 12 weeks of unpaid, job-protected leave in a "rolling" 12-month period measured backward from the date your leave begins. Refer to the Employee Rights and Responsibilities document for additional FMLA information.

Your leave of absence has been approved from November 11, 2016 to March 1, 2017. CVS Health will designate your absence as covered under FMLA, and any applicable state leave provisions and/or company leave policies that can run concurrently with FMLA leave.

## What You Need to Do

**Submit a Claim for Workers' Compensation Benefits**

To receive workers' compensation benefits, you must work directly with the workers' compensation third party administrator to provide the information requested to support your claim. If you do not provide the information, your workers' compensation benefits may not be approved and your leave may be unpaid.

The workers' compensation third party administrator will notify you when a decision about your claim for workers' compensation benefits has been made.

If your workers' compensation claim is denied or determined not to be applicable under the workers' compensation statute by the third party administrator, the Leave of Absence Department will send you information for a health leave.

## What Happens to Your Benefits

For information concerning workers' compensation benefits, contact myHR at 1-888-694-7287 and follow the prompts for workers' compensation.

**Health and Insurance Benefits**

If you have health and/or insurance coverage under the Company benefit plans, information on paying benefit premiums while on leave of absence will be sent to you once your leave is approved. If you do not make the payments based on the invoices you receive, you could be dropped from coverage. Please refer to the enclosed Benefit Continuation While on

Leave document for additional benefit information.

## Returning to Work

When you return to work on March 2, 2017, you must provide your manager with documentation from your approved workers' compensation physician, stating that you are able to resume restricted or full duty work, along with a description of any restrictions you have.

## For More Information

If you have any questions about this letter and/or your leave of absence, you can view the status of your leave and submit question(s) by going to myHR.cvs.com and selecting the myLeave link on the home page. Once in myLeave, select Help and then Contact Us. Complete and submit your question(s) directly to the Leave of Absence Department. You can also contact the Leave of Absence Department by calling myHR at 1-888-694-7287.

Sincerely,

CVS Health Leave of Absence Department

Enclosure(s):

ENC11 – Frequently Asked Questions
ENC03 – Rights & Responsibilities
ENC16 – Benefits While on Leave

# View Case Notes Printable

| Claim Information | | | |
|---|---|---|---|
| **Name** | Julie Brazelton | **Case #** | 216069 |

| Claim Notes | | |
|---|---|---|
| **User Name** | **Date / Time Stamp** | **Task Type / Screen Name** |
| Carma Soares | 02/27/2018 05:35 PM | Close Case |
| The claim was closed by Carma Soares on 02/27/2018 with the reason Moved to Extended Status. | | |
| | | |
| Eunice Fernandes | 02/06/2018 01:05 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 216069, task 4050961 were marked "Sent" at 01:04:34 PM on 02/06/2018. | | |
| | | |
| Eunice Fernandes | 02/06/2018 01:04 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 216069, task 4050961 were "Printed" at 01:03:38 PM on 02/06/2018. | | |
| | | |
| Shayna Drinkuth | 02/06/2018 11:25 AM | Generic |
| Shayna Drinkuth reassigned the case to Carma Soares. Shayna Drinkuth also entered the following additional notes. RA ADA file | | |
| | | |
| Shayna Drinkuth | 02/06/2018 11:24 AM | Fulfillment |
| generating EXP02 letter | | |
| | | |
| Tammy Boucher | 01/30/2018 03:43 PM | Generic |
| Added to RA ADA file on 01/30/18 | | |
| | | |
| Tammy Boucher | 01/30/2018 03:41 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Boucher on 01/30/2018 03:40PM. | | |
| | | |
| Tammy Boucher | 01/30/2018 03:40 PM | Case Email |
| An email was sent on 01/30/2018 at 03:40 PM.<br>To: LOAStoreNotifications@cvs.com, Adrienne.Johnson@CVSHealth.com<br>From: Tammy.Boucher@cvscaremark.com<br>BCC:<br>CC:<br>Subject: Location: 09512 Leave of Absence Extension Approval for Case # 216069<br>Body: The following colleague's request to extend their leave of absence and/or reasonable accommodation has been approved.<br><br>LEAVE DETAILS<br><br>Employee: Julie Brazelton<br><br>Employee ID 0591948 , Location 09512<br><br>Job Title: Pharmacy Lead Technician<br><br>Leave Reason: Medical Condition due to Workplace Injury/Illness<br><br>Leave Type: Continuous<br><br>Approved Leave Start: November 11, 2016<br><br>Approved Return to Work Date: February 9, 2018<br><br>Comments:<br><br>If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).<br><br>CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged | | |

information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tammy Boucher | 01/30/2018 03:40 PM | Leave Extension Request |
| wkc pay file approved thru 03/30/18. approving to max duration 02/09/18 | | |
| Tammy Boucher | 01/30/2018 03:39 PM | Leave Extension Request |
| New Requested Return to Work Date: 02/09/2018 12:00AM Comments: | | |
| Tammy Boucher | 01/30/2018 03:37 PM | Generic |
| Contact created for Anthony Collier: Contact first name was entered as Anthony. Contact last name was entered as Collier. Contact type was entered as Supervisor Manager. Contact method was entered as E-mail 2. Custom text 1 was entered as blank. Contact phone 1 was entered as blank. Contact phone 1 ext was entered as blank. Contact phone 2 was entered as blank. Contact phone 2 ext was entered as blank. Contact email 1 was entered as blank. Contact email 2 was entered as Anthony.collier@cvshealth.com. Contact fax was entered as blank. Contact addr 1 was entered as blank. Contact addr 1 line2 was entered as blank. Contact city 1 was entered as blank. Contact state 1 was entered as blank. Contact zip 1 was entered as blank. Contact zip 1 plusfour was entered as blank. Contact country code 1 was entered as blank. Contact addr 2 was entered as blank. Contact addr 2 line2 was entered as blank. Contact city 2 was entered as blank. Contact state 2 was entered as blank. Contact zip 2 was entered as blank. Contact zip 2 plusfour was entered as blank. Contact country code 2 was entered as blank. Contact notes was entered as blank. Csrf token was entered as A152B37222C257E6F7372881979F3FB0EFB65638F11281F23434EF22C47C2872. | | |
| Tammy Boucher | 01/30/2018 03:35 PM | Generic |
| Contact created for Mathew Furukawa: Contact first name was entered as Mathew . Contact last name was entered as Furukawa. Contact type was entered as Other. Contact method was entered as E-mail 2. Custom text 1 was entered as blank. Contact phone 1 was entered as blank. Contact phone 1 ext was entered as blank. Contact phone 2 was entered as blank. Contact phone 2 ext was entered as blank. Contact email 1 was entered as blank. Contact email 2 was entered as LOAstorenotifications@cvs.com. Contact fax was entered as blank. Contact addr 1 was entered as blank. Contact addr 1 line2 was entered as blank. Contact city 1 was entered as blank. Contact state 1 was entered as blank. Contact zip 1 was entered as blank. Contact zip 1 plusfour was entered as blank. Contact country code 1 was entered as blank. Contact addr 2 was entered as blank. Contact addr 2 line2 was entered as blank. Contact city 2 was entered as blank. Contact state 2 was entered as blank. Contact zip 2 was entered as blank. Contact zip 2 plusfour was entered as blank. Contact country code 2 was entered as blank. Contact notes was entered as blank. Csrf token was entered as A152B37222C257E6F7372881979F3FB0EFB65638F11281F23434EF22C47C2872. | | |
| Tammy Boucher | 01/30/2018 03:33 PM | Generic |
| Contact update for Julie Brazelton: Contact type was changed from Business Designee to Employee Address. | | |
| Tammy Boucher | 01/30/2018 03:33 PM | Generic |
| Contact update for John C Brown: Contact type was changed from Business Designee to HR Manager 2. | | |
| Tammy Boucher | 01/30/2018 03:32 PM | Generic |
| Contact created for John C Brown: Contact first name was entered as John C. Contact last name was entered as Brown. Contact type was entered as Business Designee. Contact method was entered as E-mail 1. Custom text 1 was entered as blank. Contact phone 1 was entered as blank. Contact phone 1 ext was entered as blank. Contact phone 2 was entered as blank. Contact phone 2 ext was entered as blank. Contact email 1 was entered as John.Brown2@CVSHealth.com. Contact email 2 was entered as blank. Contact fax was entered as blank. Contact addr 1 was entered as blank. Contact addr 1 line2 was entered as blank. Contact city 1 was entered as blank. Contact state 1 was entered as blank. Contact zip 1 was entered as blank. Contact zip 1 plusfour was entered as blank. Contact country code 1 was entered as blank. Contact addr 2 was entered as blank. Contact addr 2 line2 was entered as blank. Contact city 2 was entered as blank. Contact state 2 was entered as blank. Contact zip 2 was entered as blank. Contact zip 2 plusfour was entered as blank. Contact country code 2 was entered as blank. Contact notes was entered as blank. Csrf token was entered as A152B37222C257E6F7372881979F3FB0EFB65638F11281F23434EF22C47C2872. | | |
| Tammy Boucher | 01/30/2018 03:31 PM | Generic |
| Contact created for Julie Brazelton: Contact first name was entered as Julie. Contact last name was entered as Brazelton. Contact type was entered as Business Designee. Contact method was entered as Address 1. Custom | | |

text 1 was entered as blank. Contact phone 1 was entered as blank. Contact phone 1 ext was entered as blank. Contact phone 2 was entered as blank. Contact phone 2 ext was entered as blank. Contact email 1 was entered as blank. Contact email 2 was entered as blank. Contact fax was entered as blank. Contact addr 1 was entered as 10730 Bonavista lane. Contact addr 1 line2 was entered as blank. Contact city 1 was entered as Whittier. Contact state 1 was entered as 5. Contact zip 1 was entered as 90604. Contact zip 1 plusfour was entered as blank. Contact country code 1 was entered as blank. Contact addr 2 was entered as blank. Contact addr 2 line2 was entered as blank. Contact city 2 was entered as blank. Contact state 2 was entered as blank. Contact zip 2 was entered as blank. Contact zip 2 plusfour was entered as blank. Contact country code 2 was entered as blank. Contact notes was entered as blank. Csrf token was entered as A152B37222C257E6F7372881979F3FB0EFB65638F11281F23434EF22C47C2872.

| | | |
|---|---|---|
| Tammy Boucher | 12/06/2017 10:38 AM | Create LOA Usage |

LOA Usage was entered or modified by Tammy Boucher on 12/06/2017 10:38AM.

| | | |
|---|---|---|
| Tammy Boucher | 12/06/2017 10:37 AM | Case Email |

An email was sent on 12/06/2017 at 10:37 AM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSHealth.com
From: Tammy.Boucher@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Approval for Case # 216069
Body: The following colleague's request to extend their leave of absence and/or reasonable accommodation has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Medical Condition due to Workplace Injury/Illness

Leave Type: Continuous

Approved Leave Start: November 11, 2016

Approved Return to Work Date: December 21, 2017

Comments:

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Tammy Boucher | 12/06/2017 10:37 AM | Leave Extension Request |

WKC pay file 11/24/17. approving 3 weeks from 11/30/17

| | | |
|---|---|---|
| Tammy Boucher | 12/06/2017 10:35 AM | Leave Extension Request |

New Requested Return to Work Date: 12/21/2017 12:00AM Comments:

| | | |
|---|---|---|
| Tammy Boucher | 09/20/2017 04:34 PM | Create LOA Usage |

LOA Usage was entered or modified by Tammy Boucher on 09/20/2017 04:33PM.

| | | |
|---|---|---|
| Tammy Boucher | 09/20/2017 04:32 PM | Leave Extension Request |

wkc pay file 09/15/17, approving thru 10/30/17

| | | |
|---|---|---|
| Tammy Boucher | 09/20/2017 04:31 PM | Leave Extension Request |
| New Requested Return to Work Date: 10/26/2017 12:00AM Comments: | | |
| | | |
| Tammy Boucher | 05/12/2017 08:55 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Boucher on 05/12/2017 08:54AM. | | |
| | | |
| Tammy Boucher | 05/12/2017 08:54 AM | Leave Extension Request |
| Okay to approve extension until 9/14/17. | | |
| | | |
| Tammy Boucher | 05/12/2017 08:54 AM | Leave Extension Request |
| New Requested Return to Work Date: 09/14/2017 12:00AM Comments: | | |
| | | |
| Tammy Boucher | 05/12/2017 08:53 AM | Generic |
| From: Beaudoin, Dawn L.<br>Sent: Tuesday, May 02, 2017 10:51 AM<br>To: Lacroix, Makayla <Makayla.Lacroix@CVSHealth.com>; Boucher, Tammy A. <Tammy.Boucher@CVSHealth.com>; Egan, Amanda (HR2) <Amanda.Egan2@CVSHealth.com>; Hall, Trent M. <Trent.Hall@CVSHealth.com>; Lonschein, Casey <Casey.Lonschein@CVSHealth.com>; Cardoso, Dianne <Dianne.Cardoso@CVSHealth.com>; Jackson, Sarah E. <Sarah.Jackson@CVSHealth.com><br>Cc: Tremblay, Wendy L. <Wendy.Tremblay@CVSHealth.com>; Cenedella, Richard E. <Richard.Cenedella@CVSHealth.com><br>Subject: WC Status Updates<br>Okay to approve extension until 9/14/17. | | |
| | | |
| Tammy Boucher | 04/19/2017 11:15 AM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Boucher on 04/19/2017 11:15AM. | | |
| | | |
| Tammy Boucher | 04/19/2017 11:15 AM | Leave Extension Request |
| wkc file 04/17/17 (paid to 04/13/17) | | |
| | | |
| Tammy Boucher | 04/19/2017 11:14 AM | Leave Extension Request |
| New Requested Return to Work Date: 04/14/2017 12:00AM Comments: | | |
| | | |
| Tammy Boucher | 03/21/2017 10:43 AM | Generic |
| emailed wkc for update | | |
| | | |
| Tammy Boucher | 03/21/2017 10:42 AM | Documentation Received |
| ttd to 04/24/17. emailing wkc | | |
| | | |
| Tammy Boucher | 02/20/2017 03:43 PM | Documentation Received |
| cert states 03/30/16 to 03/31/17. ee is on WKC leave. | | |
| | | |
| Eunice Fernandes | 01/31/2017 11:47 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 216069, task 3105739 were marked "Sent" at 11:46:57 AM on 01/31/2017. | | |
| | | |
| Eunice Fernandes | 01/31/2017 11:47 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 216069, task 3105739 were "Printed" at 11:46:32 AM on 01/31/2017. | | |
| | | |
| Tammy Boucher | 01/30/2017 04:34 PM | Fulfillment |
| generating wkc documents | | |
| | | |
| Tammy Boucher | 01/30/2017 04:33 PM | Create LOA Usage |
| LOA Usage was entered or modified by Tammy Boucher on 01/30/2017 04:33PM. | | |
| | | |
| | | |

| Tammy Boucher | 01/30/2017 04:32 PM | Generic |
|---|---|---|
| From: Teska, Ila<br>Sent: Monday, January 30, 2017 3:36 PM<br>To: Boucher, Tammy A. <Tammy.Boucher@CVSHealth.com>; Johnson, Daphne J. <Daphne.Johnson@CVSHealth.com><br>Subject: RE: RE: Julie Brazelton 0591948<br><br>Tammy,<br><br>She is OOW and we are paying her lost time benefits. She should be approved under WC leave from 11/11/16-03/01/17 .<br><br>Thank You,<br>Ila Teska | | |
| | | |
| Tammy Boucher | 01/30/2017 04:32 PM | Generic |
| Workers Compensation - CA, MN, OH, OK, PR, RI 11/10/2017 11/10/2017<br>Workers Compensation - Retail Drug Agreement 02/09/2018 02/09/2018 | | |
| | | |
| Tammy Boucher | 01/30/2017 03:48 PM | Intake Completion Notes |
| This claim application was completed on 01/30/2017 03:47PM by the user Tammy Boucher. | | |
| | | |
| | | Print Page |

**Close This Window**