# EXHIBIT F

CVSHealth

# REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: Julie Brazelton Date: 3-16-18

Employee Position: Lead Pharmacy Tech. Employee ID: 059 1948

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that he/she is experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of his/her job at CVS Health due to a medical condition. We would appreciate your help to understand Employee's limitations, their impact on his/her job and any accommodations that will assist Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee? 02/07/2018

2. Does Employee have a **physical or mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☑ If YES, please specify (do not respond for CA employees)

3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples)**; otherwise please indicate if the limitation is permanent. Use additional pages if necessary. Patient is Completely Temporarily Disabled

**LIMITATION Examples**
**Limitation Example #1: Unable to work during flare ups**
**Limitation Example #2: Unable to lift over 20 lbs. with right hand**

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 6 weeks**
**Duration Example #2: Permanent**

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** is Employee **unable to fully perform** as a result of the above limitations?
Patient is Temporarily Totally Disabled

CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

5. What **workplace accommodation(s)**, if any, will enable Employee to perform the functions of his/her job? For each accommodation, **please describe the accommodation, the expected duration and the expected end date below (see examples). If the recommended accommodation is intermittent leave, please provide the number of times per month the leave could be necessary, the expected duration (in terms of hours) of each occurrence, and for how long the intermittent leave will be needed (e.g., end date of the need for intermittent leave).** Use additional pages if necessary. Examples provided below:

**ACCOMMODATION Examples**
**Accommodation Example #1: Intermittent Leave**
**Accommodation Example #2: No lifting over 20 lbs with right hand**

**ACCOMMODATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 1-2x per month, 8 hours per occurrence**
**Duration Example #2: 6 weeks**

| | | |
|---|---|---|
| Patient is TTD | | |
| | | |
| | | |
| | | |

6. If you have recommended a continuous leave of absence as a possible accommodation, please provide the expected leave end date; otherwise please indicate whether the duration of the recommended continuous leave accommodation will be indefinite: 05/04/2018

Date Completed: 03/09/2018

Health Care Provider's Signature: [signature]

Health Care Provider's Printed Name: Domenic Signorelli

Health Care Provider's Phone #: 714-975-7950

Health Care Provider's Fax #: 714-975-7951

**PLEASE BE ADVISED:** THE GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 (GINA) PROHIBITS EMPLOYERS AND OTHER ENTITIES COVERED BY GINA TITLE II FROM REQUESTING OR REQUIRING GENETIC INFORMATION OF EMPLOYEES OR THEIR FAMILY MEMBERS. IN ORDER TO COMPLY WITH THIS LAW, WE ARE ASKING THAT YOU NOT PROVIDE ANY GENETIC INFORMATION WHEN RESPONDING TO THIS REQUEST FOR MEDICAL INFORMATION. "GENETIC INFORMATION," AS DEFINED BY GINA, INCLUDES AN INDIVIDUAL'S FAMILY MEDICAL HISTORY, THE RESULTS OF AN INDIVIDUAL'S OR FAMILY MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

*Last revised 10/2017*

CVSHealth

March 1, 2018

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #285210

RE: Accommodation Status

Dear Julie:

We hope that this letter finds you well. As you know, you recently requested an accommodation for a medical condition.

We are pleased to confirm that the Company can approve the following accommodation:

- **Consecutive leave extension**

Start date: **February 9, 2018**

End date: **March 31, 2018**

Please note: All reasonable accommodations that have been granted are subject to re-evaluation at any time (e.g., including prior to end date) if for example the needs of the business have changed or the accommodation has otherwise become an undue hardship, or if your needs appear to have changed.

Should your needs change or if you require a reasonable accommodation beyond what is listed above, or if you have any questions, please contact myHR at 1-888-694-7287 and follow the prompts for Reasonable Accommodation. Leave Specialists are available Monday through Friday from 8:30 a.m. to 6:30 p.m. ET.

If you have any questions about this letter and/or your reasonable accommodation request, please contact CVS Health Advice & Counsel at 1-877-805-9511 and select option 1 for Reasonable Accommodations.

Sincerely,

CVS Health Advice & Counsel

CVSHealth

March 26, 2018

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #285210

RE: Accommodation Status

Dear Julie:

We hope that this letter finds you well. As you know, you recently requested an accommodation for a medical condition.

We are pleased to confirm that the Company can approve the following accommodation:

- **Consecutive leave extension**

Start date: **February 9, 2018**

End date: **May 4, 2018**

Please note: All reasonable accommodations that have been granted are subject to re-evaluation at any time (e.g., including prior to end date) if for example the needs of the business have changed or the accommodation has otherwise become an undue hardship, or if your needs appear to have changed.

Should your needs change or if you require a reasonable accommodation beyond what is listed above, or if you have any questions, please contact myHR at 1-888-694-7287 and follow the prompts for Reasonable Accommodation. Leave Specialists are available Monday through Friday from 8:30 a.m. to 6:30 p.m. ET.

If you have any questions about this letter and/or your reasonable accommodation request, please contact CVS Health Advice & Counsel at 1-877-805-9511 and select option 1 for Reasonable Accommodations.

Sincerely,

CVS Health Advice & Counsel

CVSHealth

June 5, 2018

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #285210

RE: Accommodation Status

Dear Julie:

We hope that this letter finds you well. As you know, you recently requested an accommodation for a medical condition.

We are pleased to confirm that the Company can approve the following accommodation:

- consecutive leave extension as restrictions are not able to be accommodated

Start date: February 9, 2018

End date: June 27, 2018

Please note: All reasonable accommodations that have been granted are subject to re-evaluation at any time (e.g., including prior to end date) if for example the needs of the business have changed or the accommodation has otherwise become an undue hardship, or if your needs appear to have changed.

Should your needs change or if you require a reasonable accommodation beyond what is listed above, or if you have any questions, please contact myHR at 1-888-694-7287 and follow the prompts for Reasonable Accommodation. Leave Specialists are available Monday through Friday from 8:30 a.m. to 6:30 p.m. ET.

If you have any questions about this letter and/or your reasonable accommodation request, please contact CVS Health Advice & Counsel at 1-877-805-9511 and select option 1 for Reasonable Accommodations.

Sincerely,

CVS Health Advice & Counsel

CVS Health

August 9, 2018

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #285210

RE: Accommodation Status

Dear Julie:

We hope that this letter finds you well. As you know, you recently requested an accommodation for a medical condition.

We are pleased to confirm that the Company can approve the following accommodation:

- **Consecutive leave extension**

Start date: **February 9, 2018**

End date: **October 6, 2018**

Please note: All reasonable accommodations that have been granted are subject to re-evaluation at any time (e.g., including prior to end date) if for example the needs of the business have changed or the accommodation has otherwise become an undue hardship, or if your needs appear to have changed.

Should your needs change or if you require a reasonable accommodation beyond what is listed above, or if you have any questions, please contact myHR at 1-888-694-7287 and follow the prompts for Reasonable Accommodation. Leave Specialists are available Monday through Friday from 8:30 a.m. to 6:30 p.m. ET.

If you have any questions about this letter and/or your reasonable accommodation request, please contact CVS Health Advice & Counsel at 1-877-805-9511 and select option 1 for Reasonable Accommodations.

Sincerely,

CVS Health Advice & Counsel

CVSHealth

December 5, 2018

Julie Brazelton
10730 Bonavista Ln.
Whittier, CA 90604

Case #285210

RE: Accommodation Status

Dear Julie:

We hope that this letter finds you well. As you know, you recently requested an accommodation for a medical condition.

We are pleased to confirm that the Company can approve the following accommodation:

- consecutive leave extension

Start date: February 9, 2018

End date: January 9, 2019

Please note: All reasonable accommodations that have been granted are subject to review and reconsideration at any time (e.g., including prior to end date) if for example the business needs have changed, your job duties have changed, the accommodation has otherwise become and undue hardship, or if your needs appear to have changed.

If you have any questions about this letter and/or your reasonable accommodation request, please contact CVS Health Advice & Counsel at 1-877-805-9511 and select option 1 for Reasonable Accommodations.

Sincerely,

CVS Health Advice & Counsel

# View Case Notes Printable

| Claim Information | | | |
|---|---|---|---|
| **Name** | Julie Brazelton | **Case #** | 285210 |

**Claim Notes**

| User Name | Date / Time Stamp | Task Type / Screen Name |
|---|---|---|
| Carma Soares | 03/22/2019 04:33 PM | Close Case |
| The claim was closed by Carma Soares on 03/22/2019 with the reason Separation. | | |
| | | |
| Carma Soares | 03/22/2019 04:33 PM | Generic |
| Processed Termination. | | |
| | | |
| Eunice Fernandes | 03/22/2019 12:16 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 5261167 were marked "Sent" at 12:16:10 PM on 03/22/2019. | | |
| | | |
| Eunice Fernandes | 03/22/2019 12:16 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 5261167 were "Printed" at 12:15:50 PM on 03/22/2019. | | |
| | | |
| Shayna Drinkuth | 03/22/2019 10:15 AM | Generic |
| Please process retirement effective 3/22/2019 | | |
| | | |
| Shayna Drinkuth | 03/22/2019 10:13 AM | Fulfillment |
| generating EXP01b letter | | |
| | | |
| Shayna Drinkuth | 03/22/2019 10:11 AM | Generic |
| Per case process step, Please close case; EE submitted letter of retirement, effective 2/1/19. Lynne DeGuilio, 3/21/2019 11:54 AM<br>CSC-187513 Hi Lynne,<br><br>EE is still listed as being on leave currently - should we send the EXP01b - Retirement letter and process the retirement? She works in CA, so we'd have to use the current date as the retirement effective date.<br><br>Thank you! Shayna Drinkuth, 3/22/2019 9:49 AM<br>CSC-187514 Yes, I would send the EXP01B; would you then process the retirement request? Lynne DeGuilio, 3/22/2019 9:51 AM | | |
| | | |
| Shayna Drinkuth | 03/21/2019 10:44 AM | Generic |
| New Salesforce case #00846598 | | |
| | | |
| Shayna Drinkuth | 03/21/2019 10:43 AM | Documentation Received |
| Attached retirement letter to SF case #00846598 for RA partner review | | |
| | | |
| Eunice Fernandes | 12/05/2018 01:39 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4929982 were marked "Sent" at 01:38:31 PM on 12/05/2018. | | |
| | | |
| Eunice Fernandes | 12/05/2018 01:36 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4929982 were "Printed" at 01:36:04 PM on 12/05/2018. | | |
| | | |
| Carma Soares | 12/05/2018 09:16 AM | Create LOA Usage |
| LOA Usage was entered or modified by Carma Soares on 12/05/2018 09:16AM. | | |
| | | |
| Carma Soares | 12/05/2018 09:15 AM | Case Email |

An email was sent on 12/05/2018 at 09:15 AM.
To: LOAStoreNotifications@cvs.com
From: Shayna.Drinkuth@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Approval for Case # 285210
Body: The following colleague's request to extend their leave of absence and/or reasonable accommodation has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Reasonable Accommodations

Leave Type: Continuous

Approved Leave Start: February 9, 2018

Approved Return to Work Date: January 9, 2019

Comments:

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Carma Soares | 12/05/2018 09:15 AM | Leave Extension Request |
| CSC-178526 Please send RA01<br>Consecutive leave extension<br>Start date: 10/6/18<br>End: 1/9/19<br>Thank you. Lynne DeGuilio | | |
| Carma Soares | 12/05/2018 09:14 AM | Leave Extension Request |
| New Requested Return to Work Date: 01/09/2019 12:00AM Comments: | | |
| Eunice Fernandes | 10/12/2018 12:16 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4780783 were marked "Sent" at 12:16:24 PM on 10/12/2018. | | |
| Eunice Fernandes | 10/12/2018 12:15 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4780783 were "Printed" at 12:15:31 PM on 10/12/2018. | | |
| Eunice Fernandes | 10/12/2018 12:15 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4780783 were "Printed" at 12:15:25 PM on 10/12/2018. | | |
| Shayna Drinkuth | 10/12/2018 10:00 AM | Generic |
| New Salesforce case #00775124 | | |
| Shayna Drinkuth | 10/12/2018 09:58 AM | Fulfillment |
| generating POST01 letter | | |

| | | |
|---|---|---|
| Eunice Fernandes | 08/09/2018 10:14 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4595808 were marked "Sent" at 10:14:18 AM on 08/09/2018. | | |
| | | |
| Eunice Fernandes | 08/09/2018 10:13 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4595808 were "Printed" at 10:13:28 AM on 08/09/2018. | | |
| | | |
| Shayna Drinkuth | 08/09/2018 09:57 AM | Fulfillment |
| generating RA01 letter | | |
| | | |
| Shayna Drinkuth | 08/09/2018 09:57 AM | Create LOA Usage |
| LOA Usage was entered or modified by Shayna Drinkuth on 08/09/2018 09:56AM. | | |
| | | |
| Shayna Drinkuth | 08/09/2018 09:56 AM | Case Email |

An email was sent on 08/09/2018 at 09:56 AM.
To: LOAStoreNotifications@cvs.com
From: Shayna.Drinkuth@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Approval for Case # 285210
Body: The following colleague's request to extend their leave of absence and/or reasonable accommodation has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Reasonable Accommodations

Leave Type: Continuous

Approved Leave Start: February 9, 2018

Approved Return to Work Date: October 6, 2018

Comments:

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Shayna Drinkuth | 08/09/2018 09:56 AM | Case Email |

An email was sent on 08/09/2018 at 09:56 AM.
To: LOAStoreNotifications@cvs.com
From: Shayna.Drinkuth@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Approval for Case # 285210
Body: The following colleague's request to extend their leave of absence and/or reasonable accommodation has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Reasonable Accommodations

Leave Type: Continuous

Approved Leave Start: February 9, 2018

Approved Return to Work Date: October 6, 2018

Comments:

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Shayna Drinkuth | 08/09/2018 09:56 AM | Leave Extension Request |
| Approved per A&C | | |
| Shayna Drinkuth | 08/09/2018 09:56 AM | Leave Extension Request |
| New Requested Return to Work Date: 10/06/2018 12:00AM Comments: | | |
| Shayna Drinkuth | 08/09/2018 09:56 AM | Generic |
| Updating due date | | |
| Shayna Drinkuth | 08/09/2018 09:55 AM | Generic |
| Per case process step, Please extend Consecutive Leave Extension to 10/6/2018.<br>Thank you!<br>---------------<br>Placed EE on 8.9.2018AM correction file to have RA ERTW updated in PeopleSoft | | |
| Linda Demers | 07/27/2018 11:36 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4557927 were "Printed" at 11:35:30 AM on 07/27/2018. | | |
| Linda Demers | 07/27/2018 11:35 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4557927 were "Printed" at 11:35:03 AM on 07/27/2018. | | |
| Linda Demers | 07/27/2018 11:34 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4557927 were "Printed" at 11:34:29 AM on 07/27/2018. | | |
| Linda Demers | 07/27/2018 11:34 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4557927 were "Printed" at 11:33:43 AM on 07/27/2018. | | |
| Linda Demers | 07/27/2018 11:33 AM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4557927 were marked "Sent" at 11:33:08 AM on 07/27/2018. | | |
| Linda Demers | 07/27/2018 11:16 AM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4557927 were "Printed" at 11:15:38 AM on 07/27/2018.

| | | |
|---|---|---|
| Shayna Drinkuth | 07/27/2018 10:17 AM | Generic |

New Salesforce case #00720919

| | | |
|---|---|---|
| Shayna Drinkuth | 07/27/2018 10:14 AM | Fulfillment |

generating POST01 letter

| | | |
|---|---|---|
| Eunice Fernandes | 06/06/2018 01:13 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4400213 were "Printed" at 01:12:33 PM on 06/06/2018.

| | | |
|---|---|---|
| Eunice Fernandes | 06/06/2018 01:12 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4400213 were marked "Sent" at 01:12:27 PM on 06/06/2018.

| | | |
|---|---|---|
| Eunice Fernandes | 06/06/2018 01:10 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4400213 were "Printed" at 01:09:33 PM on 06/06/2018.

| | | |
|---|---|---|
| Carma Soares | 06/05/2018 03:18 PM | Case Email |

An email was sent on 06/05/2018 at 03:18 PM.
To: LOAStoreNotifications@cvs.com, John.Brown2@CVSHealth.com
From: Shayna.Drinkuth@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Extension Approval for Case # 285210
Body: The following colleague's request to extend their leave of absence and/or reasonable accommodation has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Reasonable Accommodations

Leave Type: Continuous

Approved Leave Start: February 9, 2018

Approved Return to Work Date: June 27, 2018

Comments:

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Carma Soares | 06/05/2018 03:18 PM | Leave Extension Request |

CSC-163761 Please send RA01 for Consecutive Leave Extension to 6/27/2018.
Restrictions were requested that are not able to be accommodated:
Need to sit 1 hour/stand 1 hour - continues thorough 8 hour shift

5/01 to 6/27/2018.
Thank you! Christine Arsenault

| | | |
|---|---|---|
| Carma Soares | 06/05/2018 03:18 PM | Leave Extension Request |
| New Requested Return to Work Date: 06/27/2018 12:00AM Comments: | | |
| | | |
| Carma Soares | 06/04/2018 04:31 PM | Leave Extension Request |
| New Requested Return to Work Date: 06/27/2018 12:00AM Comments: | | |
| | | |
| Eunice Fernandes | 05/01/2018 05:01 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4297683 were marked "Sent" at 05:01:16 PM on 05/01/2018. | | |
| | | |
| Eunice Fernandes | 05/01/2018 05:01 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4297683 were "Printed" at 05:00:37 PM on 05/01/2018. | | |
| | | |
| Shayna Drinkuth | 05/01/2018 03:01 PM | Fulfillment |
| generating EXP02 letter | | |
| | | |
| Eunice Fernandes | 03/26/2018 01:39 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4187085 were "Printed" at 01:39:04 PM on 03/26/2018. | | |
| | | |
| Eunice Fernandes | 03/26/2018 01:39 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4187085 were "Printed" at 01:38:54 PM on 03/26/2018. | | |
| | | |
| Eunice Fernandes | 03/26/2018 01:39 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4187085 were "Printed" at 01:38:45 PM on 03/26/2018. | | |
| | | |
| Eunice Fernandes | 03/26/2018 01:39 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4187085 were "Printed" at 01:38:33 PM on 03/26/2018. | | |
| | | |
| Eunice Fernandes | 03/26/2018 01:38 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4187085 were marked "Sent" at 01:38:24 PM on 03/26/2018. | | |
| | | |
| Eunice Fernandes | 03/26/2018 01:37 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4187085 were "Printed" at 01:37:26 PM on 03/26/2018. | | |
| | | |
| Shayna Drinkuth | 03/26/2018 12:55 PM | Fulfillment |
| generating RA01 letter | | |
| | | |
| Shayna Drinkuth | 03/26/2018 12:54 PM | Create LOA Usage |
| LOA Usage was entered or modified by Shayna Drinkuth on 03/26/2018 12:54PM. | | |
| | | |
| Shayna Drinkuth | 03/26/2018 12:54 PM | Case Email |
| An email was sent on 03/26/2018 at 12:54 PM.<br>To: LOAStoreNotifications@cvs.com, John.Brown2@CVSHealth.com<br>From: Shayna.Drinkuth@cvscaremark.com<br>BCC:<br>CC:<br>Subject: Location: 09512 Leave of Absence Extension Approval for Case # 285210 | | |

Body: The following colleague's request to extend their leave of absence and/or reasonable accommodation has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948 , Location 09512

Job Title: Pharmacy Lead Technician

Leave Reason: Reasonable Accommodations

Leave Type: Continuous

Approved Leave Start: February 9, 2018

Approved Return to Work Date: May 4, 2018

Comments:

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| | | |
|---|---|---|
| Shayna Drinkuth | 03/26/2018 12:54 PM | Leave Extension Request |

Approved per A&C

| | | |
|---|---|---|
| Shayna Drinkuth | 03/26/2018 12:53 PM | Leave Extension Request |

New Requested Return to Work Date: 05/04/2018 12:00AM Comments:

| | | |
|---|---|---|
| Shayna Drinkuth | 03/26/2018 12:53 PM | Generic |

SF case #00626403 - per case process step, Please send RAo1 for consecutive leave extension

Start Date: 3/30/18
End Date: 5/4/18
----------------
Placed EE on 3.26.2018PM correction file to have RA ERTW updated in PeopleSoft

| | | |
|---|---|---|
| Eunice Fernandes | 03/14/2018 02:56 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4156410 were "Printed" at 02:55:56 PM on 03/14/2018.

| | | |
|---|---|---|
| Eunice Fernandes | 03/14/2018 02:56 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4156410 were "Printed" at 02:55:40 PM on 03/14/2018.

| | | |
|---|---|---|
| Eunice Fernandes | 03/14/2018 02:55 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4156410 were marked "Sent" at 02:55:21 PM on 03/14/2018.

| | | |
|---|---|---|
| Eunice Fernandes | 03/14/2018 02:53 PM | Fulfillment Action |

The fulfillment/correspondence document(s) associated with case 285210, task 4156410 were "Printed" at 02:53:07 PM on 03/14/2018.

| | | |
|---|---|---|
| Shayna Drinkuth | 03/14/2018 02:52 PM | Generic |

New Salesforce case #00626403

| | | |
|---|---|---|
| Shayna Drinkuth | 03/14/2018 02:48 PM | Fulfillment |
| generating EXP02 letter | | |
| Eunice Fernandes | 03/01/2018 04:26 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4121157 were marked "Sent" at 04:25:30 PM on 03/01/2018. | | |
| Eunice Fernandes | 03/01/2018 04:24 PM | Fulfillment Action |
| The fulfillment/correspondence document(s) associated with case 285210, task 4121157 were "Printed" at 04:24:08 PM on 03/01/2018. | | |
| Shayna Drinkuth | 03/01/2018 01:58 PM | Fulfillment |
| generating RA01 letter | | |
| Shayna Drinkuth | 03/01/2018 01:57 PM | Create LOA Usage |
| LOA Usage was entered or modified by Shayna Drinkuth on 03/01/2018 01:57PM. | | |
| Shayna Drinkuth | 03/01/2018 01:57 PM | Case Email |

An email was sent on 03/01/2018 at 01:57 PM.
To: LOAStoreNotifications@cvs.com, Adrienne.Johnson@CVSHealth.com
From: Shayna.Drinkuth@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave Approved for Case # 285210
Body: The following colleague's request for a leave of absence has been approved.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID 0591948, Location 09512

If applicable, Area: 08; Region: 64; District 11

Job Title: Pharmacy Lead Technician Leave Reason:

Reasonable Accommodations

Leave Type: Continuous

Approved Leave Start: February 9, 2018

Approved Return to Work: March 31, 2018

Return from Leave Process: When the employee is ready to return to work, you will need to submit a return from leave for the employee. A return from leave must be submitted even if the employee is listed as "active". To submit a return from leave transaction for the employee, go to myHR.cvs.com, select the Manager Zone and a listing of your current team will appear. Click on the name of the employee that is returning from leave and a list of available options will appear. Select the Return from Leave option and complete the steps. Be sure to select the actual return to work date for the employee. It is very important that you submit a return from leave transaction in myHR.cvs.com. Submitting this transaction is the only way that your employee will be activated in the payroll and HR systems and ensures they are paid timely.

Please note that employees on leave for their own serious health condition (not pregnancy related or pregnancy related conditions) must submit a Fitness for Duty form prior to returning to work. Fitness for Duty forms should be faxed to the Leave of Absence Department at 1-847-554-1766.

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287).

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure,

dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| Automated Admin | 02/27/2018 06:03 PM | Case Email |
|---|---|---|

An email was sent on 02/27/2018 at 06:03 PM.
To: Adrienne.Johnson@CVSHealth.com, LOAStoreNotifications@cvs.com
From: Shayna.Drinkuth@cvscaremark.com
BCC:
CC:
Subject: Location: 09512 Leave of Absence Case # 285210
Body:

On February 27, 2018, the following colleague requested a leave of absence. You will be notified when a decision has been made.

LEAVE DETAILS

Employee: Julie Brazelton

Employee ID:0591948, Location: 09512

If applicable, Area: 08; Region: 64; District: 11

Job Title: Pharmacy Lead Technician

Leave Reason: Reasonable Accommodations

Leave Type: Continuous

Requested Leave Start: February 9, 2018

Requested Return to Work: March 31, 2018

NOTE: For colleague's going on a continuous leave of absence, the Leave of Absence Department will pay hours for the colleague's waiting period and leave if applicable. Do not put any hours into Workbrain for a continuous leave of absence.

Return from Leave Process: When the employee is ready to return to work, you will need to submit a return from leave for the employee. A return from leave must be submitted even if the employee is listed as "active". To submit a return from leave transaction for the employee, go to myHR.cvs.com, select the Manager Zone and a listing of your current team will appear. Click on the name of the employee that is returning from leave and a list of available options will appear. Select the Return from Leave option and complete the steps. Be sure to select the actual return to work date for the employee. It is very important that you submit a return from leave transaction in myHR.cvs.com. Submitting this transaction is the only way that your employee will be activated in the payroll and HR systems and ensures they are paid timely.

Please note that employees on leave for their own serious health condition (not pregnancy related or pregnancy related conditions) must submit a Fitness for Duty form prior to returning to work. Fitness for Duty forms should be faxed to the Leave of Absence Department at 1-847-554-1766.

If you have any questions or need additional information, please contact the CVS Health Leave of Absence Department at 888-MY-HR-CVS (1-888-694-7287) or visit myLeave at myHR.cvs.com.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

Employee HRID: 0591948

| Carma Soares | 02/27/2018 05:35 PM | Generic |
|---|---|---|

RA Outcome SF case 00602269 CS-227031
CSC-154632 Please send RA01 for Consecutive Leave Extension to 3/31/2018.
Please update case accordingly, thank you. Christine Arsenault

| | | |
|---|---|---|
| Carma Soares | 02/27/2018 05:34 PM | Intake Completion Notes |
| This claim application was completed on 02/27/2018 05:33PM by the user Carma Soares. | | |
| | | |
| | | Print Page |

Close This Window