# Exhibit G

♥CVSHealth

# REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: Julie R-Razelton Date: 5-2-18
Employee Position: Lead Pharmacy Tech. Employee ID: 0591948

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that he/she is experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of his/her job at CVS Health due to a medical condition. We would appreciate your help to understand Employee's limitations, their impact on his/her job and any accommodations that will assist Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee? 05/02/18

2. Does Employee have a **physical or mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☑ If YES, please specify (do not respond for CA employees) ______

3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples)**; otherwise please indicate if the limitation is permanent. Use additional pages if necessary.

**LIMITATION Examples**
**Limitation Example #1: Unable to work during flare ups**
**Limitation Example #2: Unable to lift over 20 lbs. with right hand**

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 6 weeks**
**Duration Example #2: Permanent**

| | | |
|---|---|---|
| Sit/Stand at will for pain | 6wks | 5/02 → 06/14/18 |
| | | |
| | | |
| | | |

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** is Employee **unable to fully perform** as a result of the above limitations? ______



05/02/2018 13:07 FAX 001

CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

5. What **workplace accommodation(s)**, if any, will enable Employee to perform the functions of his/her job? For each accommodation, **please describe the accommodation, the expected duration and the expected end date below (see examples). If the recommended accommodation is intermittent leave, please provide the number of times per month the leave could be necessary, the expected duration (in terms of hours) of each occurrence, and for how long the intermittent leave will be needed (e.g., end date of the need for intermittent leave).** Use additional pages if necessary. Examples provided below:

**ACCOMMODATION Examples**
**Accommodation Example #1: Intermittent Leave**
**Accommodation Example #2: No lifting over 20 lbs with right hand**

**ACCOMMODATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 1-2x per month, 8 hours per occurrence**
**Duration Example #2: 6 weeks**

| | | |
|---|---|---|
| Sit and stand at will for pain | 05/02/18 | 06/14/18 |
| | | |
| | | |
| | | |

6. If you have recommended a continuous leave of absence as a possible accommodation, please provide the expected leave end date; otherwise please indicate whether the duration of the recommended continuous leave accommodation will be indefinite: 06/14/2018

Date Completed: 05/02/18

Health Care Provider's Signature: [signature]

Health Care Provider's Printed Name: Domenic Signoretti

Health Care Provider's Phone #: 714-975-7950

Health Care Provider's Fax #: 714-975-7951

**PLEASE BE ADVISED:** THE GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 (GINA) PROHIBITS EMPLOYERS AND OTHER ENTITIES COVERED BY GINA TITLE II FROM REQUESTING OR REQUIRING GENETIC INFORMATION OF EMPLOYEES OR THEIR FAMILY MEMBERS. IN ORDER TO COMPLY WITH THIS LAW, WE ARE ASKING THAT YOU NOT PROVIDE ANY GENETIC INFORMATION WHEN RESPONDING TO THIS REQUEST FOR MEDICAL INFORMATION. "GENETIC INFORMATION," AS DEFINED BY GINA, INCLUDES AN INDIVIDUAL'S FAMILY MEDICAL HISTORY, THE RESULTS OF AN INDIVIDUAL'S OR FAMILY MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

*Last revised 10/2017*



JULIE BRAZELTON

♥CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: Julie BRAzeLton Date: 5-2-18

Employee Position: Lead PharmAcy Tech Employee ID: 0591948

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that he/she is experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of his/her job at CVS Health due to a medical condition. We would appreciate your help to understand Employee's limitations, their impact on his/her job and any accommodations that will assist Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee? 05/02/18

2. Does Employee have a **physical or mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☑ If YES, please specify (do not respond for CA employees)________

3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples)**; otherwise please indicate if the limitation is permanent. Use additional pages if necessary.

**LIMITATION Examples**
**Limitation Example #1: Unable to work during flare ups**
**Limitation Example #2: Unable to lift over 20 lbs. with right hand**

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 6 weeks**
**Duration Example #2: Permanent**

| | | |
|---|---|---|
| DS Sit/Stand at will for pain | 6wks | 5/02 → 06/14/18 |
| at lib - sit 1hr stand 1hr. | | |
| repeat for 8hr shift | | |
| | | |

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** is Employee **unable to fully perform** as a result of the above limitations? ________

CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

5. What **workplace accommodation(s)**, if any, will enable Employee to perform the functions of his/her job? For each accommodation, **please describe the accommodation, the expected duration and the expected end date below (see examples). If the recommended accommodation is intermittent leave, please provide the number of times per month the leave could be necessary, the expected duration (in terms of hours) of each occurrence, and for how long the intermittent leave will be needed (e.g., end date of the need for intermittent leave).** Use additional pages if necessary. Examples provided below:

**ACCOMMODATION Examples**
**Accommodation Example #1: Intermittent Leave**
**Accommodation Example #2: No lifting over 20 lbs with right hand**

**ACCOMMODATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 1-2x per month, 8 hours per occurrence**
**Duration Example #2: 6 weeks**

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| Sit and Stand at will for pain | 05/02/18 | 06/14/18 |
| or at lib / Sit 1hr Stand 1HR | | |
| Repeat for 8 hr Shift | | |
| | | |

6. If you have recommended a continuous leave of absence as a possible accommodation, please provide the expected leave end date; otherwise please indicate whether the duration of the recommended continuous leave accommodation will be indefinite: 06/14/2018

Date Completed: 05/02/18

Health Care Provider's Signature: [signature]

Health Care Provider's Printed Name: Domente Signoretti

Health Care Provider's Phone #: 714-975-7950

Health Care Provider's Fax #: 714-975-7951

**PLEASE BE ADVISED**: THE GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 (GINA) PROHIBITS EMPLOYERS AND OTHER ENTITIES COVERED BY GINA TITLE II FROM REQUESTING OR REQUIRING GENETIC INFORMATION OF EMPLOYEES OR THEIR FAMILY MEMBERS. IN ORDER TO COMPLY WITH THIS LAW, WE ARE ASKING THAT YOU NOT PROVIDE ANY GENETIC INFORMATION WHEN RESPONDING TO THIS REQUEST FOR MEDICAL INFORMATION. "GENETIC INFORMATION," AS DEFINED BY GINA, INCLUDES AN INDIVIDUAL'S FAMILY MEDICAL HISTORY, THE RESULTS OF AN INDIVIDUAL'S OR FAMILY MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

*Last revised 10/2017*



JULIE BRAZELTON

# Case: 00660165

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Case Owner | Christine Arsenault |
| Employee ID | 0591948 | Case Number | 00660165 |
| Employee Status | R | Provided Phone Number | (562) 883-0909 |
| Location Code | S09512 | Contact Phone | 562/903-3984 |
| Union Code | ✓ | Provided Email Address | |
| Closed Case Substantiation | | Contact Email | |
| Investigation Required | ☐ | | |

## Additional Information

| | | | |
|---|---|---|---|
| Category 1 | Reasonable Accommodation ER | Priority Queue | ER RA Consecutive leave extension |
| Category 2 | Consecutive leave extension | Case Origin | LOA Team |
| Category 3 | | Originating Channel | LOA Transfer |
| Compliance Code | | Time of Call | |
| Sexual Misconduct Indicator | | Resources presented | |
| Secondary Category 1 | | Interview Status | |
| Secondary Category 2 | | Caller Type | |
| Secondary Category 3 | | | |
| Status | Closed | | |
| Case Closure Action | Accommodation Implemented | | |

## Related Fields

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Location Hierarchy | A08R64D11 : 09512 |
| Contact Phone | 562/903-3984 | Work State | CA |

## Wrap Up

| | | | |
|---|---|---|---|
| Recommendations | | Type | Request Completed |
| Recommendation - Corrective Action | | Documents Reviewed | |
| Reason | | Document Other Comments | |
| Other Recommendation | | Document Policy Comments | |
| Conclusions Summary | | Counseling Document ID | |
| Issue 1 | | Grievance Code | |
| Issue 2 | | Rule or Policy 1 | |
| Issue 3 | | Rule or Policy 2 | |
| Issue 4 | | Rule or Policy 3 | |

| | | | |
|---|---|---|---|
| Issue 5 | | Rule or Policy 4 | |
| Fact Finding 1 | | Rule or Policy 5 | |
| Fact Finding 2 | | Substantiation 1 | |
| Fact Finding 3 | | Substantiation 2 | |
| Fact Finding 4 | | Substantiation 3 | |
| Fact Finding 5 | | Substantiation 4 | |
| Agreed Upon Action 1 | | Substantiation 5 | |
| Agreed Upon Action 2 | | Recipient 1 | |
| Agreed Upon Action 3 | | Recipient 2 | |
| Agreed Upon Action 4 | | Recipient 3 | |
| Agreed Upon Action 5 | | Recipient 4 | |
| Delivered By 1 | | Recipient 5 | |
| Delivered By 2 | | Completion Date 1 | |
| Delivered By 3 | | Completion Date 2 | |
| Delivered By 4 | | Completion Date 3 | |
| Delivered By 5 | | Completion Date 4 | |
| Date Report Finalized | | Completion Date 5 | |
| Root Cause | | Date Closed with Complainant | |
| | | Other Root Cause | |

## Follow Up with Contact

| | | | |
|---|---|---|---|
| 15 Days | ☐ | 15 Day Date | |
| | | 15 Day Comments | |
| 30 Days | ☐ | 30 Day Date | |
| | | 30 Day Comments | |
| 60 Days | ☐ | 60 Day Date | |
| | | 60 Day Comments | |
| 90 Days | ☐ | 90 Day Date | |
| | | 90 Day Comments | |

## RA Case Information

| | | | |
|---|---|---|---|
| Able to accommodate | ✓ | Accommodation Cost Detail | |
| Accommodations implemented | Consecutive leave extension | Accommodations not implemented | |
| Accommodations Offered | Consecutive leave extension | Decision Reason | |
| Accommodation Start Date | | Potential Accommodations | Consecutive leave extension |
| Accommodation Exhaustion Date | | Potential Accommodations Detail | Consecutive leave extension |
| Potential Termination Date | | RA Request Type Detail | Consecutive leave extension |
| RA Request Type | Consecutive leave extension | Unable to Accommodate Result | |
| Unable to accommodate | ☐ | Medical Provider | |

| | |
|---|---|
| **Unable to determine accommodation** | ☐ |
| **Cost of Accommodation** | $0 |
| **myLeave Case Number** | 285210 |
| **LOA Comments** | Employee has exhausted (or is approaching exhausting) their Company leave. Please review to determine next steps.<br><br>CAWKC EXP02 letter sent dated 5/1/2018, no term date listed in letter |

## ▼ Ethics Point

| | |
|---|---|
| **EP Phone Number** | |
| **EP Compliance Case Assignee** | |
| **EP Case Number** | |
| **EP Related Cases** | |
| **EP Case URL** | Click Here |
| **EP Agent Notified Date** | |
| **EP Primary Issue** | |
| **EP Compliance Case Assignee Email** | |
| **EP Case Summary** | |

## ▼ EP Follow-Up

| | |
|---|---|
| **EP Case Details** | |
| **EP Described Behavior** | |
| **EP Follow-Ups** | |

## ▼ Labor Relations

| | |
|---|---|
| **Filing Date** | |
| **Dollar amount to rectify case** | |
| **Bargaining Agreement Article** | |
| **Company Notification Date** | |
| **LR Substantiated** | ☐ |
| **Closure Date** | |

## ▼ Description Information

| | |
|---|---|
| **Priority** | N/A |
| **Project** | |
| **Subject** | |
| **Description** | EE called to check on paperwork<br>-Just faxed over medical documentation- not received yet<br>-Sit/ Stand at will for pain for 6 weeks<br>-EE is unsure how often she would need to sit and stand<br>-will need stool upon return |
| **Date/Time Opened** | 5/1/2018 3:04 PM |
| **Date/Time Closed** | 6/6/2018 8:31 AM |

## ▼ System Information

| | |
|---|---|
| **Case Record Type** | ER Closed Case |
| **Created By** | Shayna Drinkuth, 5/1/2018 3:04 PM |
| **Last Modified By** | Christine Arsenault, 6/6/2018 8:31 AM |

## Contact Information

## Initial Contact

| | | | |
|---|---|---|---|
| Name | Julie Brazelton | Employee Status | R |
| Employee ID | 0591948 | Title Description | Pharmacy Lead Technician |
| Business Unit | Store | Title Code | 350024 |
| Work State | CA | Marital Status | M |
| Birthdate | 7/13/1961 | Gender | F |
| Age | 59 | Main Phone | 562/903-3984 |
| Race | WHITE | Email | |

## Job Data

| | | | |
|---|---|---|---|
| Service Date | 2/10/1984 | Regular/Temporary | R |
| Original Hire Date | 6/18/2006 | Paygroup | BWK |
| Next Review Date | | FLSA | N |
| Full/Part | F | Grade | 016 |
| Full-Time Date | 2/10/1984 | Acquisition Name | Albertson |
| Last Date Worked | 3/13/2016 | Acquisition Code | L09 |
| Termination Date | 3/21/2019 | Union Code | 24F |
| Termination Code | RMT | Union Name | UFCW Local 324 FS |
| Would Rehire | Y | | |

## Work Location

| | | | |
|---|---|---|---|
| Location Code | S09512 | Time Zone | |
| Location Name | | Leader Level 1 | Angela Kang |
| Department (CS) | DPT09512 | Leader Level 2 | Anthony Collier |
| Department Description | Garfield Beach CVS, L.L.C. | Leader Level 3 | Maureen Cormier |
| FEIN | 352243093 | Leader Level 4 | Scott Baker |
| Cost Center | | Leader Level 5 | Kevin Hourican |
| HRBP | John Brown | Leader Level 6 | Jonathan Roberts |
| Organizational Level 2 Name | | Leader Level 7 | Larry Merlo |
| Organizational Level 3 Name | | Leader Level 8 | |
| Organizational Level 4 Name | | Leader Level 9 | |
| Organizational Level 5 Name | | Leader Level 10 | |
| | | Leader Level 11 | |

## Address Information

| | |
|---|---|
| Home Address | 10730 Bonavista Ln.<br>Whittier, California 90604<br>United States |

## System Information

| | | | |
|---|---|---|---|
| Created By | | Last Modified By | |

## Case Comments

**5/31/2018 3:19 PM**

| | |
|---|---|
| User | **Christine Arsenault** |
| Comment | **RA - Job Duty Modificaton<br>Need to sit 1 hour/stand 1 hour - continues thorugh 8 hour shift<br>6/27/2018** |

**5/24/2018 6:33 PM**

| | |
|---|---|
| User | **Christine Arsenault** |
| Comment | **RA - Job Duty Modificaton<br>Need to sit 1 hour/stand 1 hour - continues thorugh 8 hour shift<br>6/14/2018** |

**5/19/2018 4:26 PM**

| | |
|---|---|
| User | **Kassandra Bouchard** |
| Comment | **Received VM from Julie in regards to documentation that was sent in on Tuesday May 15** |

**5/10/2018 10:01 AM**

| | |
|---|---|
| User | **Christine Arsenault** |
| Comment | **Sot/Stand at will for pain for 6 weeks - Need clarification on how often needs to sit.** |

## Attachments

**Julie Brazzelton revised RAQ.pdf**

| | |
|---|---|
| Size | **55KB** |
| Ownership | **Christine Arsenault** |
| View | **View file** |
| Last Modified | **5/24/2018 6:33 PM** |

**Brazelton_RAQ 5-2-2018.pdf**

| | |
|---|---|
| Size | **53KB** |
| Ownership | **Tammy Marquis** |
| View | **View file** |
| Last Modified | **5/2/2018 5:10 PM** |

## Call Log

**CL-119158**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Received a Voice Message** |
| Outcome of discussion with Contact | |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Christine Arsenault, 5/10/2018 10:15 AM** |
| Additional Followup Required? | ☐ |
| Comments | **EE LM checking on status of PW. 562-883-0909** |
| Last Modified By | **Christine Arsenault, 5/10/2018 10:15 AM** |

**CL-119255**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Able to leave a voice mail** |
| Outcome of discussion with Contact | |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Christine Arsenault, 5/10/2018 2:52 PM** |
| Additional Followup Required? | ☐ |
| Comments | **LM for EE at (562) 883-0909 to advise I need more specifics on the sitting and standing. How often would she need to sit, can proceed with the request till we can determine what is needed to determine if business can support.** |
| Last Modified By | **Christine Arsenault, 5/10/2018 2:52 PM** |

**CL-119614**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Received a Voice Message** |
| Outcome of discussion with Contact | |
| Outcome Qualifier | |

| | |
|---|---|
| Outcome Status | |
| Created By | **Christine Arsenault, 5/14/2018 5:18 PM** |
| Additional Followup Required? | ☐ |
| Comments | **EE LM on 5/11 at 2:17pm wanting to know what I need the RAQ to say to proceed and also wanted to know if it could be added to the PW already filled out.** |
| Last Modified By | **Christine Arsenault, 5/14/2018 5:18 PM** |

**CL-119615**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Christine Arsenault, 5/14/2018 5:19 PM** |
| Additional Followup Required? | ☐ |
| Comments | **Spoke to EE at (562) 883-0909 and let her know I need a frequency for the sitting, EE goes to PT on Tuesday and at that time she will talk to the doctor on clarifying the sitting restriction.** |
| Last Modified By | **Christine Arsenault, 5/14/2018 5:19 PM** |

**CL-121569**

| | |
|---|---|
| Call Contact 1 | **Anthony Collier** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Christine Arsenault, 5/31/2018 3:16 PM** |
| Additional Followup Required? | ☐ |
| Comments | **Spoke to leader and the business is not able to accommodate the sitting every other hour in the RX area. Recommendation is the EE remains on LOA till next appointment on 6/27/2018** |
| Last Modified By | **Christine Arsenault, 5/31/2018 3:16 PM** |

**CL-121570**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Christine Arsenault, 5/31/2018 3:17 PM** |
| Additional Followup Required? | ☐ |
| Comments | **Spoke to EE and she was told by the PM and the old DL they could accommodate a stool in the RX. EE doesn't go back to the doctor till 6/27, just went to the doctor yesterday. **Advised EE that the DL would not be able to accommodate a stool in the RX at all and if she still has restrictions after her next appointment she may want to talk to the doctor regarding a reduced schedule or extra breaks.** |
| Last Modified By | **Christine Arsenault, 5/31/2018 3:17 PM** |

## Case Process Steps

**CS-248469**

| | |
|---|---|
| Process Step | **Coordinating with Contact** |
| Process Step Due Date | **5/17/2018** |
| Completion Date | **5/24/2018** |
| Task | **how often needs to sit/stand** |
| Description | **how often needs to sit/stand** |
| Owner Alias | **carse** |

**CS-252402**

| | |
|---|---|
| Process Step | **Coordinating with Contact** |
| Process Step Due Date | **5/31/2018** |
| Completion Date | **5/31/2018** |
| Task | **conference call** |
| Description | **conference call** |
| Owner Alias | **carse** |

**CS-253747**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **6/2/2018** |
| Completion Date | **5/31/2018** |
| Task | **Verbal Communication to Contact** |
| Description | **ER Specialist attempt to call contact to provide decision.** |
| Owner Alias | **carse** |

**CS-253748**

| | |
|---|---|
| Process Step | **Validating Accommodation Implemented** |
| Process Step Due Date | **6/7/2018** |
| Completion Date | **6/6/2018** |
| Task | **Follow up with Contact/Review Records** |
| Description | **Confirm Accommodation implemented. If LOA - validate processed in systems. If non LOA, call contact to confirm accommodations are in place.** |
| Owner Alias | **carse** |

**CS-253757**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **6/2/2018** |
| Completion Date | **5/31/2018** |
| Task | **Written Communication to Contact** |
| Description | **This process step should not be assigned to LOA. It serves as a reminder to determine if a letter is necessary.**<br><br>**If applicable RA Partner create a separate process step and assign to LOA to send appropriate letter.** |
| Owner Alias | **carse** |

**CS-253758**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **6/4/2018** |
| Completion Date | **6/5/2018** |
| Task | **Notification of decision to LOA** |
| Description | **ER Specialist assign this process step to LOA.**<br><br>**LOA TEAM - This Process step serves to notify you of the decision. Please update all systems as appropriate.** |
| Owner Alias | **csoar** |

**CS-253759**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **6/2/2018** |
| Completion Date | **5/31/2018** |
| Task | **Notification of Decision to HRBP & Leader** |
| Description | **RA Partner email HRBP and Leader of decision. This will serve as a notification to the HRBP as well as a confirmation to the leader. Include details and expectations.** |
| Owner Alias | **carse** |

Copyright © 2000-2021 salesforce.com, inc. All rights reserved.