# Exhibit H

ATTN: CHRIS

CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: JULIE BRAZELTON Date: 7-11-18

Employee Position: LEAD PHARMACY TECH Employee ID: 0591948

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that he/she is experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of his/her job at CVS Health due to a medical condition. We would appreciate your help to understand Employee's limitations, their impact on his/her job and any accommodations that will assist Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee? 06/27/18

2. Does Employee have a **physical or mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☑ If YES, please specify (do not respond for CA employees)

3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples)**; otherwise please indicate if the limitation is permanent. Use additional pages if necessary.

**LIMITATION Examples**
**Limitation Example #1: Unable to work during flare ups**
**Limitation Example #2: Unable to lift over 20 lbs. with right hand**

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 6 weeks**
**Duration Example #2: Permanent**

| | | |
|---|---|---|
| ~~Sit/Stand at will for pain~~ | ~~06/15/18~~ | ~~10/06/18~~ |
| Take breaks as needed | 06/15/18 | 10/06/18 |
| Ergonomic evaluation | 06/15/18 | 10/06/18 |
| | | |

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** is Employee **unable to fully perform** as a result of the above limitations?

BRAZELTON
059198

ATTN: CHRIS

CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

5. What **workplace accommodation(s)**, if any, will enable Employee to perform the functions of his/her job? For each accommodation, **please describe the accommodation, the expected duration and the expected end date below (see examples). If the recommended accommodation is intermittent leave, please provide the number of times per month the leave could be necessary, the expected duration (in terms of hours) of each occurrence, and for how long the intermittent leave will be needed (e.g., end date of the need for intermittent leave).** Use additional pages if necessary. Examples provided below:

**ACCOMMODATION Examples**
**Accommodation Example #1: Intermittent Leave**
**Accommodation Example #2: No lifting over 20 lbs with right hand**

**ACCOMMODATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 1-2x per month, 8 hours per occurrence**
**Duration Example #2: 6 weeks**

| ACCOMMODATIONS | DURATION | END DATE |
|---|---|---|
| Sit/stand at will for pain | 06/15/18 | 10/06/18 |
| Take breaks as needed | 06/15/18 | 10/06/18 |
| Orgaonomic evaluation | 06/15/18 | 10/06/18 |
| | | |

DS

6. If you have recommended a continuous leave of absence as a possible accommodation, please provide the expected leave end date; otherwise please indicate whether the duration of the recommended continuous leave accommodation will be indefinite: 10/06/18

Date Completed: 07/06/18

Health Care Provider's Signature: [signature]

Health Care Provider's Printed Name: Domenic Signorelli

Health Care Provider's Phone #: 714-975-7950

Health Care Provider's Fax #: 714-975-7951

**PLEASE BE ADVISED:** THE GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 (GINA) PROHIBITS EMPLOYERS AND OTHER ENTITIES COVERED BY GINA TITLE II FROM REQUESTING OR REQUIRING GENETIC INFORMATION OF EMPLOYEES OR THEIR FAMILY MEMBERS. IN ORDER TO COMPLY WITH THIS LAW, WE ARE ASKING THAT YOU NOT PROVIDE ANY GENETIC INFORMATION WHEN RESPONDING TO THIS REQUEST FOR MEDICAL INFORMATION. "GENETIC INFORMATION," AS DEFINED BY GINA, INCLUDES AN INDIVIDUAL'S FAMILY MEDICAL HISTORY, THE RESULTS OF AN INDIVIDUAL'S OR FAMILY MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

*Last revised 10/2017*

## Case: 00710146

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Case Owner | Christine Arsenault |
| Employee ID | 0591948 | Case Number | 00710146 |
| Employee Status | R | Provided Phone Number | (562) 883-0909 |
| Location Code | S09512 | Contact Phone | 562/903-3984 |
| Union Code | ✓ | Provided Email Address | |
| Closed Case Substantiation | | Contact Email | |
| Investigation Required | ☐ | | |

### Additional Information

| | | | |
|---|---|---|---|
| Category 1 | Reasonable Accommodation ER | Priority Queue | ER RA Schedule Modification |
| Category 2 | RA – Intermittent Leave | Case Origin | Fax |
| Category 3 | | Originating Channel | Direct Contact/ER Department |
| Compliance Code | | Time of Call | |
| Sexual Misconduct Indicator | | Resources presented | |
| Secondary Category 1 | | Interview Status | |
| Secondary Category 2 | | Caller Type | |
| Secondary Category 3 | | | |
| Status | Closed | | |
| Case Closure Action | Accommodation not requested/required | | |

### Related Fields

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Location Hierarchy | A08R64D11 : 09512 |
| Contact Phone | 562/903-3984 | Work State | CA |

### Wrap Up

| | | | |
|---|---|---|---|
| Recommendations | | Type | Request Completed |
| Recommendation - Corrective Action | | Documents Reviewed | |
| Reason | | Document Other Comments | |
| Other Recommendation | | Document Policy Comments | |
| Conclusions Summary | | Counseling Document ID | |
| Issue 1 | | Grievance Code | |
| Issue 2 | | Rule or Policy 1 | |
| Issue 3 | | Rule or Policy 2 | |
| Issue 4 | | Rule or Policy 3 | |

| | | | |
|---|---|---|---|
| Issue 5 | | Rule or Policy 4 | |
| Fact Finding 1 | | Rule or Policy 5 | |
| Fact Finding 2 | | Substantiation 1 | |
| Fact Finding 3 | | Substantiation 2 | |
| Fact Finding 4 | | Substantiation 3 | |
| Fact Finding 5 | | Substantiation 4 | |
| Agreed Upon Action 1 | | Substantiation 5 | |
| Agreed Upon Action 2 | | Recipient 1 | |
| Agreed Upon Action 3 | | Recipient 2 | |
| Agreed Upon Action 4 | | Recipient 3 | |
| Agreed Upon Action 5 | | Recipient 4 | |
| Delivered By 1 | | Recipient 5 | |
| Delivered By 2 | | Completion Date 1 | |
| Delivered By 3 | | Completion Date 2 | |
| Delivered By 4 | | Completion Date 3 | |
| Delivered By 5 | | Completion Date 4 | |
| Date Report Finalized | | Completion Date 5 | |
| Root Cause | | Date Closed with Complainant | |
| | | Other Root Cause | |

## Follow Up with Contact

| | | | |
|---|---|---|---|
| 15 Days | ☐ | 15 Day Date | |
| | | 15 Day Comments | |
| 30 Days | ☐ | 30 Day Date | |
| | | 30 Day Comments | |
| 60 Days | ☐ | 60 Day Date | |
| | | 60 Day Comments | |
| 90 Days | ☐ | 90 Day Date | |
| | | 90 Day Comments | |

## RA Case Information

| | | | |
|---|---|---|---|
| Able to accommodate | ☐ | Accommodation Cost Detail | |
| Accommodations implemented | | Accommodations not implemented | RA – Intermittent Leave |
| Accommodations Offered | RA – Intermittent Leave | Decision Reason | Accommodation not requested/required |
| Accommodation Start Date | | Potential Accommodations | RA – Intermittent Leave |
| Accommodation Exhaustion Date | | Potential Accommodations Detail | RA – Intermittent Leave |
| | | | Employee needs to remain on LOA till 10/6/2018 |
| Potential Termination Date | | RA Request Type Detail | RA – Intermittent Leave |
| RA Request Type | RA – Intermittent Leave | Unable to Accommodate Result | No Accommodation Implemented |

| | | | |
|---|---|---|---|
| Unable to accommodate | ✓ | Medical Provider | |
| Unable to determine accommodation | ☐ | Cost of Accommodation | |
| myLeave Case Number | 311338 | | |
| LOA Comments | | | |

## Ethics Point

| | | | |
|---|---|---|---|
| EP Phone Number | | EP Compliance Case Assignee | |
| EP Case Number | | EP Related Cases | |
| EP Case URL | Click Here | EP Agent Notified Date | |
| EP Primary Issue | | | |
| EP Compliance Case Assignee Email | | | |
| EP Case Summary | | | |

## EP Follow-Up

| | |
|---|---|
| EP Case Details | |
| EP Described Behavior | |
| EP Follow-Ups | |

## Labor Relations

| | | | |
|---|---|---|---|
| Filing Date | | Dollar amount to rectify case | |
| Bargaining Agreement Article | | Company Notification Date | |
| LR Substantiated | ☐ | Closure Date | |

## Description Information

| | | | |
|---|---|---|---|
| Priority | N/A | | |
| Project | | | |
| Subject | | | |
| Description | | | |
| Date/Time Opened | 7/12/2018 11:23 AM | Date/Time Closed | 8/9/2018 10:19 AM |

## System Information

| | | | |
|---|---|---|---|
| Case Record Type | ER Closed Case | Created By | Tammy Marquis, 7/12/2018 11:23 AM |
| | | Last Modified By | Christine Arsenault, 8/9/2018 10:19 AM |

# Contact Information

## Initial Contact

| | | | |
|---|---|---|---|
| Name | Julie Brazelton | Employee Status | R |
| Employee ID | 0591948 | Title Description | Pharmacy Lead Technician |

| | | | |
|---|---|---|---|
| Business Unit | Store | Title Code | 350024 |
| Work State | CA | Marital Status | M |
| Birthdate | 7/13/1961 | Gender | F |
| Age | 59 | Main Phone | 562/903-3984 |
| Race | WHITE | Email | |

## Job Data

| | | | |
|---|---|---|---|
| Service Date | 2/10/1984 | Regular/Temporary | R |
| Original Hire Date | 6/18/2006 | Paygroup | BWK |
| Next Review Date | | FLSA | N |
| Full/Part | F | Grade | 016 |
| Full-Time Date | 2/10/1984 | Acquisition Name | Albertson |
| Last Date Worked | 3/13/2016 | Acquisition Code | L09 |
| Termination Date | 3/21/2019 | Union Code | 24F |
| Termination Code | RMT | Union Name | UFCW Local 324 FS |
| Would Rehire | Y | | |

## Work Location

| | | | |
|---|---|---|---|
| Location Code | S09512 | Time Zone | |
| Location Name | | Leader Level 1 | Angela Kang |
| Department (CS) | DPT09512 | Leader Level 2 | Anthony Collier |
| Department Description | Garfield Beach CVS, L.L.C. | Leader Level 3 | Maureen Cormier |
| FEIN | 352243093 | Leader Level 4 | Scott Baker |
| Cost Center | | Leader Level 5 | Kevin Hourican |
| HRBP | John Brown | Leader Level 6 | Jonathan Roberts |
| Organizational Level 2 Name | | Leader Level 7 | Larry Merlo |
| Organizational Level 3 Name | | Leader Level 8 | |
| Organizational Level 4 Name | | Leader Level 9 | |
| Organizational Level 5 Name | | Leader Level 10 | |
| | | Leader Level 11 | |

## Address Information

| | |
|---|---|
| Home Address | 10730 Bonavista Ln.<br>Whittier, California 90604<br>United States |

## System Information

| | | | |
|---|---|---|---|
| Created By | Integration User Informatica Cloud, 3/29/2014 7:27 AM | Last Modified By | Integration User Informatica Cloud, 3/20/2021 6:17 AM |
| Contact Record Type | Employee | | |

## Case Comments

**8/1/2018 10:04 AM**

| | |
|---|---|
| User | **Christine Arsenault** |
| Comment | **From: Cardillo, Rebecca E.**<br>**Sent: Tuesday, July 31, 2018 2:38 PM**<br>**To: Arsenault, Christine A. <Christine.Arsenault@CVSHealth.com>**<br>**Subject: RE: WKC for Julie Brazelton/0591948**<br><br>**Good afternoon, Christine,**<br><br>**What is the name of the doctor that she is alleging left the practice? She has more than one open claim and is treating with more than one specialty, so I just want to make sure that I am getting you accurate information. There appears to be some conflicting information in her claim files. Thank you!**<br>**Sincerely,**<br>**Rebecca**<br>**Rebecca E. Cardillo │Workers' Compensation Examiner, Risk Management, Corporate Finance**<br>**p 401-770-9582 │f 401-216-3049**<br>**CVS Health │One CVS Drive, Mail Code 2180, Woonsocket, RI 02895** |

**7/31/2018 1:33 PM**

| | |
|---|---|
| User | **Christine Arsenault** |
| Comment | **Called the doctors office to get clarification on "breaks as needed" and the office stated that would be up to the EE when she is experiencing pain and discomfort.** |

**7/17/2018 10:21 AM**

| | |
|---|---|
| User | **Tracy Sullivan** |
| Comment | **RA Schedule Modification -**<br>**RAQ: Take breaks as needed**<br>**6/27/18 - 10/6/18**<br><br>**Ergo evaluation Associated Case 00710147** |

**7/31/2018 2:17 PM**

| | |
|---|---|
| User | **Christine Arsenault** |
| Comment | **From: Arsenault, Christine A.**<br>**Sent: Tuesday, July 31, 2018 2:16 PM**<br>**To: Cardillo, Rebecca E. <Rebecca.Cardillo@CVSHealth.com>**<br>**Subject: WKC for Julie Brazelton/0591948**<br><br>**Hi Rebecca,**<br><br>**I have 3 cases for Julie and I was hoping you could provide some insight. I had received medical documentation that stated the employee could return to work with an ergonomic evaluation and breaks as needed. I was trying to get clarification on the "as needed" and the employee gave me permission to call her doctor. I called the office and was told by the assistant it would be up to the patient on pain and discomfort. I reached back out to the employee today and she let me know that she was supposed to have an appointment last week however it was cancelled, she called today to get a new appointment and was told the doctor is no longer with the practice and has opened his own practice. Employee is working with WKC attorney to determine what her next steps are. When I tried to determine if the employee wants me to see if the business can accommodate employee concerned about returning to work till she knows she has a doctor. Employee exhausted her LOA on 6/26/2018.**<br><br>**Any information you can provide is appreciated.**<br><br>**Thanks,**<br>**Chris**<br><br>**Christine Arsenault \| Advice & Counsel - Reasonable Accommodations Partner**<br>**Office: 401-770-4781 \|Fax: 401-216-0111**<br>**Available: Monday through Thursday, 8:30am to 6:30pm EST.**<br>**Email: Christine.Arsenault@CVSHealth.com**<br>**♥CVSHealth \| One CVS Drive MC 1113, Woonsocket, RI 02895** |

**7/24/2018 8:12 AM**

| | |
|---|---|
| User | **Kassandra Bouchard** |
| Comment | **Julie called looking for an update on her case** |

## Attachments

**Brazelton_RAQ 7-11-2018.pdf**

| | |
|---|---|
| Size | **58KB** |
| Ownership | **Tammy Marquis** |
| View | **View file** |
| Last Modified | **7/12/2018 11:23 AM** |

## Call Log

**CL-126308**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Tracy Sullivan, 7/17/2018 10:50 AM** |
| Additional Followup Required? | ☐ |
| Comments | **562/903-3984 spoke w ee - regarding RAQ, ee said Dr is in office every other Wednesday -**<br>**ee said that she was going to need to use a stool**<br>**ee said Dr said that ee can take breaks - requested clarification** |

| | |
|---|---|
| | Dr said does not want ee to go back to work and injure self<br>ee said needs to sit and stand, however Dr has removed this, and requested an ergo evaluation<br>ee said she does not get her breaks, ee said every 2 hours should have a 15 mins break, 2 hours lunch 1 hr, 2 hours 15 mins -<br>ee has had 4 surgeries - does not know what the doctor wants<br>ee does not want to sit whole 8 hour shift - Mgr told ee that he would have her typing most of the time - ee will need a stool<br>LOA ended in May<br>ee pick up documentation July 10, 2018 and dr needed to update RAQ<br>next appt 7/25/18 |
| Last Modified By | **Tracy Sullivan, 7/17/2018 10:50 AM** |

**CL-126993**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Tracy Sullivan, 7/24/2018 9:59 AM** |
| Additional Followup Required? | ☐ |
| Comments | **562/903-3984 spoke w ee - ee has office visit 7/25/18<br>adv ee that take breaks as needed needs clarification<br>ee requested that I speak to Dr regarding restrictions<br>ee said chair in the pharmacy was denied - ee said she needs to take break outside the pharmacy<br>ee needs to take allowed breaks, adv this may be an A&C concern regarding policy<br>ee has 4 surgeries on her feet - and Dr does not her to reinjure herself** |
| Last Modified By | **Tracy Sullivan, 7/24/2018 9:59 AM** |

**CL-127230**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Christine Arsenault, 7/25/2018 12:01 PM** |
| Additional Followup Required? | ☐ |
| Comments | **Spoke to EE and the doctors appointment that was scheduled today has been cancelled, doctor will not be in the office today. Office will be calling the EE to reschedule.** |
| Last Modified By | **Christine Arsenault, 7/25/2018 12:01 PM** |

**CL-127757**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Christine Arsenault, 7/31/2018 1:49 PM** |
| Additional Followup Required? | ☐ |
| Comments | **Spoke to EE and let her know the office stated it was up to the EE on what she needs for breaks. EE stated that she called the office yesterday to get her appointment rescheduled from them cancelling it last week. EE was told that the Doctor is no longer with the company and has opened his own practice, being WKC EE is unsure if she can continue to see this doctor they may need to get her a new one.** |
| Last Modified By | **Christine Arsenault, 7/31/2018 1:49 PM** |

## Case Process Steps

**CS-265649**

| | |
|---|---|
| Process Step | **Coordinating with LOA** |
| Process Step Due Date | **7/13/2018** |

| | |
|---|---|
| Completion Date | 7/13/2018 |
| Task | Sched Mod - Please conduct an LOA review and respond if this is a LOA or RA case. Thank you! |
| Description | Sched Mod - Please conduct an LOA review and respond if this is a LOA or RA case. Thank you! |
| Owner Alias | csoar |

**CS-268512**

| | |
|---|---|
| Process Step | Coordinating with Vendor |
| Process Step Due Date | 7/25/2018 |
| Completion Date | 7/25/2018 |
| Task | 1st attempt - discuss RAQ |
| Description | 1st attempt - discuss RAQ |
| Owner Alias | tsull |

**CS-269043**

| | |
|---|---|
| Process Step | Coordinating with Medical Provider |
| Process Step Due Date | 7/30/2018 |
| Completion Date | 7/31/2018 |
| Task | CALL DOCTOR FOR CLARIFICATION |
| Description | CALL DOCTOR FOR CLARIFICATION |
| Owner Alias | carse |

**CS-270403**

| | |
|---|---|
| Process Step | Coordinating with WKC |
| Process Step Due Date | 8/7/2018 |
| Completion Date | 8/7/2018 |
| Task | restrictions or remain on LOA |
| Description | restrictions or remain on LOA |
| Owner Alias | carse |

**CS-272310**

| | |
|---|---|
| Process Step | Communicating Decision |
| Process Step Due Date | 8/9/2018 |
| Completion Date | 8/7/2018 |
| Task | Verbal Communication to Contact |
| Description | ER Specialist attempt to call contact to provide decision. |
| Owner Alias | carse |

**CS-272311**

| | |
|---|---|
| Process Step | Communicating Decision |
| Process Step Due Date | 8/9/2018 |
| Completion Date | 8/7/2018 |
| Task | Written Communication to Contact |
| Description | This process step should not be assigned to LOA. It serves as a reminder to determine if a letter is necessary.<br><br>If applicable RA Partner create a separate process step and assign to LOA to send appropriate letter. |
| Owner Alias | carse |

**CS-272312**

| | |
|---|---|
| Process Step | Communicating Decision |
| Process Step Due Date | 8/9/2018 |
| Completion Date | 8/9/2018 |
| Task | Notification of decision to LOA |

| | |
|---|---|
| Description | ER Specialist assign this process step to LOA.<br><br>LOA TEAM - This Process step serves to notify you of the decision. Please update all systems as appropriate. |
| Owner Alias | sdrin |

**CS-272313**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **8/9/2018** |
| Completion Date | **8/7/2018** |
| Task | **Notification of Decision to HRBP & Leader** |
| Description | **RA Partner email HRBP and Leader of decision. This will serve as a notification to the HRBP as well as a confirmation to the leader. Include details and expectations.** |
| Owner Alias | **carse** |

Copyright © 2000-2021 salesforce.com, inc. All rights reserved.