# Exhibit I

ATTN: TRACEY

CVSHealth

# REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: Julie Ann Brazelton  Date: 10-26-18

Employee Position: Lead Pharmacy Tech  Employee ID: 0551948

Please Circle one: (Full Time)/Part Time  Please Circle one: (Hourly)/Salaried

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that they are experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of their job at CVS Health due to a health related condition. We would appreciate your help to understand the Employee's limitations, the impact of those limitations on their job, and any accommodations that might assist the Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee?: 10/24/2018

2. Does Employee have a (**physical**) or **mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☑ If YES, please specify the physical or mental impairment: Prolonged stand/walk.

3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples); otherwise please indicate if the limitation is permanent.** Use additional pages if necessary.

**LIMITATION Examples**
Limitation Example #1: Unable to work during flare ups
Limitation Example #2: Unable to lift over 20 lbs. with right hand

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
Duration Example #1: 6 weeks
Duration Example #2: Permanent

| LIMITATION(S) | DURATION | START DATE | END DATE |
|---|---|---|---|
| Unable to stand or walk > 30 mins. | 4 weeks | 10/24/18 | 11/21/18 |
| Must sit/stand at will | 4 week | 10/24/18 | 11/21/18 |
| | | | |

Pending Ortho report

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** are the Employee **unable to fully perform** or what benefits/privileges of employment are not being enjoyed by the Employee as a result of the above limitations?:

N/A

ATTN: TRACIE

SUZIE BRAZELTON
0591948

CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

5. What **workplace accommodation(s)**, if any, will enable Employee to perform the functions of their job or enjoy the benefits/privileges of employment? For each accommodation, **please describe the accommodation, the expected duration, and the expected end date below or please state if it is permanent (see examples). If the recommended accommodation is intermittent leave, please provide the number of times per week or month, the anticipated hours of each occurrence, and the expected duration of the intermittent leave (e.g., the start and end date of the need for intermittent leave).** Use additional pages if necessary. Examples provided below:

**ACCOMMODATION Examples**
**Accommodation Example #1: Intermittent Leave**
**Accommodation Example #2: No lifting over 20 lbs with right hand**

**ACCOMMODATION DURATION Examples (INCLUDE START & END DATE)**
**Example #1: 1-2x per month, 8 hours per occurrence, Jan 1 – March 31**
**Example #2: 6 weeks, permanent**

| ACCOMMODATIONS | DURATION | START DATE | END DATE |
|---|---|---|---|
| Allow patient to sit/stand at will, provide stool | 4 wks | 10/24/18 | 11/21/18 |
| | | | |
| | | | |

– pending QME report

6. If you have recommended a continuous leave of absence as a possible accommodation, please provide the expected leave end date; otherwise it will be assumed that your recommendation for the continuous leave is for an indefinite amount of time: N/A

Date Completed: 10/31/2018

Health Care Provider's Signature: [signature]

Health Care Provider's Printed Name: Zenia Cortes M.D

Health Care Provider's Phone #: 714 903 1100

Health Care Provider's Fax #: 714 657 7507

**PLEASE BE ADVISED:** THE GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 (GINA) PROHIBITS EMPLOYERS AND OTHER ENTITIES COVERED BY GINA TITLE II FROM REQUESTING OR REQUIRING GENETIC INFORMATION OF EMPLOYEES OR THEIR FAMILY MEMBERS. IN ORDER TO COMPLY WITH THIS LAW, WE ARE ASKING THAT YOU NOT PROVIDE ANY GENETIC INFORMATION WHEN RESPONDING TO THIS REQUEST FOR MEDICAL INFORMATION. "GENETIC INFORMATION," AS DEFINED BY GINA, INCLUDES AN INDIVIDUAL'S FAMILY MEDICAL HISTORY, THE RESULTS OF AN INDIVIDUAL'S OR FAMILY MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

*Last revised 9/2018*

# Case: 00775102

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Case Owner | Lynne DeGuilio |
| Employee ID | 0591948 | Case Number | 00775102 |
| Employee Status | R | Provided Phone Number | |
| Location Code | S09512 | Contact Phone | 562/903-3984 |
| Union Code | ✓ | Provided Email Address | |
| Closed Case Substantiation | | Contact Email | |
| Investigation Required | ☐ | | |

## Additional Information

| | | | |
|---|---|---|---|
| Category 1 | Reasonable Accommodation ER | Priority Queue | ER RA Job Modification |
| Category 2 | Job Duty Modification | Case Origin | Fax |
| Category 3 | | Originating Channel | Direct Contact/ER Department |
| Compliance Code | | Time of Call | |
| Sexual Misconduct Indicator | | Resources presented | |
| Secondary Category 1 | | Interview Status | |
| Secondary Category 2 | | Caller Type | |
| Secondary Category 3 | | | |
| Status | Closed | | |
| Case Closure Action | Accommodation Implemented | | |

## Related Fields

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Location Hierarchy | A08R64D11 : 09512 |
| Contact Phone | 562/903-3984 | Work State | CA |

## Wrap Up

| | | | |
|---|---|---|---|
| Recommendations | | Type | Request Completed |
| Recommendation - Corrective Action | | Documents Reviewed | |
| Reason | | Document Other Comments | |
| Other Recommendation | | Document Policy Comments | |
| Conclusions Summary | | Counseling Document ID | |
| Issue 1 | | Grievance Code | |
| Issue 2 | | Rule or Policy 1 | |
| Issue 3 | | Rule or Policy 2 | |
| Issue 4 | | Rule or Policy 3 | |

| | | | |
|---|---|---|---|
| Issue 5 | | Rule or Policy 4 | |
| Fact Finding 1 | | Rule or Policy 5 | |
| Fact Finding 2 | | Substantiation 1 | |
| Fact Finding 3 | | Substantiation 2 | |
| Fact Finding 4 | | Substantiation 3 | |
| Fact Finding 5 | | Substantiation 4 | |
| Agreed Upon Action 1 | | Substantiation 5 | |
| Agreed Upon Action 2 | | Recipient 1 | |
| Agreed Upon Action 3 | | Recipient 2 | |
| Agreed Upon Action 4 | | Recipient 3 | |
| Agreed Upon Action 5 | | Recipient 4 | |
| Delivered By 1 | | Recipient 5 | |
| Delivered By 2 | | Completion Date 1 | |
| Delivered By 3 | | Completion Date 2 | |
| Delivered By 4 | | Completion Date 3 | |
| Delivered By 5 | | Completion Date 4 | |
| Date Report Finalized | | Completion Date 5 | |
| Root Cause | | Date Closed with Complainant | |
| | | Other Root Cause | |

## Follow Up with Contact

| | | | |
|---|---|---|---|
| 15 Days | ☐ | 15 Day Date | |
| | | 15 Day Comments | |
| 30 Days | ☐ | 30 Day Date | |
| | | 30 Day Comments | |
| 60 Days | ☐ | 60 Day Date | |
| | | 60 Day Comments | |
| 90 Days | ☐ | 90 Day Date | |
| | | 90 Day Comments | |

## RA Case Information

| | | | |
|---|---|---|---|
| Able to accommodate | ✓ | Accommodation Cost Detail | |
| Accommodations implemented | Consecutive leave extension | Accommodations not implemented | |
| Accommodations Offered | Consecutive leave extension | Decision Reason | |
| Accommodation Start Date | | Potential Accommodations | Consecutive leave extension |
| Accommodation Exhaustion Date | 1/9/2019 | Potential Accommodations Detail | Consecutive leave extension<br>Start date: 10/6/18<br>End: 1/9/19 |
| Potential Termination Date | | RA Request Type Detail | Consecutive leave extension |
| RA Request Type | Job Duty Modification | Unable to Accommodate Result | |

| | | | |
|---|---|---|---|
| Unable to accommodate | ☐ | Medical Provider | |
| Unable to determine accommodation | ☐ | Cost of Accommodation | $0 |
| myLeave Case Number | 327870 | | |
| LOA Comments | | | |

## Ethics Point

| | | | |
|---|---|---|---|
| EP Phone Number | | EP Compliance Case Assignee | |
| EP Case Number | | EP Related Cases | |
| EP Case URL | Click Here | EP Agent Notified Date | |
| EP Primary Issue | | | |
| EP Compliance Case Assignee Email | | | |
| EP Case Summary | | | |

## EP Follow-Up

| | |
|---|---|
| EP Case Details | |
| EP Described Behavior | |
| EP Follow-Ups | |

## Labor Relations

| | | | |
|---|---|---|---|
| Filing Date | | Dollar amount to rectify case | |
| Bargaining Agreement Article | | Company Notification Date | |
| LR Substantiated | ☐ | Closure Date | |

## Description Information

| | | | |
|---|---|---|---|
| Priority | N/A | | |
| Project | | | |
| Subject | | | |
| Description | | | |
| Date/Time Opened | 10/12/2018 9:44 AM | Date/Time Closed | 12/5/2018 9:23 AM |

## System Information

| | | | |
|---|---|---|---|
| Case Record Type | ER Closed Case | Created By | Tammy Marquis, 10/12/2018 9:44 AM |
| | | Last Modified By | Lynne DeGuilio, 12/5/2018 9:23 AM |

# Contact Information

## Initial Contact

| | | | |
|---|---|---|---|
| Name | Julie Brazelton | Employee Status | R |
| Employee ID | 0591948 | Title Description | Pharmacy Lead Technician |

| | | | |
|---|---|---|---|
| Business Unit | Store | Title Code | 350024 |
| Work State | CA | Marital Status | M |
| Birthdate | 7/13/1961 | Gender | F |
| Age | 59 | Main Phone | 562/903-3984 |
| Race | WHITE | Email | |

## Job Data

| | | | |
|---|---|---|---|
| Service Date | 2/10/1984 | Regular/Temporary | R |
| Original Hire Date | 6/18/2006 | Paygroup | BWK |
| Next Review Date | | FLSA | N |
| Full/Part | F | Grade | 016 |
| Full-Time Date | 2/10/1984 | Acquisition Name | Albertson |
| Last Date Worked | 3/13/2016 | Acquisition Code | L09 |
| Termination Date | 3/21/2019 | Union Code | 24F |
| Termination Code | RMT | Union Name | UFCW Local 324 FS |
| Would Rehire | Y | | |

## Work Location

| | | | |
|---|---|---|---|
| Location Code | S09512 | Time Zone | |
| Location Name | | Leader Level 1 | Angela Kang |
| Department (CS) | DPT09512 | Leader Level 2 | Anthony Collier |
| Department Description | Garfield Beach CVS, L.L.C. | Leader Level 3 | Maureen Cormier |
| FEIN | 352243093 | Leader Level 4 | Scott Baker |
| Cost Center | | Leader Level 5 | Kevin Hourican |
| HRBP | John Brown | Leader Level 6 | Jonathan Roberts |
| Organizational Level 2 Name | | Leader Level 7 | Larry Merlo |
| Organizational Level 3 Name | | Leader Level 8 | |
| Organizational Level 4 Name | | Leader Level 9 | |
| Organizational Level 5 Name | | Leader Level 10 | |
| | | Leader Level 11 | |

## Address Information

| | |
|---|---|
| Home Address | 10730 Bonavista Ln.<br>Whittier, California 90604<br>United States |

## System Information

| | | | |
|---|---|---|---|
| Created By | Integration User Informatica Cloud, 3/29/2014 7:27 AM | Last Modified By | Integration User Informatica Cloud, 3/20/2021 6:17 AM |
| Contact Record Type | Employee | | |

## Activity History

| | |
|---|---|
| Name | Anthony Collier |
| Task | ✓ |
| Due Date | 12/4/2018 |
| Assigned To | Lynne DeGuilio |
| Last Modified Date/Time | 12/4/2018 3:33 PM |
| Comments | Additional To: anthony.collier@cvshealth.com; john.brown2@cvshealth.com<br>CC:<br>BCC: lynne.deguilio2@cvshealth.com<br>Attachment:<br><br>Subject: Privileged & Confidential - Reasonable Accommodation (RA) - Julie Brazelton<br>Body:<br>Hello,<br><br>The following colleague submitted a reasonable accommodation request for: Consecutive leave extension<br><br>- Julie Brazelton<br>- 0591948<br>- Pharmacy Lead Technician<br>- 09512<br><br>After a review of the accommodation recommended by the medical provider, and an interactive discussion with Julie Brazelton and Anthony Collier, the Reasonable Accommodation request outcome is listed below:<br><br>-Accommodation implemented: Consecutive leave extension<br>-Accommodation start date: 10/6/18<br>-Accommodation end date: 1/9/2019<br><br>Anthony Collier - We are providing you with this information in advance to allow you to identify an available position prior to the colleague returning to work. If a position is not available, please contact your human resources business partner.<br><br>Should you have any questions, please feel free to contact me to review this case.<br><br>Thank you for your partnership. |

## Role 2 BR

| | |
|---|---|
| Name | Julie Brazelton |
| Task | ✓ |
| Due Date | 11/28/2018 |
| Assigned To | Lynne DeGuilio |
| Last Modified Date/Time | 11/26/2018 9:36 PM |
| Comments | Role 2 BR |

## role 1 intake

| | |
|---|---|
| Name | Julie Brazelton |
| Task | ✓ |
| Due Date | 10/17/2018 |
| Assigned To | Tracy Sullivan |
| Last Modified Date/Time | 10/17/2018 8:51 AM |
| Comments | |

## Case Comments

### 12/4/2018 12:25 PM

| | |
|---|---|
| User | Lynne DeGuilio |
| Comment | Reveiwed w/C Arsenault; process job duty mod as Unabel to accomodate; approve consecutive leave until 1/19. |

### 11/29/2018 10:30 AM

| | |
|---|---|
| User | Lynne DeGuilio |
| Comment | -----Original Appointment-----<br>From: DeGuilio, Lynne M |

### 11/29/2018 10:28 AM

| | |
|---|---|
| User | **Lynne DeGuilio** |
| Comment | **Modified rtw 11/2/11/18:**<br>**Limit walking/standing to 30 minutes**<br>**Provide stool to sit/stand at well** |

### 11/29/2018 10:25 AM

| | |
|---|---|
| User | **Lynne DeGuilio** |
| Comment | **I am the assigned case manager for Stephanie Mariscal, # 1559619, Reasonable Accommodation Request; she is requesting additional restroom breaks:**<br>***2-3 Additional breaks ( 5 min each) per shift**<br>**Start: 8/22/18**<br>**End: 2/19/19** |

### 10/17/2018 8:50 AM

| | |
|---|---|
| User | **Tracy Sullivan** |
| Comment | **RA Job Duty Modification Case 327870**<br>**Documentation: RAQ:**<br>**unable to walk**<br>**unable to lift greater than 20 lbs**<br>**unable to standing continuously greater than 2 hours**<br>**2 months 10/4/18-12/31/18** |

**Sent: Thursday, November 29, 2018 10:31 AM**
**To: Collier, Anthony**
**Subject: RA Brazelton**
**When: Monday, December 3, 2018 3:30 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).**
**Where: Conference call**

### 11/29/2018 10:26 AM

| | |
|---|---|
| User | **Lynne DeGuilio** |
| Comment | **DISREGARD BELOW CASE COMMENT; ENTERED IN ERROR.** |

### 11/26/2018 3:12 PM

| | |
|---|---|
| User | **Tracy Sullivan** |
| Comment | **RA Request: Job Duty Modification**<br>**11/21/18-1/9/19 reevaluation**<br><br>**-Unable to stand or walk greater than 30 mins at time**<br>**-must sit/stand at will**<br><br>**ee was primarily at drop off typing prior to her recent surgery**<br>**ee foresees will not be able to do production - there is constant twisting and turning of foot to get prescriptions, that is how ee got her torn ligament in foot (will never be healed)**<br>**ee believes she will be able to move around the workstation - however will need to sit periodically every 30 mins**<br>**ee was told unable to accommodate previously, extended RA**<br><br>**ee has had 2 foot surgeries recently**<br><br>**If ee cannot be accommodated Associated Continuous Leave Extension 00775124** |

## Attachments

### Brazelton.fax-2018-12-06-164856.pdf

| | |
|---|---|
| Size | **89KB** |
| Ownership | **Lynne DeGuilio** |
| View | **View file** |
| Last Modified | **12/7/2018 8:39 AM** |

### Brazelton EEID 0591948.msg

| | |
|---|---|
| Size | **88KB** |
| Ownership | **Lynne DeGuilio** |
| View | **View file** |
| Last Modified | **12/4/2018 9:19 AM** |

### WC response Julie Brazelton EEID 0591948.msg

| | |
|---|---|
| Size | **55KB** |
| Ownership | **Tracy Sullivan** |
| View | **View file** |
| Last Modified | **11/26/2018 3:03 PM** |

### Julie Brazelton Medical note 2018-11-25-185727.pdf

| | |
|---|---|
| Size | **56KB** |
| Ownership | **Tracy Sullivan** |
| View | **View file** |
| Last Modified | **11/26/2018 3:02 PM** |

### WC status Julie Brazelton EEID 0591948.msg

| | |
|---|---|
| Size | **23KB** |
| Ownership | **Tracy Sullivan** |
| View | **View file** |
| Last Modified | **11/16/2018 12:46 PM** |

### Julie Brazelton 2018-11-06-094342.pdf

| | |
|---|---|
| Size | **53KB** |
| Ownership | **Tracy Sullivan** |
| View | **View file** |
| Last Modified | **11/6/2018 10:46 AM** |

### Brazelton medical note 2018-10-26-125035.pdf

| | |
|---|---|
| Size | **43KB** |
| Ownership | **Tracy Sullivan** |
| View | **View file** |
| Last Modified | **11/3/2018 12:07 PM** |

### Brazelton_ RAQ 10-11-2018.pdf

| | |
|---|---|
| Size | **55KB** |
| Ownership | **Tammy Marquis** |
| View | **View file** |
| Last Modified | **10/12/2018 9:44 AM** |

**CL-137092**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Tracy Sullivan, 10/26/2018 12:44 PM** |
| Additional Followup Required? | ☐ |
| Comments | **in May - Dr Signorelli has been removed from clinic - no longer approved WC dr<br>new WC Dr limit stand/walk for 30 mins, and then sit 30 mins<br>HealthPoint Medical group (CA) - will not provide the RAQ and complete<br>ee saw new Dr on 10/24/18. will request RAQ<br><br>ee has not been in work so long, does not know limitations<br>ee said that Mgr told Chris that Pharmacy is not big enough and cannot have a stool or chair<br><br>adv ee to leave a message re: RAQ and consecutive leave extension** |
| Last Modified By | **Tracy Sullivan, 10/26/2018 12:44 PM** |

**CL-137893**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Tracy Sullivan, 11/3/2018 11:59 AM** |
| Additional Followup Required? | ☐ |
| Comments | **562/903-3984, disconnected** |
| Last Modified By | **Tracy Sullivan, 11/3/2018 11:59 AM** |

**CL-137895**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Spoke to Contact** |
| Outcome of discussion with Contact | **Discussed Case** |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Tracy Sullivan, 11/3/2018 12:12 PM** |
| Additional Followup Required? | ☐ |
| Comments | **spoke w ee, agrees with medical note, Dr will complete RAQ within week, and ee will resubmit<br>ee said she does not know what she will be able to do until she returns to work<br>ee said she is able to work at drop off to sit and type<br>ee is unable to stand and walk 30 mins, needs a stool<br>ee does not feel she will be able to move through stations - working production, pick up and drive thru would be difficult - although she may be a relief for breaks)<br>ee has had 4 surgeries** |
| Last Modified By | **Tracy Sullivan, 11/3/2018 12:12 PM** |

**CL-140029**

| | |
|---|---|
| Call Contact 1 | **Julie Brazelton** |
| Outreach Status to Contact | **Able to leave a voice mail** |
| Outcome of discussion with Contact | |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | **Tracy Sullivan, 11/23/2018 1:16 PM** |

Additional Followup Required? ☐

Comments (562) 883-0909; left a vm for ee - RAQ insufficient - no medical condition

Last Modified By Tracy Sullivan, 11/23/2018 1:16 PM

**CL-140201**

Call Contact 1 **Julie Brazelton**

Outreach Status to Contact **Spoke to Contact**

Outcome of discussion with Contact **Discussed Case**

Outcome Qualifier

Outcome Status

Created By **Tracy Sullivan, 11/26/2018 3:19 PM**

Additional Followup Required? ☐

Comments
**spoke w ee, agrees with medical note and combination of RAQ**
**ee has changed Drs and direction has changed**
**Dr is releasing ee back to work, next evaluation will be 1/9/19 (consecutive leave extension if not accommodated.**
**ee believes -Unable to stand or walk greater than 30 mins at time**
**- ee must sit/stand at will**

**ee was always at drop off typing prior to leave**
**ee forsees not being able to do production, constant twisting and turning of foot**
**torn ligament in foot**

**next evaluation 19/19**

Last Modified By **Tracy Sullivan, 11/26/2018 3:19 PM**

**CL-141148**

Call Contact 1 **Anthony Collier**

Outreach Status to Contact **Spoke to Contact**

Outcome of discussion with Contact **Discussed Case**

Outcome Qualifier

Outcome Status

Created By **Lynne DeGuilio, 12/3/2018 4:33 PM**

Additional Followup Required? ☐

Comments
**Conf call;**

**24/7 high volume;techs are constantly moving; would not be able to accomodate the 30 minute period indicated; states that if this was increased to 60-90 minutes would be more viable.**
**States techa need to be mobile, need to be able to move for large portion of shift.**
**DL alo states that clarification will need be on how much time sitting would be needed during work flow; to see what this would look like.**
**States just opened the store Breaa,, this may be possibility down the road, when restricitons have been updated.**
**Accommodate unitl 1/19/19.**

Last Modified By **Lynne DeGuilio, 12/3/2018 4:33 PM**

**CL-141150**

Call Contact 1 **Julie Brazelton**

Outreach Status to Contact **Spoke to Contact**

Outcome of discussion with Contact **Discussed Case**

Outcome Qualifier

Outcome Status

Created By **Lynne DeGuilio, 12/3/2018 4:34 PM**

Additional Followup Required? ☐

Comments
**Called EE at 562/903-3984;**
**Advise EE that there may be opportinities for EE to rtw , consectuive leave extended until 1/9/19;**
**advise EE RAQ would need to clarify how much time would be needed for sitting , also advise if 30 minute period were to be extended to 60-90 min period, rtw would be more viable**
**EE states that previously DL advised that stool would not be permitted at any time; advise EE clarificaiotn will be needed to determine if rtw will be possible with updated**

| | |
|---|---|
| | RAQ.<br>EE states that sie lost md that did surgeyr, had to wait 4 months to get appt wiht new md; states at the appt, md did not have EE records yet..<br>**Has not reached MMI<br>EE states EE and md both received letter stating that orthotics were approved; when EE/md went to make appt, was advised orthotics were not approved.<br>States md stated previous orthotics were not appropriate for EE; this is next step in EE becoming more mobile<br>EE states diability will be running out 2/2019, will need to start making alternative plans if she will not be able to come back to work. |
| Last Modified By | **Lynne DeGuilio, 12/3/2018 4:34 PM** |

## Case Process Steps

### CS-289295

| | |
|---|---|
| Process Step | **Coordinating with LOA** |
| Process Step Due Date | **10/15/2018** |
| Completion Date | **10/12/2018** |
| Task | |
| Description | **-Is the employee FMLA eligible<br>-If not, what is the reason? (i.e. exhausted, exhausted intermittent, not eligible based on service and/ or hours, etc.)? Not eligible based on service and hour's worked.<br>-what is the next date that the employee's eligibility will be re-assessed?<br>-Will this colleague go in and out of FMLA eligibility?<br>-What is the request for?<br>-When was the acknowledgment letter sent?<br>-When is the RAQ due back?** |
| Owner Alias | **sdrin** |

### CS-293260

| | |
|---|---|
| Process Step | **Coordinating with Contact** |
| Process Step Due Date | **10/31/2018** |
| Completion Date | **11/3/2018** |
| Task | **2nd attempt** |
| Description | **2nd attempt** |
| Owner Alias | **tsull** |

### CS-294953

| | |
|---|---|
| Process Step | **Coordinating with Contact** |
| Process Step Due Date | **11/9/2018** |
| Completion Date | **11/16/2018** |
| Task | **check for RAQ** |
| Description | **check for RAQ** |
| Owner Alias | **tsull** |

### CS-298124

| | |
|---|---|
| Process Step | **Coordinating with WKC** |
| Process Step Due Date | **11/27/2018** |
| Completion Date | **11/26/2018** |
| Task | **1st attempt** |
| Description | **1st attempt** |
| Owner Alias | **tsull** |

### CS-301338

| | |
|---|---|
| Process Step | **Coordinating with Leader** |
| Process Step Due Date | **12/5/2018** |
| Completion Date | **12/4/2018** |
| Task | |
| Description | **call** |
| Owner Alias | **ldegu** |

**CS-302669**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **12/6/2018** |
| Completion Date | **12/4/2018** |
| Task | **Verbal Communication to Contact** |
| Description | **ER Specialist attempt to call contact to provide decision.** |
| Owner Alias | **ldegu** |

**CS-302670**

| | |
|---|---|
| Process Step | **Validating Accommodation Implemented** |
| Process Step Due Date | **12/11/2018** |
| Completion Date | **12/5/2018** |
| Task | **Follow up with Contact/Review Records** |
| Description | **Confirm Accommodation implemented. If LOA - validate processed in systems. If non LOA, call contact to confirm accommodations are in place.** |
| Owner Alias | **ldegu** |

**CS-302671**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **12/6/2018** |
| Completion Date | **12/4/2018** |
| Task | **Written Communication to Contact** |
| Description | **This process step should not be assigned to LOA. It serves as a reminder to determine if a letter is necessary.**<br><br>**If applicable RA Partner create a separate process step and assign to LOA to send appropriate letter.** |
| Owner Alias | **ldegu** |

**CS-302672**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **12/6/2018** |
| Completion Date | **12/5/2018** |
| Task | **Notification of decision to LOA** |
| Description | **ER Specialist assign this process step to LOA.**<br><br>**LOA TEAM - This Process step serves to notify you of the decision. Please update all systems as appropriate.** |
| Owner Alias | **csoar** |

**CS-302673**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **12/6/2018** |
| Completion Date | **12/4/2018** |
| Task | **Notification of Decision to HRBP & Leader** |
| Description | **RA Partner email HRBP and Leader of decision. This will serve as a notification to the HRBP as well as a confirmation to the leader. Include details and expectations.** |
| Owner Alias | **ldegu** |

Copyright © 2000-2021 salesforce.com, inc. All rights reserved.

CVSHealth

# REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: JULIE BRAZELTON Date: 11/21/2018

Employee Position: LEAD PHARMACY TECHNICIAN Employee ID: 0591948

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that they are experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of their r job at CVS Health due to a health related condition. We would appreciate your help to understand Employee's limitations, their impact on their job and any accommodations that might assist Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee? 11/21/2018
2. Does Employee have a **physical or mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☒ If YES, please specify Prolonged Stand/walk
3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples); otherwise please indicate if the limitation is permanent**. Use additional pages if necessary.

**LIMITATION Examples**
**Limitation Example #1: Unable to work during flare ups**
**Limitation Example #2: Unable to lift over 20 lbs. with right hand**

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 6 weeks**
**Duration Example #2: Permanent**

| | | | |
|---|---|---|---|
| Unable to Stand or walk | 4 weeks | 10/24/18 | ~~11/21/18~~ |
| | | | 01/09/2019 |
| | | | ~~11/21/18~~ |
| | | | 01/09/2019 |

Mercedes Garcia 12/4/2018 Pending QME Report
Mercedes Garcia 12/4/2018

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** is Employee **unable to fully perform** as a result of the above limitations? N/A.



MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

Last revised 6/2018

BRAZELTON
0591948

NOTE: PAPERWORK WAS ORIGINALLY DATED BY MISTAKE THE DATE I WAS SEEN BY DR. CORTEZ. IT WAS AMENDED TO REFLEET CORRECT DATE OF 1/09/2019 BY DR. CORTEZ'S ASSISTANT MERCEDES GARCIA.

FOR YOUR RECORDS

BRAZELTON
0591948

♥CVSHealth

**REASONABLE ACCOMMODATION QUESTIONNAIRE**

5. What **workplace accommodation(s)**, if any, will enable Employee to perform the functions of his/her job? For each accommodation, **please describe the accommodation, the expected duration, and the expected end date below or if it is permanent (see examples). If the recommended accommodation is intermittent leave, please provide the number of times per month the leave could be necessary, the expected duration (in terms of hours) of each occurrence, and for how long the intermittent leave will be needed (e.g., the start and end date of the need for intermittent leave) or if it is permanent.** Use additional pages if necessary. Examples provided below:

**ACCOMMODATION Examples**
**Accommodation Example #1: Intermittent Leave**
**Accommodation Example #2: No lifting over 20 lbs with right hand**

**ACCOMMODATION DURATION Examples (INCLUDE START & END DATE)**
**Example #1: 1-2x per month, 8 hours per occurrence, Jan 1 – March 31**
**Example #2: 6 weeks, permanent**

| ACCOMMODATION | DURATION | START DATE | END DATE |
|---|---|---|---|
| Allow Patient to sit/Stand | 4wks | 10/24/18 | ~~11/21/18~~ |
| @will, provide stool | | | Moradys Garcia updated 12/4/18 |
| | | | 01/09/2019 |
| | | | |

Pending QME Report

6. If you have recommended a continuous leave of absence as a possible accommodation, please provide the expected leave end date; otherwise please indicate whether the duration of the recommended continuous leave accommodation is indefinite: N/A

Date Completed: 11/21/2018

Health Care Provider's Signature: [signature]

Health Care Provider's Printed Name: Zenia Cortes M.D.

Health Care Provider's Phone #: 714-903-1100

Health Care Provider's Fax #: 714-657-7507

**PLEASE BE ADVISED:** THE GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 (GINA) PROHIBITS EMPLOYERS AND OTHER ENTITIES COVERED BY GINA TITLE II FROM REQUESTING OR REQUIRING GENETIC INFORMATION OF EMPLOYEES OR THEIR FAMILY MEMBERS. IN ORDER TO COMPLY WITH THIS LAW, WE ARE ASKING THAT YOU NOT PROVIDE ANY GENETIC INFORMATION WHEN RESPONDING TO THIS REQUEST FOR MEDICAL INFORMATION. "GENETIC INFORMATION," AS DEFINED BY GINA, INCLUDES AN INDIVIDUAL'S FAMILY MEDICAL HISTORY, THE RESULTS OF AN INDIVIDUAL'S OR FAMILY MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

*Last revised 6/2018*

CVSHealth

# REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: JULIE BRAZELTON Date: 11/21/2018

Employee Position: LEAD PHARMACY TECHNICIAN Employee ID: 0591948

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that they are experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of their r job at CVS Health due to a health related condition. We would appreciate your help to understand Employee's limitations, their impact on their job and any accommodations that might assist Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee? 11/21/2018

2. Does Employee have a **physical** or **mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☒ If YES, please specify Prolonged Stand/walk

3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples); otherwise please indicate if the limitation is permanent.** Use additional pages if necessary.

**LIMITATION Examples**
**Limitation Example #1: Unable to work during flare ups**
**Limitation Example #2: Unable to lift over 20 lbs. with right hand**

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 6 weeks**
**Duration Example #2: Permanent**

| | | | |
|---|---|---|---|
| Unable to Stand or walk | 4 weeks | 10/24/18 | ~~11/21/18~~ |
| | | | 01/09/2019 |
| | | | ~~11/21/18~~ |
| | | | 01/09/2019 |

Mercedes Garcia 12/4/18 Pending QME Report
Mercedes Garcia 12/4/2018

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** is Employee **unable to fully perform** as a result of the above limitations? N/A.