# Exhibit J

♥CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

Employee Name: JULIE A BRAZELTON Date: 1-15-19

Employee Position: LEAD PHARMACY TECH Employee ID: 0591948

**Instructions to Employee:** Please provide this form and job description (if job description provided), to your Health Care Provider. By submitting this form to your Health Care Provider, you are authorizing your Health Care Provider to answer these questions. In addition, please sign below in order to provide written authorization for CVS Health to speak with your Health Care Provider about your limitation(s) and requested accommodation(s):

**Employee's Signature:** [signature]

**Instructions to Health Care Provider:** Your patient identified above ("Employee") has indicated that they are experiencing difficulty applying for, performing the functions of, or enjoying the benefits and privileges of their r job at CVS Health due to a health related condition. We would appreciate your help to understand Employee's limitations, their impact on their job and any accommodations that might assist Employee.

**Please complete this form in full, and return it to Employee, or to CVS Health by fax (401-652-0599) or mail (CVS Health, Advice & Counsel Department – MC 1113, One CVS Drive, Woonsocket, RI 02895).**

1. When was your **most recent evaluation** of Employee? 01-09-2019

2. Does Employee have a **physical or mental impairment** that limits Employee's ability to perform major life activities? NO ☐ YES ☒ IF YES, please specify Prolonged Standing / walking

3. Please list any and all **physical or mental limitation(s)** that Employee experiences as a result of his/her impairment(s). For each limitation, **please describe the limitation, the expected duration, and the expected end date below (see examples); otherwise please indicate if the limitation is permanent**. Use additional pages if necessary.

**LIMITATION Examples**
**Limitation Example #1: Unable to work during flare ups**
**Limitation Example #2: Unable to lift over 20 lbs. with right hand**

**LIMITATION DURATION Examples (INCLUDE START & END DATE)**
**Duration Example #1: 6 weeks**
**Duration Example #2: Permanent**

| | | | |
|---|---|---|---|
| Unable to Stand/Walk more than 30 min | 9-10 weeks | 01-01-19 | 03-06-19 |
| | | | |
| | | | |
| | | | |

4. Based on the job description, if provided, and other information you have about Employee's position at CVS Health, which **job duties** is Employee **unable to fully perform** as a result of the above limitations? N/A

♥CVSHealth

## REASONABLE ACCOMMODATION QUESTIONNAIRE

5. What **workplace accommodation(s)**, if any, will enable Employee to perform the functions of his/her job? For each accommodation, **please describe the accommodation, the expected duration, and the expected end date below or if it is permanent (see examples). If the recommended accommodation is intermittent leave, please provide the number of times per month the leave could be necessary, the expected duration (in terms of hours) of each occurrence, and for how long the intermittent leave will be needed (e.g., the start and end date of the need for intermittent leave) or if it is permanent.** Use additional pages if necessary. Examples provided below:

**ACCOMMODATION Examples**
**Accommodation Example #1: Intermittent Leave**
**Accommodation Example #2: No lifting over 20 lbs with right hand**

**ACCOMMODATION DURATION Examples (INCLUDE START & END DATE)**
**Example #1: 1-2x per month, 8 hours per occurrence, Jan 1 – March 31**
**Example #2: 6 weeks, permanent**

| | | | |
|---|---|---|---|
| Allow patient to sit/stand @ will & provide a stool. | 9-10 weeks | 1-1-19 | 3-6-19 |
| | | | |
| | | | |
| | | | |

6. If you have recommended a continuous leave of absence as a possible accommodation, please provide the expected leave end date; otherwise please indicate whether the duration of the recommended continuous leave accommodation is indefinite: N.A

Date Completed: 01/16/2019

Health Care Provider's Signature: [signature]

Health Care Provider's Printed Name: Zenia Cortes, M.D

Health Care Provider's Phone #: 714-903-1100

Health Care Provider's Fax #: 714-657-7507

**PLEASE BE ADVISED**: THE GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 (GINA) PROHIBITS EMPLOYERS AND OTHER ENTITIES COVERED BY GINA TITLE II FROM REQUESTING OR REQUIRING GENETIC INFORMATION OF EMPLOYEES OR THEIR FAMILY MEMBERS. IN ORDER TO COMPLY WITH THIS LAW, WE ARE ASKING THAT YOU NOT PROVIDE ANY GENETIC INFORMATION WHEN RESPONDING TO THIS REQUEST FOR MEDICAL INFORMATION. "GENETIC INFORMATION," AS DEFINED BY GINA, INCLUDES AN INDIVIDUAL'S FAMILY MEDICAL HISTORY, THE RESULTS OF AN INDIVIDUAL'S OR FAMILY MEMBER'S GENETIC TESTS, THE FACT THAT AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER SOUGHT OR RECEIVED GENETIC SERVICES, AND GENETIC INFORMATION OF A FETUS CARRIED BY AN INDIVIDUAL OR AN INDIVIDUAL'S FAMILY MEMBER OR AN EMBRYO LAWFULLY HELD BY AN INDIVIDUAL OR FAMILY MEMBER RECEIVING ASSISTIVE REPRODUCTIVE SERVICES.

*Last revised 6/2018*

# Case: 00846598

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Case Owner | Lynne DeGuilio |
| Employee ID | 0591948 | Case Number | 00846598 |
| Employee Status | R | Provided Phone Number | |
| Location Code | S09512 | Contact Phone | 562/903-3984 |
| Union Code | ✓ | Provided Email Address | |
| Closed Case Substantiation | | Contact Email | |
| Investigation Required | ☐ | | |

## Additional Information

| | | | |
|---|---|---|---|
| Category 1 | Reasonable Accommodation ER | Priority Queue | ER RA Job Modification |
| Category 2 | Job Duty Modification | Case Origin | Fax |
| Category 3 | | Originating Channel | Direct Contact/ER Department |
| Compliance Code | | Time of Call | |
| Sexual Misconduct Indicator | | Resources presented | |
| Secondary Category 1 | | Interview Status | |
| Secondary Category 2 | | Caller Type | |
| Secondary Category 3 | | | |
| Status | Closed | | |
| Case Closure Action | Accommodation not requested/required | | |

## Related Fields

| | | | |
|---|---|---|---|
| Contact Name | Julie Brazelton | Location Hierarchy | A08R64D11 : 09512 |
| Contact Phone | 562/903-3984 | Work State | CA |

## Wrap Up

| | | | |
|---|---|---|---|
| Recommendations | | Type | Request Completed |
| Recommendation - Corrective Action | | Documents Reviewed | |
| Reason | | Document Other Comments | |
| Other Recommendation | | Document Policy Comments | |
| Conclusions Summary | | Counseling Document ID | |
| Issue 1 | | Grievance Code | |
| Issue 2 | | Rule or Policy 1 | |
| Issue 3 | | Rule or Policy 2 | |
| Issue 4 | | Rule or Policy 3 | |

| | | | |
|---|---|---|---|
| Issue 5 | | Rule or Policy 4 | |
| Fact Finding 1 | | Rule or Policy 5 | |
| Fact Finding 2 | | Substantiation 1 | |
| Fact Finding 3 | | Substantiation 2 | |
| Fact Finding 4 | | Substantiation 3 | |
| Fact Finding 5 | | Substantiation 4 | |
| Agreed Upon Action 1 | | Substantiation 5 | |
| Agreed Upon Action 2 | | Recipient 1 | |
| Agreed Upon Action 3 | | Recipient 2 | |
| Agreed Upon Action 4 | | Recipient 3 | |
| Agreed Upon Action 5 | | Recipient 4 | |
| Delivered By 1 | | Recipient 5 | |
| Delivered By 2 | | Completion Date 1 | |
| Delivered By 3 | | Completion Date 2 | |
| Delivered By 4 | | Completion Date 3 | |
| Delivered By 5 | | Completion Date 4 | |
| Date Report Finalized | | Completion Date 5 | |
| Root Cause | | Date Closed with Complainant | |
| | | Other Root Cause | |

## Follow Up with Contact

| | | | |
|---|---|---|---|
| 15 Days | ☐ | 15 Day Date | |
| | | 15 Day Comments | |
| 30 Days | ☐ | 30 Day Date | |
| | | 30 Day Comments | |
| 60 Days | ☐ | 60 Day Date | |
| | | 60 Day Comments | |
| 90 Days | ☐ | 90 Day Date | |
| | | 90 Day Comments | |

## RA Case Information

| | | | |
|---|---|---|---|
| Able to accommodate | ☐ | Accommodation Cost Detail | |
| Accommodations implemented | | Accommodations not implemented | Job Duty Modification |
| Accommodations Offered | Job Duty Modification | Decision Reason | Accommodation not requested/required |
| Accommodation Start Date | | Potential Accommodations | Job Duty Modification |
| Accommodation Exhaustion Date | | Potential Accommodations Detail | Job duty modification |
| Potential Termination Date | | RA Request Type Detail | Job duty modification |
| RA Request Type | Job Duty Modification | Unable to Accommodate Result | No Accommodation Implemented |
| Unable to accommodate | ☑ | Medical Provider | |

| | | | |
|---|---|---|---|
| Unable to determine accommodation | ☐ | Cost of Accommodation | |
| myLeave Case Number | | | |
| LOA Comments | | | |

## Ethics Point

| | | | |
|---|---|---|---|
| EP Phone Number | | EP Compliance Case Assignee | |
| EP Case Number | | EP Related Cases | |
| EP Case URL | Click Here | EP Agent Notified Date | |
| EP Primary Issue | | | |
| EP Compliance Case Assignee Email | | | |
| EP Case Summary | | | |

## EP Follow-Up

| | |
|---|---|
| EP Case Details | |
| EP Described Behavior | |
| EP Follow-Ups | |

## Labor Relations

| | | | |
|---|---|---|---|
| Filing Date | | Dollar amount to rectify case | |
| Bargaining Agreement Article | | Company Notification Date | |
| LR Substantiated | ☐ | Closure Date | |

## Description Information

| | | | |
|---|---|---|---|
| Priority | N/A | | |
| Project | | | |
| Subject | | | |
| Description | | | |
| Date/Time Opened | 1/22/2019 9:54 AM | Date/Time Closed | 3/22/2019 10:58 AM |

## System Information

| | | | |
|---|---|---|---|
| Case Record Type | ER Closed Case | Created By | Jill McCarthy, 1/22/2019 9:54 AM |
| | | Last Modified By | Lynne DeGuilio, 3/22/2019 10:58 AM |

# Contact Information

## Initial Contact

| | | | |
|---|---|---|---|
| Name | Julie Brazelton | Employee Status | R |
| Employee ID | 0591948 | Title Description | Pharmacy Lead Technician |
| Business Unit | Store | Title Code | 350024 |
| Work State | CA | Marital Status | M |

| | | | |
|---|---|---|---|
| Birthdate | 7/13/1961 | Gender | F |
| Age | 59 | Main Phone | 562/903-3984 |
| Race | WHITE | Email | |

## Job Data

| | | | |
|---|---|---|---|
| Service Date | 2/10/1984 | Regular/Temporary | R |
| Original Hire Date | 6/18/2006 | Paygroup | BWK |
| Next Review Date | | FLSA | N |
| Full/Part | F | Grade | 016 |
| Full-Time Date | 2/10/1984 | Acquisition Name | Albertson |
| Last Date Worked | 3/13/2016 | Acquisition Code | L09 |
| Termination Date | 3/21/2019 | Union Code | 24F |
| Termination Code | RMT | Union Name | UFCW Local 324 FS |
| Would Rehire | Y | | |

## Work Location

| | | | |
|---|---|---|---|
| Location Code | S09512 | Time Zone | |
| Location Name | | Leader Level 1 | Angela Kang |
| Department (CS) | DPT09512 | Leader Level 2 | Anthony Collier |
| Department Description | Garfield Beach CVS, L.L.C. | Leader Level 3 | Maureen Cormier |
| FEIN | 352243093 | Leader Level 4 | Scott Baker |
| Cost Center | | Leader Level 5 | Kevin Hourican |
| HRBP | John Brown | Leader Level 6 | Jonathan Roberts |
| Organizational Level 2 Name | | Leader Level 7 | Larry Merlo |
| Organizational Level 3 Name | | Leader Level 8 | |
| Organizational Level 4 Name | | Leader Level 9 | |
| Organizational Level 5 Name | | Leader Level 10 | |
| | | Leader Level 11 | |

## Address Information

| | |
|---|---|
| Home Address | 10730 Bonavista Ln.<br>Whittier, California 90604<br>United States |

## System Information

| | | | |
|---|---|---|---|
| Created By | Integration User Informatica Cloud, 3/29/2014 7:27 AM | Last Modified By | Integration User Informatica Cloud, 3/20/2021 6:17 AM |
| Contact Record Type | Employee | | |

## Activity History

**Email: Unable to Accommodate Notification HRBP/Leader**

| | |
|---|---|
| Name | **Anthony Collier** |

| | |
|---|---|
| Task | ✓ |
| Due Date | **3/21/2019** |
| Assigned To | **Lynne DeGuilio** |
| Last Modified Date/Time | **3/21/2019 11:58 AM** |
| Comments | **Additional To: anthony.collier@cvshealth.com; john.brown2@cvshealth.com<br>CC:<br>BCC: lynne.deguilio2@cvshealth.com<br>Attachment:<br><br>Subject: Unable to Accommodate Notification HRBP/Leader<br>Body:<br>Hello,<br><br>The following employee has submitted a request for a reasonable accommodation for: Job duty modification<br><br>Juie Brazelton<br>- 0591948<br>- Pharmacy Lead Technician<br>- 09512<br><br>After careful consideration, discussion with the employee, further review of the documentation provided by the physician, it has been determined that the Company is unable to accommodate this request.<br><br>- Accommodations not implemented: Job duty modification<br>- Unable to Accommodate Result: Retirement effective 2/1/19<br>- Decision Reason: Unable to perform essential job functions<br><br>Should you have any questions, please feel free to contact me to review this case.<br><br>Thank you for your partnership.** |

### Case Activity Reminder

| | |
|---|---|
| Name | |
| Task | ✓ |
| Due Date | **3/11/2019** |
| Assigned To | **Lynne DeGuilio** |
| Last Modified Date/Time | **3/21/2019 11:58 AM** |
| Comments | **Please take action on this case.** |

### Case Activity Reminder

| | |
|---|---|
| Name | |
| Task | ✓ |
| Due Date | **3/1/2019** |
| Assigned To | **Lynne DeGuilio** |
| Last Modified Date/Time | **3/2/2019 8:39 AM** |
| Comments | **Please take action on this case.** |

### Case Activity Reminder

| | |
|---|---|
| Name | |
| Task | ✓ |
| Due Date | **2/8/2019** |
| Assigned To | **Henry Malcolm** |
| Last Modified Date/Time | **2/12/2019 9:03 PM** |
| Comments | **Please take action on this case.** |

## Case Comments

**3/21/2019 10:42 AM**

**3/2/2019 8:40 AM**

| | |
|---|---|
| User | Shayna Drinkuth |
| Comment | Retirement letter attached - EE is on a continuous leave currently, approved through 1/8/2019 as an RA on case #285210 |

| | |
|---|---|
| User | Lynne DeGuilio |
| Comment | Per Cardillo; follow up 3/6/19; pending updated documentation.<br>QME 3/29/19 |

**2/20/2019 4:39 PM**

| | |
|---|---|
| User | Lynne DeGuilio |
| Comment | RAQ:<br>Start: 1/1/19<br>End: 3/6/19<br><br>Unable to stand > 30 min; provide stool<br><br>Pharmacy lead tech; CA |

## Attachments

**Retirement letter; Brazelton.msg**

| | |
|---|---|
| Size | 49KB |
| Ownership | Lynne DeGuilio |
| View | View file |
| Last Modified | 3/22/2019 9:54 AM |

**Julie Brazelton.tiff**

| | |
|---|---|
| Size | 18KB |
| Ownership | Shayna Drinkuth |
| View | View file |
| Last Modified | 3/21/2019 10:42 AM |

**Brazelton.resp. EEID 0591948.msg**

| | |
|---|---|
| Size | 52KB |
| Ownership | Lynne DeGuilio |
| View | View file |
| Last Modified | 3/2/2019 8:36 AM |

**Brazelton .ardillo. EEID 0591948.msg**

| | |
|---|---|
| Size | 21KB |
| Ownership | Lynne DeGuilio |
| View | View file |
| Last Modified | 2/20/2019 4:43 PM |

**brazelton fax-2019-01-18-203902.pdf**

| | |
|---|---|
| Size | 48KB |
| Ownership | Jill McCarthy |
| View | View file |
| Last Modified | 1/22/2019 9:54 AM |

## Call Log

**CL-147922**

| | |
|---|---|
| Call Contact 1 | |
| Outreach Status to Contact | Unable to leave a message |
| Outcome of discussion with Contact | |
| Outcome Qualifier | |
| Outcome Status | |
| Created By | Henry Malcolm, 1/30/2019 2:16 PM |
| Additional Followup Required? | ☐ |
| Comments | |
| Last Modified By | Henry Malcolm, 1/30/2019 2:16 PM |

## Case Process Steps

**CS-320372**

| | |
|---|---|
| Process Step | Coordinating with WKC |
| Process Step Due Date | 2/22/2019 |
| Completion Date | 3/2/2019 |
| Task | |
| Description | |

Owner Alias Idegu



**CS-323246**

| | |
|---|---|
| Process Step | **Coordinating with Contact** |
| Process Step Due Date | **3/8/2019** |
| Completion Date | **3/21/2019** |
| Task | |
| Description | |
| Owner Alias | **Idegu** |

**CS-328760**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **3/23/2019** |
| Completion Date | **3/21/2019** |
| Task | **Verbal Communication to Contact** |
| Description | **ER Specialist attempt to call contact to provide decision.** |
| Owner Alias | **Idegu** |

**CS-328764**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **3/23/2019** |
| Completion Date | **3/22/2019** |
| Task | **Written Communication to Contact** |
| Description | **This process step should not be assigned to LOA. It serves as a reminder to determine if a letter is necessary.**<br><br>**If applicable RA Partner create a separate process step and assign to LOA to send appropriate letter.** |
| Owner Alias | **Idegu** |

**CS-328765**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **3/25/2019** |
| Completion Date | **3/22/2019** |
| Task | **Notification of decision to LOA** |
| Description | **ER Specialist assign this process step to LOA.**<br><br>**LOA TEAM - This Process step serves to notify you of the decision. Please update all systems as appropriate.** |
| Owner Alias | **sdrin** |

**CS-328766**

| | |
|---|---|
| Process Step | **Communicating Decision** |
| Process Step Due Date | **3/23/2019** |
| Completion Date | **3/21/2019** |
| Task | **Notification of Decision to HRBP & Leader** |
| Description | **RA Partner email HRBP and Leader of decision. This will serve as a notification to the HRBP as well as a confirmation to the leader. Include details and expectations.** |
| Owner Alias | **Idegu** |

Copyright © 2000-2021 salesforce.com, inc. All rights reserved.