Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani E. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE BRAZELTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; ANTHONY COLLIER, an individual; and DOES 1 - 100, inclusive;,<br><br>Defendants. | Case No. 2:20-cv-10604-DSF-AGR<br><br>**Hon. Dale S. Fischer**<br><br>**DECLARATION OF BRIAN W. SALVAS**<br><br>Judge: Hon. Dale S. Fischer<br>Date: April 11, 2022<br>Time: 1:30 p.m.<br>Crtrm.: 7D<br><br>Trial Date: Julv 19. 2022 |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF BRIAN W. SALVAS

I, Brian W. Salvas, declare and state as follows:

1. I am a current employee of CVS Pharmacy, Inc. ("CVS"). My job title is Executive Director, CVS Pharmacy. I have served in this role since 2019. My previous job title was Director, CVS Retail Operations.

2. I have personal knowledge of the facts set forth below. If called and sworn as a witness, I could and would competently testify hereto.

3. In 2012, CVS developed and implemented its WeCARE workflow operating process (the "WCW Process"). The WCW Process was in effect throughout the relevant period of this lawsuit (2016 - 2019) and was utilized in all retail pharmacies throughout the country (including the Pharmacy in CVS Store # 9512). The WCW Process is still utilized today. I am a subject matter expert regarding the WCW Process and have first-hand knowledge of how the WCW Process works.

4. Among other objectives, the WCW Process operates to maximize efficiency and customer service by rotating pharmacy staff throughout a multi-workstation facility based on the hour-by-hour needs of the pharmacy.

5. CVS pharmacies typically have five primary workstations: drop off, pick-up, drive-thru, quality assurance, and production.

6. During the relevant period of this lawsuit, the WCW Process was facilitated via the "workstation assignment board," which was used throughout the

workday to notify pharmacy team members of their primary responsibility assignments, secondary responsibility assignments, and off-station tasks.

a. A "primary responsibility" is the team member's assigned primary workstation.

b. A "secondary responsibility" is the team member's back-up responsibility/secondary workstation. For example, the Production workstation and the Pick-Up workstation are in separate areas of the pharmacy. When more than one customer is waiting to pick-up a prescription (or during peak customer-facing periods when several customers are waiting) the Pharmacy Technician assigned to the Production workstation must be able to quickly move from the Production workstation to the front of the pharmacy to assist customers at the Pick-Up workstation.

c. "Off-station tasks" are tasks that pull pharmacy team members away from their workstations and must be completed by a pre-determined deadline but can be performed intermittently between on-station tasks.

7. The WCW Process requires colleagues at any one workstation to balance both customer facing and non-customer facing tasks. For the WCW Process to work properly, all team members must be able to rotate throughout all workstations and balance the requisite tasks of each workstation. Team members must be mobile and able to quickly pivot from one task in one location to another task in another location.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 11th day of March, 2022 in Woonsocket, Rhode Island.

Brian W. Salvas
Brian W. Salvas (Mar 11, 2022 14:54 EST)

BRIAN W. SALVAS

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# MSJ - Declaration of Brian Salvas Brazelton (002)

Final Audit Report 2022-03-11

| | |
|---|---|
| Created: | 2022-03-11 |
| By: | Leilani Livingston (llj@paynefears.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfHkmp53V16YcmARcHbW0xg8J-UMU-4jP |

## "MSJ - Declaration of Brian Salvas Brazelton (002)" History

Document created by Leilani Livingston (llj@paynefears.com)
2022-03-11 - 7:30:07 PM GMT- IP address: 68.66.128.70

Document emailed to Brian W. Salvas (brian.salvas@cvshealth.com) for signature
2022-03-11 - 7:30:25 PM GMT

Email viewed by Brian W. Salvas (brian.salvas@cvshealth.com)
2022-03-11 - 7:53:30 PM GMT- IP address: 12.15.136.25

Document e-signed by Brian W. Salvas (brian.salvas@cvshealth.com)
Signature Date: 2022-03-11 - 7:54:48 PM GMT - Time Source: server- IP address: 12.15.136.25

Agreement completed.
2022-03-11 - 7:54:48 PM GMT